FILED
IN OPEN COURT

APR - 8 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | Criminal No. 2:11cr33 |
| | ) | |
| MOHAMMAD SAAILI SHIBIN, | ) | |
| a/k/a "Khalif Ahmed Shibin," | ) | |
| a/k/a "Shibin" | ) | |

### ORDER OF AUTHORIZATION FOR
### TRANSPORTATION OF PRISONER BY FEDERAL AGENTS

The Court having been advised by the United States Attorney's Office that Mohammad Saaili Shibin, a/k/a "Khalif Ahmed Shibin", a/k/a "Shibin", a prisoner-defendant in the above-styled matter, is incarcerated in a local jail awaiting a detention hearing and that this prisoner-defendant will be needed pursuant to agreement and with the consent of defendant's counsel, and the United States Marshal having been advised of this request and having no objection, it is hereby,

ORDERED, ADJUDGED and DECREED that Special Agents of the Federal Bureau of Investigation and the Naval Criminal Investigative Service will be authorized to transport the above-named individual to the United States Courthouse in Norfolk, Virginia, and the offices of the Federal Bureau of Investigation and Naval Criminal Investigative Service, during normal working hours or on the weekend. Unless during the day custody of the said prisoner is taken over by the United States Marshal, the aforesaid agents shall remain with the prisoner at all times until the prisoner is returned to the custody of the United States Marshal and the jail where the prisoner is incarcerated.

It is further Ordered, that certified copies of this Order shall be distributed to the United States Marshal, defendant's counsel, and the United States Attorney's Office to be used as necessary

to effect the transfer of said prisoner.

Absent further Order of the Court, this transportation order shall terminate ten (10) days measured from the date of defendant's sentencing or the Judgement and Commitment Order, whichever is later.

_____
UNITED STATES MAGISTRATE JUDGE

April 8, 2011
Norfolk, Virginia

I ASK FOR THIS:

_____
Benjamin L. Hatch
Assistant United States Attorney

SEEN AND AGREED:

_____
James O. Broccoletti, Esq.
Counsel for Defendant