# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

## Tuesday, April 17, 2012

**MINUTES OF PROCEEDINGS** IN   Open Court
**PRESENT**: THE HONORABLE   Robert G. Doumar, Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:  Kathryn Marshall                                              Reporter:   Heidi Jeffreys, OCR

| Set:  10:00 a.m. | Started:  10:00 a.m. | Ended:  3:25 p.m. |
|---|---|---|

| Case No.  2:11cr33 |
|---|
| USA |
| v. |
| Mohammad Saaili Shibin, a/k/a "Khalif Ahmed Shibin,' a/k/a "Mohammad Ali," a/k/a "Ali Jama" |
| |
| AUSAs Joseph DePadilla; Benjamin Hatch; Brian Samuels and SAUSA Paul Casey appeared for the USA.   James O. Broccoletti, court-appointed counsel appeared w/the deft. (in custody).   (CJA Time: 4hrs.25mins.)      Somali Interpreters:  Ayderus Ali, Mr. Hussen |
| |
| Came on for jury trial.<br><br>Out of the presence of the jury panel and spectators, Court inquired re plea negotiations.   Deft. indicated that he wanted to proceed to trial.   Petit jurors appeared as summoned and were sworn on their voir dire.   Court released jury panel and instructed them to return on 4/18/12 at 9:30 a.m. to resume jury selection.   Deft. remanded. |
| |
| |
| |
| Lunch:   1:05 p.m.-2:05 p.m. |