# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
 Norfolk DIVISION

## Wednesday, April 18, 2012

**MINUTES OF PROCEEDINGS** IN ___Open Court___
**PRESENT**: THE HONORABLE ___Robert G. Doumar, Senior United States District Judge___
Courtroom Deputy: Lori Baxter
Law Clerk: Kathryn Marshall                                      Reporter:  Heidi Jeffreys, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 4:40 p.m. |
|---|---|---|

| Case No. 2:11cr33 |
|---|
| USA |
| v. |
| Mohammad Saaili Shibin, a/k/a "Khalif Ahmed Shibin,' a/k/a "Mohammad Ali," a/k/a "Ali Jama" |
| |
| AUSAs Joseph DePadilla; Benjamin Hatch; Brian Samuels and SAUSA Paul Casey appeared for the USA.   James O. Broccoletti, court-appointed counsel appeared w/the deft. (in custody).    (CJA Time: 6hrs.05mins.)         Somali Interpreters:   Ayderus Ali, Mr. Hussen |
| |
| Day 2 of jury trial.<br><br>Petit jurors appeared pursuant to adjournment on 4/17/12 and jury selection resumed.   Twelve (12) jurors and Two (2) alternates were impaneled and sworn to try the issues.   Jurors not serving were excused.<br><br>Opening statements heard.    USA began presentation of evidence and witnesses.   Parties excused and directed to return at 10:00 a.m. on Thursday, 4/19/12.   Deft. remanded. |
| |
| |
| |
| Lunch: 12:40 p.m. – 1:45 p.m. |