# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

## Thursday, April 19, 2012

**MINUTES OF PROCEEDINGS** IN Open Court
**PRESENT**: THE HONORABLE Robert G. Doumar, Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk: Kathryn MarshallReporter: Heidi Jeffreys, OCR

| Set:  10:00 a.m. | Started:  9:55 a.m. | Ended:  4:45 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:11cr33 |
| USA |
| v. |
| Mohammad Saaili Shibin, a/k/a "Khalif Ahmed Shibin,' a/k/a "Mohammad Ali," a/k/a "Ali Jama" |
| |
| AUSAs Joseph DePadilla; Benjamin Hatch; Brian Samuels and SAUSA Paul Casey appeared for the USA.   James O. Broccoletti, court-appointed counsel appeared w/the deft. (in custody).   (CJA Time: 5hrs.45mins.)        Somali Interpreters:   Ayderus Ali, Mr. Hussen |
| |
| Day 3.<br><br>Petit jurors appeared pursuant to adjournment on 4/18/12.   USA resumed presentation of evidence and witnesses.   Stipulation 1 regarding location of vessel and Stipulation 2 regarding exhibits 1-4 through 1-81 read into the record.   Parties excused and directed to return at 9:30 a.m. on Friday, 4/20/12.   Deft. remanded. |
| |
| |
| |
| Lunch:   11:50 a.m. -12:55 p.m. |