FILED IN OPEN COURT

APR 27 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*United States District Court*
*Eastern District of Virginia*
*Norfolk Division*

**UNITED STATES OF AMERICA**

v.

**MOHAMMAD SAAILI SHIBIN**
a/k/a "Khalif Ahmed Shibin"
a/k/a "Mohammad Ali"
a/k/a "Ali Jama"

**JURY VERDICT**

CASE NUMBER: **2:11cr33**

VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT MOHAMMAD SAAILI SHIBIN a/k/a "Khalif Ahmed Shibin," a/k/a "Mohammad Ali," a/k/a "Ali Jama:**

AS TO COUNT 1.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 2.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 3.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 4.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 5.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 6.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 7.................................................. **GUILTY**
Not Guilty / Guilty

AS TO COUNT 8.................................................. **GUILTY**
Not Guilty / Guilty

Case 2:11-cr-00033-RGD-DEM   Document 96   Filed 04/27/12   Page 2 of 2 PageID# 659

the original of this page has been filed under seal in the Clerk's Office.

Verdict                                                                 Page 2

AS TO COUNT 9.................................................... <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 10.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 11.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 12.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 13.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 14.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 15.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

REDACTED COPY