FILED IN OPEN COURT
APR 27 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*United States District Court*
*Eastern District of Virginia*
*Norfolk Division*

**UNITED STATES OF AMERICA**

v.

**MOHAMMAD SAAILI SHIBIN**
a/k/a "Khalif Ahmed Shibin"
a/k/a "Mohammad Ali"
a/k/a "Ali Jama"

**JURY VERDICT**

CASE NUMBER: **2:11cr33**

VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT MOHAMMAD SAAILI SHIBIN** a/k/a "Khalif Ahmed Shibin," a/k/a "Mohammad Ali," a/k/a "Ali Jama:

AS TO COUNT 1............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 2............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 3............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 4............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 5............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 6............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 7............................................................ **GUILTY**
                                                              Not Guilty / Guilty

AS TO COUNT 8............................................................ **GUILTY**
                                                              Not Guilty / Guilty

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

AS TO COUNT 9.................................................... <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 10.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 11.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 12.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 13.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 14.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

AS TO COUNT 15.................................................. <u>GUILTY</u>
                                                                 Not Guilty / Guilty

REDACTED COPY