```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          Norfolk Division


- - - - - - - - - - - - - - - - - - -
  UNITED STATES OF AMERICA,        )
                                   )
          Plaintiff,               )
                                   )         CRIMINAL CASE NO.
  v.                               )              2:11cr33
                                   )
  MOHAMMAD SAAILI SHIBIN,          )
  a/k/a "Khalif Ahmed Shibin,"     )
  a/k/a "Mohammad Ali,"            )
  a/k/a "Ali Jama,"                )
                                   )
          Defendant.               )
- - - - - - - - - - - - - - - - - - -



               TRANSCRIPT OF PROCEEDINGS
               (Testimony of Cynthia Flynn)

                     Norfolk, Virginia
                      April 25, 2012



BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
          United States District Judge, and a jury



APPEARANCES:

          UNITED STATES ATTORNEY'S OFFICE
          By:  Joseph E. DePadilla, Esquire
               Benjamin L. Hatch, Esquire
               Brian J. Samuels, Esquire
               Paul Casey, Esquire
               Assistant United States Attorneys
               Counsel for the United States

          ZOBY & BROCCOLETTI, P.C.
          By:  James O. Broccoletti, Esquire
               Counsel for the Defendant
```

```
 1                         I N D E X
 2
 3   ON BEHALF OF THE {Party}:      Direct   Cross    Red.    Rec.
 4   C. Flynn                          3      --      --      --
 5
 6
 7
 8
 9
10                         E X H I B I T S
11   No.                                                    Page
12   (None)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Heidi L. Jeffreys, Official Court Reporter

————————————— C. Flynn - Direct —————————————

1           *****        *****        *****
2
3         THE COURT: Who is your next witness, Mr. Hatch?
4         MR. SAMUELS: Your Honor, the United States calls
5    Cynthia Flynn.
6         THE COURT: Cynthia Flynn.
7         (The witness was sworn by the clerk.)
8         CYNTHIA FLYNN, called as a witness, having been
9    first duly sworn, testified as follows:
10                      DIRECT EXAMINATION
11   BY MR. SAMUELS:
12   Q.  Would you tell us your name, please, ma'am?
13   A.  My name is Cynthia Flynn.
14   Q.  And, Ms. Flynn, where do you live?
15   A.  I live in San Carlos, California.
16   Q.  And what do you do for a living there?
17   A.  I'm a transportation manager.
18   Q.  And, Ms. Flynn, do you have brothers and sisters?
19   A.  I do.
20   Q.  And are you related to Phyllis Macay?
21   A.  I am.
22   Q.  And how are you related to her, ma'am?
23   A.  I'm her sister.
24   Q.  What happened to Phyllis Macay on February 22nd of last
25   year?

C. Flynn - Direct

1   A.   She was murdered by the Somali pirates.
2   Q.   Ms. Flynn, I'd like to show you what's been admitted into
3   evidence as Government's Exhibit 2-4 Z.
4        Ms. Flynn, can you see your screen?
5   A.   Yes, I can.
6   Q.   And do you recognize the documents and who those
7   documents belong to, ma'am?
8   A.   Yes, I do.
9   Q.   And who do they belong to?
10  A.   My sister, Phyllis Macay.
11  Q.   How old was your sister when she passed away?
12  A.   59.
13  Q.   Ms. Flynn, I'd also like you to look at 2-4 Y.
14       Ms. Flynn, do you recognize the identity documents
15  pictured here?
16  A.   Yes, I do.
17  Q.   And who do they belong to?
18  A.   Robert Riggle.
19  Q.   And did you know Mr. Riggle?
20  A.   Yes, I did.
21  Q.   And how did you know Mr. Riggle, Ms. Flynn?
22  A.   He was my sister's boyfriend.
23  Q.   Had they been together for a number of years prior to
24  2011?
25  A.   Yes.

C. Flynn - Direct

1  Q. And had they sailed together previously?
2  A. Yes.
3  Q. Ms. Flynn, I'd like to talk to you about how your sister
4  came to be on the Quest in 2011.
5      Had she been sailing for some period of time prior to
6  this?
7  A. Yes.
8  Q. And would she sail on other boats, or how did she come to
9  be on the Quest, ma'am?
10 A. Bob Riggle owned the yacht called the Gaya, and she went
11 around the world for a year with Robert Riggle on the Gaya.
12 After that year she decided to yacht hop, as it's called, you
13 know, jumping from yacht to yacht and being a crew member.
14 She was a cook and a cleaner and a watch person. So prior --
15 so prior to the Quest she was jumping yachts.
16     And then in September she had met the Adams family,
17 and she agreed to be a crew member on their yacht.
18 Q. Would this have been September, 2010, Ms. Flynn?
19 A. Yes.
20 Q. And prior to engaging in this yacht hopping did your
21 sister have a profession that she worked in at some point?
22 A. She was an interior designer. She owned her own company.
23 It was called PPM Designs.
24 Q. After she crewed with the Adams, where was she planning
25 to go next? Do you know, ma'am?

C. Flynn - Direct

1 A. You know, she was so excited to be with the Adams family.
2 She enjoyed meeting them and got along with them well, and I
3 think she had intentions of traveling with them for a long
4 time.
5 Q. Okay. Ma'am, I'd like to show you two additional photos.
6     MR. SAMUELS: If we could pull up 2-5 G, please.
7 BY MR. SAMUELS:
8 Q. Ms. Flynn, if you'd look at your screen, do you recognize
9 who that is, ma'am?
10 A. Yes, I do.
11 Q. And who is that?
12 A. That's Robert Riggle.
13 Q. Do you know how Mr. Riggle came to be on the Quest in
14 February, 2011?
15 A. I don't.
16 Q. Okay. And I'd also like to show you 2-5 F. And do you
17 recognize the woman depicted there, ma'am?
18 A. Yes.
19 Q. And who is that?
20 A. My sister.
21 Q. Do you know whether your sister had a problem with her
22 vision while she was on the Quest, Ms. Flynn?
23 A. During -- while she was taken hostage we were requested
24 by the FBI to find out what her blood type was. I found out
25 through Blue Water Rally that she had had eye surgery, so I

C. Flynn - Direct

1  contacted Oman to try and figure out if I could find her
2  blood type, but I was not able to do that.
3  Q.  And, Ms. Flynn, when were you planning to see your sister
4  next?
5  A.  She was coming back in June for our nephew's graduation.
6  Q.  All right.  And she was a United States citizen, ma'am?
7  A.  Yes.
8  Q.  Thank you, Ms. Flynn.
9          MR. SAMUELS:  That's all I have, Your Honor.
10         THE COURT:  Any cross?
11         MR. BROCCOLETTI:  No, Your Honor.
12         THE COURT:  Thank you, ma'am.  You are instructed
13 not to discuss your testimony with anyone until this case is
14 complete, at which time you're free to discuss it with anyone
15 you like.  You may step down.
16         May she be released?
17         MR. SAMUELS:  She may, Your Honor.  Thank you.
18         THE COURT:  You may be released.  Thank you, ma'am.
19
20                 *****     *****    *****
21
22
23
24
25

```
 1                          CERTIFICATION
 2
 3        I certify that the foregoing is a correct transcript
 4   of an excerpt from the record of proceedings in the
 5   above-entitled matter.
 6
 7                              s/s
 8                        Heidi L. Jeffreys
 9
10                        _____
11                         June 5, 2012
```

Heidi L. Jeffreys, Official Court Reporter