```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
 2                         Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - - -
     UNITED STATES OF AMERICA,          )
 5                                       )
             Plaintiff,                  )
 6                                       )        CRIMINAL CASE NO.
     v.                                  )            2:11cr33
 7                                       )
     MOHAMMAD SAAILI SHIBIN,             )
 8   a/k/a "Khalif Ahmed Shibin,"        )
     a/k/a "Mohammad Ali,"               )
 9   a/k/a "Ali Jama,"                   )
                                         )
10           Defendant.                  )
     - - - - - - - - - - - - - - - - - -
11

12
                         TRANSCRIPT OF PROCEEDINGS
13                        (Testimony of Ann Kray)

14                         Norfolk, Virginia
                           April 25, 2012
15

16
     BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17             United States District Judge, and a jury

18

19   APPEARANCES:

20             UNITED STATES ATTORNEY'S OFFICE
               By:  Joseph E. DePadilla, Esquire
21                  Benjamin L. Hatch, Esquire
                    Brian J. Samuels, Esquire
22                  Paul Casey, Esquire
                    Assistant United States Attorneys
23                  Counsel for the United States

24             ZOBY & BROCCOLETTI, P.C.
               By:  James O. Broccoletti, Esquire
25                  Counsel for the Defendant
```

```
 1                         I N D E X

 2

 3   ON BEHALF OF THE GOVERNMENT:      Direct   Cross   Red.    Rec.

 4   A. Kray                            3        --      --      --

 5

 6

 7

 8

 9

10                         E X H I B I T S

11   No.                                                        Page

12    (None)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Heidi L. Jeffreys, Official Court Reporter

──────────────── A. Kray - Direct ────────────────

1                *****     *****     *****

2

3          THE COURT:  Who is your next witness?

4          MR. SAMUELS:  Your Honor, the United States calls

5   Ann Kray.

6              (The witness was sworn by the clerk.)

7          ANN KRAY, called as a witness, having been first

8   duly sworn, testified as follows:

9                       DIRECT EXAMINATION

10  BY MR. SAMUELS:

11  Q.  Good morning, ma'am.

12  A.  Good morning.

13  Q.  Would you tell us your name, please.

14  A.  I'm Ann Kray, and I'm Jean's sister.

15  Q.  Ms. Kray, Jean --

16          THE COURT:  Would you speak into the microphone, if

17  you can?  You can bring it closer to you, and it would help.

18          THE WITNESS:  Okay.  I'm Ann Kray, and I'm Jean

19  Adam's sister.

20  BY MR. SAMUELS:

21  Q.  Okay.  Jean Adam's sister?

22          And did you lose your sister on February 2nd, 2011,

23  ma'am?

24  A.  I did.

25  Q.  And what happened to her?

──────────────────── A. Kray - Direct ────────────────────

1   A.   She was murdered.

2   Q.   And where do you live, Ms. Kray?

3   A.   I live in Lincoln, California.

4   Q.   And do you have other brothers and sisters?

5   A.   Yes, I have a brother, who is younger.

6   Q.   And did Jean Adam have children?

7   A.   Yes, she had two boys.

8   Q.   And, Ms. Kray, what was Jean's profession before she

9   began sailing?

10  A.   She was a dentist.

11  Q.   And where did she practice, ma'am?

12  A.   Santa Monica, California.

13  Q.   And after she would be sailing -- she would be sailing

14  with her husband, Scott Adam -- where would they return to

15  when they returned to the United States?

16  A.   They returned to Marina Del Rey, where they had a boat

17  that they stayed on.

18  Q.   Were they members of any yacht clubs in Marina Del Rey?

19  A.   Yes, at the Del Rey Yacht Club.

20  Q.   Ms. Kray, I'd like to show you 2-4 X, which has already

21  been admitted into evidence.

22       Ms. Kray, do you recognize these identification

23  documents, ma'am?

24  A.   I do, yes.  They're Jean's.

25  Q.   And how old was your sister when she died?

—— A. Kray - Direct ——

1   A.  She was 67.

2   Q.  And the boat that your sister and Scott Adam owned, what

3   was it called?

4   A.  The Quest.

5   Q.  And where was it built?

6   A.  It was built in New Zealand, a very special boat.

7   Q.  Had you been on it before, ma'am?

8   A.  They -- after it was built they sailed it across the

9   Pacific, and they came up around with the current to Alaska

10  and then down California and anchored in California.  I think

11  they were there maybe about a year, as I remember, and, so, I

12  had an opportunity to go on the boat then.

13  Q.  Ms. Kray, when is the last time you saw Jean Adam?

14  A.  Just a couple weeks before Christmas.  They always tried

15  to come back at the holidays to be with family.

16  Q.  Would this have been Christmas, 2010, ma'am?

17  A.  Yes.

18  Q.  And what was the next trip that she and Scott Adam were

19  planning?

20  A.  They were planning their sail across the Indian Ocean, up

21  the Red Sea.

22  Q.  Had they taken any additional precautions in relation to

23  sailing in that area?

24  A.  They were so detailed.  I mean, you'd have to really know

25  them, because they -- charts and -- I think they tried to

A. Kray - Direct

1   think of everything, you know, that they possibly could by --

2   and also joining the rally --

3   Q.  What was the rally, ma'am --

4   A.  -- you know, for advice.

5   Q.  I'm sorry.

6           -- to your understanding?

7   A.  The rally was to give them current information and help

8   them in deciding what route they would take.

9   Q.  All right.  And when were you expecting to see your

10  sister again?

11  A.  We had -- we had planned when they got to London -- well,

12  they were going to be in London for Christmas, and then they

13  were going to go back to the Mediterranean, and we were

14  talking about sailing in the Black Sea and spending some time

15  together.

16  Q.  Had your sister sailed for a number of years prior to

17  2011, ma'am?

18  A.  Oh, they had so much experience.  I mean, they -- after

19  they got the Quest they were so careful about the shake-down

20  of the boat and that everything was just right.  And then

21  after they came back to California they went down towards --

22  they visited the Galapagos and then came across the South

23  Pacific and spent a number of years in the South Pacific

24  Islands.

25  Q.  Ma'am, I'd like to show you two more pictures.

```
 1              MR. SAMUELS:  If we could pull up 2-5 D, please.
 2   BY MR. SAMUELS:
 3   Q.  Do you recognize who is depicted there?
 4   A.  Yes, that's Scott.  And they loved to spend their spare
 5   time reading.
 6   Q.  Do you recognize where he's sitting, Ms. Kray?
 7   A.  It looks like on the -- on the back end of the boat,
 8   the -- it was enclosed part of the time in icing glass, but
 9   it was a real comfortable place to sit and just enjoy.
10   Q.  And by "the boat" do you mean the Quest?
11   A.  The Quest, yes.
12   Q.  All right.  And I'd also like to show you 2-5 E, if we
13   could.
14   A.  And that's my sister.
15   Q.  And, Ms. Kray, how did you learn that she and others had
16   been taken captive?
17   A.  Actually, we didn't learn about it until Saturday, the
18   19th, because that was the weekend we were up in Seattle to
19   celebrate my birthday with my sister and son-in-law.  And,
20   so, Saturday morning Bill Savage called.
21   Q.  And when was your birthday, Ms. Kray?
22   A.  The 22nd.
23   Q.  Thank you, Ms. Kray.
24              MR. SAMUELS:  Nothing further, Judge.
25              THE COURT:  Anything?
```

1        MR. BROCCOLETTI:  No, sir.  Thank you.

2        THE COURT:  Thank you very much, Ms. Kray.  You may

3    be excused.  Thank you, ma'am.

4

5                    *****    *****    *****

6

7                        CERTIFICATION

8

9        I certify that the foregoing is a correct transcript

10   of an excerpt from the record of proceedings in the

11   above-entitled matter.

12

13                        s/s

14                   Heidi L. Jeffreys

15

16                   _____

17                   June 5, 2012

18

19

20

21

22

23

24

25

Heidi L. Jeffreys, Official Court Reporter