```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
 2                          Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - - -
     UNITED STATES OF AMERICA,          )
 5                                       )
              Plaintiff,                 )
 6                                       )      CRIMINAL CASE NO.
     v.                                  )           2:11cr33
 7                                       )
     MOHAMMAD SAAILI SHIBIN,             )
 8   a/k/a "Khalif Ahmed Shibin,"        )
     a/k/a "Mohammad Ali,"               )
 9   a/k/a "Ali Jama,"                    )
                                         )
10            Defendant.                 )
     - - - - - - - - - - - - - - - - - -
11

12

13                   TRANSCRIPT OF PROCEEDINGS
                     (Testimony of Jilani Abdiali)

14                       Norfolk, Virginia
                        April 24 and 25, 2012
15

16

17   BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
               United States District Judge, and a jury

18

19   APPEARANCES:

20            UNITED STATES ATTORNEY'S OFFICE
              By:  Joseph E. DePadilla, Esquire
21                 Benjamin L. Hatch, Esquire
                   Brian J. Samuels, Esquire
22                 Paul Casey, Esquire
                   Assistant United States Attorneys
23                 Counsel for the United States

24            ZOBY & BROCCOLETTI, P.C.
              By:  James O. Broccoletti, Esquire
25                 Counsel for the Defendant
```

```
1                        I N D E X

2

3    ON BEHALF OF THE GOVERNMENT:    Direct   Cross   Red.   Rec.

4    J. Abdiali                        3       47      67     --

5

6                       E X H I B I T S

7    No.                                              Page

8    Government Exhibit No. 2-9 A                        6

9    Government Exhibit No. 2-5 A                       34

10   Government Exhibit No. 2-5 B                       34

11   Government Exhibit No. 2-5 C                       34

12   Government Exhibit No. 2-5 H                       36

13   Government Exhibit No. 2-10 C                      43

14   Government Exhibit No. 2-14 H                      46

15

16

17

18

19

20

21

22

23

24

25
```

1              *****     *****     *****

2

3          THE COURT:  Your next witness, Mr. Samuels or

4     Mr. Hatch?

5          MR. HATCH:  Your Honor, our next witness is in

6     custody, Jilani Abdiali.

7          Your Honor, this witness does require an

8     interpreter.

9          (The witness was administered the oath by the

10    Clerk.)

11         JILANI ABDIALI, called as a witness, having been

12    first duly affirmed, testified as follows:

13                    DIRECT EXAMINATION

14    BY MR. HATCH:

15    Q.  Can you please state your name, sir?

16    A.  Jilani Abdiali.

17    Q.  And do you have any nicknames, Mr. Jilani?

18    A.  No, I do not have.

19    Q.  Where were you born, sir?

20    A.  Mogadishu.

21    Q.  And what country is that in?

22    A.  Somalia.

23    Q.  How old are you, sir?

24    A.  22.

25    Q.  And what was your educational background in Somalia?

—————————— J. Abdiali - Direct ——————————

1   A.   About four classes.

2   Q.   Does that mean you took just four classes your whole

3   life, or did you go to fourth grade?

4   A.   After fourth grade, and I studied in Somalia in English

5   and some electrician knowledge.

6   Q.   Now, you mentioned that you studied some English.  Are

7   you -- do you speak any English?

8   A.   Yes.  I talk with my custodians in jail in English and

9   also with the other inmates, but I do not speak a lot.  But

10  we do understand each other language-wise.

11  Q.   So you're referring to once you've been in the United

12  States in jail you've learned some English.  Is that right?

13  A.   No, I didn't study before then.

14  Q.   And how would you describe how much English you could

15  speak back when you were in Somalia?

16  A.   "Describe" in which sense?

17  Q.   How fluent were you in English when you were in Somalia?

18  A.   It was not much, but I was better than many others who

19  had poorer education.

20  Q.   Now, let me ask you, are you familiar with the name

21  Elcassa?

22  A.   Elcassa?

23  Q.   Yes.

24  A.   Would that be in Italian?

25  Q.   I'm just asking if you know that name, sir.

J. Abdiali - Direct

1   A.   I do not know.

2   Q.   Okay.  Were you involved in the piracy of the sailboat

3   Quest?

4   A.   I was aware that it was involved in the sea, and then we

5   also went into the sea for work, but I was not with him, with

6   all the bad things that happened over there.

7   Q.   And who is the "him" you're referring to?

8   A.   By "him" I mean "them."  Yes, I work with them, but I was

9   not really involved with all the bad things that were done.

10  Q.   And when you're referring to "the bad things that were

11  done" is that the murder of the Americans?

12  A.   Those four people.  And those four people were not killed

13  from them, they were killed on my behalf -- on my side.

14  Q.   Are you saying, sir, that the Americans were killed by

15  other pirates?

16  A.   Yes.

17  Q.   But you didn't kill any of them yourself.  Is that

18  correct?

19  A.   I did not kill.  And I was shook by their murder, and I

20  asked God to give them -- forgive them.

21  Q.   Now, did you plead guilty in this courthouse to piracy?

22  A.   Yes, I believe it was here.

23  Q.   And have you been sentenced already?

24  A.   Yes, I was given my sentence, and in my understanding I

25  was given two life sentences.

—— J. Abdiali - Direct ——

1          MR. HATCH:  Mr. Pierce, with your assistance I'll

2    hand up Government's Exhibit 2-9 A.

3    BY MR. HATCH:

4    Q.  Mr. Jilani, do you recognize that document that was just

5    handed up as your plea agreement with the government?

6    A.  Yes.  On it there's my signature as well.

7          MR. HATCH:  Your Honor, I would move into evidence

8    Government's Exhibit 2-9 A.

9          THE COURT:  2-9 A, the plea agreement entered into

10   by Abdiali, is received in evidence.

11         MR. HATCH:  Thank you, Your Honor.

12         (The exhibit was admitted into evidence.)

13   BY MR. HATCH:

14   Q.  Now, as part of your plea agreement, Mr. Jilani, did you

15   agree to cooperate with the government?

16   A.  Very much so; that as long as I live I'll be working with

17   the government.

18   Q.  And what do you hope will happen as a result of your

19   cooperation?

20   A.  I believe that I will get some relief if I work with the

21   government honestly.

22   Q.  Do you know a man named Mohammad Shibin?

23   A.  Yes, I know Mohammad Shibin.

24   Q.  Do you see him in court today?

25   A.  I see him.  He's over there (indicating).

J. Abdiali - Direct

1          THE COURT:  Let the record reflect that the witness
2    has pointed to the defendant.
3          MR. HATCH:  Thank you, Your Honor.
4    BY MR. HATCH:
5    Q.  When was the first time that you met Mr. Shibin?
6    A.  This gentleman, we met each other in Bossaso, and we knew
7    each other in that place.
8    Q.  And can you give the jury a sense -- how long ago was it
9    when you first met Mr. Shibin in Bossaso?
10   A.  The last time I met him he was working for a mine
11   company, but I do not know the exact date.  But I think it
12   was about four years ago.
13   Q.  So he was working for a mining company in Bossaso?
14   A.  Yes, it was a mining project, but that mining project
15   came to an end.  But it has been working for some time.
16   Q.  Now, let me ask you, Mr. Jilani, did you ever observe
17   Mr. Shibin at his place of work roughly four years ago?
18   A.  Yes, I went to his office.  And my purpose was to meet
19   other young men over there, but while I was trying to meet
20   these other men I also met him in his office.
21   Q.  And what type of equipment did Mr. Shibin have in his
22   office?
23   A.  There were computers, and there were also other equipment
24   that they used for the mining.  And there were other
25   employees who were working with him.

J. Abdiali - Direct

1  Q.  Did you and Mr. Shibin -- did you socialize at that time?

2  A.  We knew each other.  Even though I was a younger man, but

3  he was also an older man, senior man, but we knew each other.

4  But our knowledge of each other was not much, but we knew

5  each other as members of the same clan.

6  Q.  Okay.  And what -- so the two of you are from the same

7  clan.  Is that what you're saying?

8  A.  Yes.  We belong to the Osman Mahamoud clan.

9  Q.  Can you give the jury a sense of what clans mean in

10  Somalia?

11  A.  The clan is used in Somalia for identification purposes.

12  For example, a father may have two sons, and those two sons

13  may have other children.  That's how people know each other.

14  Q.  Now, at this time when you met Mr. Shibin in Bossaso what

15  type of work were you in at that time?

16  A.  At that time I was working for a company, and that

17  company's name was WXKU, and it provided electricity for the

18  City of Bossasso, and its name was NA, and that company was

19  established for us by a Danish international development

20  agency.

21  Q.  When you spoke with Mr. Shibin when he was in Bossasso

22  did you learn if he spoke more than one language?

23  A.  I did not ask him what language he spoke, but when I was

24  talking to other people they told me that he's an educated

25  man who has a lot of -- some knowledge.

Heidi L. Jeffreys, Official Court Reporter

J. Abdiali - Direct

1    Q.   Now, Mr. Jilani, did there come a time when you decided

2    to become involved in piracy?

3    A.   This was my first time, this time when that boat was

4    seized.

5    Q.   And is "that boat" the Quest you're talking about?

6    A.   Yes, that was the first time I went to sea, and that was

7    my first time to go along with people who were armed.

8    Q.   Okay.  Now, I want to talk to you, though, first about

9    the period of time before you went out to sea.

10        When you decided to get involved in piracy was there

11   a particular town that you went to?

12   A.   In our region we live in places called Bossasso, Garowe,

13   Qardho, and all these are landlocked.  They do not have sea

14   so they do not have piracy over there, so we go to a town

15   called Garaad, which is quite some distance from us.

16   Q.   Tell the jury about this town of Garaad.  How big is it?

17   A.   It's a small town, and in my estimate it's about 150 --

18   thereabouts, 150 houses.

19   Q.   Who controls this town of Garaad?

20   A.   In the past there were elders who were running this town,

21   but as of now it's the pirates who are in control.

22   Q.   And when you say "as of now" did that include the period

23   that you went there before you went out to sea?

24   A.   Yes, there are pirates in control of that town now, and

25   there's also an elder by the name of Abdulahi Yare.  If

—— J. Abdiali - Direct ——

1   there's any information that's required from the town they

2   will ask that man.

3   Q.  Now, does Abdulahi Yare -- does he have any connection to

4   piracy?

5   A.  In the Garaad area he's the most senior pirate in terms

6   of weapons and in terms of money.  He's the most powerful

7   man.

8   Q.  Now, approximately how long were you in Garaad before you

9   went out to sea?

10  A.  About one year and one month -- about 15 months.

11  Q.  And just give the jury a sense.  What kind of things were

12  you doing in that approximately one-year period that you were

13  in Garaad?

14  A.  I saw young men my age building new houses for

15  themselves, driving beautiful cars, and I thought that I

16  might as well get involved and get my -- get the same things.

17  Q.  Now, where were these young men with the nice houses and

18  the nice cars -- where were they getting their money from?

19  A.  That money was proceeds from ships that were hijacked.

20  Q.  Now in this time that you spent in Garaad did you come to

21  learn about how the piracy business is run in Somalia?

22  A.  They don't get involved in other work.  Their only work

23  is to go to sea, hijack ships, and then if they cannot find a

24  ship then they just come back.

25          But on land there are investors, people who have

—— J. Abdiali - Direct ——

1    money who pay for the expenses so that those expenses are

2    used to catch, to hijack, other ships.

3    Q.   Now, let me ask you about those investors.  Do they go

4    out to sea themselves?

5    A.   No, they don't go themselves to sea, because they do not

6    want to put their lives in danger and also to put in danger

7    their money.  So they use younger men to send to sea.

8    Q.   Let me ask you, are you familiar with the role of a

9    pirate negotiator?

10   A.   You mean familiar in that I have the knowledge?

11   Q.   Yes, just again generally, like your knowledge of

12   investors or pirates.

13   A.   And would that be similar to what an interpreter does?

14   Q.   Yes.

15   A.   An interpreter is someone that they either call because

16   they knew him in the past or someone that they call from

17   another region after they learn that he speaks some language.

18   An investor would be someone who provides -- invests his

19   money in the expenses.

20   Q.   Now what, generally, is the goal of the piracy operation?

21   A.   Pirates are greedy people.  They want to take what does

22   not belong to them, and they take that money and they use it.

23   Q.   And once pirates capture a ship where do they bring it?

24   A.   They anchor the ship in Garaad, they anchor it at a place

25   called Harardheere, and they anchor it in Hobyo, and they

———— J. Abdiali - Direct ————

1    also anchor it in the northeast.  That's the region where I

2    come from.

3    Q.  And are all these places that ships can be anchored --

4    are all those places you just named controlled by pirates?

5    A.  They control the seaside, they do not control the land

6    side.  Because in the region where I come from there is a

7    government which is called Puntland, Puntland State of

8    Somalia, but in the Garaad area they control both the sea and

9    the land.

10           THE COURT:  Mr. Hatch, this may be a good time to

11   stop.

12           Ladies and gentlemen, we'll take a luncheon break

13   now.

14           Everyone please rise.  We'll come back at five

15   minutes after 2:00.

16           (The jury withdrew from the courtroom.)

17           THE COURT:  Okay.  We'll take a break until five

18   minutes after 2:00.

19           (A luncheon recess was taken.)

20           THE COURT:  Everyone please stand.

21           (The jury entered the courtroom.)

22           THE COURT:  You may be seated.

23           Let the record reflect the entire jury has returned.

24           You're reminded, sir, you're still under affirmation

25   to tell the truth, the whole truth, and nothing but the

—————— J. Abdiali - Direct ——————

1    truth.

2              THE WITNESS:  I understand.

3              THE COURT:  Mr. Hatch.

4              MR. HATCH:  Thank you, Your Honor.

5    BY MR. HATCH:

6    Q.  Mr. Jilani, are you familiar with the term SAMI?

7    A.  SAMI used by the pirates?

8    Q.  Yes.

9    A.  Yes.

10   Q.  And tell the jury what a SAMI is.

11   A.  SAMI is the ratio by which the pirates divide the

12   proceedings among themselves from the lowest to the

13   highest -- to the middle.

14   Q.  Okay.  And, so, what are they dividing with the SAMI?

15   A.  The money that they get.

16   Q.  From the ransom payment?

17   A.  The ratios by which pirates get the money is planned in

18   advance before the operation takes place.

19   Q.  Okay.  So, for example, when you went out to sea did you

20   have a SAMI share?

21   A.  Yes, I had a ratio by which I would get the money.

22   Q.  Okay.  And are there ways that you can increase your

23   share in the course of a piracy mission?

24   A.  In what way do I increase?

25   Q.  Well, I'm asking.  For example, if you were the first one

—— J. Abdiali - Direct ——

1    to board a hijacked ship can that increase your share?

2              THE INTERPRETER:  I'm sorry.  I did not --

3    BY MR. HATCH:

4    Q.  For example, if you're the first pirate to board a

5    hijacked ship could that increase your share?

6    A.  Yes, it increases.  The first man to board the ship gets

7    a higher share, and also the first man to see the ship also

8    gets a higher share.  Actually, they purchase a car for him,

9    a Land Cruiser car for him.

10   Q.  And when you say "the first man to see a ship," is that a

11   man who first spots it on the horizon?

12   A.  Yes.  That man is called the first seer, and that would

13   be the man who points to the ship when it comes on the

14   horizon.

15   Q.  Now, the investors, do they get a share of a ransom

16   payment?

17   A.  You mean the investors?

18   Q.  Yes.

19   A.  They get the most money out of the kidnapping from all

20   the pirates.

21   Q.  Going to that time when you were staying in Garaad,

22   Mr. Jilani, did you ever see Mr. Shibin when you were there?

23   A.  Yes, I met him.  I met him before he moved to this town

24   Garaad, and I also met him at a time when together, he and

25   me, we went to the beach.  And I asked him for money, and he

—— J. Abdiali - Direct ——

1  said, "I'll give you money later on.  I'll get the money."

2  Q.  Okay.  Can you tell us what time of year, approximately,

3  was this you saw Mr. Shibin when you were in Garaad?

4  A.  We are pirates.  All we were interested in was going to

5  sea.  We did not keep good records of the time.

6  Q.  Okay.  About how long before you headed out to sea was it

7  that you saw Mr. Shibin in Garaad?

8  A.  It was in January.  It must have been on the 15th of

9  January or the 16th of January in 2011.

10  Q.  Okay.  And what was Mr. Shibin doing at that time?

11  A.  The first night that we met he came down from the ship,

12  the German ship, and on that night I was drinking and he was

13  eating khat -- was chewing khat -- and we stayed together for

14  a short period of time.

15  Q.  Was there anybody else there with you two that night?

16       THE INTERPRETER:  I'm sorry.  I missed one thing,

17  Your Honor.  He said also that there was a gentleman called

18  Dumad Bishur.

19  BY MR. HATCH:

20  Q.  And this gentleman Dumad Bishur, was he also there with

21  you, too?

22  A.  We sat together for a short period of time, then

23  Mr. Dumad came to join us.  Then he and Mr. Dumad went

24  together to the hotel.

25  Q.  Now, when you were talking with Mr. Shibin did you ask

—————— J. Abdiali - Direct ——————

1   him anything about ransom money?

2   A.  I asked him, "If you get money, ransom money, from the

3   ship would you be thinking about investing some of that money

4   back on the sea again?"

5   Q.  And when you say, investing it "back on the sea," what

6   does that mean?

7   A.  Used as an investment money for hijacking other ships.

8   Q.  Okay.  And what did Mr. Shibin say, if anything, in

9   response?

10  A.  "After I get the money I'll try to use that money back on

11  the sea."

12  Q.  Now, at the time you-all were having this conversation --

13  I know you said you didn't remember the exact date, but was

14  the German ship still being held off of Garaad at that time?

15  A.  It was still anchored there, and people did not come out

16  of it at that time.

17  Q.  How long was it before -- oh, let me ask you -- in that

18  conversation did you tell Mr. Shibin what you wanted to do?

19  A.  I told him that I was here to go to work.  I told him

20  that if I find another piracy group I'm going to join them.

21  Q.  What, if anything, did Mr. Shibin say about your plans to

22  become a pirate?

23  A.  All I told him was that I was ready to go to work on the

24  sea, but we did not have a longer conversation about that.

25  Q.  Okay.  How long did Shibin stay in Garaad at that time?

—— J. Abdiali - Direct ——

1   A.   Are you referring to the night that we met?

2   Q.   Yes.  Had he come off the ship?  Is that right?

3   A.   At that time he came down from the ship, and he stayed in

4   land for a couple of nights.  Then he went back on the ship.

5   And myself, I went on the boat, the Yemeni boat, that was

6   used to hijack the Quest.

7   Q.   Okay.  We'll get to that in a minute.

8        When Shibin came off the German boat and then went

9   back out to it how was he getting back and forth?

10  A.   When he came down he went back to the ship, but at that

11  time they did not have the money yet.  But when he got the

12  money it was at a time that I was aboard the ship -- aboard

13  the boat, the Yemeni boat, at Garaad.

14  Q.   Okay.  I'm just asking --

15  A.   But then they got the money at that time.

16  Q.   Okay.  But going back to this time you saw Mr. Shibin and

17  Bishur Dumad, did you go with Mr. Shibin as he was getting

18  ready to go back to the German boat?

19  A.   Yes, I did ride with them in a car, and then we went to

20  the beach, and then at the beach there was that boat that was

21  supposed to take them to the ship.  It was a small boat, and

22  they went in that boat, which was to supply khat to the ship.

23  Q.   So there was khat in the boat?

24  A.   Yes.  It was the khat that was to go to the young men who

25  were aboard the ship.  It was at that time that he told me

1    that when he gets his money he will be giving me some of

2    that.

3    Q.  Did he ever give you any money?

4    A.  No, because before he came down the ship I already went

5    with the other boat.

6    Q.  At that time, when you saw Shibin in Garaad, did he

7    appear to be being forced to return to the boat in any way?

8    A.  In truth, I did not think about that very carefully, but

9    I cannot say whether he was forced to go back to the ship or

10   not.

11   Q.  Do you know an individual by the name Liban Abdurahman?

12   A.  Liban Abdurahman?  His third name is Atel.  Yes, I know

13   him.

14   Q.  And tell the jury, who is this individual?

15   A.  Liban Abdurahman was a member of the team that hijacked

16   the German ship, and he later became the commander, before he

17   became wounded.

18   Q.  Now, when you refer to the German ship was that the same

19   German ship that Mr. Shibin was going back to?

20   A.  What did you say?

21   Q.  Did the German ship that Liban Abdurahman hijacked -- was

22   that the same ship that Mr. Shibin went to?

23   A.  Yes, this is the same one where Mr. Shibin served as an

24   interpreter.

25   Q.  Now, do you know if Liban and Shibin are any relation to

J. Abdiali - Direct

1    each other?

2    A.  Liban, Shibin and myself, we are very close, in the same

3    clan, as I mentioned to you, but the two of them are closer

4    to each other than myself.

5         MR. HATCH:  Your Honor, I would like to publish

6    Government's Exhibit 1-84 A, which has already been admitted

7    in evidence.

8         THE COURT:  You may publish it.

9    BY MR. HATCH:

10   Q.  Mr. Jilani, if you can look at your screen there you

11   should be able to see this.

12   A.  So what do I look at, and what do you want me to read?

13   Q.  Good question.

14        Mr. Jilani, do you recognize the name of the

15   individual that's on your screen there, number three?

16   A.  Is that the name where the arrow is pointed to?

17   Q.  Yes.

18   A.  Bishur Dumad.

19   Q.  And is that the name of the individual that you chewed

20   khat with along with Shibin?

21   A.  Exactly, that's him.

22   Q.  Now I'd like you to look at the individual that I've

23   drawn a red arrow to and see if you recognize that name.

24   A.  That one is Hilaac.

25   Q.  Do you know Hilaac?

J. Abdiali - Direct

1  A.  I know him.

2  Q.  And tell the jury who Hilaac is.

3  A.  Hilaac is a young man.  He was a member of the team of

4  pirates who went and hijacked the German ship.

5  Q.  Now, do you know if the name Hilaac is his true name or

6  if that's a nickname?

7  A.  His real name is Farah.  Hilaac is his nickname.

8        MR. HATCH:  And, Your Honor, I'd like to publish

9  1-82 A, which has already been admitted in evidence.

10       THE COURT:  1-82 A?  Publish it.  Go ahead.

11  BY MR. HATCH:

12  Q.  Mr. Jilani, if you could look at your screen, do you

13  recognize the name where the first red arrow is that I've

14  drawn?

15  A.  Faraad Dheere.

16  Q.  Do you recognize that name?

17  A.  That name?  Yes, I do.

18  Q.  Who is he?

19  A.  He was one of the men who hijacked the German ship, and

20  he belongs to the Ali Solomon clan.

21  Q.  And then the second red arrow, do you recognize that

22  individual?

23  A.  That is Bishur Dubad, but I believe the real name is

24  Bishur Dumad.

25  Q.  Okay.  And is that the individual you talked about

———— J. Abdiali - Direct ————

1   before?

2   A.  Yes, Bishur Dumad, but that B, needs to be an M.

3          MR. HATCH:  Your Honor, if I may publish 1-84 C,

4   which has already been admitted.

5          THE COURT:  All right.

6   BY MR. HATCH:

7   Q.  Mr. Jilani, if you could look at that first red arrow, do

8   you know who that is?

9   A.  Liban.  I do know what is next.  That looks to me like

10  Liban Abdurahman.

11  Q.  And do you know what is next to the second red arrow?

12  A.  Atanu -- I cannot understand.

13  Q.  Okay.  How about this third arrow?

14  A.  Bishur Dumad.

15  Q.  And then is this Faraad Dheere's name again that I've

16  highlighted?

17  A.  Yes.  Under that is Hilaac.

18  Q.  Okay.  Have I just drawn the red arrow to Hilaac?

19  A.  Yes, that's Hilaac.

20  Q.  Okay.  And then one more.

21          Do you know this individual, Nuur?

22  A.  No, I do not know him.

23  Q.  Okay.

24          MR. HATCH:  Thank you.  You can take that down.

25  BY MR. HATCH:

—— J. Abdiali - Direct ——

1  Q.  Now, Mr. Jilani, ultimately were you able to join a

2  piracy mission?

3  A.  Yes.

4  Q.  And how did you personally come to be involved in a

5  piracy mission?

6  A.  I became involved, and, as I mentioned it to you before,

7  I saw young men who made some money out of it, and because I

8  was around, a vagabond and not doing anything, that's why I

9  tried to join.  And that was a mistaken decision that I made,

10 because that's what caused and brought me here into jail.

11 Q.  Okay.  Was there a particular individual who got you

12 involved in piracy?

13 A.  Yes.  There was a young man for whom I'm his uncle, and

14 he was one of those who hijacked a ship called, Xurduo.

15         THE COURT REPORTER:  Can you spell the name of that

16 ship?

17         THE WITNESS:  X-U-R-D-U-O.

18 BY MR. HATCH:

19 Q.  And, actually, just in that exchange -- one thing so

20 everyone is clear.  When you're going between Somali and

21 English do the Xs and the Hs sometimes get used

22 interchangeably?

23 A.  Yes, I understand it that way.

24 Q.  Okay.  So let's -- this young individual who had hijacked

25 this other ship, what was his name?

J. Abdiali - Direct

1   A.   This was not a ship, this was the Yemeni boat that was

2   hijacked from the Yemenis, and he was a member of the team

3   that went to hijack the Yemeni boat.  And that's the Yemeni

4   boat that was used for hijacking the ship.

5   Q.   Okay.  And just so we're clear, that's the Yemeni boat

6   that you and the other pirates went out to sea to use.  Is

7   that right?

8   A.   Yes, that we used to go to sea.

9   Q.   And tell the jury what type of Yemeni boat was it?  What

10  does it do?

11  A.   It was a fiberglass boat.  It was a small boat.

12  Q.   Was it big enough to go out on the open ocean?

13  A.   It was not a small boat, it was a middle size boat.

14  Q.   And do you know if the Yemeni men, before they had been

15  hijacked, had used it for fishing?

16  A.   Yes, the Yemenis used that boat for fishing.  And when we

17  hijacked it, because the fish had already passed its time, it

18  was smelly, so we poured the shipment back into the ocean.

19  Q.   Now, were the Yemenis made to stay on board that hijacked

20  ship?

21  A.   Yes.  There were four of them who were with us.  Then

22  they were joined by another Yemeni, who was aboard another

23  boat, and that Yemeni man's name was Munar.  So altogether

24  there were five.  And Munar got into an agreement with the

25  piracy team, and he became a member of the piracy team.

--------- J. Abdiali - Direct ---------

1    Q.   Okay.  So Munar is a Yemeni.  He decides to become a

2    pirate with you guys, right?

3    A.   Yes, with the pirates.

4    Q.   But the four Yemenis who had been hijacked on that

5    fishing boat, they weren't pirates, right?

6    A.   Yes, they were not, but they were also happy that when

7    the boat came back they would get back something so that they

8    could go back to Yemen.

9    Q.   Okay.  Now, do you know why those Yemeni men in their

10   boat weren't ransomed?

11            THE INTERPRETER:  Why they were ransomed?

12            MR. HATCH:  Why they were not ransomed.

13            THE WITNESS:  The Yemenis are poor people, just like

14   us Somalis.  They don't have any money.

15   BY MR. HATCH:

16   Q.   So no one would pay the ransom.  Is that right?

17   A.   Even if you kidnap them and keep them for as long as you

18   want no one will pay you back.

19   Q.   Okay.  I'd like to go back to this individual who got you

20   involved who had the Yemeni ship.  What was his name?

21   A.   Hurduqo.

22   Q.   Now, are you familiar with a man named Jama Abdikadir?

23   A.   Yes.  He was one of those who hijacked the Yemeni boat

24   and brought it back to Garaad so that it could be used for

25   other pirates' operations in the ocean.

———— J. Abdiali - Direct ————

1   Q.  Now, what was your role going to be in the piracy

2   mission?

3   A.  I did not carry any weapons.  My role was -- so I just

4   got to get some money, and my role was that I could preach as

5   a priest to the other pirate members.

6   Q.  Now, are you actually a priest?

7   A.  I'm not a priest, but what I did was that I made

8   arrangements so that there was someone who knew more about

9   religion among us, so that gentleman would pray for the rest

10  of the pirates.  Then eventually they become convinced that I

11  also had some skills to pray for the rest of the pirates.

12        And I used to pray for them, but after the American

13  ship was hijacked they did not do what I was telling them,

14  and then I said, "If you are doing this then what's going to

15  happen is that all of us will be captured and arrested."

16  Q.  Now, let me ask you -- to your knowledge, who were the

17  individuals who invested and helped out in the piracy mission

18  that you engaged in?

19        MR. BROCCOLETTI:  Judge, I'm objecting on the basis

20  of foundation.  I think we have to inquire, first of all, how

21  he received this knowledge, as opposed to just talking in the

22  community.

23        THE COURT:  Well, the problem here is -- it's an

24  interesting situation.  As far as I'm seeing, the testimony

25  at this stage is that everyone took shares.  In as much as

——————— J. Abdiali - Direct ———————

1   they're all sharing, then each person could tell who else was

2   sharing.

3          So, consequently, your objection is overruled.  It

4   sounds like a partnership to me.

5   BY MR. HATCH:

6   Q.  Now, Mr. Jilani, I will further clarify.  I'm asking you

7   about people that you saw or knew were involved.

8          THE INTERPRETER:  Can I say something?  Because

9   before in the previous statement he also said, "I'm saying

10  all this not to show myself in good standing in front of

11  America."

12         MR. HATCH:  Okay.  Thank you.  So if I could just go

13  back to the question, Your Honor.

14  BY MR. HATCH:

15  Q.  Mr. Jilani, based on your own observations, who were the

16  people who were involved in investing and facilitating the

17  pirate mission you went on?

18  A.  This operation was facilitated by -- first of all, by

19  Liban Abdurahman and Baali Hule.  And Liban had the say.  He

20  was the planner, and he planned all the supplies; the food,

21  the khat and the oil.

22  Q.  Now, just so I can clarify, is it Liban Haji Kheyr or

23  Mohamud Haji Kheyr?

24  A.  Mohamud Haji Kheyr.

25  Q.  Okay.  And I'm going to go one by one.

———————————— J. Abdiali - Direct ————————————

1          Baali Hule, could you please spell that, as best

2     you're able.

3     A.  B-A-L-H -- H is not that used for the "ah" in Somali.

4          THE WITNESS:  Okay.

5          THE INTERPRETER:  U-L-E.

6          MR. HATCH:  Does the interpreter want to make a

7     clarification?

8          THE INTERPRETER:  Yes, Baali Hule is two words,

9     B-A-A-L-I, H-U-L-E.

10    BY MR. HATCH:

11    Q.  Okay.  Hilaac, is that H-I-L-A-A-C?

12    A.  Yes.

13    Q.  And then Liban, is that L-I-B-A-N?

14    A.  L-I-B-N, yes -- B-A-N.

15    Q.  Okay.  And Abdurahman, is that A-B-D-U-R-A-H-M-A-N?

16    A.  Yes.

17    Q.  And then Mohamud Haji Kheyr?

18    A.  Yes.  Mohamud Haji Khayr, M-U-H-U-M -- M-O-H-A-M-U-D.

19    Q.  Okay.  Haji, is that H-A-J-I?

20    A.  Yes.

21    Q.  And Kheyr, K-H-E-Y-R?

22    A.  K-H-A-Y-R.

23    Q.  Now what did Baali Hule do for the mission?

24    A.  You mean why he got in this operation?

25    Q.  Yes, what kind of things did he do to invest or

—— J. Abdiali - Direct ——

1    facilitate the mission?

2    A.  Hilaac, Mohamud Haji Kheyr and Baali Hule were the

3    investors.  They provided the money so that the boat would go

4    and hijack.

5    Q.  And what about Liban?

6    A.  Liban?  He was also the same, and they were all in

7    agreement.

8    Q.  Did you actually witness all these men working on the

9    piracy mission in Garaad?

10   A.  I knew.  And had I not known how could I talk about that?

11   Q.  Okay.  Now, let me ask you, Jama Abdikadir -- we talked

12   about him before -- did he contribute anything to the

13   mission?

14   A.  He brought the boats, and that was because he did not

15   have money of his own.  And then with the boats they got into

16   an agreement that he would get a share after operation is

17   over.

18   Q.  So instead of providing money Jama Abdikadir invested by

19   putting in the Yemeni fishing boat?

20   A.  He brought the boats so that these other people would

21   bring the money to invest, and then after that he would get

22   his share of whatever stakes.

23   Q.  Now, are Liban and Hilaac the same Liban and Hilaac who

24   did the German ship?

25   A.  Liban and Hilaac were involved in that operation.  Baali

J. Abdiali - Direct

1  Hule was not part of that.

2  Q.  What was Mohamud Haji Khayr's role in facilitating this

3  mission?

4  A.  He was in charge of providing the food, the supplies, the

5  khat, and they gave him money to do that job.  That was his

6  job.

7  Q.  And when you say "they gave him money" was that the other

8  investors?

9  A.  The investors made him a representative so that he could

10  provide the food and the fuel to the ship and take everything

11  to the ship.

12  Q.  Before going out to sea yourself what, if any,

13  discussions did you have with Mohamud Haji Khayr regarding

14  who the negotiator would be?

15  A.  We had a conversation.  At that time when there was a

16  Vietnamese ship and other boat did not have water to drink so

17  we were trying to get water from the Vietnamese ship.  And in

18  the course of that we talked, and what he mentioned to me was

19  that when this operation started he would also invest

20  something in this operation so that he would get something

21  back.

22  Q.  And when you say, "...he would invest so he would get

23  something back," is that Shibin?

24        MR. BROCCOLETTI:  Objection; leading question, Your

25  Honor.

Heidi L. Jeffreys, Official Court Reporter

——————— J. Abdiali - Direct ———————

1   BY MR. HATCH:

2   Q.  Who is the "he" in that?

3   A.  What Mohamud told me is that Shibin would also invest

4   something into this operation.

5   Q.  But, just to be clear, you never personally saw

6   Mr. Shibin invest anything.  Is that correct?

7   A.  No, I did not see him.

8   Q.  Did Mohamud Haji Khayr say why Mr. Shibin would be

9   investing?

10  A.  No.  I did not ask him that, but when I asked the other

11  investors they told me that Shibin would be also investing.

12  Q.  When it was time to go to sea how did you actually go out

13  to sea?

14  A.  I went on the boat.

15  Q.  Okay.  And how many boats did you have?

16  A.  One boat and a smaller boat.  That smaller boat is used

17  to catch the ship.

18  Q.  Okay.  And was the bigger boat the Yemeni fishing boat

19  that Jama Abdikadir had provided?

20  A.  Yes, the bigger boat was the one that was hijacked from

21  the Yemenis, but the smaller boat I was told belongs to a man

22  called Juguuf.

23  Q.  Okay.  And where did you actually get on the boats to

24  head out?  What town?

25          THE INTERPRETER:  From what town?

1        MR. HATCH:  From what town did he head out?

2        THE WITNESS:  We left Garaad on the 1st.  On the

3  10th of February we went to -- on the 1st of February we left

4  Garaad.  On the 5th of February we went to a place called

5  Beyle.  And then on the 6th -- on the 9th -- we left on the

6  9th Beyle.

7  BY MR. HATCH:

8  Q.  To go out to sea?

9  A.  Yes, we moved towards the ocean.

10  Q.  And what, if anything, did the boats pick up in Beyle?

11  A.  Yes, from Beyle we got aboard a man who came from a place

12  called Hafun, and those men were brought to us by Jama

13  Abdikadir, and he used the small boat to bring them to us.

14  Q.  So how many total pirates with were on the boats when you

15  finally headed out to sea?

16  A.  Nineteen men, of which we were eighteen and one was also

17  from Yemen.  And there were also the other four Yemens.

18  Q.  Okay.  Did you have weapons with you?

19  A.  Yes, the men had guns.

20  Q.  Did you have supplies?

21  A.  Yes, pirates take supplies with them.  They take dates,

22  they take flour, they take cigarettes.

23  Q.  How far out did you go before you found a boat to hijack?

24  A.  960 miles.  We were in international waters, and the man

25  who was holding the GPS for us told us that India was about

—————— J. Abdiali - Direct ——————

1    460 miles from us.

2    Q.  What boat did you seize?

3    A.  We seized that boat aboard which there were those

4    deceased Americans.  May God bless their lives.

5    Q.  And where did you-all try to take that boat after you

6    seized it?

7    A.  We moved towards Somalia.

8    Q.  Do you know if there was a particular town you were

9    headed for?

10   A.  From what the GPS man told us -- and his name is

11   Agaweyne -- he say that Hafun is about 50 miles from us.

12   Q.  Do you know why you were headed to Hafun if you had come

13   from Garaad and Beyle?

14   A.  Because some of the men who were about -- in the piracy

15   were from Hafun, and they belonged to the Osman Mahamoud

16   clan.  They do not live in Zaas.  That's why we wanted to go

17   there first.

18   Q.  And how long was it, approximately, before the Navy

19   showed up?

20   A.   I think they were following us for two nights, even

21   though I cannot really say exactly because myself, I drank,

22   and the other men did not the like that, so they tied me down

23   in the basement of the boat.  But I think on the third night

24   they joined us.

25             MR. HATCH:  Mr. Pierce, if I could, with your

J. Abdiali - Direct

1   assistance, I'm handing to the witness Government's exhibits

2   2-5 A, B and C.

3   BY MR. HATCH:

4   Q.   Mr. Jilani, do you recognize those photos?

5   A.   Yes.   All these three are the -- is the American ship,

6   and then there is another one, a fourth one.   And I think

7   this one which has the ropes on it is the Quest.

8   Q.   Okay.   Now, let me ask you, as you-all were traveling

9   back to Somalia were some of the pirates taking pictures and

10  video with cell phones?

11  A.   Yes, Sarindaaq, and another gentleman was Faratol.

12          THE COURT REPORTER:   What was the first one you

13  said?

14          THE INTERPRETER:   Sarindaaq.

15  BY MR. HATCH:

16  Q.   Is that spelled S-A-R-I-N-D-A-A-Q?

17  A.   S-A-R-I-N-D-A-A-Q, yes.   The last letter is Q.

18  Q.   And Faratol is F-A-R-A-T-O-L?

19  A.   Yes.

20  Q.   And then have you also previously reviewed a video from

21  one of the cell phones?

22  A.   I did not see myself, but I think when I came over here

23  the officers showed me that.

24  Q.   Okay.

25          MR. HATCH:   Your Honor, at this time I would move

Heidi L. Jeffreys, Official Court Reporter

---
J. Abdiali - Direct
---

1   into evidence Government's Exhibits 2-5 A to 2-5 C.

2           THE COURT:  2-5 A and C?

3           MR. HATCH:  A, B and C.

4           THE COURT:  A, B and C.

5           2-5 A, B and C are admitted into evidence.

6           (The exhibits were admitted into evidence.)

7           MR. HATCH:  Thank you, Your Honor.  And I'll proceed

8   to publish them along with some previously admitted exhibits

9   in the same series.

10          2-5 A, please.

11  BY MR. HATCH:

12  Q.  Mr. Jilani, can you tell the jury what this picture is

13  showing?

14  A.  I think this is the big ship.  This is from the ship that

15  the airplanes could land and fly.

16  Q.  And that big ship, is that the one -- oh, sorry.  I did

17  that.

18          MR. DEPADILLA:  I've got it.

19  BY MR. HATCH:

20  Q.  Is that big ship the one I'm indicating with the red

21  arrow now?

22  A.  Yes, that's the one.

23          MR. HATCH:  I think I heard in his answer it had a

24  6-4 or a 6-5 on it.  Is that right?

25          THE INTERPRETER:  That's correct.  6-4, 6-5, that's

J. Abdiali - Direct

1   correct.

2   BY MR. HATCH:

3   Q.  And then what's this other boat which I now have a red

4   arrow on?

5   A.  This is the second ship.  I don't know if it's the 55 or

6   the 104.

7   Q.  Okay.  And you're referring to the numbers on the side.

8   Is that right?

9   A.  Yes, those are the numbers that are on the side of the

10  ship.

11  Q.  Okay.  2-5 B.

12          And while that's coming up, were these pictures taken

13  from the Quest during the time that the pirates were in

14  control of it?

15  A.  Yes, these pictures were taken at that time.

16  Q.  Okay.  What is 2-5 B, which you can now see?

17  A.  I think this is the biggest of all the ships.

18  Q.  And 2-5 C, please?

19  A.  This one towards me is the one that we had under our

20  control.

21  Q.  The one I just put a red arrow on?

22  A.  Yes, the one with the red arrow.

23  Q.  And what is the second red arrow on in the middle of the

24  screen?

25  A.  I think this is the 55 ship.

—————————— J. Abdiali - Direct ——————————

1   Q.   Okay.

2          MR. HATCH:   Now, if I could show 2-5 D, which is

3   already admitted into evidence.

4   BY MR. HATCH:

5   Q.   Mr. Jilani, do you recognize that person?

6   A.   This must be the captain, may God bless his soul.

7   Q.   2-5 E, please.  Do you recognize that lady?

8   A.   I think this is the lady of the captain.

9   Q.   2-5 F?

10  A.   This is the second lady, who had problems with her

11  vision, and may God bless her soul.

12  Q.   And 2-5 G?

13  A.   This is the older man, and he was in the company of the

14  other lady.

15         MR. HATCH:   Your Honor, at this time I'd also like

16  to move in 2-5 H, which is a video.

17         THE COURT:   2-5 H is admitted in evidence.

18         (The exhibit was admitted into evidence.)

19         MR. HATCH:   And, Your Honor, if I may play that.

20         THE COURT:   Okay, play it.

21         MR. HATCH:   Or I should say if Mr. DePadilla

22  wouldn't mind playing it for me.

23         MR. DEPADILLA:   One moment, Your Honor.  I

24  apologize.

25         (There was a pause in the proceedings.)

J. Abdiali - Direct

1          (The video recording was played.)

2    BY MR. HATCH:

3    Q.  Who is that individual in red, Mr. Jilani?

4    A.  He's the commander who was leading us.

5    Q.  Is his name Sarindaaq?

6    A.  Yes, Sarindaaq.

7    Q.  Is this video taken before the naval vessels arrived?

8    A.  Yes, but this picture was taken while they were following

9    us.

10   Q.  Mr. Jilani, were those the hostages that we just saw in

11   the picture?

12   A.  Yes.  These are the people who were kidnapped, and they

13   are just sitting there reading their books.

14   Q.  Is that the attack skiff you used that we just saw?

15   A.  Yes, this is the Quest.

16          I think this is the time that the ships were

17   attacking us, but because these people do not look like they

18   are frightened it must be before they attacked us.

19          THE COURT:  How long more are you going to be,

20   Mr. Hatch?  We'll take a five-minute break now.

21          MR. HATCH:  Okay.

22          THE COURT:  We're going to quit at 4:00, so we'll

23   take a five- to seven-minute break, long enough so you can

24   use the facility.

25          (The jury withdrew from the courtroom.)

Heidi L. Jeffreys, Official Court Reporter

—————————————— J. Abdiali - Direct ——————————————

```
 1              THE COURT:  All right.  Five to seven minutes.
 2              (A recess was taken.)
 3              THE COURT:  Please remain standing.  Bring in the
 4    jury, please, Mr. Pierce.
 5              (The jury entered the courtroom.)
 6              THE COURT:  You may be seated.
 7              Mr. Jilani, you are reminded you must tell the
 8    truth.
 9              Let's go ahead, Mr. Hatch.
10              MR. HATCH:  Your Honor, at this time I'd like to
11    play just a portion of Government's Exhibit 2-1 A, which has
12    already been admitted, just a portion of it.
13              THE COURT:  All right.
14              (The audio recording was played.)
15    BY MR. HATCH:
16    Q.  Mr. Jilani, were you present on the Quest when that
17    communication was going on we just heard?
18    A.  Yes.
19    Q.  And who is speaking for the pirates?  Whose actual voice
20    do we hear?
21    A.  Agaweyne.
22    Q.  Okay.  And is that A-G-A-W-E-Y-N-E?
23    A.  Yes.
24    Q.  Was he also known as Ibrahim?
25    A.  Yes, his name is Ibrahim Agaweyne.
```

--------J. Abdiali - Direct--------

1  Q.  Okay.  And what was Ibrahim's role in the piracy mission?

2  A.  At this time -- well, the situation was out of hand.  The

3  person who was in charge was no more in charge.  When he

4  attempted to contact with the ship -- well, he say, "I'm

5  going to bring you to some sort of like communication,

6  private," and it turned out that it was all with the Navy.

7  Q.  Okay.  So let me -- if I could just try to clarify that.

8        You said the person who started out in control was no

9  longer in control.

10  A.  Yes, because there was an objection.  Again, it's because

11  he agreed to -- because he agreed that the U.S. was going to

12  bring some sort of communication.  That's actually just

13  private, between us and the U.S. Navy.

14  Q.  And is this person who had originally been in control --

15  what's his name?

16  A.  Sarindaaq.

17  Q.  Okay.  Sarindaaq, who we saw in the video before in the

18  red shirt?

19  A.  Yes.

20  Q.  So, did Sarindaaq lose his job as the commander because

21  he was willing to accept a communication device from the

22  Navy?

23  A.  Yes, because he agreed to with the U.S. Navy.  Then they

24  decided not to accept his orders anymore.  Agaweyne took over

25  the microphone.  Most of the other young men also agreed that

1    they should not have any contact with the other guy.

2    Q.  So why was it a problem that Sarindaaq was willing to

3    take this communication device from the Navy?

4    A.  They objected to it because they felt the U.S. Navy was

5    trying to deceive us.

6    Q.  And, so, you-all never took a communication device from

7    the Navy, right?

8    A.  Yes, we did not.  However, we used the radio -- I don't

9    know what they call it -- GF radio communication.

10   Q.  Okay.  And when Ibrahim Agaweyne was speaking over that

11   bridge-to-bridge radio that we just heard were there any

12   other pirates who were speaking to Ibrahim Agaweyne?

13   A.  There were some other young men who were actually making

14   noises.

15   Q.  And who is speaking to Agaweyne?

16   A.  Juguuf -- they were asking each other the telephone

17   number of Mr. Shibin, so Juguuf was communicating with him.

18   Q.  And who actually knew the telephone number?

19   A.  Juguuf knew his telephone number, and he said, "Well,

20   we're going to call him so that he can make a connection with

21   us and with the U.S. Navy."

22   Q.  Okay.  Now what was -- is Juguuf -- is that a nickname?

23   A.  Yes.  His name is Mohamud Salad.

24   Q.  And what was his job at that time?

25   A.  He was one of the officers.  I mean, he was next to

—————— J. Abdiali - Direct ——————

1   Mr. Sarindaaq.

2   Q.   So he had a leadership role.  Is that right?

3   A.   Yes.

4   Q.   And later that day did Juguuf and another pirate actually

5   go over to one of the Navy ships?

6   A.   Juguuf and Dugan took a skiff and went to the ship.

7   Q.   Now, I asked you before -- and maybe I bombed with it --

8   Elcassa.  Is it Ilcas?

9   A.   I'm sorry, I forgot.  I was kind of shy because of so

10  many people.  It was a nickname because of my teeth.

11  Q.   Okay.  So is that your nickname, sir?

12  A.   Yes.

13  Q.   And what about your teeth gives you that nickname?

14  A.   They are a little bit red, and that's because in specific

15  region of Somalia when you drink the water from it it kind of

16  leaves that sort of redness.

17  Q.   And is Ilcas a word for red teeth?

18  A.   Yes, it's like red mouth.

19       MR. HATCH:  Your Honor, at this time I'd like to

20  read a stipulation, and then also I'll be moving in a couple

21  exhibits that relate to this stipulation.

22       THE COURT:  Go right ahead.

23       MR. HATCH:  Stipulation regarding Government's

24  Exhibit 2-10:

25       "The United States and the defendant Mohammad Saaili

————— J. Abdiali - Direct —————

1    Shibin stipulate and agree that on February 22nd of 2011 Host

2    Nation Forces in Somalia obtained the cellular phone of the

3    defendant, Mohammad Saaili Shibin.   The Host Nation Forces

4    obtained the cellular phone from Shibin and provided Shibin's

5    cellular phone to United States Government personnel on

6    February 22nd, 2011.   United States Government personnel then

7    examined the phone and took numerous photographs of the

8    display screen of the phone; specifically, United States

9    Government personnel cycled through different displays on the

10   phone, including but not limited to displays showing outgoing

11   phone calls, incoming phone calls, recent contacts, text

12   messages, and Internet search queries and results.   The

13   United States Government personnel took pictures of the

14   information displayed on the display screen of Shibin's

15   phone.   The United States Government personnel also copied

16   the contacts list that were in Shibin's phone.   After making

17   the photographs and copies of the contacts list, the United

18   States Government personnel returned the phone to the Host

19   Nation Forces, who returned the phone to Shibin.

20         "Government's Exhibit 2-10, a DVD, contains true and

21   correct copies of the pictures taken by the United States

22   Government personnel of the different display screens of

23   Shibin's phone as described above.   Government's Exhibit 2-10

24   also contains true and correct copies of the contacts list

25   retrieved from Shibin's phone by the United States Government

—— J. Abdiali - Direct ——

1    personnel.  The parties therefore stipulate and agree that

2    Government's Exhibit 2-10 has been properly authenticated

3    pursuant to Federal Rule of Evidence 901 and is admissible in

4    evidence with no further showing by the government."

5              Thank you, Your Honor.

6              THE COURT:  All right.

7              MR. HATCH:  Your Honor, at this time I would offer

8    in evidence Government's Exhibit 2-10 C, which I proffer to

9    the Court through later testimony would be one of the items

10   coming off of Government's Exhibit 2-10, the results of that

11   phone search.

12             THE COURT:  All right.  2-10 C is received in

13   evidence.

14             (The exhibit was admitted into evidence.)

15             THE COURT:  Do you want to publish it?

16             MR. HATCH:  Yes, Your Honor.  Thank you.

17             If I could start with page 1.

18   BY MR. HATCH:

19   Q.  Mr. Jilani, if you would look at your screen there, do

20   you see that entry there that I've blown up, "M Haji Khayr"?

21   A.  Yes, I see, including the number.

22   Q.  And do you recognize that name, sir?

23   A.  That's Mohamud Haji Khayr.

24             MR. HATCH:  Page 2, please.

25             THE COURT:  This is the contact list that you

———————— J. Abdiali - Direct ————————

 1    recovered from 10-C.  Is that correct?

 2            MR. HATCH:  That is 1 of 2, Your Honor.  This is

 3    contact list number one.

 4            THE COURT:  Okay.

 5    BY MR. HATCH:

 6    Q.  Mr. Jilani, now on page 2 of this, do you recognize the

 7    name that I have highlighted there?

 8    A.  Do you want me to read it?  It's Jama Abdikadir.

 9    Q.  Okay.  And is that consistent with the name of the

10    individual you knew associated with the Yemeni fishing boat?

11    A.  That's him.  He is one of the hijackers.

12    Q.  Do you recognize that name Dumad?

13    A.  Yes.  You left out Bishur.  That's Dumad.

14    Q.  Is that the same individual you referred to before,

15    Bishur Dumad?

16    A.  That's him.

17    Q.  How about this entry, "F Dheere"?

18    A.  Yes, this is short for "Faraad."

19    Q.  And was Faraad Dheere the individual you referenced

20    before in connection with the German boat hijacking?

21    A.  Yes, that's him, Faraad Dheere.

22    Q.  Now, this individual in the middle there, do you

23    recognize that name?

24    A.  Yes.  That's Hilaac.

25    Q.  And is that the same individual that you referred to as

--- J. Abdiali - Direct ---

1  being a hijacker of the German ship?

2  A.  Yes.  The German ship, yes.

3  Q.  And also an investor in your piracy mission?

4  A.  He's one of the people who sent us.

5  Q.  Do you know anyone else who goes by the name Hilaac?

6  A.  There's another person who works with me.  He sometimes

7  becomes insane; sometimes he's fine.  And he drives taxis

8  sometimes.

9  Q.  So he's a taxi driver?

10  A.  Yes.

11  Q.  Okay.

12        MR. HATCH:  If I could have page 3, please.

13  BY MR. HATCH:

14  Q.  Do you recognize that name at the top?

15  A.  Yes.  That's Juguuf.

16  Q.  Is that consistent with the name of the individual who

17  was on the Quest with you?

18  A.  Yes.

19        MR. HATCH:  Page 4, please.

20  BY MR. HATCH:

21  Q.  Are those initials M. H. Kh2 consistent with any names

22  that you know?

23  A.  Yes.  This is short for Mohamud Haji Khayr.

24  Q.  And do you know this individual?

25  A.  Dalab?  Yes, I know him.

—————————————— J. Abdiali - Direct ——————————————

1   Q.   And how do you know him?

2   A.   He was one of the kidnappers or hijackers of the German

3   ship.

4   Q.   And then, last, this name at the bottom?

5   A.   That's Hilaac.

6          MR. HATCH:  Thank you.  You can take that down.

7          With Mr. Pierce's assistance, I hand up to the

8   witness 2-14 H.

9          And, Your Honor, similarly, this is an exhibit that

10  comes off of Government's Exhibit 2-10, so I would move it in

11  evidence.

12         THE COURT:  2-14 H?

13         MR. HATCH:  Yes, Your Honor.

14         THE COURT:  And it is what?

15         MR. HATCH:  It is another exhibit that comes off of

16  that stipulation I read, a screen shot from the phone.

17         THE COURT:  Is this another contacts list?

18         MR. HATCH:  It's a particular contact with an

19  individual.

20         THE COURT:  Oh, all right.

21         (The exhibit was admitted into evidence.)

22         MR. HATCH:  May I publish it, Your Honor?

23         THE COURT:  Yes.

24  BY MR. HATCH:

25  Q.  Mr. Jilani, do you recognize the name on your screen?

─────────────── J. Abdiali - Cross ───────────────

1    A.  Yes, that's Baali Hule.

2    Q.  Okay.  I know we tried spelling his name before, but is

3    that spelling consistent with the person you knew as Baali

4    Hule?

5    A.  Correct, yes.

6    Q.  Okay.

7            MR. HATCH:  Court's indulgence.

8            Mr. Pierce, I owe you one exhibit, 2-10 C, and then

9    I'm all done.  Well, he's already moved it in, so...

10           Mr. Jilani, please answer any questions

11   Mr. Broccoletti may have.

12           THE WITNESS:  Okay.

13                      CROSS-EXAMINATION

14   BY MR. BROCCOLETTI:

15   Q.  Sir, you're currently in jail?

16   A.  I am in Tidewater Regional Jail.

17   Q.  Tidewater Regional Jail.  And are you in Tidewater

18   Regional Jail with any of the other pirates that were aboard

19   the Quest with you?

20   A.  Some, yes.

21   Q.  Which ones are you in jail with?

22   A.  Well, I share one block with four others.  Two of them

23   are C3 Block.  Juguuf is C6.

24   Q.  What are the ones you're in jail with?  What are their

25   names?

————— J. Abdiali - Cross —————

1   A.   You're asking me the names?

2   Q.   I'm asking you the names.

3   A.   Sarindaaq is one, Said Fooley, Aqid Abdi Jama and myself,

4   Jilani Abdiali.

5   Q.   Do you talk with those other pirates about this case?

6   A.   You mean me?

7   Q.   Yes.  Do you talk with the other pirates about this case?

8   A.   Are you talking about the case that we're charged?

9   Q.   Do you talk to the other pirates about the case that

10  you're now testifying in?

11  A.   No, I do not.

12  Q.   How many other Somalis are in the block with you?

13  A.   Well, we're all four, including myself.

14  Q.   And you're the only four that speak Somali in that block.

15  A.   Yes, in Somali, just four of us.

16  Q.   So do you talk about the weather back in Somalia?

17  A.   We do not go outside, so we just -- we just talk, just

18  normal.

19  Q.   Do you talk about Shibin?

20          THE COURT:  Two more questions on this,

21  Mr. Broccoletti, and that's it.

22          MR. BROCCOLETTI:  Yes, sir.

23          THE WITNESS:  No, but, you know, you can talk about

24  the current situations, so we just talk about situations.

25  BY MR. BROCCOLETTI:

---J. Abdiali - Cross---

1   Q.  And who do you travel from the jail with to court?  Let

2   me ask you -- whom did you travel with today from the jail to

3   court?

4   A.  Are you asking me who did I come with?

5   Q.  Yes.  What other Somali pirates did you come to court

6   with today from jail?

7   A.  There are three now getting detention, and myself.

8   Q.  Who are they?

9   A.  Said Fooley, Abdi Jama Aqid and Sarindaaq.

10  Q.  The same ones that are in your block?

11  A.  No.  Two of them are still in detention, just myself and

12  Sarindaaq, the same block.

13          MR. BROCCOLETTI:  Could we have Government's

14  Exhibit 2-9, please.

15          (There was a pause in the proceedings.)

16          MR. BROCCOLETTI:  One second, Your Honor.  I thought

17  it was scanned in.  I apologize.

18          THE COURT:  Take your time.

19          (There was a pause in the proceedings.)

20          THE COURT:  Would you help him, Mr. DePadilla?

21          MR. DEPADILLA:  I'll take care of it, Your Honor.

22          MR. BROCCOLETTI:  I think we have it, Judge.

23          THE COURT:  Have you got it?  Good.

24          MR. BROCCOLETTI:  I think so.

25  BY MR. BROCCOLETTI:

Case 2:11-cr-00033-RGD-DEM   Document 102   Filed 07/03/12   Page 50 of 70 PageID# 944

1   Q.  All right.  Mr. Jilani, this is the plea agreement that

2   was introduced into evidence as Government's Exhibit 9 A,

3   correct?

4   A.  What did you just say?  Can you speak again?

5   Q.  Sure.  This is the plea agreement that you entered into

6   with the government that was just introduced as Government's

7   Exhibit 9 A.

8   A.  Yes, that's my hand that's on it.

9   Q.  And you already told us you pled guilty to piracy and

10  were sentenced to life, correct?

11  A.  Yes.

12  Q.  And you told us that the relief that you expect or hope

13  for is some type of reduction in your sentence, correct?

14  A.  I'm hoping; however, that's in the hand of the

15  government.

16  Q.  Correct.  Paragraph 15 of your plea agreement says that

17  in order for you to receive a reduction in your sentence the

18  United States has to determine that such a departure or

19  reduction of sentence is appropriate.

20          THE INTERPRETER:  Can you -- I'm sorry.

21          MR. BROCCOLETTI:  Sure.  I'll try to go piece by

22  piece for you.

23  BY MR. BROCCOLETTI:

24  Q.  And you understand that in order for you to receive any

25  possible reduction in your sentence the first step is for the

—— J. Abdiali - Cross ——

1    United States to determine that such a departure or reduction

2    is appropriate.

3    A.   Are you saying "departure" means they have to depart from

4    the law in order for me to receive some sort of a benefit?

5    Q.   No.  What I'm asking is do you understand that before the

6    Judge can even consider reducing your sentence the first step

7    is for the government, the United States, to determine that

8    such a reduction of your sentence is appropriate?

9    A.   I understand very much now.

10   Q.   So the Court doesn't even get to consider it unless the

11   government first files its motion.  You understand that.

12   A.   I understand.

13   Q.   And does that affect your testimony?

14   A.   What do you mean?

15   Q.   Does that affect your testimony?  Does that affect --

16            THE COURT:  What do you mean?  Approach the bench a

17   minute.

18            (The following was heard at the sidebar out the

19   hearing of the jury:)

20            THE COURT:  You'll have to define it a little

21   better, because it could affect his testimony.  He has to

22   tell the truth, the whole truth.  And I don't want to get

23   into that, but -- do you see what I'm saying?

24            MR. BROCCOLETTI:  Yes, sir, I understand.

25            (The proceedings resumed in open court as follows:)

—————————— J. Abdiali - Cross ——————————

1   BY MR. BROCCOLETTI:

2   Q.  The question, sir:  Is that causing you to testify the

3   way you're testifying today?

4        MR. HATCH:  Your Honor, if I could ask for a

5   clarification on that question.

6        He's asking him about the plea agreement, which

7   requires him to cooperate, so I think it's a vague question

8   about whether his cooperation applies here or this particular

9   provision.

10       MR. BROCCOLETTI:  I'm trying to explain it as best I

11  can to him.

12       THE COURT:  He has a right -- you have a right to

13  question him, Mr. Broccoletti, about his understanding

14  concerning the plea agreement.  There's no question about

15  that.

16       The only thing I don't want to do is to confuse the

17  witness because of -- with the word "affect," if you

18  understand my problem.

19       MR. BROCCOLETTI:  Yes, sir.

20       THE COURT:  And I thought I made it clear.

21       MR. BROCCOLETTI:  That's why I tried to change the

22  question, Your Honor.

23       THE COURT:  Okay.  Go ahead.

24       MR. BROCCOLETTI:  Yes, sir.

25  BY MR. BROCCOLETTI:

J. Abdiali - Cross

1   Q.  And is that causing you to testify the way you're

2   testifying today?

3           THE COURT:  I certainly hope it is,

4   Mr. Broccoletti -- that's what I'm trying to tell you --

5   because he has duties besides that.  Do you understand what

6   I'm --

7           MR. BROCCOLETTI:  Yes, sir.  I'll move on, Judge.

8           THE COURT:  Would you?

9           MR. BROCCOLETTI:  Yes, sir.

10  BY MR. BROCCOLETTI:

11  Q.  All right.  Now, when you were first interviewed by the

12  FBI that was on the 27th of February of 2011.  Do you

13  remember that?

14  A.  Yes.

15  Q.  And that was on board the USS Enterprise, correct?

16  A.  USS --

17  Q.  You were on a big Navy boat?

18  A.  Yes.

19  Q.  And during that entire first interview with the FBI on

20  February 27th of 2011 did you ever mention Shibin and his

21  role?

22          MR. HATCH:  Your Honor, I object.  There's no

23  predicate that he was even asked about that.

24          MR. BROCCOLETTI:  I think he can certainly bring

25  that --

─────────────── J. Abdiali - Cross ───────────────

1          THE COURT:  Stop a minute.

2          Are you seeking to introduce evidence that's

3    contradictory to his testimony?

4          MR. BROCCOLETTI:  By omission, yes, sir.

5          THE COURT:  Well, you better ask him about it so

6    then you can ask him if he failed to do it.

7          MR. BROCCOLETTI:  Yes, sir.

8    BY MR. BROCCOLETTI:

9    Q.  During this interview with the FBI, your first interview

10   on February 27th of 2011, you provided information about your

11   role in piracy.

12   A.  Well, I chose to tell the truth, and I told them the

13   truth.

14   Q.  They asked you about your role in piracy, and you told

15   them about your role in piracy.

16   A.  I told them.  In many, many other places I was asked.

17   Q.  You told them about what your role in the Quest was to

18   be.

19   A.  I was asked, and I answered the questions.

20   Q.  You told them who ordered the attack on the Quest.

21         THE INTERPRETER:  I'm sorry.  You told them --

22   BY MR. BROCCOLETTI:

23   Q.  You told them who ordered the attack on the Quest.

24         THE COURT:  Do you seek to introduce his

25   testimony -- his statement?

——————— J. Abdiali - Cross ———————

1              MR. BROCCOLETTI:  I'll introduce it, yes, sir.  The

2       one I have, though, however, has little yellow lines on it.

3              THE COURT:  That's not -- I don't want you to sit

4       there and ask him about every single question.

5              What's your position, Mr. Hatch?

6              MR. HATCH:  Your Honor, I object to this whole line

7       of questions.  As I said, there's been no foundation of any

8       inconsistent statement.

9              THE COURT:  Objection sustained.

10      BY MR. BROCCOLETTI:

11      Q.  Would it be fair to say that --

12             THE COURT:  You can contradict him about anything

13      he's testified to.  You're asking him questions, and he's

14      just merely answering "yes" as to the statement,

15      Mr. Broccoletti.

16             MR. BROCCOLETTI:  Judge, may we just have a quick

17      side bar, please?

18             THE COURT:  Yes.

19             (The following was heard at the sidebar out the

20      hearing of the jury:)

21             MR. BROCCOLETTI:  The point that I'm trying to make

22      is that the fact that he gave a complete recounting of the

23      event that particular day, his role in piracy and the absence

24      of his mention of Shibin in that is inconsistent impeachment

25      by omission.

──────── J. Abdiali - Cross ────────

1          THE COURT:  Not necessarily, because he said he was
2    answering questions.  Unless he was asked a question about
3    Shibin -- unfortunately, what he omitted is not what he
4    omitted, it's what the interrogator omitted.
5          Now, if he was not asked any questions about it then
6    it couldn't be contrary.  You can ask, "Were you asked
7    questions about Shibin" or -- I don't want you to do that.
8    That's -- I will allow you to say what you've said.  And it's
9    already pointed out Shibin isn't mentioned in this statement,
10   but unless somebody questioned him about Shibin why would it
11   be in the statement?
12         MR. BROCCOLETTI:  If he gives a complete recounting
13   of the event it would be expected he would have mentioned
14   him.
15         THE COURT:  If I gave a complete recounting of what
16   happened today I'd have to have the court reporter here.
17   Now, stop.  You know better.  I'll allow you broad
18   parameters, Mr. Broccoletti --
19         MR. BROCCOLETTI:  Yes, sir.
20         THE COURT:  -- but I cannot allow you to -- I will
21   allow you to ask him if at any time Shibin was mentioned.
22         MR. BROCCOLETTI:  Yes, sir.
23         THE COURT:  I will allow that question.
24         MR. BROCCOLETTI:  Yes, sir.
25         (The proceedings resumed in open court as follows:)

─────── J. Abdiali - Cross ───────

1  BY MR. BROCCOLETTI:

2  Q.  Sir, at any time in that interview of February 27th of

3  2011 was Shibin mentioned?

4  A.  No, I was never told at that time.

5  Q.  Now, where did you travel from to Garaad?  Where did you

6  leave from to go to Garaad?

7  A.  I left Qardho.

8  Q.  And where is that located?

9  A.  East Somalia.

10  Q.  How far is that from Garaad?

11  A.  About 500 kilometers.

12  Q.  How did you travel?

13  A.  On the road, the highway that was made by the Italians,

14  which makes easier travel.

15  Q.  How long did it take you to travel?

16  A.  Well, first I went -- first I went to Galkayo, and then I

17  left Galkayo to Garaad.  It took me one day.

18  Q.  Did you decide to be a pirate before you left to go to

19  Garaad?

20  A.  No.  My intention first was to go to friends to get a

21  little money from them, because they hijacked a ship so they

22  have some money.

23         Then, after arriving in Garaad, it came to me that I

24  myself should become one of them so I can have some money.

25  Even though, unfortunately, it was bad thought, at the time

—— J. Abdiali - Cross ——

1   it was okay.

2   Q.  Did you plan to arm yourself?

3   A.  No.

4   Q.  Your plan was -- what was your role to be?

5   A.  No matter what it takes, my intention was to become one

6   of the pirates and get money.

7   Q.  You knew that pirates armed themselves with guns.

8        THE INTERPRETER:  I'm not sure what he means, "He

9   lift" -- "sometimes you become" -- "you become a lift.

10  Sometimes one of relatives will have you become one of them,

11  just board the ship."

12  BY MR. BROCCOLETTI:

13  Q.  Well, the question was do you know that pirates arm

14  themselves with guns?

15  A.  Yes.

16  Q.  And you knew on this particular boat there was also a

17  rocket-propelled grenade launcher.

18  A.  Yeah, they have a different -- different guns.

19  Q.  So you knew that violence was entirely possible.

20  A.  If -- you know, at the time it was not in my mind.  All

21  my thought was just getting some money.

22  Q.  Were you the only pirate on board the boat without a gun?

23  A.  Yes.  Everybody else had a gun.

24  Q.  Were you a spiritual advisor?

25  A.  No.  Actually, myself, I was not actually following a

Heidi L. Jeffreys, Official Court Reporter

J. Abdiali - Cross

1    religion at the time.

2    Q.   So if you didn't have a gun and you weren't a spiritual

3    advisor did you drive the boat?

4    A.   No, I was just praying for them.

5    Q.   For the pirates?

6    A.   Yes.  When I was with them, yes.

7    Q.   And I'm sure you prayed for the American hostages while

8    you were on the boat with them, too.

9    A.   Yes, I was praying for their safety.  Unfortunately, it

10   was not possible for me because they reject what I was trying

11   to do.  When the incident was taking place actually I went

12   down and I locked myself in a room.

13   Q.   You said that we wouldn't be here if they had done what

14   you had told them to do.  What did you tell them to do?

15   A.   Well, first, this is my first time participating in

16   piracy, but I believe when you hijack somebody or you kidnap

17   human beings you should always -- you should always keep them

18   safe, not harm them.

19   Q.   And that's -- I'm sorry.

20          THE INTERPRETER:  Okay.

21          THE WITNESS:  Then I told them, "If you follow what

22   I already told you, just pray and you not harm these people,

23   you are going to be saved and these people are going to be

24   also saved."

25   BY MR. BROCCOLETTI:

Heidi L. Jeffreys, Official Court Reporter

---
J. Abdiali - Cross
---

1   Q.  This was your first time involved in this.  What was your

2   advance SAMI share to be?

3          THE INTERPRETER:  I'm sorry?

4   BY MR. BROCCOLETTI:

5   Q.  What was your SAMI share to be?

6   A.  High.

7   Q.  Well, you said that it was agreed to in advance as to

8   what role or what portion each person would play -- or what

9   portion each person would receive.  What portion were you to

10  receive?

11  A.  At least 50.

12  Q.  50 what?

13  A.  50,000.

14  Q.  50,000.  You didn't even know what the ransom was, did

15  you?

16  A.  Well, that's just my estimation, but all -- it depends on

17  how much the ransom money would be.

18  Q.  Well, how much were the others to get?  For example, how

19  much was Sarindaaq to get?

20  A.  He's the leader.  He was the leader.

21  Q.  So how much was he to get, if it was decided in advance?

22  A.  I would say maybe like double, maybe.

23  Q.  The investors -- how much was, say, Mohamud Haji Khayr to

24  get?

25          THE INTERPRETER:  What is the name?

J. Abdiali - Cross

1        MR. BROCCOLETTI:  Haji Khayr.

2        THE WITNESS:  Well, we couldn't decide how much he

3   would be getting, but the others, the investors, are the ones

4   who decide how much he would be getting for his own boats.

5        The people who sent him, when they hijack something

6   then they will decide how much he should be getting.

7   BY MR. BROCCOLETTI:

8   Q.  Is there a meeting where this is agreed upon?

9   A.  Yeah.  They decide, you know, low -- how much,

10  estimation?  Low, high, middle.

11  Q.  Were you present for the meeting?

12  A.  No.

13  Q.  Was there an agreement that was signed?

14  A.  No, there's no signatures.  You just -- you just agree on

15  something.

16  Q.  In the conversation that you had with Mohamud Haji Khayr

17  about the defendant investing was it just the two of you

18  present?

19  A.  No, everybody was on the boat, but the two of us were

20  having a conversation, just a very limited conversation.

21  Q.  What boat?

22  A.  I'm talking about the previous ship that we used.

23  Q.  The Yemen boat?

24  A.  Yes, Yemen boat.

25  Q.  So it was just the two of you.  So we have your word on

1   that conversation?

2   A.   What are you talking about, my word?

3   Q.   We have your word; we don't have anyone else.

4         THE COURT:  Whoever he had the conversation with.

5         MR. BROCCOLETTI:  Correct, Mr. Khayr.

6         THE WITNESS:  Oh, with the exception of the

7   conversation regarding Mr. Shibin, we didn't have any other

8   conversation.

9         THE COURT:  How long are you going to be,

10  Mr. Broccoletti?  I'm not stopping you, but --

11        MR. BROCCOLETTI:  Another 15 minutes or so, Your

12  Honor, but we can -- it's up to the jury.  It's up to the

13  Court.

14        THE COURT:  Do you want to stay 15 minutes?  If you

15  don't -- I said you'd leave at 4:00.  I don't -- we've got to

16  leave.

17        We'll continue tomorrow morning, Mr. Broccoletti.

18        MR. BROCCOLETTI:  Yes, sir.

19        THE COURT:  All right.  Everyone please rise while

20  the jury retires.

21        (The jury withdrew from the courtroom.)

22        THE CLERK:  What time did you want them to return?

23        THE COURT:  Oh, I didn't tell them.  I forgot to

24  tell them.  9:30.  Would you tell them?

25        THE CLERK:  Yes, sir.

——————————— J. Abdiali - Cross ———————————

1           THE COURT:  Abdiali, you are instructed not to

2     discuss your testimony with anyone until you come back here

3     tomorrow.

4           THE WITNESS:  Okay.

5           THE COURT:  Okay.  We'll recess until tomorrow

6     morning, 9:30.

7           (The proceedings were adjourned at 4:03 p.m., to be

8     reconvened at 9:30 a.m. on April 25, 2012.)

9

10                *****      *****      *****

11

12           (After adjournment on April 24, 2012, the testimony

13     of Jilani Abdiali resumed on April 25, 2012, as follows:)

14           THE COURT:  All right.  Thank you.

15           Mr. Broccoletti, you were cross-examining

16     Mr. Abdiali.

17           MR. BROCCOLETTI:  Yes, sir.

18           THE COURT:  Mr. Abdiali, you're reminded you still

19     have an obligation to tell the truth, the whole truth, and

20     nothing but the truth.

21                CROSS-EXAMINATION (Continuing)

22     BY MR. BROCCOLETTI:

23     Q.  Sir, yesterday we saw a number of photographs taken from

24     cell phones and a video taken from a cell phone.

25     A.  Yes.

J. Abdiali - Cross

1    Q.   Do you know who took those?

2    A.   Sarindaaq and the other man by the name of Faratol.

3    Q.   Were you shown in any of those photos?

4    A.   Yes.

5    Q.   Did you have a cell phone that was taking pictures?

6            THE INTERPRETER:  I'm sorry?

7    BY MR. BROCCOLETTI:

8    Q.   Did you have a cell phone that was taking pictures?

9    A.   No.

10   Q.   And were those cell phones left on the Quest and then

11   recovered by the American authorities?

12   A.   I would not know.  I don't know.

13   Q.   Yesterday you also talked about a number of people that

14   were on Government's Exhibit 2-10 C, which is the contact

15   list from the defendant's telephone.

16           For example, Hilaac.  Did Hilaac have a job prior to

17   the time that he became a pirate?

18   A.   I did not know him before.  I just met him on the ship.

19           THE INTERPRETER:  Oh, I'm sorry.  In Garaad.

20   BY MR. BROCCOLETTI:

21   Q.   What about Haji Khayr?  Did you know him before?

22   A.   Yes, I knew him.

23   Q.   And what did you know him to do before?

24   A.   I haven't seen him working; however, I knew he was a

25   young man who came from the same town.

—— J. Abdiali - Cross ——

1   Q.   Dumad.  Did you know him before?

2   A.   No, I just met him at Garaad.

3   Q.   Is it Faraad Dheere?

4          THE COURT:  I assume this has some issue in this

5   case, Mr. Broccoletti.

6          MR. BROCCOLETTI:  It does.  These are the people

7   that the defendant --

8          THE COURT:  I understand that, but what is the

9   issue?

10          MR. BROCCOLETTI:  Judge, the issue is other reasons

11   for them to be in the defendant's contact book.  There are

12   other explanations or alternative explanations for that.

13          THE COURT:  I'm having some problems with it, but

14   you can continue.  But let's get to the issues in this

15   matter, if we possibly can.

16          MR. BROCCOLETTI:  May we approach, Your Honor, so I

17   can explain it to you?

18          THE COURT:  You can proceed.

19          MR. BROCCOLETTI:  Yes, sir.

20   BY MR. BROCCOLETTI:

21   Q.   Is it Fahad Dheere?

22   A.   You mean Faraad Dheere?

23   Q.   Yes.

24   A.   I met him in Garaad.

25   Q.   Jama Abdikadir, did you know him before?

————— J. Abdiali - Cross —————

1  A.  I just met him at the boat.

2  Q.  During the time that you were on the Quest was the

3  satellite phone cut immediately?

4  A.  Well, I was not one of the six people who went to the

5  boat; however, I was told a man by the name of Shani was the

6  man who cut the phone line.

7  Q.  Was there any attempt ever made from the Quest to call

8  the phone number that is associated with Shibin?

9  A.  No.  We didn't have any communications that were actually

10  working for us.

11  Q.  The government played for you yesterday a portion of the

12  bridge-to-bridge communications between Ibrahim and the Navy

13  vessel.  Do you remember that?

14  A.  I do remember that, yes.

15  Q.  And do you remember Ibrahim when he was talking to the

16  Navy telling them that he "would not stop the boat and cannot

17  start any more talk until we get an interpreter"?

18  A.  Yes, he did say that.

19  Q.  And do you remember also Ibrahim telling the Navy that

20  they will not make --

21          THE COURT:  Stop.  Why are you repeating all this?

22          MR. BROCCOLETTI:  It's new, Judge.  It's not

23  repeating it.

24          THE COURT:  Well, what difference does it make what

25  he remembers about the telephone conversation?  It's already

—————— J. Abdiali - Cross ——————

1   been in evidence.

2           MR. BROCCOLETTI:  This is a different telephone

3   conversation, Your Honor.  It's not the same that was played

4   yesterday.

5           THE COURT:  Okay.

6   BY MR. BROCCOLETTI:

7   Q.  And do you also recall Ibrahim telling the Navy, "We will

8   not make any deal until we find a negotiator between us to do

9   whatever you want"?

10  A.  Yes, he did say that.

11  Q.  Thank you.

12          MR. BROCCOLETTI:  No further questions.

13          MR. HATCH:  Your Honor, if I may, just for the

14  record, I think Mr. Broccoletti may have referenced a phone

15  call, but I believe he was --

16          THE COURT:  It isn't in evidence, so let's go.  Do

17  you want to put it in evidence?

18          MR. HATCH:  No.  It's the bridge-to-bridge radio, it

19  wasn't a phone call.

20          MR. BROCCOLETTI:  I'm sorry.  It's bridge-to-bridge.

21  I apologize.

22          THE COURT:  Oh, okay.

23                     REDIRECT EXAMINATION

24  BY MR. HATCH:

25  Q.  Mr. Jilani, just to be clear, you were asked yesterday

J. Abdiali - Cross

1    about the people that you are in prison with.

2           Do you have any control over the people that you are

3    housed with or transported with?

4    A.  No, I don't control them.

5    Q.  And you were asked about your plea agreement with the

6    government and cooperation.

7           Has the government asked you -- what type of

8    information has the government asked you to give as part of

9    your cooperation?

10   A.  Well, the government just asking me any information that

11   I had regarding the piracy and the boat, and they thought

12   what I know I will tell them.

13   Q.  And just to be clear, Mr. Jilani, you said you weren't

14   part of the six people who went over to the Quest.  Do you

15   recall that?

16   A.  Yes.

17   Q.  Were you referring to the initial boat, attack skiff,

18   that went and actually captured the Quest?

19   A.  Yes, that's what I'm talking about.

20   Q.  After the Quest was captured by that attack skiff, all of

21   the pirates then did transfer over to it, correct?

22   A.  All of us, yes, we went over.

23   Q.  And what happened to the Yemenis?

24           THE INTERPRETER:  What happened to the what, sir?

25   BY MR. HATCH:

——————J. Abdiali - Cross——————

1  Q.  What happened to the Yemenis and their fishing boat?

2  A.  They were released.  They went to Yemen.

3          MR. HATCH:  The Court's indulgence?

4          (There was a pause in the proceedings.)

5          MR. HATCH:  No further questions, Your Honor.

6          THE COURT:  Are you through with this witness?

7          MR. HATCH:  We are, Your Honor.

8          THE COURT:  May he be released?

9          MR. HATCH:  Yes.

10          THE COURT:  May he be released, Mr. Broccoletti?

11          MR. BROCCOLETTI:  Yes, Your Honor.

12          THE COURT:  You are instructed not to discuss your

13  testimony with anyone until this case is complete, and then

14  you're free to discuss it with anyone you like.  You may be

15  excused.

16          THE WITNESS:  Okay.

17

18                  *****     *****     *****

19

20

21

22

23

24

25

```
 1                      CERTIFICATION

 2

 3        I certify that the foregoing is a correct transcript

 4   of an excerpt from the record of proceedings in the

 5   above-entitled matter.

 6

 7                           s/s

 8                     Heidi L. Jeffreys

 9

10                    _____

11                     July 3, 2012

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Heidi L. Jeffreys, Official Court Reporter