```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
 2                           Norfolk Division

 3

 4    - - - - - - - - - - - - - - - - - -
      UNITED STATES OF AMERICA,          )
 5                                        )
              Plaintiff,                  )
 6                                        )          CRIMINAL CASE NO.
      v.                                  )              2:11cr33
 7                                        )
      MOHAMMAD SAAILI SHIBIN,             )
 8    a/k/a "Khalif Ahmed Shibin,"        )
      a/k/a "Mohammad Ali,"               )
 9    a/k/a "Ali Jama,"                   )
                                          )
10            Defendant.                  )
      - - - - - - - - - - - - - - - - - -
11

12

13                       TRANSCRIPT OF PROCEEDINGS
                   (Testimony of Captain M. D. Makane)

14                         Norfolk, Virginia
                          April 19 and 20, 2012
15

16

      BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17              United States District Judge, and a jury

18

19    APPEARANCES:

20              UNITED STATES ATTORNEY'S OFFICE
                By:  Joseph E. DePadilla, Esquire
21                   Benjamin L. Hatch, Esquire
                     Brian J. Samuels, Esquire
22                   Paul Casey, Esquire
                     Assistant United States Attorneys
23                   Counsel for the United States

24              ZOBY & BROCCOLETTI, P.C.
                By:  James O. Broccoletti, Esquire
25                   Counsel for the Defendant
```

1                              I N D E X

2

3    ON BEHALF OF THE GOVERNMENT:       Direct   Cross   Red.   Rec.

4    Capt. M. D. Makane                    3       66     82     --

5

6                            E X H I B I T S

7    No.                                                        Page

8    Government Exhibit No. 1-1 X                                 44

9    Government Exhibit No. 1-1 Y                                 44

10   Government Exhibit No. 1-1 Z                                 44

11   Government Exhibit No. 1-1 W                                 55

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Captain M. D. Makane - Direct

1                *****        *****       *****

2

3          THE COURT:  Who is your next witness?

4          MR. DEPADILLA:  Captain Mahadeo Makane.

5          CAPTAIN MAHADEO D. MAKANE, called as a witness,

6     having been first duly sworn, testified as follows:

7                          DIRECT EXAMINATION

8     BY MR. DEPADILLA:

9     Q.  Please state your name for the record, sir.

10    A.  My name is Captain Mahadeo D. Makane.

11    Q.  And where are you from, sir?

12    A.  I am from India.

13    Q.  Do you have a family?

14    A.  I have a family.  I have a wife and two daughters and a

15    son.

16    Q.  And how old are your children, sir?

17    A.  My eldest daughter is 20 years old, my next daughter is

18    18 years old, and my son is 13 years old.

19    Q.  What is your occupation?

20    A.  I'm a captain in the Merchant Navy.

21    Q.  And who was your employer back in May of 2010?

22    A.  My employer was Oil Sea Mumbai.

23    Q.  How many ships have you captained over the course of your

24    career?

25    A.  I have captained over seven ships over the course of my

Captain M. D. Makane - Direct

1   career as captain.

2   Q.  And generally, Captain, where have you traveled on

3   merchant ships?

4   A.  In merchant ships I have traveled all over the world.

5   Q.  Were you in charge of the Marida Marguerite in May

6   of 2010?

7   A.  Yes, I was in charge.  I was the captain of the Marida

8   Marguerite.

9   Q.  And where did you board the Marida Marguerite?

10  A.  I boarded the Marida Marguerite on 29th of April at

11  Mumbai.

12  Q.  Tell the jury who were your senior officers?

13  A.  My senior officers were Chief Engineer Oleg, Chief

14  Officer Ikbar and First Officer Engineer Kahn.

15  Q.  And who was your second officer?

16  A.  My second officer was Sunsue Pandey.

17  Q.  Directing your attention to May 8th, 2010, where were you

18  traveling at that point?

19  A.  Please repeat, sir.

20  Q.  Where were you traveling on May 8th, 2010, on the Marida

21  Marguerite?

22  A.  May 8, 2010, we were in the Gulf of Aden, and we were

23  headed for Suez, and our final destination was Europe, Port

24  Rotterdam.

25  Q.  What were you carrying on the ship?

Captain M. D. Makane - Direct

 1   A.   I was carrying chemicals on my ship; benzene, castor oil

 2   and other chemicals.

 3   Q.   How many people were on your crew?

 4   A.   I had a crew of 22 people on board.

 5   Q.   Did something out of the ordinary happen on May 8, 2010?

 6   A.   On May, 2008 (sic) my ship was hijacked in the Gulf of

 7   Aden when I was about 120 miles out of the Port of Salalah.

 8   Q.   And was that in international waters?

 9   A.   Yes, that was in international waters.

10   Q.   Where was the first place you saw a pirate face to face?

11   A.   The first place I saw the pirate face to face was on the

12   bridge wing, on the starboard side.  They came on the

13   starboard side door.

14   Q.   And what happened when the pirates came to the starboard

15   side door?

16   A.   When the came on the starboard side door they told me,

17   "Open the door, open the door, or we will shoot."  And I

18   opened the door and allowed them inside.

19   Q.   And what did they -- did they ask for anything at that

20   time?

21   A.   They asked all the crew to muster on the bridge, and I

22   call for all the crew.

23   Q.   Okay.  And what did they ask for after that?

24   A.   After that they told me to take the ship to Somalia.

25   Q.   And what did you respond?

Captain M. D. Makane - Direct

1  A.  I responded that I cannot take the ship to Somalia

2  because I do not have the charts.

3  Q.  What happened after that, Captain?

4  A.  After that he physically abused me.  He hit me on my face

5  like this (indicating) and told me -- made it very clear that

6  if I don't obey him I will be physically abused.

7  Q.  How many pirates were on your ship at this point?

8  A.  At this point there were about -- there were six pirates

9  on board.

10 Q.  And those initial six pirates -- how well could they

11 speak English?

12 A.  One of -- one of them could speak just working language

13 of the English, like he had -- he could make us understand

14 what he wanted, and the rest of the others were not so fluent

15 in English.

16 Q.  Okay.  And after you had been assaulted by one of the

17 pirates what did you decide to do?

18 A.  I decided our -- I decided that I have to go to Somalia

19 no matter how, and I have no choice, and if I don't go my

20 life is at stake.

21 Q.  Okay.  And how did you know how to get to Somalia?

22 A.  We have ocean charts, so we get a rough direction, but to

23 go to a particular port or to go to a particular area we

24 require large-scale charts.  Those charts we did not have,

25 and the pirates guided us through the satellite phone.  They

——— Captain M. D. Makane - Direct ———

1  told us, "Okay, this is twelve o'clock, this is one o'clock,

2  two o'clock, you head in this particular direction."  With

3  the satellite phones they guided us, and that's how we

4  reached Somalia.

5  Q.  Okay.  What happened on the second day the pirates were

6  on your ship?

7  A.  On the second day the pirates were on the ship they were

8  keeping watches continuously on us, and they were telling us

9  not to move and they would keep on rotation.  And they

10  started looting us.  They started taking all the valuables

11  from us; mobile phones, cameras, our cash, personal cash

12  which we had with us in dollars.  Also, they started taking

13  the clothes.  They started looting us.

14  Q.  What did they take from you personally, Captain?

15  A.  They took from me the U.S. dollars which I had with me,

16  the Indian currency which I had with me.  Also, they took the

17  cash of the ship, which is there for the working.  And also

18  they took my mobile phone, and all my personal things they

19  have taken.

20  Q.  How long did it take you to get to Somalia?

21  A.  We were hijacked on the 8th, and around the 10th we

22  reached -- about one and a half days it took us to reach

23  Somalia.

24  Q.  And where was your crew kept at that time?

25  A.  The crew was kept on the bridge.  All of us were on the

Captain M. D. Makane - Direct

 1   bridge, except the engineers were allowed to keep watch in

 2   the engine room.

 3   Q.  And what happened as you arrived off the coast of

 4   Somalia?

 5   A.  We arrive on the coast of Somalia on the 10th of May

 6   Hafun Anchorage, and then we were waiting for other pirates

 7   to come on board.

 8   Q.  And when the pirates began to come on board how many were

 9   there?

10   A.  Initially, there were at least about 50 to 60 pirates on

11   board who came, and then these pirates -- they started

12   looting the ship and also started looting the ship's

13   property.

14   Q.  And when the pirates came on board were they armed?

15   A.  The pirates came on board with their AK-47s.  They were

16   armed.

17   Q.  And let's go back real quick to the initial six that took

18   your ship.  Were they armed when they took your ship?

19   A.  Yes, each pirate was armed with AK-47, and also they had

20   some other weapons with them.

21   Q.  And what were the other kind of weapons?

22   A.  They had small guns.  I don't know what is the name of

23   the gun and what is the quality of the gun.

24   Q.  Okay.  And once you got to Somalia did there come a time

25   that someone came on the ship that spoke better English?

——————— Captain M. D. Makane - Direct ———————

1    A.   Yes.

2    Q.   Okay.  And did you later learn names for that person?

3    A.   Yes.  The name is Shibin Ali.  His name is Shibin Ali.

4    Q.   Okay.  Do you see Shibin Ali in the courtroom today?

5    A.   Yes, I see him there sitting (indicating).

6    Q.   Okay.  I need you to describe what he's wearing, sir.

7          MR. BROCCOLETTI:  Judge, stipulate it's the

8    defendant.

9          THE COURT:  Let the record reflect he indicated the

10   defendant.

11         Let's move along.

12   BY MR. DEPADILLA:

13   Q.   How many months did you spend with the defendant, Captain

14   Makane?

15   A.   I spent about seven and a half months with the defendant.

16   Q.   And where were you located on the ship when you

17   interacted with him, mostly?

18   A.   I was located on the bridge.

19   Q.   And give the jury an idea.  How often was the defendant

20   on the bridge?

21   A.   The defendant was on the bridge whenever he used to talk

22   with the other pirates for consultation and whenever he

23   wanted any information from us.  And also in the evening time

24   from -- when they are consulting the pirates on business he's

25   there on the bridge until late hours.

Captain M. D. Makane - Direct

1  Q.  And when you would see the defendant on the bridge with

2  the other pirates what would he do?

3  A.  They used to talk -- they used to consult, but we are

4  very far away.  We can only see them.  They are talking and

5  consulting, but I cannot hear because they're talking in

6  Somali, also.

7  Q.  Okay.  Would you see them eat meals together?

8  A.  Yes, they used to eat the meals -- sometimes they used to

9  eat the meals -- they used to order the meals and talk, and

10  they used to have the meals on the bridge.

11  Q.  Who would prepare the meals for the pirates?

12  A.  The Somali cook used to prepare the meals, and also the

13  Indian cook used to prepare meals at times for the pirates.

14  Q.  And the Indian cook was one of your crew members?

15  A.  Yes, the India cook was one of my crew members.

16  Q.  Did you see the defendant chew khat with the other

17  pirates?

18  A.  Yes, the khat they chew every day.  Every day, and they

19  are chewing in the nighttime.

20  Q.  How would the defendant contact your company?

21  A.  The defendant would contact my company on the satellite

22  phone, and also through his mobile he used to contact the

23  company, and through the fax machine.

24  Q.  Okay.  And could you overhear the defendant when he would

25  talk to the company?

Captain M. D. Makane - Direct

1   A.  When he used to talk loudly I could all hear him.  If he

2   wanted to talk something confidential he used to talk in low

3   voice.  At that time I could not hear him.

4   Q.  And you said that sometimes the defendant would come on

5   the bridge to ask you questions.  What kind of questions

6   would the defendant ask you in regards to the negotiations?

7   A.  He would -- initially, he would ask me about the value of

8   the ship, the value of the cargo, the number of ships the

9   company has, and also the company portfolio, how many ships

10  they have, where are their offices located, and how much

11  worth is the company, how much worth is the ships, and how

12  much ransom the company would be able to pay them.

13  Q.  And when he was asking those questions was he asking you

14  directly?  Was he the only person standing there?

15  A.  He asked for the cargo papers.  He used to be there, and

16  also other pirates used to be also there.

17  Q.  All right.  But when he was asking you for company

18  information did it appear that he was translating for

19  somebody else, or was he asking you directly?

20          MR. BROCCOLETTI:  Objection, Judge.  He can't

21  testify how it appeared to him.  He can say what he saw and

22  what he heard, but an appearance is opinion and speculation.

23          MR. DEPADILLA:  I can rephrase, Your Honor.  That's

24  not a problem.

25  BY MR. DEPADILLA:

Heidi L. Jeffreys, Official Court Reporter

Captain M. D. Makane - Direct

1   Q.  You said the defendant had asked you those questions

2   about the value of the ship and that.  Prior to that did he

3   talk to another pirate in Somali and then immediately ask you

4   the question, or did he just ask you the question himself?

5   A.  He took the cargo papers.  He wanted to get the value of

6   the ship.  And other pirates and he were consulting so that

7   they could arrive at the ransom amount, and that is why he

8   was asking me.

9   Q.  Okay.  Now, would the defendant ever tell you to talk to

10  the company?

11  A.  The first contact he made with the company after he

12  arrived and he told the company the ship is in his -- in

13  their custody and he made contact with my DPA.  At that time

14  my DPA is Rajesh Shava, Captain Rajesh Shava, and he told

15  them that they had to establish a point of contact and be

16  with each other and the ransom amount and all the other, and

17  they would call up later.

18  Q.  And I'm asking, Captain, did he put you on the phone to

19  talk to Rajesh Shava?

20  A.  Yes, he told me to talk to Rajesh Shava first.

21  Q.  And what did he instruct you before he put you on the

22  phone to talk to Rajesh Shava?

23  A.  He instructed me to talk -- that the ship is in charge of

24  the Somali pirates and he has to be with Shibin Ali and they

25  have to pay the ransom amount -- they have to pay the ransom

—————— Captain M. D. Makane - Direct ——————

1  amount, and the fuel and all is going to finish, and they

2  must do it as fast as possible.

3  Q.  Okay.  Let's go to call 1-4 A on May 17th.

4         (The audio recording was played.)

5  BY MR. DEPADILLA:

6  Q.  Who told you to say that?

7  A.  Shibin told me to tell that.

8  Q.  And did he tell you why he wanted you to tell that to the

9  company?

10 A.  He wanted me to tell that to the company so that the

11 company will pay the ransom amount fast and will pay a huge

12 ransom amount, what they were demanding.

13 Q.  I'd now like to go further in that call 1-4 A on

14 May 17th.

15        (The audio recording was played.)

16 BY MR. DEPADILLA:

17 Q.  On May 17th, 2010, did any of the pirates threaten you by

18 putting a gun to your head, as described here in this call?

19 A.  No.

20 Q.  Would that happen later in your ordeal on the Marida

21 Marguerite?

22 A.  That happened later -- that happened later -- that

23 happened later on, when the pirates pointed a gun at me.

24        (The audio recording was played.)

25 BY MR. DEPADILLA:

Captain M. D. Makane - Direct

1  Q.  Based on where you were kept on the bridge, could you

2  tell how often the company would call?

3  A.  The company would call initially weekly, then fortnightly

4  and then monthly the company used to call.

5  Q.  And did you observe -- what was the defendant's attitude

6  towards picking up those calls?  Were there calls he didn't

7  pick up?

8  A.  The defendant was arrogant towards the company picking up

9  the phone.  He would never respond, he would never pick up

10 the phone, and he did not maintain a proper communication.

11 Q.  Let's talk about the ransom negotiations.

12       Were you able to observe how the defendant came up

13 with the initial ransom demand of the $15 million?

14 A.  The defendant asked for the cargo papers, he asked for

15 the ship's value to me, and whatever the best of my ability I

16 answered.  The cargo values we really don't know.  Also, he

17 asked us how many ships the company has and where are the

18 offices located.  I could tell to the best of my ability, and

19 also I made it very clear that I could not give him the

20 current value of the ship and the cargo.  Also he

21 cross-checked with other crew members, and that's how he

22 arrived at the ransom amount.

23 Q.  And did it appear that any of your crew was helping him

24 give information to use in those negotiations?

25 A.  Yes.  My second officer, Sunsue Pandey, was very much in

—————— Captain M. D. Makane - Direct ——————

1  touch with him, and he was giving him all the information.

2  And not only that, he was exaggerating the figures.

3  Q.  And, so, how often would you see the defendant with

4  Mr. Pandey?

5  A.  Very often.  Whenever he wanted to make any decision or

6  arrive at a conclusion, he would consult Pandey.

7  Q.  And did it appear that Mr. -- well, from your

8  observations of Mr. Pandey, did you see if he had any extra

9  privileges, compared with the rest of your crew?

10  A.  Mr. Pandey had more privileges to that extent that he

11  could make phone calls.  He could -- during the hijackers'

12  mission Pandey was free to move from anyplace to anyplace.

13  Whenever Pandey wanted to contact him or speak to him or give

14  him feedback he was to go to his cabin -- which he was

15  staying in the chief officer's cabin, which is two decks

16  below -- and was a free man to move about.  He got phone

17  calls.  He also could contact his family and give them

18  feedback of what is happening in India and the latest

19  position of the company, what the company is saying to the

20  families of the crew members.

21  Q.  And how did Mr. Pandey use his new-found power?

22  A.  He used the new-found power against the crew.  He told

23  the crew, "You have to follow me.  You have to say whatever I

24  tell you to do.  If you don't follow me then I will say to

25  the pirates that you are acting against them, and you will be

Captain M. D. Makane - Direct

```
 1    tortured and punished."
 2    Q.  Did the defendant ever protect Mr. Pandey?
 3    A.  The defendant and Pandey were in league.  They were
 4    always working together.  They were always working together.
 5    Q.  Okay.  Now, over the course of the hijacking did you and
 6    the chief engineer try to conserve the resources of the ship?
 7    A.  We -- myself and chief engineer always tried to conserve
 8    the resources of the ship.  Only the machinery that was
 9    required was being run so that we could save the fuel oil or
10    the fresh water.  We tried to save as much as possible.  We
11    told everybody not to have their baths, not to wash their
12    clothes.  And the thing what we did was we squeezed on the
13    walls.  The pipeline that is supplying water were turned down
14    so that less water comes and people will not waste water.
15    Q.  And did you ever try to hide the amount of water from the
16    pirates that you actually had?
17    A.  No, we never tried to hide the amount of water.  We
18    always told them the exact figures -- exact figures --
19    because it is very difficult to take the sounding if the ship
20    is rolling.  If two people take the same measure of the same
21    amount of water, one will arrive at about 55 and another may
22    arrive at about 58.
23    Q.  Okay.  Now, I want to talk about the May-to-August time
24    frame of the hijacking.  How often would you see the
25    defendant during that period of time from May to August?
```

——— Captain M. D. Makane - Direct ———

1    A.  From May to August we could see him regularly on the

2    bridge talking to the other pirates and discussing things.

3    Q.  And what would you observe them doing during that time

4    frame when the defendant was with the other pirates?

5    A.  When the defendant was with the other pirates his

6    position was very high.  The other pirates over him had

7    respect for him and followed his voice.

8           MR. BROCCOLETTI:  Just a moment.  I'm objecting to

9    this.

10          He doesn't understand Somali, and he has no clue as

11   to what the two people were talking about, or the four

12   people, or the six people.  So the opinion he's rendering

13   can't be based on anything he knows from his own personal

14   knowledge.

15          THE COURT:  The objection is overruled.

16   BY MR. DEPADILLA:

17   Q.  Would you observe their body language when the defendant

18   would speak to the other pirates?

19          MR. BROCCOLETTI:  Judge, I'm objecting to this.

20   Unless he's qualified as an expert, as a psychologist in body

21   language, there's no way he can interpret that.

22          THE COURT:  I'm going to allow him to testify as any

23   layperson --

24          MR. BROCCOLETTI:  Yes, sir.

25          THE COURT:  -- as to the conduct between various

Captain M. D. Makane - Direct

1    individuals.

2           MR. BROCCOLETTI:  Yes, sir.

3           THE COURT:  Every individual judges, and you can

4    judge constantly.  And, so, consequently, I'm going to allow

5    it, and your objection is overruled.

6           MR. BROCCOLETTI:  Yes, sir.

7           THE COURT:  However, you are right about body

8    language, okay?  You're not right about appearances.

9           MR. BROCCOLETTI:  Yes, sir.

10          THE COURT:  Okay.

11   BY MR. DEPADILLA:

12   Q.  Would you observe him in constant contact with the other

13   pirates having conversations?

14   A.  Yes.  They used to have constant contact with the other

15   pirates.  It is a known fact that in the evening they eat the

16   khat and they all are together and discussing.

17   Q.  Would you see the defendant laugh with other pirates

18   during the night when they were chewing khat?

19   A.  Yes.  They used to have a very friendly chat and laugh

20   and chit-chat.

21   Q.  And when this was going on what were you and the chief

22   and the first officer and the second engineer doing?  Where

23   were you?

24   A.  We were kept on the port side of the bridge -- on the

25   port side of the bridge.  All four of us were on the port

Captain M. D. Makane - Direct

1   side of the bridge, and we used to be there 24 hours --

2   24 hours.  That was our position.

3   Q.  Where would you sleep?

4   A.  We were sleeping on the bridge, on the bridge itself.

5   Q.  On the floor of the ship?

6   A.  Yeah, on the floor of the ship.  We were given

7   mattresses, and we had some bedding, and we used to sleep on

8   the floor or -- on the floor itself.

9   Q.  And how late would the pirates stay up with the defendant

10  talking and chewing khat?

11  A.  They used to chew khat and all up to midnight or more

12  than the midnight time, also.

13  Q.  Okay.  Now, as you continued to observe the pirates were

14  there some pirates that would come on board from time to

15  time, revisit the ship more than once?

16  A.  The routine was some of the pirates kept watch for one

17  month, and they used to take a break and go ashore and then

18  again come back.  Some of them used to work for two months

19  continuously.  Some of them used to take off 15 days.  It is

20  very difficult for us to keep track.

21        At times they used to be on the bridge, at times

22  they used to be down below, so we -- I cannot put the time

23  frame, but sometimes we used to see the pirates.

24  Q.  Okay.  And did you have one pirate that you thought of as

25  the investor or the leader who would come on the boat?

——— Captain M. D. Makane - Direct ———

1   A.   Yes.   One pirate was -- they themselves told us, the

2   other pirates, that he's the main pirate, that he's the

3   investor and he's the leading pirate.

4   Q.   And who told you that that man who we're describing is

5   the lead pirate?

6   A.   The other pirates told us.

7   Q.   Did you ever have conversations with the defendant about

8   this lead pirate?

9   A.   No, I did not.   I specifically did not have any specific

10   conversation about this man with the defendant.

11   Q.   Okay.   Describe the lead pirate to the jury.

12   A.   The lead pirate was -- his age was about 50 to 55,

13   well-built, strong build, and a man who you could fear with

14   his eyes and very strong looks he had.   And other pirates

15   used to never go near him.   They used to talk very few, and

16   they stayed away from him from the period -- I can make out

17   that he's somebody who is high in the hierarchy and who is

18   controlling the decisions.

19   Q.   Did you see him talk with the defendant?

20   A.   Yes, many times.

21   Q.   Okay.   Would they eat meals together?

22   A.   Yes, they had meals together.

23   Q.   Did you see them chew khat together?

24   A.   Yes, I saw them chewing khat together.

25   Q.   Did you ever see this pirate we're describing as the

—— Captain M. D. Makane - Direct ——

1  commander hit the defendant?

2  A.  No.

3  Q.  Did you ever see this man we're describing as the leader

4  spit on the defendant?

5  A.  No.

6  Q.  Did you ever see this man, the leader, torture the

7  defendant?

8  A.  No.

9  Q.  During the May-to-August time frame what was the

10 defendant focusing on when you observed him?

11 A.  Please repeat, sir.

12 Q.  We're still in May to August, that time frame.  What

13 would you observe the defendant doing with the company?

14 A.  He was focusing on the ransom.  He was focusing on the

15 ransom amount, and in his talks the main talk used to be the

16 ransom amount and the torture of the crew.

17        MR. DEPADILLA:  I'd now like to play part of 1-15 A,

18 which is call 57.

19        (The audio recording was played.)

20 BY MR. DEPADILLA:

21 Q.  Did you see the defendant try and make your company pay

22 less to get you guys back?

23 A.  No, he never tried for less amount.

24 Q.  And in those same months did it appear from your

25 observations that the defendant was free to move about the

———— Captain M. D. Makane - Direct ————

1  ship?

2  A.  Yes, he was free to move about the ship.

3  Q.  What about to leave the ship?

4  A.  He left -- he left the ship somewhere in the middle of

5  July -- in the middle of July -- the first week of July to

6  the middle of July.  I can't recall those days exactly now,

7  but sometime during that he did leave the ship for about a

8  week's time to ten days' time.

9  Q.  And when he came back did he have anything with him?

10 A.  He had news from the internet what the second engineer's

11 wife told -- the company gave to you about the ship.  And he

12 had some news, and also he tried to get some news from the

13 Internet about the ownership of the company.

14 Q.  How did he use crew members to get the company to pay

15 more money, Captain?

16 A.  He always monitored the crew members when they spoke with

17 their families, and he tutored them what they must speak and

18 what feedback they are giving, what feedback they must give,

19 and do their best to get the best information about what is

20 happening in India so they can get the maximum ransom amount.

21 Q.  Did you ever see the defendant allow a crew member to

22 talk on the phone without him directly monitoring that crew

23 member as they spoke to their family?

24 A.  Always, whenever the crew members are speaking, either

25 the defendant or some pirate used to be there with the crew

—— Captain M. D. Makane - Direct ——

1   members.  The crew members were never allowed a free call.

2   That means nobody monitoring and they're allowed to talk

3   freely.

4   Q.  And were there any events you noticed that were happening

5   in the hijacking when the defendant would let the crew

6   tell -- talk to their families?

7   A.  Please repeat.  I did not --

8   Q.  Okay.  When you would be able to observe the defendant

9   putting family -- putting crew members on the phone to call

10  their families did you notice anything about what was going

11  on in the hijacking at that time?

12  A.  He -- as I told you, he used to tutor the crew and

13  monitor the crew, and at that time the crew members are

14  allowed to talk only what they wanted to talk and no more,

15  nothing of their free will.

16  Q.  Okay.  Sir, were you tortured during ransom negotiations?

17  A.  Yes, I was tortured.

18  Q.  Okay.

19       MR. DEPADILLA:  Mr. Samuels, can you try to hit

20  "Escape" and see if this will come up?  Great.  Thank you.

21       I want to now play from call 1-22 A on June 4th.

22       (The audio recording was played.)

23  BY MR. DEPADILLA:

24  Q.  Now, sir, this call is on June 4th of 2010.  The

25  defendant refers to "the beatings aren't happening all the

————— Captain M. D. Makane - Direct —————

1   time."

2           Were there any beatings going on in the June 4th time

3   frame of the hijacking, to your knowledge?

4   A.   During this time there were no beatings.

5   Q.   So when did the torture begin for you, sir?

6   A.   For me the torture began in the first week of July.  The

7   first torture which I faced was in the first week of July,

8   sir.

9   Q.   And what were the circumstances surrounding when this

10  happened?

11  A.   The circumstances were one of the ship's -- one of the

12  skiffs of the fishing vessels came to ask for fresh water.

13  They wanted to give fresh water to the skiff and to the

14  fishing vessel so they can use that as the mother ship and go

15  for catching other merchant ships.  And we said, "We have

16  water which is enough for us, but we do not have water to

17  give it to the other ships."  The pirates and the defendant

18  did not listen to this, and they said, "You have to give.  No

19  matter what, you have to give water."

20           And we resisted.  They blindfolded me and the chief

21  engineer --

22  Q.   Captain, I'm going to slow you down there, okay?

23           When you were having this conversation where you were

24  refusing to give water to the pirates so they can turn it

25  over to other ships who was talking to you?  Who was there?

———— Captain M. D. Makane - Direct ————

1  A.   The pirate commander and the defendant.  They are talking

2  to me.

3  Q.   Okay.  What do you remember the defendant saying during

4  this conversation?

5  A.   During this time the defendant was telling, "You" -- "No

6  matter what, you have to give water to the pirates.  You have

7  to obey them.  You may not have water, but you have to

8  give" -- "you have to give water."

9  Q.   Okay.  And what was the commander doing during that?

10  A.   The commander -- the commander did not listen to us, and

11  they took us -- they blindfolded us, and they took us down.

12  Q.   Okay.  Where did they take you?

13  A.   They took me and the chief engineer on the poop deck, and

14  they blindfolded -- they blindfolded us.

15  Q.   Okay.  And so the jury understands, sir, where is the

16  poop deck?

17  A.   The poop deck is the deck which is at normal level with

18  the cargo deck.  Like in this case it is four stories down.

19  Say on the 8th floor -- on the 8th, then after that 7, 6, 5,

20  4, and that is the level of the ship where the cargo hatches

21  are, and that's how it is there.

22  Q.   All right.  When you arrive on the poop deck who else is

23  there from your group?

24  A.   Along with me, the chief engineer is also there.

25  Q.   And who was there from the pirates?

Captain M. D. Makane - Direct

1   A.   From the pirates, the pirate commander Mohammad was

2   there, the defendant was there, and also there were some

3   other -- six, seven pirates were there.

4   Q.   Okay.   When was the last time you saw the defendant

5   before you got to the poop deck?

6   A.   Before they blindfolded me I saw him.

7   Q.   And what was he doing?

8   A.   He was with the other pirates.

9   Q.   Okay.   What happened when you got to the poop deck?

10  A.   When I got to the poop deck they separated me and the

11  chief engineer.   For me, they took me on the port side, which

12  is the left-hand side of the ship, and they took the chief

13  engineer on the starboard side, which is the right-hand part

14  of the ship, and in between the ship is separated with some

15  working environment so that we cannot see each other.

16  Q.   And what happened when you were isolated on that side of

17  the ship?

18  A.   When we were isolated, at that time they tied our hands,

19  and with the hands they are taking the weight on the pipe,

20  and then they are firing shots in the air to scare near us.

21  And they're trying to scare so that the other person can feel

22  that he's not dead and I can feel that the chief engineer has

23  been shot and the chief engineer can feel that I have been

24  shot.   And they are doing this.

25  Q.   And how long were you suspended by ropes?

Captain M. D. Makane - Direct

1  A.   In the first torture it was nearly about one hour -- a

2  half an hour to one hour we were suspended.

3  Q.   And did anyone tell you the chief engineer was dead at

4  that point?

5  A.   Yes, "The chief engineer has told that there is water,

6  and he's dead.  And better you agree or we will kill you, we

7  will kill you."  Their intention was to scare us as much as

8  possible.

9  Q.   And when that torture period ended where did you go?

10  A.   When that torture period ended I went to the -- I went to

11  the bridge.  They took us to the bridge.

12  Q.   And who was on the bridge at that time?

13  A.   On the bridge -- on the bridge it was other pirates and

14  my crew member -- my two crew members, the chief officer and

15  the first assistant engineer, Kahn.

16  Q.   And did you see the defendant at that time?

17  A.   The defendant?  I cannot remember whether I had seen him

18  or not at this particular time, sir.

19  Q.   Okay.  And after this period of torture which began with

20  you refusing to give the water, did you and the chief change

21  your position?

22  A.   Yes, we changed our position.  We had to give -- we had

23  to give them -- we had to give them water.

24  Q.   Okay.  Now I want to come into this August time frame.

25        During that time frame, from your observations, did

Captain M. D. Makane - Direct

1   the defendant's position within the pirates change?

2   A.   In the -- in the first of August the defendant's position

3   changed with the -- his position changed with the pirates,

4   and the pirates did not give him that respect which they were

5   giving him before.  And also he did not have the authority.

6   Q.   Okay.  And besides losing respect and authority -- where

7   had he been staying before this time period?

8   A.   Initially when he came on the ship he was staying on

9   the -- in the chief officer's cabin, which is two stories

10  below.  And then in the August he was transferred to -- he

11  was transferred to the bridge, and he -- he was staying just

12  opposite -- opposite to us, and his bed and mattresses were

13  also taken there.

14  Q.   And how long did you see him sleeping on the bridge with

15  you and your other three top officers?

16  A.   It was about 15 to 20 days.  From after August per week

17  he was there on the bridge.

18  Q.   And where did he go next?

19  A.   The next he went -- he start -- after that he started

20  operating like a normal pirate.  He used to keep watches, and

21  we could see him from the bridge -- it's difficult to see

22  behind, but we could see him.  When we stand in front of the

23  bridge we can see what is there in the forward.  We could see

24  him keeping watches in the fo'c'sle, which is the forward

25  side of the ship.

Captain M. D. Makane - Direct

1   Q.   And when he was keeping watches on the fo'c'sle side of

2   the ship was he armed?

3   A.   Yes, he was armed.  He was having a gun with him.

4   Q.   Okay.  And when you saw him when he had the authority,

5   when he was the negotiator, was he ever armed then?

6   A.   Please repeat, sir.

7   Q.   I understand.  Bad question.

8        When he was the negotiator did you ever see him with

9   a gun?

10  A.   When he was the negotiator he was never with a gun.

11  Q.   Okay.  Now at this time, when the defendant has been

12  demoted to a pirate guard, did your ship move?

13  A.   At that time -- at that time, in the first week of

14  August, around -- after maybe second or third of August the

15  ship has moved to Hobyo Anchorage.

16  Q.   And what happened in Hobyo, Captain?

17  A.   In Hobyo other commander has taken over, and they are

18  telling us that, "Now the situation has gone out of hand.

19  Your company is not agreeing to the demands, and they will

20  hand over the ship to Al-Shabaab" -- which is a terrorist

21  organization of Somalia -- "and at that time they will kill

22  you, each one of you, one by one, and they will pay us the

23  ransom amount."

24  Q.   And while that was going on did you observe a call that

25  was made to the company?

——————— Captain M. D. Makane - Direct ———————

1  A.  Yes.  One call was made by this newcomer, so-called

2  newcomer, Commander Osman, to the company.

3  Q.  And when -- all right.  So let's -- could you look at the

4  computer screen?  I'm going to play from 1-38 A, which was on

5  August 5th of 2010.

6        MR. DEPADILLA:  Can you "Escape," Mr. Samuels,

7  please.

8        (The audio recording was played.)

9  BY MR. DEPADILLA:

10  Q.  Who told you to say all that stuff?

11  A.  I was told by the defendant to tell all this.

12  Q.  And in that call you said that the defendant was detained

13  or under arrest.  Where was he during this call?

14  A.  During this call he was on the bridge.  He was just next

15  to me.

16  Q.  And what was he doing during this call when you were on

17  the phone?

18  A.  He was tutoring, and also he was laughing, and he was

19  telling what is to be -- he was monitoring and telling what

20  is to be told.

21  Q.  And can you explain to the jury who was he tutoring?

22  A.  He was tutoring the new commander, Osman, who initiated

23  the call.

24  Q.  And during this time frame when the Al-Shabaab call

25  happened was the defendant allowing crew members to call

Captain M. D. Makane - Direct

1   home?

2   A.   Just maybe before this call, around this time, all of us

3   made one call home, and they told us to tell our families

4   that only we have 24 hours, and each crew member should tell

5   their home that you have only 24 hours, and the family should

6   go and persuade the company, and they must make the deal in

7   this 24 hours; otherwise, we will be shot -- we will be shot.

8   "Do anything, but make sure that the deal is being done in

9   this 24 hours."  That's what they told us to tell our

10  families very clearly; that we have only 24 hours to live.

11  That's what they told us to tell to our families, and most of

12  the crew members, they called their families and told them

13  they only have 24 hours to live.

14  Q.   And, Captain, who specifically from the pirates did you

15  see explain to the crew to make those calls?

16  A.   The defendant.

17  Q.   Okay.  Let's turn to the second time you were tortured.

18  What was the time frame of that?

19  A.   I didn't understand you, sir.

20  Q.   When was the second time you were tortured?  You've

21  already described the first incident.  I would like to move

22  to the second.

23  A.   The second incident was again in the first week of August

24  before we -- before we -- before we move to Hobyo.

25  Q.   Okay.  And what were the circumstances of it?

Heidi L. Jeffreys, Official Court Reporter

Captain M. D. Makane - Direct

1   A.  The circumstances were, again, giving water to the

2   fishing vessels who are used as mother vessels and who are

3   going on a mission to catch merchant ships.

4   Q.  Okay.  And who were you having this conversation with

5   before you were tortured?

6   A.  We are again having the conversation with the defendant

7   and the other pirates.

8   Q.  Okay.  And what other pirates were there?

9   A.  I don't remember.  It was something -- it was pirate Sagi

10  and a few of the other pirates.  They told us that we have to

11  give water.  And we were saying again that, "No, we don't

12  have water, and our water was going down," but they were

13  telling, "No, you have to give more water to them."

14  Q.  And, Captain, what did you need that water for?

15  A.  We need the water for our crew -- for our crew for -- we

16  were preserving the water.  We were not having baths, we were

17  not having -- even for washing.  We need the water for

18  washing our plates, for cooking, and also for drinking.  And

19  not only us -- we are only 22 crew members -- but at times

20  there were a hundred pirates also drinking the same water so

21  that the consumption was more.  And our water resources were

22  going down and down and down, so we need water to survive.

23  Q.  Okay.  So let's go back to the conversation you're having

24  with Sagi and the defendant.  After you said you could not

25  give more water what happened?

—————— Captain M. D. Makane - Direct ——————

1   A.  After we told them we could not give water, this time

2   there was more volatile, more volatile and more abusive.

3   They took us down again on the poop deck, and they repeated

4   the same procedure.  But this time they were more abusive.

5   More violence was there this time.

6   Q.  What violence was there this time?

7   A.  This time the more violence was that they lifted the

8   chief engineer on the poop deck, again on the starboard side,

9   they held him upside down, and they moved him like a beef up

10  and down close to the water, the water or whatever they could

11  reach.

12        And, for me, they tortured me.  Again they tied me

13  with my hands on the pipe, and again after that they released

14  me.  They tried to suffocate me with a bag on my face and for

15  me holding the bag.  I was suffocating, but somehow the bag

16  got torn and I was saved.

17        And, also, they had a big knife, and they were

18  telling that, "We are going to slaughter you, we are going to

19  slaughter you.  Now, you better tell the truth on the fresh

20  water."  And that's what they were telling.  And again they

21  were firing -- they were firing -- they were putting the gun

22  on my head, on my head, and this is the worst moment.  I felt

23  as if I might die at any time.

24  Q.  And was this directly after you told the defendant and

25  Sagi that you could not give more water to go to pirate

——————— Captain M. D. Makane - Direct ———————

1    ships?

2    A.   Yes, we -- after -- before -- immediately after that.

3    Q.   Okay.  Were you being asked questions about the amount of

4    water you had at that time?

5    A.   Yes, we told them -- we -- chief engineer was in charge

6    of the fresh water, and chief engineer were giving them the

7    figures.

8    Q.   Were you asked about the fuel at that time?

9    A.   Yes.  At this time we were also asked about the fuel, and

10   our answer was the same.  Whatever figures we had we used to

11   tell them.

12   Q.   And how long did this period of torture go on for?

13   A.   This torture went on for nearly two hours, and after this

14   torture went on for two hours chief engineer was allowed to

15   go on the bridge, and he give the water.  And I was isolated.

16   I was kept in isolation in one of the crew member's cabin for

17   one full day.

18   Q.   And when you were kept in isolation for one day did you

19   talk to anybody?

20   A.   I could not talk to anybody, only the -- some of the

21   pirates came to question me -- to -- came to question me at

22   that time.

23   Q.   Okay.  And after this period of torture did you have a

24   conversation with the defendant about how the water was going

25   to be monitored in the future?

Captain M. D. Makane - Direct

1   A.   After I went on the bridge it was decided by the chief

2   engineer, me and the defendant that we have to give the fresh

3   water figure, how much fresh water is there, every day to the

4   defendant, and we have to maintain a log that is in

5   chronological order how much fresh water we have every day.

6   We must give it to the defendant.

7   Q.   Okay.  Now I want to move to the beginning of September.

8   In the beginning of September what resources were the pirates

9   most concerned with?

10  A.   In the first week of September the pirates are most

11  concerned with fresh water, fuel and satellite phones,

12  connections.

13  Q.   And who asked you about satellite phone connections?

14  A.   The defendant asked me about the satellite phone

15  connections.

16  Q.   And what did he want to know?

17  A.   He -- we had two connections which we were using.  One

18  was on the bridge, and one was in my cabin.  And also there

19  was third connection but which was not in use, which was in

20  the cargo control room -- which was in the cargo control

21  room.  And since that connection was not in use, we're not

22  using.  It was never in use on the ship.

23  Q.   And did the defendant accuse you of calling out from one

24  of those connections?

25  A.   The defendant accused us that, "You are using the

Captain M. D. Makane - Direct

1  satellite phone from the cargo control room, and you are

2  calling the company."  Whereas, in the piracy period we never

3  had freedom to move on our own.  Even we used to go from the

4  bridge either to the toilet or to have our food, and wherever

5  we went one of the pirates used to accompany us.  We did not

6  have the freedom, so there was no question of using the

7  phones.

8  Q.  Did the defendant tell you why he was concerned that you

9  might be using the cargo phone to call out from the Marida

10 Marguerite?

11 A.  The defendant has promised the pirates that he will be

12 able to give them a huge ransom amount.  And the dealings

13 with the company were not moving as expected, so these

14 pirates suspected, or the defendant suspected.  And he was

15 unsuccessful in his negotiations so he was trying to put the

16 blame on the crew and on us and telling, "You are calling

17 company and telling them that you have food to eat here, you

18 are having everything, and that is why the company is not

19 dealing with us and not coming up with ransom amount."

20 Q.  I had trouble hearing you.  Did you say that you had food

21 to eat here and you were okay and that's why things were not

22 coming up?

23 A.  Yes.

24 Q.  Okay.  All right.

25      I'd now like you to look at the screen again, and

---
Captain M. D. Makane - Direct
---

1  we're going to be on 1-37 A, which is on August 2nd of 2010.

2         (The audio recording was played.)

3  BY MR. DEPADILLA:

4  Q.  Who instructed you to say that to the company?

5  A.  The defendant instructed me to talk this to -- talk this

6  to the company.  And during the piracy period we do not have

7  any freedom to talk, freedom of speech or anything, so

8  whatever the pirate is tutoring us, we are allowed to talk

9  only that.

10 Q.  And during that call you said that Ali was the one who

11 was protecting you every step of the way.

12        Was that true, based on your observations, Captain?

13 A.  No, it is not.  It is not true.

14 Q.  Okay.  And you also testified that the defendant was

15 concerned about you guys talking on the cargo phone.  Tell

16 the jury, did anyone manage to get a call out on the cargo

17 phone?

18 A.  Whenever -- nobody managed to get any call on the cargo

19 phone because the pirates are moving and monitoring all the

20 time.  And nobody is foolish to make a call, because if any

21 pirate catches you talking -- it is just that nobody is going

22 to risk his life for just one phone call.

23 Q.  During the first week of September did your situation

24 change on the ship?

25 A.  During -- when -- what I recall, first week of September

---

Captain M. D. Makane - Direct

1   is really I go in a trance.  When I recall those days -- that

2   first week of September was really horrible, and the most

3   torture period happened in this first week of September.

4   Q.  And how were you informed that you were going to be

5   tortured in that first week of September?

6   A.  Initially, the pirates started making cable ties and also

7   started making ropes and also started -- "Okay, we will see

8   you."

9        They asked the chief engineer about the fuel, and he

10  replied to them that, "We don't have the fuel."  "Okay, we

11  will see you.  Now we will see you."  And we would see them

12  preparing, but since the first time in Somalia we did not

13  understand what they're doing.  But we can make out from the

14  language that they're conspiring, they're trying to do

15  something, but we could never make out the -- we actually

16  went for it.

17  Q.  Okay.  So when you're observing these preparations where

18  are you?

19  A.  We are on the bridge.  We are on the bridge itself.  We

20  are on the port side of the bridge.  We are there.

21  Q.  And who is making these preparations?

22  A.  These preparations are being made by Sagi, as I told, the

23  financier, and other pirates are there.  They are making this

24  preparation.

25  Q.  And where is the defendant?

——— Captain M. D. Makane - Direct ———

1   A.   The defendant is also on the bridge at this time.

2   Q.   And what is he doing?

3   A.   He is talking with them.  He is discussing with them.

4   Q.   Okay.  Did they eat at all when they were making these

5   preparations?

6   A.   I beg your pardon?

7   Q.   Did they eat?  Did they have a meal while they were

8   getting this stuff ready?

9   A.   Yes, they had the meal, and then they started making

10  these preparations.

11  Q.   Okay.  Was the defendant chewing khat with the investor

12  and the rest of the pirates at this time period?

13  A.   Yes, the other pirates were making the preparations, and

14  they were sitting on the starboard side in a line.  The

15  pirates -- the financier, the defendant and other important

16  pirates were sitting, and they were chewing khat.

17  Q.   And as these preparations continued what were you, the

18  chief, the first officer and the second engineer doing?

19  A.   As preparations continued they called us one by one.  One

20  by one they called us and then they told us the procedure to

21  be followed.  I can just elaborate.

22        They told us that we just stand -- they tied our

23  hands behind, and then they tied our legs.  And then they

24  told us to sleep on the floor so that we are sleeping on the

25  floor.  Then the hands and the legs they have pulled together

Captain M. D. Makane - Direct

1   so the position of the body -- your hands outreached, your

2   legs outstretched towards the hands, and your hands

3   outstretched towards the legs -- you can't move.

4           And after that they are tying cable ties -- after

5   that they are tying cable ties on the legs -- not only in one

6   place but in two or three or four places -- and also on the

7   hands they're tied.  The position is very horrible, and you

8   are not -- you are feeling cloistered; you can't move.  You

9   can't move.  You are feeling as if life is going away from

10  you.  And the blood flow is also stopped.  We are yelling, we

11  are pleading for life, and we're telling them, "Please help

12  us, please help us.  What we're telling you is the truth and

13  the truth."  But nothing.  They are not interested in people.

14  They're having fun.  They're chewing the khat.

15          At this particular time we're pleading with the

16  defendant, "Please help us, please help us."  And the

17  defendant is saying, "Don't take my name, don't call on me,

18  don't call on me."  And they're laughing and they're enjoying

19  this.  I'm telling you, this is the worst period.  You feel

20  that life is going from you.  You feel helpless.  Your voice

21  is -- becomes less.  You don't even feel like talking or

22  shouting at that time.  Then you feel that the blood flow

23  stops.  When the cable tie is tied the blood flow stops.  You

24  feel your arms, and the blood reduces in your hands.  They

25  get immobilized.  It's this sort of a thing.

Captain M. D. Makane - Direct

1        At this time you shout and shout, and then you know

2    that you're helpless, that you can't do anything.  You just

3    take it lying down.  You have to take it lying down.  You're

4    only waiting that maybe they release you or maybe not.  But

5    you are helpless, and you're just keeping quiet at that

6    particular time.  This incident I recall I really go in a

7    trance.  I really go in a trance, and I just pray to God,

8    "Oh, God, help me do something when nobody is listening to

9    you."

10        And this happened for about five and a half to six

11   hours, and after that when we pleaded, when they said these

12   people are going to die, that is the only time they have

13   relieved us.

14   Q.  During that time, Captain, did the defendant do anything

15   at all to help you?

16   A.  No, no, nothing, nothing.  The defendant did not do

17   anything at all during this particular time.

18        MR. DEPADILLA:  Can we unpublish, Madam Clerk?

19        THE COURT:  How long are you going to be?

20        MR. DEPADILLA:  I still have a while, Your Honor.  I

21   apologize.  I'm moving as quickly as I can.  He won't be as

22   long as Oleg, but I still need about -- I'm guessing about

23   half an hour.

24        THE COURT:  Well, in that case, we'll stop now and

25   come back tomorrow morning.

Captain M. D. Makane - Direct

1           MR. DEPADILLA:  Thank you, Your Honor.

2           THE COURT:  Ladies and gentlemen, don't get up yet.

3   You're going to go to the courtroom next-door.  And it will

4   be a different jury room that we're going to, and we won't

5   move again, I assure you.  And that will be the courtroom

6   next-door, and it's called Magistrate Courtroom One.

7           So we'll start there tomorrow morning at 9:30.

8   9:30 tomorrow morning, unless that's a problem for anybody.

9           See you tomorrow morning, then.

10          Everyone please rise while the jury retires.

11          (The jury withdrew from the courthouse.)

12          THE COURT:  All right.  You can have a seat a

13  minute.  You may step outside, sir.

14          What we're going to do is this evening you can

15  transfer your stuff over to the other courtroom, if you

16  desire, and we can get this set up over there for tomorrow at

17  9:30 in the morning, and we can start promptly at 9:30.

18          MR. DEPADILLA:  We'll be ready to go, Your Honor.

19  No problem.

20          THE COURT:  All right.  No problem.

21          MR. DEPADILLA:  Thank you.

22          THE COURT:  Has the jury left?

23          THE CSO:  No, sir.  They're getting their things

24  together.

25          THE COURT:  All right.  Just wait a minute.

Heidi L. Jeffreys, Official Court Reporter

Captain M. D. Makane - Direct

1          (There was a pause in the proceedings.)

2          THE COURT:  In fact, you-all can start taking your

3    stuff over there, if you want.  You can go right through the

4    witness room.

5          MR. DEPADILLA:  We'll do that, Your Honor.  We're on

6    it.  Thank you.

7          THE COURT:  Mr. DePadilla, is the door open to the

8    other room?

9          Mr. Samuels, just look and see if the door is open.

10          MR. SAMUELS:  Yes, sir.

11          (There was a pause in the proceedings.)

12          (The proceedings adjourned at 5:00 p.m., to be

13    reconvened at 9:30 a.m. on April 20, 2012.)

14

15                    *****      *****      *****

16

17          (After adjournment on April 19, 2012, the testimony

18    of Captain M. D. Makane resumed on April 20, 2012, as

19    follows:)

20          THE COURT:  Are you ready to proceed, Mr. DePadilla?

21          MR. DEPADILLA:  Thank you, Your Honor.  With your

22    permission, we'll recall Captain Mahadeo Makane.

23          THE COURT:  Please do.

24          You're reminded you still are required to tell the

25    truth, the whole truth, and nothing but the truth.

Captain M. D. Makane - Direct

1              You may proceed, Mr. DePadilla.

2              MR. DEPADILLA:  Thank you, Your Honor.

3                   DIRECT EXAMINATION (Continuing)

4   BY MR. DEPADILLA:

5   Q.  Captain, I'd like to pick up where we left off last

6   night, and I was going to show you some photographs.

7              MR. DEPADILLA:  Can we unpublish, Madam Clerk?

8              THE CLERK:  Yes, sir.

9   BY MR. DEPADILLA:

10  Q.  Sir, could you take a look at 1-1 X, 1-1 Y and 1-1 Z.

11          Do you recognize those photos, sir?

12  A.  I have seen these photographs 1-1 X, 1-1 Y and 1-1 Z.

13  Q.  And when, approximately, were those pictures taken, sir?

14  A.  These pictures were taken in Salalah when the German

15  authorities and police came on board to investigate.

16  Q.  And are those fair and accurate pictures of how you

17  looked on that day when the German authorities were

18  processing your ship?

19  A.  That's exactly right, sir.

20          MR. DEPADILLA:  Your Honor, we'd offer 1-1 X, 1-1 Y,

21  and 1-1 Z and ask to publish.

22          THE COURT:  1-1 X, Y and Z are received in evidence,

23  and you may publish the same.

24          (The exhibits were admitted into evidence.)

25  BY MR. DEPADILLA:

Captain M. D. Makane - Direct

1  Q.  Who is this a picture of, sir?

2  A.  This is a picture of me.

3  Q.  And you say this was taken after your captivity?

4  A.  That is right, sir.

5      MR. DEPADILLA:  Let's go to 1-1 Y.

6  BY MR. DEPADILLA:

7  Q.  I'd like you to look where I'm making the red arrow.

8      What are these marks on your arm, sir?

9  A.  These marks are off the cable ties which were tied to my

10  hand.

11  Q.  And approximately how many months after you were tied

12  with cable ties were these photos taken?

13  A.  I was tied in the month of September, the 6th and 7th,

14  and these marks are in the month of January, 5th and 6th.

15  Q.  And we'll look at 1-1 Z.

16      What is this mark we're looking at?

17  A.  This mark is also of the cable ties and the rope.  They

18  tied me to the pole so that the skin is burned and there is

19  damage to the tissues and to the nerves.

20  Q.  Sir, tell the jury, do you still have nerve damage in

21  your hands?

22  A.  I still have the pain, and sometimes there is numbness

23  and it's difficult for me to lift the hand.

24  Q.  Do you have any damage with your legs?

25  A.  I have damage with my knees, and sometimes when I'm there

Captain M. D. Makane - Direct

1   I'm limping and there is pain in the knees, sir.

2   Q.  Now, sir, when we were leaving off last night you were

3   describing what was happening to you on that night when you

4   were tied.

5       Where I want to go to now is how did that session end

6   of torture?

7   A.  That session ended somewhere after mid -- somewhere

8   around after -- after midnight.  After midnight and during --

9   after that session ended we really thought, this is the end

10  of it, this is the end of it, but that was not to be so.  And

11  we thought at least now everything is over, but I refer to it

12  that we have a rebirth.  We have come from the depth and from

13  the gallows we have come and escaped.  Because, really, life

14  was not in our -- there was no strength in my hands, no

15  strength in my legs.  I can only tell you this.

16  Q.  And when the session was ending what did the defendant

17  do?

18  A.  When the session ended defendant was still there sitting

19  and chewing khat and talking with the other pirates.

20  Q.  Did you go to sleep at that time?

21  A.  It is -- it is very difficult to sleep, and the horror

22  and the experience was still alive, and I could not sleep the

23  whole night.

24  Q.  And when did the torture begin again, sir?

25  A.  The torture again began in the morning, 7:00.  They said,

──────── Captain M. D. Makane - Direct ────────

1    "We will torture you every day, morning, evening.  Every day,
2    morning, evening, every time we will keep on torturing you."
3    And at 7:00 -- now this time the torture started and they
4    took us to different locations.  Earlier, on the previous
5    night, we were on the bridge, all four of us, but now they
6    separated us.  They took two people on the bridge deck, which
7    is on the top, monkey island, and they took me one deck
8    below.  And again the same procedure; they tied my hands
9    behind and pulled me with the weight of the rope, my hands,
10   and again the cable ties on my legs, again on my hands, and
11   it is these marks which you have seen.
12         And I was again pleading with them, but this time I
13   could not take the weight off my body.  And there was no
14   blood circulation, and I fainted.  Only after I fainted they
15   took me -- they took me off -- they took off the cable ties,
16   untied the ropes, and then they splashed water on me, they
17   gave me water to drink, and they called the crew.  They were
18   scared I was dead.  And then they took me on the bridge -- on
19   the bridge.
20   Q.  Okay, sir.  Which pirates took you to that lower deck to
21   tie you up this time?
22   A.  It was -- the only pirate's name which I remember is
23   Budea.  It is Budea.
24   Q.  Okay.  Was it just Budea, or were there other pirates
25   with him?

Captain M. D. Makane - Direct

1   A.   Budea, and another three pirates were there with him.

2   Q.   And did you see the defendant that morning when you got

3   taken for this session of torture?

4   A.   The defendant -- I did not see defendant during this

5   time.  He was sleeping.

6   Q.   Okay.  And were the cable ties only placed on your arms

7   and legs at this point?

8   A.   Yes.  Again, the cable ties were placed on my arms and my

9   legs, again the same way as it was done in the previous

10  night.

11  Q.   All right.  When you woke up on the bridge after being

12  splashed with water, tell us what happened then.

13  A.   After I woke up on the bridge I felt the numbness.  I

14  could not move my hand.  I could not move my fingers.  I felt

15  as if my left hand was paralyzed, and I could not make any

16  movement with my right hand, also.  I felt my fingers numb.

17  I could not move my hands, and also I felt the weakness in my

18  legs.  And I can say that there's no life in my hand.  I did

19  not even have the power to just turn my fingers in this way

20  (indicating).  Only I could do is -- I could just turn it

21  this way (indicating).

22  Q.   Are you being asked questions at that time after you have

23  been woken up?

24  A.   After I was woken up I was not asked any questions, no.

25  When I was tied, at that time they were asking me questions.

Captain M. D. Makane - Direct

1   Q.  And when you were tied what questions were you being

2   asked?

3   A.  They're asking me questions about fresh water, about the

4   bunkers, and about the satellite phone connections.

5   Q.  Were these the same questions the defendant had asked you

6   the night before?

7   A.  Yeah, the same questions.

8   Q.  During all this period of time, Captain, did you change

9   your answers?

10  A.  My answers were consistent throughout.

11  Q.  All right.  On the deck you've just been woken up.  How

12  long is it until the next torture?

13  A.  The next torture again started in the evening, around

14  6:00.

15  Q.  And who was present when this next session starts?

16  A.  When this next session starts there is Budea, there is

17  other set of pirate, Ahmed -- pirate Ahmed is there, then

18  Sagi is there, and then the defendant are there.  During this

19  time they took off all my clothes and put me in the cold room

20  where the meat is preserved.  And the temperature is minus,

21  and very, very low temperature is there.

22  Q.  All right.  So were all those pirates you just named --

23  they all went to the freezer with you?

24  A.  Yes.  In the freezer room there is a compartment which

25  separates -- there is a passage, and after that there is a

Captain M. D. Makane - Direct

1   door in the freezer room.  All these persons were in the

2   passage, and they just opened the door and pushed me inside

3   the freezer room.

4   Q.  Were you trying to talk to anyone at that time?

5   A.  I was trying to talk to the defendant.  At that time I

6   was telling him, "What I am telling is the truth and the

7   truth, and this is the truth."

8   Q.  And what did the defendant reply to you before you went

9   into the freezer room?

10  A.  The defendant replied that, "You are not telling them the

11  truth.  You are not telling them the truth.  You admit" --

12  "You tell them that you have bunkers."  But I said, "No, we

13  don't have bunkers, and I cannot do anything about it."

14  Q.  How long were you frozen for, sir?

15  A.  I was frozen in time slot of 15 to 20 minutes.  I was

16  kept inside, and when they saw that I was shivering and I

17  could not bear the shiver they used to put me out.  And on

18  the inside they had put ice also in my underwear for some

19  time.  After that they had removed my underwear, and they

20  have tied cable ties around my private parts, and they are

21  pulling on my private parts.  And the pain is really

22  unbearable.  I'm telling them, "Don't do this, don't do

23  this," but they're not listening to me.

24  Q.  And who are you calling out to when they're pulling on

25  your private parts?

--- Captain M. D. Makane - Direct ---

1   A.  I was calling out to the defendant.  And I was also
2   calling the other pirates, but mainly the defendant I was
3   calling.
4   Q.  And what did the defendant say while you were calling out
5   to him?
6   A.  The defendant is not ready to listen.  He's not really
7   listening; he's just smiling and looking the other way.
8   Q.  Did they continue to tighten the cable ties on your
9   private parts, sir?
10  A.  Yes.  They did this for nearly one hour.  It was a
11  session of 15 minutes inside, they used to pull me out for
12  five minutes, and again they used to push me inside.
13  Q.  When did it stop this time, sir?
14  A.  This time it stopped after one hour.
15  Q.  Okay.  During that entire time did the defendant do
16  anything to help you or stop it?
17  A.  The defendant did not try to stop or try to intervene.
18  Q.  Where were you taken next?
19  A.  Next, from here I was taken on the bridge -- that is, on
20  the evening of 7 September.
21  Q.  All right.  Did the torture come to an end around this
22  time?
23  A.  Once I was taken up, then I had the pain.  And I could
24  not move, and I was just lying down.  Temporarily, for that
25  particular moment -- for that particular moment, for that

Captain M. D. Makane - Direct

1   particular night, it was -- it was over.

2   Q.   Okay.   And what happened the next day?

3   A.   The next day I was taken to one of the crew member's

4   cabin, and there I saw another negotiator, another new person

5   who I was seeing for the first time and whose name I gather

6   was Leon after some time -- after some time.

7         And he asked me again the same questions about the

8   bunkers, the fresh water and the satellite phone connections.

9   I also gave him consistently the same answers, and he was not

10  ready to believe me.  And he asked me, "Why is the company

11  not raising the ransom amount?  You need to call the company.

12  And the company is in touch with you, and you're telling the

13  company you have food to eat here and you have the bunkers.

14  That's why the company is not coming."

15        And he's telling me that he's going to kill me and

16  he's going to take me ashore, and I was insisting -- I was

17  breathing, but I did not listen.  I did not have any power in

18  my hands to catch a ladder or catch a rope, and on the ship's

19  side they tied a ladder and made me climb down.  I didn't

20  have any power to grip with my hands, but -- I don't know.

21  When I recall at this time that God -- he has saved me that

22  particular day.  I was thinking I'm going to fall down, I

23  don't have the power to grab the rope and go down, but

24  somehow I went down.

25        They took me on a ship -- a small boat which is

Captain M. D. Makane - Direct

1   about a hundred meters from the ship, and they have put me in

2   the boat.  And I was sitting there, and they told me -- they

3   threatened me that they will take me ashore and kill me.

4   Q.  And when Leon became your new negotiator and you were

5   being taken off the boat did you see the defendant at that

6   time?

7   A.  At this particular moment I did not see the -- I did not

8   see the defendant.

9   Q.  And how long were you kept in that boat, Captain?

10  A.  I was kept in that boat for nearly about two hours.

11  Q.  What happened after that period of time?

12  A.  After this period, after I was in the boat, after about

13  half an hour I saw the chief engineer also coming.  And the

14  chief engineer also asked the same questions, and then he

15  also replied the same.  He was also told that, "We will take

16  you ashore.  We are already taking the master ashore; we will

17  take you also ashore."  And they told the chief engineer,

18  "We're going to take both of you, and we're going to kill

19  you."  And he was also told to come in the boat.  And both of

20  us were sitting in the boat and chief engineer was there with

21  me for, again, half an hour to 45 minutes, and after that he

22  was taken back on the ship.

23  Q.  Did you change any of answers that you told Leon from the

24  answers you told the defendant previously in what you

25  described?

Captain M. D. Makane - Direct

1   A.   The answers I told them were the same.

2   Q.   When you got back to the boat where did you go?

3   A.   After -- after I got back to the boat they blindfolded me

4   and took me to a cabin on -- which was one deck above the

5   poop deck where we were taken in the boat, and here what they

6   said to me was -- they isolated me.  They got a chain, a

7   small chain.  One end of the chain -- they tied it to the

8   chair, and the other end -- they tied it around my hand like

9   I am sitting now.  You can imagine one end of the chain tied

10  to the leg of the chair and the other is on my left hand so

11  that I'm unable to -- I'm unable to move.  And if I have to

12  move I have to take this chair and then only move.

13          MR. DEPADILLA:  Madam Clerk, may we unpublish,

14  please?

15  BY MR. DEPADILLA:

16  Q.   Sir, I'd like to show you a photo.

17          MR. DEPADILLA:  I'd like to show the witness

18  Government's Exhibit 1-1 W.

19  BY MR. DEPADILLA:

20  Q.   Do you recognize that photo, sir?

21  A.   Yes, I recognize this photo, Exhibit 1-1 W or "whiskey,"

22  and it is the same chain which I was tied with.

23          MR. DEPADILLA:  I would offer 1-1 W, Your Honor, and

24  ask to publish.

25          THE COURT:  1-1 W is received in evidence, and you

Captain M. D. Makane - Direct

1  may publish it.

2          (The exhibit was admitted into evidence.)

3  BY MR. DEPADILLA:

4  Q.  Captain, how long were you chained to that chair?

5  A.  I was chained to this chair from September 8 to

6  September 28.

7  Q.  And how did you go to the bathroom?

8  A.  I had to lift my -- I had to lift my chair with my hands,

9  with my hands like -- I have to pull this chair, I have to

10  carry it, and then only I can go to the bathroom.

11  Q.  How did you sleep, Captain?

12  A.  I sleep -- I slept -- I used to take this chair next to

13  the bed, and I used to sleep with my one hand tied to the

14  chair, and on the bunk I used to sleep.

15  Q.  Now, when you were isolated down in this cabin would the

16  defendant visit you?

17  A.  Yes, the defendant had visited me the next day and the

18  previous and the next; that is, on September 9th and

19  September 10th he visited me.

20  Q.  Tell the jury, what did you and the defendant talk about

21  at that time?

22  A.  The defendant told me, "You tell them" -- "admit them the

23  same questions you're asking me again and again," and also

24  he's prompting me, "You tell them," and, "Why you not telling

25  them?  You admit, and we will release you.  If you don't

Heidi L. Jeffreys, Official Court Reporter

Captain M. D. Makane - Direct

1   admit, then you are going to die."
2   Q.  And when the defendant is telling you these things is he
3   the only one in the room?
4   A.  No, he's with other pirates.  Especially he's with pirate
5   Sagi and sometimes with pirate Budea.
6   Q.  Would Leon come to visit you in that room?
7   A.  Leon came only initially when I was tied the first day,
8   and then on September 27 he has come and visited me.
9   Q.  And what did you talk about with Leon?
10  A.  Leon told me that, "I'm the new" -- on September 27th he
11  told, "I'm the new negotiator, and now on I will be doing the
12  proceedings.  And the pirates wanted to kill you, and they
13  wanted to shoot you.  It is I who have saved your life."
14  Q.  Eventually were you let out of the cabin where you were
15  chained to the chair, sir?
16  A.  Before 28th this pirate Sagi came to the cabin, and then
17  they could not find the key for the lock.  Then they came
18  from the engine room and cut it and I was released from the
19  chain, and after that I was taken on the bridge.
20  Q.  So after you were cut out of the chair and you got to the
21  bridge what did you see?  Who was there?
22  A.  I saw that all the crew members are there on the bridge.
23  All of the crew members have been shifted on the bridge.
24  Earlier the crew members were staying in the cabin which was
25  one deck below -- which was one deck below, and when I went I

Captain M. D. Makane - Direct

1   saw all the crew members had been brought up on the bridge,

2   and they were staying on the bridge.

3   Q.   And when Leon was the negotiator over that period of time

4   how often would you see him?

5   A.   Leon -- I could see him very, very rarely; maybe at least

6   only about five or six times he was there on the bridge, on

7   the bridge and on the ship.

8   Q.   And would you see the defendant from time to time?

9   A.   Yes, I could see the defendant also from time to time.

10  Q.   And when you saw him where was he?

11  A.   The only place I could see him was when I was on the

12  bridge because that was my stay on the bridge, or I have been

13  to the eating -- that is, in the mess room.

14  Q.   Okay.   Did you have conversations with the defendant at

15  that time?

16  A.   The defendant used to speak -- used to speak sometimes

17  and tried to give us the feedback, or he used to try to take

18  the feedback of what is happening -- what is happening

19  around.

20  Q.   And what kinds of questions would he ask you?

21  A.   He would ask the questions, "What was the deal?  How is

22  the deal going on?  So you'll be released very soon.   So

23  you'll be going home."  These are the questions he used to

24  say.

25  Q.   Okay.   And when you saw the defendant during this period

Captain M. D. Makane - Direct

1   of time when Leon was the negotiator, was he still talking

2   with other pirates?

3   A.   Yes, he was still talking with the other pirates, and he

4   used to talk them -- talk with them.

5   Q.   Did you see him take meals with the other pirates at that

6   time?

7   A.   Yes, he was taking meals with the other pirates.

8   Q.   Did he chew khat with the other pirates at that time?

9   A.   Yes, he used to be on the bridge, and he used to chew

10  khat with the other pirates.

11  Q.   All right.  Now, did there come a time, Captain, when it

12  appeared that both Leon and the defendant could have been the

13  negotiator?

14  A.   It was somewhere in the month of October to November.

15  There was a time when it was not clear -- it was not clear

16  for the company who to deal with.  Because Leon was also

17  claiming that he's the negotiator, and Ali -- he was also

18  claiming to be the negotiator.

19  Q.   Okay, sir.  Can you look at your screen?  I'm going to

20  play a portion of call 1-60 A, which was on November 1st,

21  2010.

22          (An audio recording was played.)

23  BY MR. DEPADILLA:

24  Q.   Which pirate negotiator put you on the phone to talk with

25  Mike at that time?

——— Captain M. D. Makane - Direct ———

1   A.   This phone conversation has taken from a cell, and Leon

2   has put me on a conference call with himself, Mike and me,

3   and he has used the phone.  He has told one of the pirates to

4   give his cell phone to me, and this is a conversation from

5   the cell phone and not from the satellite phone.

6   Q.   And did Leon --

7   A.   And Leon record this call.  He called me up on the cell

8   phone of the pirate Sagi, and then he instructed me that I

9   must tell Mike that he's the negotiator and he has to deal --

10  Mike must deal with him only.

11  Q.   And had there been other times when the defendant had put

12  you on the phone to talk to the company's negotiator to say

13  that he was the pirate negotiator in charge at the time?

14  A.   He and the other pirates were negotiating and talking,

15  and there was a talk -- the pirates were telling Ali is

16  coming back as the negotiator.  And there was one call which

17  we made from my cabin, which is one deck below the bridge,

18  and from there we had made one call, and I have told Mike

19  that now Leon is not the official negotiator and Ali has been

20  appointed as the negotiator by the commander.  There is one

21  especially call which is made from the satellite phone.  I

22  cannot recall the date.

23  Q.   That's okay, Captain.

24       And during the first week of December in 2010 did

25  Leon give you an idea of what the status of the ransom

——— Captain M. D. Makane - Direct ———

1   negotiations were?

2   A.  During those times Leon did give an indication that,

3   "Definitely you will be celebrating Christmas in your home,

4   and the deal is nearly finished."  He had told us this.  "And

5   only a very few, a small amount, has to be sorted out, and

6   after that amount is sorted out you will be released," he has

7   told.  But he has not indicated any figures to me.

8   Q.  All right.  I now want to play a portion of call 787

9   which is 1-64 A, on December 8 of 2010.

10          (An audio recording was played.)

11  BY MR. DEPADILLA:

12  Q.  Who put you on the line to say that, Captain?

13  A.  The pirate Budea and defendant put me online to say this.

14  Q.  And was that after Leon had already told you that the

15  deal was about done and you were going home for Christmas?

16  A.  That is right.

17  Q.  Let's go to an earlier part of that call.

18          (An audio recording was played.)

19  BY MR. DEPADILLA:

20  Q.  When you were making this call with the company and the

21  defendant was Leon present on board?

22  A.  No, Leon was not present on board.

23  Q.  And normally when Leon was not present on board would the

24  defendant still be talking with the other pirates?

25  A.  Yes, the defendant used to talk with the other pirates.

Captain M. D. Makane - Direct

1   Q.  Would he still be using khat and having meals with them

2   at that time?

3   A.  The defendant used to talk with the other pirates.  Only

4   when he's on the bridge I can see him, but when he is down

5   below and -- when he's down below out of my sight, those

6   portions I cannot tell -- I cannot communicate -- I cannot

7   tell on that because I'm not there.  I'm only restricted on

8   the bridge.

9   Q.  I understand that, Captain.  Did the defendant come back

10  and be the negotiator after this call?

11  A.  Yes.  That is, after December 8, and when we made the

12  call to Mike from my cabin, which is one deck below the

13  bridge deck, then the defendant was the official negotiator,

14  and he was dealing with Mike.

15  Q.  And did he ever tell you how Leon came to not be the

16  negotiator anymore?

17  A.  No, he did not discuss Leon with me.

18  Q.  Okay.  How much longer did it take the defendant to wrap

19  up the negotiations?

20  A.  December 8th he came back, and by December 22nd, 23rd,

21  the deal was almost final and there was a talk of dropping

22  the money and releasing the ship.

23  Q.  Captain, were you released before Christmas, as Leon had

24  talked to you about?

25  A.  We were not released before Christmas.

Captain M. D. Makane - Direct

1   Q.   Now, once the defendant had settled the ransom amount can

2   you describe to the jury how his demeanor changed?

3   A.   Could you please explain?

4   Q.   Did he treat you any differently once the ransom was

5   settled?

6   A.   No, he did not treat me any different -- any different --

7   any differently.  His attitude was the same as before.  He

8   was acting in a very arrogant -- he was still acting in a

9   very arrogant manner.  When the phone was ringing on December

10  24th -- because earlier we were supposed to be leaving on

11  December 25th, and the procedure that we discussed -- the

12  defendant never came back to pick up the phone.  The phone

13  used to ring at least a couple of times, about five or six

14  times, but the defendant was not ready to communicate with

15  the company.

16  Q.   I ask you to turn to the screen again, Captain.  I'm

17  going to play part of call 967, which was on December 26.

18         (An audio recording was played.)

19  BY MR. DEPADILLA:

20  Q.   Where was the defendant when you were saying this on the

21  phone, Captain?

22  A.   When I was telling this on the phone and talking with

23  Mike the defendant was just near me, and he has tutored these

24  words, put them in my mouth and told me to tell him to do

25  something for him and speak to Mike about it.

Captain M. D. Makane - Direct

1    Q.   Did he tell you why he wanted money from the company for

2    doing the negotiations?

3    A.   He said that the company wants to take care of him, and

4    he was expecting a gift from the company; that is, in terms

5    of money -- in terms of money from the company for

6    negotiations.

7    Q.   Captain, you viewed the defendant and the other pirates

8    for eight months.  Other than Pandey, did he protect anyone

9    else on the ship from your crew?

10   A.   To the best of my knowledge, he has not protected anyone

11   else.

12   Q.   And when the ransom was finally negotiated did the

13   defendant have a conversation with your crew about

14   Mr. Pandey?

15   A.   When the deal was -- when the deal was really fixed he

16   came up -- Pandey and he came from down below, and he gave a

17   lecture to the crew that, "Do not treat Pandey as a traitor.

18   He has cooperated very well with us, and due to his

19   cooperation you must not treat him like the traitor, you must

20   forgive him."  And that is what he told to all the crew.

21   Q.   Now I want to move to the very end of the hostage

22   negotiation situation.  When the ransom was going to be paid

23   how many pirates came on your ship?

24   A.   There were more.  All the pirates who were supposed to

25   get the payment came on board.  There were more than about

——— Captain M. D. Makane - Direct ———

1  120, 125.  More than 120 pirates were on board that day.

2  Q.  Were they armed?

3  A.  Most of the pirates were armed.

4  Q.  And what were they armed with?

5  A.  They were armed with AK-47s.

6  Q.  Did you see the defendant during that time period when

7  the ransom was going to be paid?

8  A.  Yes, defendant was there on the bridge, and defendant was

9  interacting with me and Mike, and he used to pick up the

10  phone calls.

11  Q.  All right.  Were there times when he was not on the

12  bridge during this ransom process?

13  A.  Yes, there were also times he was not conveniently on the

14  bridge, and during those times he was down below with other

15  pirates or he was in the cabin.

16  Q.  Please turn to the screen.  I'm playing a portion of call

17  975, 1-81 A, on December 27th.

18       (An audio recording was played.)

19  BY MR. DEPADILLA:

20  Q.  Was the defendant present when you were able to make this

21  call?

22  A.  The defendant was not present, and definitely his

23  presence -- if I made this call he would kill me.

24  Q.  And were there other pirates present, though, when you

25  made that call?

Heidi L. Jeffreys, Official Court Reporter

Captain M. D. Makane - Direct

1   A.   The other pirates were there, but they were already away

2   from me.

3   Q.   And did the defendant return after you made this call to

4   the bridge?

5   A.   The defendant came on the bridge -- came on the bridge,

6   but he never knew -- I was allowed to pick up the phone, and

7   I had talked to Mike when he had made me.  I was given the

8   liberty that I can pick up the phone and speak.  This was on

9   December 26th.  This would be on December 26th.

10  Q.   And did the defendant, when he came back on the bridge,

11  ask you what you had been talking to Mike about when he was

12  not present?

13  A.   Yes, he did ask me, because the pirates, other pirates,

14  told him -- they are there, so it was the bunkers and it was

15  about the other ship, also.  I have talked to Mike, and I

16  told him -- I told him about the bunkers and about the armed

17  guards must be there.  That is what I have told him.

18  Q.   Did you see the defendant with any money around this

19  time, as the ransom was being paid off?

20  A.   The ransom was paid on December 27th, and after that he

21  has come on -- he has come on the bridge to talk to the crew

22  and all.  I have seen a small -- I have seen a small bag --

23  the length is approximately this much (indicating), and the

24  size is this much -- with him.

25  Q.   All right.

Capt. M. D. Makane - Cross

1          MR. DEPADILLA:  Indicating for the record, Your

2    Honor, a package that appears to be approximately one foot in

3    width by one foot in height.

4          THE COURT:  Let the record so reflect.

5    BY MR. DEPADILLA:

6    Q.  Did the defendant make a speech to your crew before he

7    left, sir?

8    A.  Yes, when on the 28th of December he left, he made a

9    speech to the crew saying, "You definitely will not like me

10   to see you again, and I hope you don't like to see me."  Most

11   of the crew members told that they definitely wouldn't like

12   to see him again.  And he said, "If you see me you will hate

13   me, and if you remember you will be hating me."  That is very

14   true.

15   Q.  Who was the last pirate to leave your ship, Captain?

16   A.  The last pirate to leave is Shibin and Faraad and one

17   more pirate.

18   Q.  Did the defendant say anything to you personally when he

19   stepped off your ship for the last time?

20   A.  This is what he told me:  He said, "You wouldn't like to

21   see me again."

22          MR. DEPADILLA:  No further questions, Your Honor.

23          THE COURT:  Mr. Broccoletti.

24                         CROSS-EXAMINATION

25   BY MR. BROCCOLETTI:

———————— Capt. M. D. Makane - Cross ————————

1  Q.  Captain, I'm going to ask you some questions, okay?

2  A.  (No answer.)

3  Q.  Now, as I understand it, when the first pirates boarded

4  the ship there was one of them that spoke limited English.

5  Is that true?

6  A.  That is true.

7  Q.  But you had a great deal of difficulty communicating with

8  him?

9  A.  As I said, he spoke only limited English.  We could not

10 communicate the proper way with him.

11 Q.  Did he attempt to make any phone calls to the company?

12 A.  He did not make any attempt to call the company.  During

13 this time when the first ten pirates were there on board they

14 have not made any calls to the company, but if they had used

15 the satellite phone -- because we were there on the port

16 side, and the phone is there on the starboard side.  That is,

17 one -- one -- one is on the -- we were there on the left-hand

18 side, and the phone is there on the right-hand side.  If they

19 had made a call I have not seen or I have not heard of it.

20 Q.  In fact, you had sent an e-mail to the company, though,

21 that the ship had been attacked and/or seized.

22 A.  E-mail is sent to UK that the ship is under attack, and

23 the position is given.  And I had made phone call before the

24 ship is hijacked to the UK and to Mumbai and to my company.

25 Q.  Now, when the ship was brought into Somali waters and

Capt. M. D. Makane - Cross

1   anchored did additional pirates board the ship?

2   A.  Please repeat, sir.

3   Q.  Sure.  When the ship arrived in Somalia and anchored off

4   its coast did additional pirates board the ship to serve as

5   guards?

6   A.  No, sir.  These guards came in Hafun Anchorage, which was

7   first point of contact in Somalia.  The other pirates came

8   only in Garaad Anchorage, which is after May 16th or 17th,

9   somewhere around that time, and which these pirates had come

10  on board.

11  Q.  So you had stopped before you got to Garaad?

12  A.  Yes, we had stopped before we came to Garaad.  That was

13  at Hafun Anchorage.

14  Q.  And how many pirates boarded the ship at that time?

15  A.  In Hafun Anchorage no pirates came on board.

16  Q.  Why did you stop there?

17  A.  I had no power to stop.  My hands were --

18  Q.  I'm not suggesting that it was your fault, I'm just

19  asking why, if you know.

20  A.  I don't know, because I --

21  Q.  All right.  That's fair.

22       All right.  Then you got to Garaad, and that's when

23  the additional pirates boarded as guards, correct?

24  A.  That is right.

25  Q.  How long were you anchored before you saw Shibin?

─────── Capt. M. D. Makane - Cross ───────

1   A.  We were anchored at least about five to seven days before

2   I saw Shibin.

3   Q.  Now, you called him "Shibin."  You called him "Shibin

4   Ali"?

5   A.  I called him "Shibin."

6   Q.  And is that how he introduced himself to you?

7   A.  Yes, that is right.

8   Q.  Did you ask him anything about his background, his

9   history, his family?

10  A.  I did not ask him -- I did not ask him any of his

11  background or anything.

12  Q.  So after you met him as "Shibin" you would see him on the

13  bridge, correct?

14  A.  That is right.

15  Q.  You would see him on the bridge during the daytime?

16  A.  During the -- whenever he wanted to come on the bridge,

17  whenever he wanted to contact me or have any information he's

18  to come.  And at that time he was allotted the chief

19  officer's cabin, so he was staying in the chief officer's

20  cabin.

21  Q.  I'm sorry.  I didn't understand you.  I apologize.

22  A.  Each crew member is allotted a cabin to stay on the ship.

23  Q.  Right.

24  A.  So he was staying in the chief officer's cabin, which is

25  two stories down from the bridge.

Capt. M. D. Makane - Cross

1    Q.   Did you see him on the bridge during the daytime?

2    A.   Yes.  Whenever he wanted to have a point of contact with

3    us he used to come on the bridge.

4    Q.   And that would be during the daytime?

5    A.   Because daytime, whenever he wanted, he was pleased to

6    move.

7    Q.   Anytime during the day?

8    A.   Anytime.

9    Q.   Now, before he boarded the ship did you still have

10   difficulty in communicating with the pirates?

11   A.   Before he boarded the pirates were not interested in

12   communicating -- in communicating with us.  All that they

13   wanted to do was bring the ship in Somalian waters, and after

14   the ship came in Somalian waters they started looting, they

15   started pilfering our things.  They started taking our mobile

16   phones, our cameras, whatever cash we had with us.  They were

17   not interested in communicating.

18   Q.   During that five- to seven-day period before Shibin came

19   on board who did you speak to?  How did you communicate with

20   them?

21   A.   It was only with us.  And by -- the other pirates, with

22   broken English and by sign language we used to speak.

23   Q.   Were you able to communicate to them anything about how

24   the ship was functioning or malfunctioning, problems that you

25   had with the ship?

——————— Capt. M. D. Makane - Cross ———————

1   A.   Immediate -- at that time we were just going on a voyage

2   and everything was working, so at that time about the ship we

3   didn't have -- we didn't have any problems.  We did not have

4   any problems, so there was not any technical things that we

5   discussed with the pirates.

6   Q.   You did not speak Somalian?

7   A.   I do not know Somalian, no.

8   Q.   So whatever conversations occurred between these people

9   in their own native language, you are not able to tell us

10   what they were saying.

11   A.   I cannot tell what conversation was happening in them,

12   but from the behavior and when they were looking at us we

13   could make out whether they are targeting us or whether they

14   are saying anything about us.

15   Q.   All right.  Now, before the initial demands were made --

16   and you talked about this yesterday.  You had said that Ali

17   is the one -- Shibin is the one that had communicated the

18   first demand to the company, true?

19   A.   That is right.

20   Q.   All right.  And, in fact, he used to get a briefing from

21   the pirates prior to the time that he came up with the

22   demand.  Isn't that true?

23   A.   That is true.

24   Q.   And, in fact, it was not his decision, you have written

25   before, it was the pirates' decision as to the demand.

Capt. M. D. Makane - Cross

1   A.   It was the combined decision of the defendant and the

2   pirates.  Whatever cargo papers, whatever things he had find

3   out he used to interact with the pirates, and then it used to

4   be a combined decision.  It was not his decision or the

5   pirates', but he used to give a feedback to the pirates.

6   Q.   Well, in fact, you have said before, have you not, that

7   it was not his own decision to make the demand, true?

8   A.   That is right.  It is the interaction between him and the

9   pirates, and then they arrive at a decision.

10  Q.   And whether or not he was merely translating what their

11  instructions to him were you're not -- you can't tell us.

12  A.   I can't tell, but in the initial stages it was he who was

13  the one who was instrumental in drafting the faxes and

14  telling us what to tell.  That is what he did.

15  Q.   Right.  And whether or not he was instructed or ordered

16  by the pirates to be able to do --

17          THE COURT:  You've covered this four times now.

18  That's enough.

19          MR. BROCCOLETTI:  Yes, sir.

20          THE COURT:  Move on, Mr. Broccoletti.

21          MR. BROCCOLETTI:  Yes, sir.

22  BY MR. BROCCOLETTI:

23  Q.   Now, at this particular point you were still on the

24  bridge?

25  A.   I was there on the bridge all the time, sir.

--- Capt. M. D. Makane - Cross ---

1   Q.  And the other crew members had been placed in other

2   cabins down below?

3   A.  From the time we were hijacked to September 9 all the

4   crew members were one deck below, and after September 9 the

5   crew had transferred on the bridge.

6   Q.  Now, you had also said in your testimony yesterday that

7   you had seen the defendant --

8           THE COURT:  Excuse me.

9           MR. BROCCOLETTI:  Yes, sir.

10          THE COURT:  Let's don't repeat his testimony

11  anymore.  If you have questions, you can ask questions.

12  Constantly repeating his testimony -- you may or may not be

13  correct in repeating it, but the fact of the matter is you

14  must ask him questions.

15  BY MR. BROCCOLETTI:

16  Q.  Was the defendant armed?

17          THE COURT:  He's testifying, and I understand you

18  have a right to cross-examine, but when you start saying,

19  "You testified to this" and "You testified to that" -- if he

20  did so testify, you can ask him if he did, but don't say,

21  "You did," unless -- I don't know if you have a transcript in

22  front of you.  The problem is I don't know exactly what he

23  may have testified to or didn't.  I know generally.

24          In any event, I want you to ask him questions.

25          MR. BROCCOLETTI:  Yes, sir.

Capt. M. D. Makane - Cross

1          THE COURT:  All right.

2   BY MR. BROCCOLETTI:

3   Q.  Was he armed?

4   A.  He was not armed for the -- he did not carry a gun or

5   anything for the period from the time he came until August --

6   until August, but after that I have seen him keeping watch

7   from the bridge on the fo'c'sle, and at that time he used to

8   have a gun with him.

9   Q.  Do you recall speaking on January 4th, 2011, to the

10  German authorities once the ship had been released?

11  A.  Yes, when the ship came to Salalah I spoke to the German

12  authorities.

13  Q.  And that interview was conducted in English.

14  A.  That interview was conducted in English.

15  Q.  And that interview was recorded.

16  A.  That interview was recorded.

17  Q.  And did you not -- were you not asked -- this is on

18  page 820.  Were you not asked, "The negotiators, were they

19  also armed," and you answered, "No, the negotiator Ali Jama

20  was definitely not armed"?  Did you answer that?

21  A.  I answered, "The negotiator was not armed" when he came

22  and when he was acting as a negotiator.  And I have told

23  whatever I have seen -- whatever I have seen afterwards.

24  Q.  And in August you had met -- was there a change in August

25  in the defendant's position?

Capt. M. D. Makane - Cross

1  A.  Yes, there was a change in the defendant's position.

2  Q.  That change was -- what was the change?

3  A.  The change was earlier he had the privileges, he was

4  staying in the cabin, he was getting all the comforts, but

5  after, in the first week of August -- that is, somewhere

6  around August 7 -- he was transferred on the bridge and he

7  was like an ordinary pirate.

8  Q.  And that change was conducted by the pirate Budea?

9  A.  Yes, it was Budea and the other pirates who had done

10  these things.

11  Q.  Was Budea then in charge?  Was he the commander?

12  A.  Budea was acting like a commander, but I cannot comment

13  and say that he was the whole and sole commander.

14  Q.  And Shibin was changed at that point because he was

15  accused of being in secret touch with the company.

16  A.  That is right.  They suspected him to negotiate with the

17  company secretly -- that is why they changed him -- and not

18  coming up with the ransom demand.

19  Q.  And at that time he was removed from his cabin, and he

20  was held on the bridge.

21  A.  That is right.

22  Q.  And once he was held on the bridge, that's when the

23  vessel was transferred from Garaad to Hobyo.

24  A.  That is right.

25  Q.  And when the vessel was transferred from Garaad to Hobyo,

—————— Capt. M. D. Makane - Cross ——————

1    that's when the threats were made to you about turning the

2    vessel over to al-Shabaab.

3    A.   That is right.

4    Q.   And at the time that the vessel was moved and the threats

5    were made the defendant was on the bridge.

6    A.   The defendant was on the bridge.

7    Q.   And the defendant was not the negotiator at that point,

8    was he?

9    A.   It is very difficult for me to tell, because what is

10   happening behind my back I do not -- I do not know.  But at

11   that time he is not picking up the calls.  But, again, when

12   Osman made the call again he came in between and we picked up

13   a call and we are answered Rajesh Chava.

14   Q.   Who is Osman, also known as Sharlaawe?

15   A.   He is the one who has made the call, and he is appointed

16   as commander at that time.  When he's making the calls he's

17   calling himself he's the commander and in charge.

18   Q.   After the defendant was removed to the bridge Osman was

19   then acting as the negotiator.  Isn't that true?

20   A.   Osman in his phone calls has said he's the commander of

21   the pirates.

22   Q.   And then for a period of 10 to 15 days after the

23   defendant is held on the bridge Osman was the one who was the

24   in-between person, acting as the in-between person.

25   A.   He was the acting commander of the pirates, and that is

---Capt. M. D. Makane - Cross---

1  what he has said in his first call which he has made to

2  Rajesh Chava; that he's the commander.

3  Q.  You also had said that he was the negotiator, did you

4  not?

5  A.  No, I have not said that.

6      MR. BROCCOLETTI:  All right.  This is on page 815.

7  BY MR. BROCCOLETTI:

8  Q.  On the same interview that you had with the German

9  authorities on January the 4th of 2011 that we've already

10  gone over didn't you say, "Then one Osman -- we used to call

11  him Sharlaawe -- he was acting as the negotiator"?

12  A.  He was acting as the commander, and he was between the

13  company and this -- the pirate spokesman.  That is what he

14  was acting.

15  Q.  The question was did you say he was acting as a

16  negotiator?

17  A.  It had been misunderstood there.

18  Q.  Then between that period after Osman, Leon came on board.

19  A.  Leon came on board on September 8.  That is the first

20  contact I had with Leon.

21  Q.  So the time that you were in Hobyo and the threats were

22  made to you from al-Shabaab Osman was in charge, correct?

23  A.  Osman was the acting commander.

24  Q.  And the defendant was on the bridge.

25  A.  The defendant used to be on the bridge.

—————— Capt. M. D. Makane - Cross ——————

1  Q.  And then for that period of time that the -- you had

2  talked about the beginning of the torture in the first week

3  of September.  The defendant was on the bridge during that

4  period of time, too, wasn't he?

5  A.  Yes, he was on the bridge.

6  Q.  He was not allowed to go to his cabin?

7  A.  It was only for a period of 15 to 20 days.  He was not

8  allowed to go in the cabin, but after that again he was a

9  free person.

10  Q.  And didn't the pirates also threaten him?

11  A.  I do not know about that.  I cannot tell about that.

12  Q.  In that same interview on January the 4th, 2011, on page

13  815, didn't you say, "They started torturing us, and they

14  also threatened him"?

15  A.  I -- it's January 8, and it's a long time.  I cannot

16  recall each and every word what I have said.

17  Q.  I understand.  Would you agree that your memory would

18  have been fresher as of January the 4th of 2011 than today,

19  in April of 2012?

20  A.  Whatever the incidents have offered to me -- some of them

21  I cannot forget.  Some of them are still there with me.  I

22  can remember, but it's difficult to remember each and every

23  word I have told or I have given in the interview to the

24  pirates -- to the German authorities.

25  Q.  I understand.  Now, did you call or did you term that

———— Capt. M. D. Makane - Cross ————

1   period of September when the bulk of the torture occurred

2   "Black September"?

3   A.  I did not tell them Black September, but I tell them that

4   was one of the worst periods in my -- in my life.

5   Q.  I understand that.  And Leon came on board as the

6   negotiator sometime around the 8th of September.

7   A.  8th of September Leon just interviewed me.  And he asked

8   me about the fuel, the fresh water and the satellite

9   connection, but at that time I don't know if Leon is the

10  negotiator or not.

11  Q.  And after that time that's when -- when Leon came on

12  board, that's when you were confined for that 21-day period.

13  A.  Leon came on board on September 8th, and I was confined

14  to solitary confinement on September 8th.

15  Q.  For the period of 21 days, as you've talked about.

16  A.  That is right.

17  Q.  Do you remember when the defendant had left the ship the

18  first -- did he leave the ship one time or twice?

19  A.  He left somewhere in the month of -- mid July or

20  somewhere near that.

21  Q.  And do you remember how long he was gone?

22  A.  He was gone for about a week's time, week to ten day's

23  time.

24  Q.  And did anything happen to you during that period of time

25  that he was gone?

Capt. M. D. Makane - Cross

1  A.  Nothing happened -- nothing happened to us when he was on

2  leave.

3  Q.  Generally speaking, how many pirates would be on board?

4  A.  We could see only the pirates who were on the bridge, and

5  when we went to eat our food in the mess hall we could only

6  see there -- the pirates there.  It's very difficult to give

7  an exact estimate of how many pirates were there at that

8  time, but on an average about 50 pirates used to be there.  I

9  can't say.  But, again, this is what I have seen when the

10  people are coming there to eat and when the people are coming

11  on the bridge, and when I go down I can see the pirates.

12  Q.  Did any of the other pirates besides Shibin speak

13  English?

14  A.  There may have been some pirates who could speak English,

15  but they have not interacted with me.

16  Q.  During the time that you were interacting with Shibin did

17  he ever allow you to use the cell phone?

18  A.  He never allowed me to use the cell phone.  I have not

19  made any calls from his cell phone.

20  Q.  Did he ever allow you to use the phone itself to call

21  your family, the satellite phones?

22  A.  The satellite phones -- whenever he allowed the other

23  crew members I also used the satellite phones to call my

24  family.

25  Q.  Did he ever return to you any laptops that were taken?

──────── Capt. M. D. Makane - Cross ────────

1   A.   Yes, my laptop that had been taken had been returned to

2   me.

3   Q.   And did he return that to you?

4   A.   Yes, that laptop was returned to me.

5   Q.   The speech that came at the end that you -- do you recall

6   testifying -- excuse me.

7        The speech that came at the end of the ransom

8   negotiations --

9   A.   Yes.

10  Q.   At that point the defendant addressed the crew?  The

11  defendant addressed the -- Shibin spoke to the crew?

12  A.   He --

13       THE COURT:  Are you speaking about after the payment

14  of the money?

15       MR. BROCCOLETTI:  Yes, sir, right at the end.

16       THE COURT:  At the end.

17       THE WITNESS:  At the end, the last speech which he

18  said, "You wouldn't like to me, you wouldn't like to see me,

19  you would not be happy to see me, you would hate me," that is

20  what he had said.

21  BY MR. BROCCOLETTI:

22  Q.   And he also talked to you about Pandey.

23  A.   It is not at the last -- one speech before he had made

24  about Pandey.

25  Q.   Well, that's the one -- that's my fault.  I'm sorry.  I

Capt. M. D. Makane - Redirect

1   apologize.

2        The speech that he gave to the crew about Pandey.

3   A.  Yes.  He said, "Pandey has acted" -- "You should not

4   treat him like a traitor, and he has acted and cooperated

5   with us and you should forgive me, you should forgive him."

6   That is what he said, and he used to call him his son.

7   Q.  And that was the extent of his speech, correct?

8   A.  Yes, that was the extent of his speech.

9        MR. BROCCOLETTI:  Thank you.

10        MR. DEPADILLA:  Very briefly, Your Honor.

11                    REDIRECT EXAMINATION

12   BY MR. DEPADILLA:

13   Q.  Mr. Broccoletti asked you whether the defendant was being

14   threatened at the time that you described when you were lying

15   on the deck with those cable ties being applied.

16        Tell us what you could see of the defendant when

17   those cable ties were first being tied on your arms and legs.

18   A.  When the cable ties were being tied on the arms and legs

19   the defendant was there with the pirates, and he was also

20   threatening us.

21   Q.  Okay.  Was he eating at that time?

22   A.  I beg your pardon?

23   Q.  Was he eating?

24   A.  Was he --

25   Q.  Was he eating food?  What was he doing?

```
 1   A.   He was there on the poop deck the first time.
 2   Q.   Okay.  I'm talking about when you're on the bridge --
 3   A.   Yes.
 4   Q.   -- and you're lying on the floor with the cable ties and
 5   they're tightening them.  What is the defendant doing at that
 6   point?
 7   A.   The defendant is eating khat, eating khat and having tea
 8   on -- at that time with the other pirates and the financier
 9   and the very important pirates there on the bridge.
10   Q.   And what else are they doing?
11   A.   They're talking and discussing among themselves and
12   laughing and chit-chatting.
13   Q.   During that time when you're having those ties tightened
14   and you're looking to the defendant is he ever being
15   threatened by anybody that you can see?
16   A.   No, he was not being threatened.  He was not being
17   threatened by other pirates at that particular time.
18            MR. DEPADILLA:  No further questions, Your Honor.
19            THE COURT:  Anything else?
20            MR. BROCCOLETTI:  No, Your Honor.  Thank you.
21            THE COURT:  You're instructed not to discuss your
22   testimony with anyone until this case is complete.
23            You may be excused at this time.
24            MR. DEPADILLA:  Thank you, Your Honor.
25                  *****     *****     *****
```

```
 1                        CERTIFICATION

 2

 3         I certify that the foregoing is a correct transcript

 4    of an excerpt from the record of proceedings in the

 5    above-entitled matter.

 6

 7

 8

 9                              s/s

10                       Heidi L. Jeffreys

11

12                       July 6, 2012

13                          Date

14

15

16

17

18

19

20

21

22

23

24

25
```