```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - - -
     UNITED STATES OF AMERICA,        )
 5                                     )
              Plaintiff,               )
 6                                     )     CRIMINAL CASE NO.
     v.                                )        2:11cr33
 7                                     )
     MOHAMMAD SAAILI SHIBIN,           )
 8   a/k/a "Khalif Ahmed Shibin,"      )
     a/k/a "Mohammad Ali,"             )
 9   a/k/a "Ali Jama,"                 )
                                       )
10            Defendant.               )
     - - - - - - - - - - - - - - - - - -
11

12

13                 TRANSCRIPT OF PROCEEDINGS
                   (Testimony of Chirag Bahri)

14                    Norfolk, Virginia
                      April 23, 2012
15

16
     BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17             United States District Judge, and a jury

18

19   APPEARANCES:

20             UNITED STATES ATTORNEY'S OFFICE
               By:  Joseph E. DePadilla, Esquire
21                  Benjamin L. Hatch, Esquire
                    Brian J. Samuels, Esquire
22                  Paul Casey, Esquire
                    Assistant United States Attorneys
23                  Counsel for the United States

24             ZOBY & BROCCOLETTI, P.C.
               By:  James O. Broccoletti, Esquire
25                  Counsel for the Defendant
```

```
1                        I N D E X

2

3   ON BEHALF OF THE GOVERNMENT:     Direct   Cross   Red.   Rec.

4   C. Bahri                           3       44     --     --

5

6                     E X H I B I T S

7   No.                                                      Page

8    (None)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C. Bahri - Direct

1              *****      *****      *****

2

3          MR. CASEY:  The government would call Chirag Bahri.

4          (The witness was administered the oath by the

5     clerk.)

6          CHIRAG BAHRI, called as a witness, having been first

7     duly sworn, testified as follows:

8                          DIRECT EXAMINATION

9     BY MR. CASEY:

10    Q.  Sir, could you please state your name for the record?

11    A.  I'm Chirag Bahri.

12    Q.  What country are you from?

13    A.  I'm from India.

14    Q.  What part of India?

15    A.  I live in Ghazibad.  It's near to Delhi, about 50 to

16    60 miles from Delhi.

17    Q.  What do you do for a living?  What's your job?

18    A.  I'm a marine engineer by job, by occupation, and

19    presently I'm holding a chief engineer's ticket for the

20    merchant vessels.

21    Q.  Where are you currently working?

22    A.  I'm working as a consultant for the Maritime Piracy

23    Humanitarian Response Program.  This program has been started

24    up in London in 2011, and now I'm taking up the missioning

25    center for India as a regional director for this program.

——————— C. Bahri - Direct ———————

1   And this program aims to assist the seafarers and their

2   families in the humanitarian aspects of any kind of armed

3   robbery, piracy or seafarers being taken into hostage.

4   Q.  Is English your first language?

5   A.  Actually, Hindi is, but I'm fluent and I'm competent in

6   English.

7   Q.  For the benefit of the jury and the folks sitting in the

8   back -- I know you have a microphone -- if you could just

9   keep your voice up --

10  A.  Okay.

11  Q.  -- and speak a little bit more slowly, I think we would

12  appreciate that.

13  A.  Okay.  I will do that.

14  Q.  Back in 2010 what job did you have?

15  A.  I was serving as second assistant engineer on board the

16  Marida Marguerite in 2010.

17  Q.  Can you tell us about your education and training to

18  become a marine engineer?

19  A.  I did my BS marine engineering from a college in India,

20  and it has been affiliated with general shipping, and I did

21  the four years marine engineering college.  From there I

22  passed in the year 2004 from there, and thereby joined

23  merchant vessels in different capacities in different vessels

24  in different companies, and I rose to a level of now second

25  engineer.

C. Bahri - Direct

1  Q.  All right.  And just for our edification, when you start
2  do you start as a cadet or a fifth engineer?
3  A.  I started as a fifth engineer on board initially, and
4  then I rose to fourth engineer, then third engineer, and then
5  second assistant and second engineer.
6  Q.  When did you join the Marida Marguerite?
7  A.  I joined on the 8th of April, 2010, from the port of Dai
8  Hung, Ho Chi Minh City, Vietnam.
9  Q.  All right.  So you joined the Marida Marguerite in
10 Vietnam?
11 A.  In Vietnam.
12 Q.  And that was in April of 2010?
13 A.  8th of April, 2010.
14 Q.  All right.  And specifically on the Marida Marguerite
15 were you second assistant engineer?
16 A.  I was a second assistant engineer on board.
17 Q.  What were your duties?  What were your responsibilities?
18 A.  I was responsible for all of the auxiliary machines,
19 maintenance and operation of all machineries.  That includes
20 generators, compressors, purifiers, boilers, sump pumps and
21 all the auxiliary machinery which came forward to the main
22 engine.
23 Q.  All right.  And those machines are responsible for
24 supplying water, electricity and other --
25 A.  Yes.

C. Bahri - Direct

1  Q.  -- and the motion of the ship, among other things?

2  A.  Yes.  We have a generator which used to produce

3  electricity, we have boilers which produce steam for

4  producing fresh water, we have purifiers for cleaning up and

5  purifying the oil which we use in the machinery system of

6  generators as well as in the main engines.

7  Q.  What was your normal shift back in April of 2010?

8  A.  My normal shift started from morning, 8:00, until

9  evening, 5:00.

10  Q.  And --

11  A.  Pardon me.  6:00 in the evening.

12  Q.  And did you work in the engine control room?

13  A.  Yes, we work in the engine control room as well as the

14  engine room with all hands for maintenance of machinery.

15  Q.  Okay.  I'd like to ask you about May 8 of 2010.

16       Where were you when you first learned that the Marida

17  Marguerite was under attack by a pirate skiff?

18  A.  On the 8th of May, 2010, I was in the engine room.  I was

19  getting off my duty.  I was getting off my watch during the

20  time when the vessel was attacked by the pirates.

21  Q.  And how did you find out that the Marida Marguerite was

22  under attack?

23  A.  I got a call from the bridge that the vessel has been

24  chased by pirates and, therefore, we need to speed up more

25  the ship.  And thereby we immediately increased to the

C. Bahri - Direct

1  maximum speed of the vessel, and even more than that, and we
2  started -- the vessel started picking up the speed as well
3  during that time.
4  Q.  After about 15 or 20 minutes after that first telephone
5  call or that first intercom call did you receive a second
6  call?
7  A.  Yes.  I do receive a second call from the
8  watching-keeping officer on the bridge that, "There are
9  pirates on board already, and you need to now come up on the
10 bridge from the engine room, and the vessel has already been
11 hijacked."
12 Q.  So what did you do?
13 A.  I was there with my crew member.  My motorman was there
14 with me.  I informed him as well, and we were in a state of
15 panic, and we were terrified what we have to do now.
16        And then we were asked to come on bridge, so we left
17 the engine room in that condition and we went on the bridge.
18 Q.  When you got to the bridge were the pirates already in
19 the bridge?
20 A.  The bridge door was locked from inside, and we tried to
21 open it.  We could not open up it up, so we -- but after two
22 minutes the pirates actually opened the door, the bridge door
23 which was leading to the bridge, and we saw them with the
24 guns, which I believe were AK-47s and all.  And they made us
25 like, "Put your hands up and sit at the side of the corner of

C. Bahri - Direct

1    the bridge."  And all the crew were already over there with

2    their hands up and sitting on their legs -- on their knees on

3    the floor on one side of the bridge, and we were in a state

4    of terror and shock.

5    Q.  So after you joined the crew where was the ship taken?

6    A.  When we joined -- the pirates ordered the captain of the

7    vessel to take the ship towards Somalia.  The vessel was

8    diverted because the captain was like -- he pointed an AK-47

9    and all on his head to take the vessel.  At gunpoint the

10   vessel was directed towards Somalia and was taken initially

11   to a place to eat, and then it was anchored for a few hours

12   over there, and then we were shifted to Garaad.

13   Q.  How long did it take from the time that you were hijacked

14   until you dropped anchor at Garaad?

15   A.  Around two or three days.

16   Q.  In terms of your responsibilities in the engine room, how

17   did those responsibilities change after the hijacking?

18   A.  Well, it was all of us -- I was getting out my duty with

19   my motorman for the rest of the period, for 12 hours per day,

20   because myself and my motorman were doing it as well as from

21   morning to evening, from morning to night, and the other

22   colleague and motorman, they were doing from night-to-morning

23   shift.

24         And it leads to a tremendous amount of pressure on

25   us, because we were not allowed to even consult with anyone.

C. Bahri - Direct

1    We were not allowed to -- all our orders were taken by myself

2    and the motorman to do whatever we had to do during that

3    period.

4    Q.  So other than you and your motorman and other engineers

5    that were working in the engine room on these different

6    shifts, where were the rest of the crew kept?

7    A.  The rest of the crew were kept initially -- for initial

8    days they were kept on the bridge, on one side of the

9    bridge -- it was on port side of the bridge -- and after

10   about 15, 20 days we were shifted to the C Deck of the ship

11   where the captain, chief engineer and second engineer were

12   kept on the bridge for the rest of the time.  And we were

13   shifted down to the C Wing, and we were there, four to five

14   guys in each cabin.  There were four cabins with four to five

15   guys in each cabin.

16   Q.  Was one of the motormen that you worked with a person by

17   the name of Sandeep Denghwal?

18   A.  Yes.

19   Q.  Did you also work with -- what was the supervisory

20   structure in relation to Chief Engineer Oleg Dereglazov?

21   A.  Well, the chief engineer was my -- he was a very learned

22   man and a very intellectual person, but the problem with him,

23   in fact, is you're not able to communicate with him on any

24   sort of things.  If any problems arise we cannot communicate

25   with him.  If any action has to be taken, it has to be taken

——————————————— C. Bahri - Direct ———————————————

 1   entirely by myself to keeping up with the machinery and

 2   keeping up the maintenance of the vessel, because we need to

 3   run the machinery at any cost so that there's power to the

 4   vessel at all times.

 5   Q.  Once you arrived in Garaad did other pirates come aboard

 6   the ship?

 7   A.  Yes, about 25 -- more than that was there, I'd say.

 8   Q.  What happened when those pirates came aboard?

 9   A.  We were directed down -- actually, when the six pirates

10   came on board they have looted us.  They have everything of

11   us.  They made us come at gunpoint and took us to our

12   individual cabins, took everything from us; our laptops,

13   mobiles, cameras, money, whatever, even our clothings.

14   Everything was taken up, and then these other pirates came

15   aboard and they again start searching the whole vessel.  We

16   were again taken at gunpoint, and we were again tortured and

17   again looted up for each and every thing we had left.

18   Q.  Once you reached anchor at Garaad, in addition to these

19   25 or 30 pirates that looted you, was there an individual who

20   came aboard who spoke English?

21   A.  Yes.  Initially, one Somali known as "the negotiator," he

22   came on board.  His name was Hassan.  He was an old chap, and

23   I didn't have interact with him because he was only there for

24   one day.  But he was a bigger boss of them.  Like he was a

25   bigger looter among them.  He officially looted, like, "Give

——— C. Bahri - Direct ———

1    me your laptops," and, "Give me your mobile phones," and all.

2    And he even took our rations, what we have.  He filled up on

3    things, and he went off after one day.

4    Q.  So this Hassan person who spoke English, how long did he

5    stay?

6    A.  Only one day.

7    Q.  Was there a second person who came aboard who spoke

8    English?

9    A.  Yes.

10   Q.  And when did that person come aboard after you reached --

11   after you reached Garaad?

12   A.  He came about a week, ten days later.

13   Q.  Who was that person?

14   A.  Shibin Ali.

15   Q.  Do you see Shibin Ali in the courtroom today?

16   A.  Yes, I could see him.

17   Q.  Can you identify him for the record?

18   A.  That person (indicating).

19          THE COURT:  Let the record reflect he's pointed to

20   the defendant.

21   BY MR. CASEY:

22   Q.  How long did the defendant Shibin Ali stay on board the

23   Marida Marguerite?

24   A.  He stayed for the rest of the period until the rest of us

25   were released.  In between he went on shore for about ten

———— C. Bahri - Direct ————

1    days, somewhere.

2    Q.  Okay.  I'll ask you about that in a minute, but I first

3    want to ask you what did the defendant say to the crew when

4    he first came aboard?

5    A.  When he came on board he introduced himself, like, "I'm a

6    well-wisher of you.  I'm from NGO, and I will take care of

7    everything."  He abused even the pirates and all at that

8    time.  And he said, "I'll always cooperate with you."  He

9    made us believe that he's from NGO.

10   Q.  Over the course of that seven-and-a-half-month period of

11   the hijacking did he ever identify to you the name of his

12   NGO?

13   A.  Never, ever.

14   Q.  Did he say who -- did he say -- did he ever provide any

15   clothing or written materials or anything from an NGO for the

16   crew?

17   A.  Never, ever.

18   Q.  Did you ever get a chance to talk to anyone on the

19   telephone connected to any NGO?

20   A.  No.

21   Q.  Did the defendant -- you mentioned the crew was looted,

22   items were taken or stolen by pirates.

23        Did you see the defendant with items that belonged to

24   the crew over the course of the hijacking?

25   A.  Yes.  He used to wear our T-shirts, he used to wear our

C. Bahri - Direct

1    clothing, he used to use our laptops, everything.

2    Q.  What was the defendant's relationship with the other

3    pirates on board?

4    A.  He was very friendly with them.  He used to always have

5    good words with them, even sitting between them, and he used

6    to eat khat.

7            Khat is a kind of grass which they used to eat and

8    all, all day and night, and he used to be very, very in close

9    terms with all the pirates.

10   Q.  Could you tell from your observations or your

11   conversations who appeared to be the center of attention in

12   these conversations?

13           MR. BROCCOLETTI:  Judge, I object in that that's an

14   opinion on his part, "the center of attention."

15           THE WITNESS:  When he used to be --

16           THE COURT:  Wait a minute.

17           I'll sustain the objection.  Go ahead.

18   BY MR. CASEY:

19   Q.  From your observations, who appeared to be leading the

20   conversation?

21           MR. BROCCOLETTI:  Objection as well.  He doesn't

22   speak Somalian, Your Honor.

23           THE COURT:  I'm going to overrule your objection.

24           You may proceed.  It's a layman's opinion, strictly.

25   Go ahead.

Heidi L. Jeffreys, Official Court Reporter

―――― C. Bahri - Direct ――――

1   BY MR. CASEY:

2   Q.   Who appeared to be leading the conversation?

3   A.   Always he, always Mr. Shibin Ali.  He used to

4   lead like -- because, obviously, we don't understand Somali,

5   but we could make out his language from his way of talking to

6   the pirates and how the pirates obviously used to react to

7   him.  We always used to see that from our own eyes.

8   Q.   Let me ask you, how restricted -- describe your movements

9   in those first few months from, say, May through July.

10  Obviously, you had to work in the engine room.  Is that

11  correct?

12  A.   Yes.  I was working in the engine room, and he would tell

13  us every time we are not allowed to move around the vessel in

14  any way without taking permission from the pirates, and if we

15  have to gain the permission of the pirates we have to

16  approach, obviously, Shibin Ali.  And whenever we need to go

17  to our duty we have to take an escort from the pirates.  He

18  used to come down with us, and we're not -- even we have to

19  sometimes go outside of the engine room, because the

20  machinery are there and the generator as well.  And, so,

21  we're not able to go out there and check the machinery and do

22  the maintenance as required.  So every time this problem used

23  to come up.  Every day this problem used to come up.

24  Q.   In terms of the -- did you see -- so you had to go to the

25  defendant.  Did you see the defendant during the days?  How

C. Bahri - Direct

1    often would you see the defendant during the days -- during

2    the daytime?

3    A.   He was always on board on the vessel, and he used to roam

4    around.   In the afternoon and some late morning he would roam

5    around, and he used to come in the engine room as well.   So

6    you could see him at least in the day.

7    Q.   And what did the defendant do in the evening?   What did

8    you observe the defendant doing in the evening?

9    A.   In the evening he used to sit down with the other

10   pirates, and he used to have very friendly conversations with

11   them, and he used to have khat with them.   And, so, the

12   conversations were -- he used to sleep in the light, and they

13   were up in the late nights and all.

14   Q.   When the Marida Marguerite ran out of food what did you

15   do for food?

16   A.   Well, when we were out of food Somali pirates got some

17   hard-boiled rice from the shore, and even they got some

18   potatoes and onions, which were very, very limited amount of

19   them because it's very hard to survive on them.   And we were

20   not able to eat that kind of rice even for -- I didn't have

21   for even two days when it was prepared because it used to

22   smell a lot, and I'm not used to that kind of rice.   And for

23   the first two days I didn't have anything, but after that,

24   because I have to survive, I have to live my life, I have to

25   start eating it.   And that's all we survived on, a very, very

```
                          C. Bahri - Direct
 1    limited quantity of food.
 2    Q.  Did you see what the defendant ate?
 3    A.  Yes, I saw him.
 4    Q.  What did the defendant eat?
 5    A.  He used to eat a lot.  He used to eat -- always his --
 6    he's always -- he was always having his food of his choice.
 7    He always used to have his full of mutton or non-veg or
 8    whatever he used to like.
 9    Q.  When you say "non-veg," give us an example.  You
10    mentioned mutton.  Is that lamb?
11    A.  Yeah, it's lamb.  Because they used to slaughter goats on
12    the deck, and they used to have a lot of goats, lambs, every
13    day.
14    Q.  How about chicken?
15    A.  Yes, a lot of chicken, also.  What we had on board in our
16    freezer rooms and all -- everything was taken by them, and
17    they used to eat a lot.  The --
18    Q.  I'm sorry.  Go ahead.
19    A.  I'm happy.
20    Q.  Did you ever see the defendant give orders to the cook?
21    A.  Yes, I saw them, because when we used to come up for
22    lunch or dinner he used to be ordering the chief cook on my
23    vessel, "Now you prepare me that broth, prepare me this
24    food." He used to go down to the meat room, even, sometimes.
25    Because on one or two occasions I've even seen him because I
```

——— C. Bahri - Direct ———

1   used to go there to check the meat room, the condition of the

2   meat room and all, during my rounds and all, and he was

3   sometimes there, even taking the food from there, ordering

4   the chief cook, "Now you prepare me this," whatever his

5   choice.

6   Q.   Sometime near the end of June of 2010 did the defendant

7   leave the ship?

8   A.   Yes.

9   Q.   For how long?

10  A.   For about ten days.

11  Q.   What happened when the defendant returned after ten days?

12  A.   When the defendant -- when Shibin Ali -- he returned back

13  on the vessel.  He came with a letter --

14  Q.   I'm going to ask you to repeat that.  Let me ask you if

15  you could -- since we're recording what you're saying, if you

16  could slow down a little bit and keep your voice up.

17  A.   Okay.  When he returned from shore he was carrying a

18  letter that was a printout from the Internet, and it was

19  saying that -- he showed it to me.  He gave that letter to

20  me.  That letter contained back from my family, my mother, my

21  father, and they have appealed to the government of India for

22  my release.  And this was on the Net, and he went on shore.

23  He got that letter from the shore and give it to me.  He

24  said, "See, your family is appealing to government of India.

25  They know somebody in the government of India.  Now you have

C. Bahri - Direct

1    to call them up, call your family, to pressurize them; that

2    they are the ones who have to go to the media, go to the

3    government of India, go to the company, tell them that you

4    have to arrange some money, as much as possible, whatever we

5    have demanded, the money.  You have to arrange that money

6    from them and give the money to the pirates at the earliest;

7    otherwise, we're going to kill you."

8    Q.  This letter that you were shown by the defendant, was

9    this from some kind of a news agency that had published the

10   letter that your family had written?

11   A.  Yes, it was from one of the news agencies.

12   Q.  All right.  And after getting those instructions from the

13   defendant about needing to call your family what did you do?

14   A.  I had to call my family because he insisted me on two or

15   three times that, "You have to call your family."  I made a

16   call from his personal mobile number.  He gave --

17   Q.  Who did you call?

18   A.  I called my mother and my father.  And I spoke with my

19   mother for the last time, actually, and I -- I explained -- I

20   tried to explain to her that, "The scenario is very bad on

21   ship, and whatever is possible you can do, please do."  And

22   he was standing just at the right side of me, and he was

23   actually punching his words into my mouth, "You speak like

24   that, you speak like that, you have to say this like that."

25   Q.  You say that was the last time you spoke to your mother?

──────── C. Bahri - Direct ────────

1   A.  Yes.

2   Q.  Why was that?

3   A.  I lost my mother after that, and I'm not able to speak to

4   her now.

5   Q.  Did the defendant have other information that he brought

6   back with him when he came back from his ten days off of the

7   ship?

8   A.  Yes.  He informed us that he has got contact -- that the

9   owner of the vessel is Mr. George Economou, and he is a very

10   rich person, very big tycoon in the shipping industry, and

11   this person has got a lot of money from somewhere and we

12   should be able to draw a huge ransom amount from him.

13   Q.  Was there some point that you were instructed to move the

14   ship from Garaad to Hobyo?

15   A.  Yes, we were instructed.

16   Q.  Who gave you those instructions?

17   A.  Shibin Ali.

18   Q.  What did he tell you?

19   A.  He told us that, "You have to take the vessel from Garaad

20   to Hobyo, and thereby we have to" -- "and the vessel and the

21   crew will be" -- "will be given to al-Shabaab, who are also a

22   terrorist organization.  Because your company is not

23   responding to us, they're not paying us what we demanded, so

24   we're going to give your vessel to them."

25   Q.  Were you given instructions to call your family at that

C. Bahri - Direct

1   point?

2   A.   Yes, we were --

3   Q.   Who gave you those instructions?

4   A.   Shibin Ali, again.  He was there.

5   Q.   What did he tell you?

6   A.   He made us make phone calls to our families that, "Now

7   you have to call up your families for the last time, and you

8   call them up and you tell them that we are going to give you

9   to al-Shabaab, we are going to hand over the vessel as well

10  as the crew to al-Shabaab, and then they will be going to

11  kill you.  And you have to explain to them we are giving you

12  a 24-hour deadline for the company to pay us the ransom what

13  we demanded."

14  Q.   Who did you call this time?

15  A.   I called my brother-in-law.

16  Q.   Did you relay that information?

17  A.   Yes.  I called my brother-in-law because at this time I

18  did not want to actually make my family more worried and all.

19  Because if I call my mother and father and say, "This is the

20  scenario on board" then I don't know what the condition of my

21  family would be until that date, even.

22          So I called my brother-in-law.  I explained him the

23  situation on board; that, "They have given us 24-hour

24  deadline, and you have to now try and appeal to the company

25  in whatever way to tell them to pay them all the money.

C. Bahri - Direct

1    However you can pressurize, try and do that."

2    Q.  I want to turn your attention to August and September

3    of 2010.  Let's start with August of 2010.

4         What resources on the Marida Marguerite were most

5    important to the pirates?

6    A.  They were very, very concerned about water and fuel.

7    Q.  What about communications?

8    A.  Yes, and also the communication systems, satellite phone

9    connections, e-mails from the vessel.

10   Q.  Let's talk about water first.  When the Marida Marguerite

11   moves how does it make fresh water for you to drink?

12   A.  When we're sailing we produce fresh water from our main

13   engine, we utilize the heat of the main engine to produce

14   fresh water on board.  But when it is on anchorage we are

15   unable to do so because the main engine is stopped from

16   operation.  So we have to look at some other way to produce

17   fresh water on board.

18   Q.  Were you able -- between you and the chief engineer and

19   others in the engineering, were you able to come up with a

20   way to produce fresh water while you were at anchorage?

21   A.  Yes.  After a long, long -- we tried a lot, and we tried

22   to produce fresh water on board.  I think by God's grace that

23   we were able to produce fresh water, because that was totally

24   impossible, but practically we did that.

25   Q.  What did the defendant instruct you once he learned that

C. Bahri - Direct

1   you could make fresh water while you were at anchorage?

2   A.   I'm sorry.  Can you repeat, please?

3   Q.   Yes.  Did the defendant give you any instructions after

4   finding out that you could make fresh water while at

5   anchorage?

6   A.   Yes.  Shibin Ali always used to come down in the engine

7   room and say, "You have to produce more water."  We were able

8   to produce two and a half, three tons of water every day, but

9   he used to always say, "You have to produce more; 20 tons,

10  25 tons of water every day."  We explained the capacity of

11  the fresh water generator, what we are having on board, is

12  max ten tons, and this is -- the three tons I don't know how

13  we are producing, but this is the maximum what we can

14  produce.  But he never used to understand that thing.

15  Q.   Did he tell you what they were doing with the additional

16  fresh water, what the pirates were doing with the additional

17  fresh water?

18  A.   They used to give this -- exchange, actually, this fresh

19  water with other fishing boats and other vessels which are

20  being hijacked in Somalia for the exchange of fuel and oil.

21  Q.   When you would tell the defendant that it was just

22  impossible to produce as much fresh water as he was directing

23  you to what was his response?

24  A.   He pressurized us a lot.  He made tortures for us; that,

25  "You have to produce more fresh water at any cost, and you

C. Bahri - Direct

1   have to do whatever possible.  Try and open up the machinery.
2   Do something," and all that things he told us.
3   Q.  Let's turn to oil and fuel.
4        Was there a time period near the end of August
5   of 2010 into the beginning of September where the Marida
6   Marguerite ran out of oil?
7   A.  Yes.  In that month we were finished with our fuel oils,
8   and because of -- we were running machineries continuously,
9   and the fuel has to continue.  We explained to Shibin Ali
10  that, "We are running out of fuel.  You have to arrange fuel
11  from some other vessel."  But they suspected that we are
12  hiding fuel from them.
13       The pirates, along with Shibin Ali -- they came down
14  to engine room.  I was there in engine room.  They asked us
15  to open up all the manhole doors of the double-bottom tanks,
16  make us go inside the double-bottom tanks without having any
17  kind of protective clothing on us because everything was
18  being looted by the pirates.  We are not even wearing
19  protective shoes.  There was no safety.  Because when this --
20  all double-bottom tanks -- the fuel in double-bottom tanks
21  are highly toxic in nature, because they have some amount of
22  fuel oil inside it and you have H2S gas, butane, carbon
23  monoxide and all, and you need to have 24 hours of thorough
24  ventilation of the tanks before you can get into the tanks.
25  But they opened up the panel doors and we went inside it

─────── C. Bahri - Direct ───────

1   without any ventilation, without any protection, just risking

2   of our life.

3   Q.  Did you explain to the defendant what the problems were

4   if you opened the tanks and went inside without allowing

5   24 hours of ventilation?

6   A.  Everything was explained to him.

7   Q.  What was his response?

8   A.  He said, "You have to go inside the tanks at this

9   moment."

10  Q.  Okay.  And did you do this?

11  A.  We had to do that, because we were under gunpoints.

12  Q.  Okay.  Was there a point where crew members began to be

13  tortured?

14  A.  Yes.  After that the chief engineer, captain -- they were

15  the first to get tortured and all.

16  Q.  How did you know that?

17  A.  We heard about that.  We heard the screamings of the

18  chief engineer and captain and --

19  Q.  When was that?

20  A.  It was in the last week of August --

21  Q.  Okay.

22  A.  -- to the first week of September.

23  Q.  I'd like to direct your attention, now, if I could, to

24  September 8th.  Were you working that evening?

25  A.  Yes, I was in the shift in the evening, from evening,

—— C. Bahri - Direct ——

1   8:00, to morning, 8:00.

2   Q.  And where were you working?

3   A.  I was in control room and engine room.

4   Q.  Who were you working with?

5   A.  I was working with my motorman, Sandeep Denghwal.

6   Q.  And describe what happened.

7   A.  On the eighth night, the 8th of September night, at

8   about -- after 1:00 somewhere, pirates leader, Budiga and

9   Noor -- they came down to engine room.  I was there with my

10  motorman, Sandeep.  We were there in the engine control room,

11  and these two guys came down to engine control room and

12  started asking us, "Where are the satellite phone

13  connections?"

14  Q.  So initially Budiga, B-U-D-I-G-A, and Noor, N-O-O-R,

15  those two pirates initially came down and began to ask you

16  questions about the whereabouts of satellite phones, correct?

17  A.  Right.

18  Q.  And what happened?

19  A.  We explained to them engine room is not having any kind

20  of satellite phone connections, but they still -- they didn't

21  understand it, and they didn't want to understand it.

22  Q.  At some point did a third person come down into the

23  control room?

24  A.  Yes.  We asked them for communication, because we're not

25  able to communicate our things to them.  So then they called

C. Bahri - Direct

1   Shibin Ali so that he can be there.  "We want to explain him

2   in English so that he can communicate with you in your

3   language so that we can explain to you why we're not having

4   communication systems in the engine room and why we're not

5   provided any."

6   Q.  And did the defendant come down into the control room?

7   A.  Yes, he came down after about 20, 25 minutes.

8   Q.  What happened then?

9   A.  When he came down we explained him that the pirates

10  are -- the two pirates are grilling us badly.  They even

11  started torturing us physically to tell them where is the

12  satellite phone connection, where is the e-mail connections

13  and all, and we are staying -- actually, there was a computer

14  in engine room before hijack, and after the vessel was

15  hijacked, after that, even, Shibin Ali -- he came down in the

16  engine room in the very early days of the hijack.  He took

17  that computer with him, on top of it.

18       And we asked him on the night, eighth night, that,

19  "You have already taken that computer on top, and you have to

20  explain to pirates that, 'See, I have already taken this

21  computer, and there's no satellite phone connections and

22  e-mails.'"  We made him understand everything, but he said,

23  "No, no, no.  You are having satellite connections in the

24  engine room.  You should tell us where is it.  You even told

25  us you are having passwords in the intercom phones" -- which

—————— C. Bahri - Direct ——————

1    was only between one section of the ship to another part of
2    the ship -- and he said, "You are having passwords inside it
3    for the satellite phone, and you are making phone calls
4    through your passwords."
5    Q.   He said you were hiding passwords in the intercom system?
6    A.   Yes.
7    Q.   And those passwords were connected to the satellite
8    system?
9    A.   As per him.
10   Q.   That's what he said?
11   A.   As per him.  That's what he said.
12   Q.   Was that happening?
13   A.   Never, ever.
14   Q.   Did you explain that to the defendant?
15   A.   Everything explained to him.
16   Q.   What was his response?
17   A.   He said, "No, you have to tell me where is the connection
18   in the engine room."  He didn't want to listen, even.
19   Q.   So did he take any of your information and translate that
20   to the pirates?
21   A.   He was not even -- he was also with their side, even.
22   The pirates -- after he came they again started grilling us
23   more and started beating us with the iron bar which was there
24   in the shop of the engine room.
25   Q.   And who was hitting you with the iron bar?

C. Bahri - Direct

1    A.   The pirates, Budiga and Noor.

2    Q.   And how long did this interrogation go on involving

3    defendant Shibin, pirate Budiga and pirate Noor?

4    A.   It lasted until about 3:00 in the morning.  And then they

5    said, "You are now a suspect," and I, with my motorman,

6    should go up into a cabin, and, "We will look into it what we

7    have to do with you both guys."  And the other two people who

8    are taking rest, my third engineer and motorman, they were

9    called down to engine room in the wee hours of 3:00 in the

10   morning, and they were asked to resume their duties.

11   Q.   Was your shift cut short and you were taken up to a

12   cabin?

13   A.   Yes, my shift was cut short, because my shift was until

14   8:00 in the morning.

15   Q.   What happened on the next morning, the morning of the 9th

16   of September?

17   A.   Yeah.  In the morning, at about 6:00 in the morning,

18   pirate Budiga -- he came to our cabin.  I and Sandeep

19   Denghwal were in the cabin.  We were sleeping, and they

20   started kicking us and started saying, "Come on.  Come up,

21   come up, come on bridge."  They made us to run to the bridge

22   immediately, and when we were going to the bridge they

23   started telling us, "You have to come out of the bridge."

24   When we -- from the C Wing -- we were standing in the C Wing

25   of the vessel.

—————— C. Bahri - Direct ——————

1          And, so, once back from down below the bridge we

2    went to the bridge on top, and then he told us to come to the

3    starboard side of the wing.  We started going towards the

4    starboard side of the bridge.  We saw Shibin Ali was sitting

5    down there on the mattress, and we asked him, "Shibin, please

6    help us.  Please try and communicate with them, with the

7    pirates, that we don't have any satellite phone connections.

8    We have never made any kind of phones without your

9    permission, without your" -- "whenever you have given us

10   permission or you have made us make a phone call we have done

11   only that.  And, you know, we not having satellite phone

12   connections.  You can search.  You can find out.  I can

13   provide you all documents on board what we have.  If you find

14   anything you can -- please, please try."

15          But he said -- he was just smiling that way and we

16   were taken off from there.

17   Q.  Did the defendant help you at that point?

18   A.  Not at all.

19   Q.  Did the defendant intervene?

20   A.  Not at all.

21   Q.  The night before, when you were -- after you had been

22   brought back to your cabin and you were with Sandeep, did you

23   make an agreement with Sandeep?

24   A.  Yes.

25   Q.  What was the agreement?

---
C. Bahri - Direct
---

1    A.   Because when we are coming up they told us on the way out

2    from engine room towards the cabin, "Your life is over.   Now

3    you see what happens to you."  So we were already terrified.

4    We were totally out of this world now.  What's going to

5    happen with us?  Because already there was an enormous amount

6    of tortures happening on board, physical tortures, with the

7    captain, chief engineer, second engineer, chief officer.

8    Everyone was having tremendous amount of tortures.  We

9    thought the next time is ours.  But we stood by.  I told

10   Sandeep that whatever that truth is we will stand by that

11   truth; that you are not having any kind of satellite phone

12   connections.  We said, "Even if they try to kill me, even if

13   they kill me, I will stand by that.  The truth is we are not

14   having any kind of satellite connections."

15   Q.   Now back to the morning of the 9th.  As you walked

16   through the bridge and after you asked the defendant for help

17   and he did not intervene, where were you taken?

18   A.   We were taken on the starboard side of the bridge wing.

19   I'll say the bridge wing.  We were made to lie down on the

20   floor of the bridge wing.  I was lying on my stomach.

21   Q.   Let me just stop you there.

22        That location that you describe, how far away from

23   that position that you were lying down was the defendant?

24   A.   If I could remember, it was just five to ten feet away

25   from that place, because it was a bulkhead in between and

──────────── C. Bahri - Direct ────────────

1   then there was this open space to the bridge.

2   Q.  What about Mr. Sandeep?  Where was he taken?

3   A.  He was taken on the port side of the -- he was taken on

4   the other side of the bridge.

5   Q.  Could you see Mr. Sandeep?

6   A.  After that I could not see because my face was turned

7   around.  I could not see him.

8   Q.  So what happened after the pirates laid you down on your

9   stomach?

10  A.  When I was -- I laid down -- they asked me to lie down on

11  my stomach.  Three pirates came.  One pirate, he stretched my

12  hands fully at the back like that (indicating.)  Other

13  pirate, he stretched my legs onto it and made like that shape

14  (indicating).  And I was just touching my tummy on the

15  ground.  It was very, very painful because they keep on

16  stretching me, with my full chest on top, and my legs were

17  also fully stretched, pulled up, and then they tied nylon

18  ropes, plastic bands, and they tied on my hands like that

19  (indicating) with my legs, and even they tied my genitals

20  with a nylon cable band.

21          And we started screaming.  We were screaming with

22  lots of pain because that is a very, very difficult position.

23  Because anybody that's been stretched like that and been held

24  in that position for so long -- we were totally hopeless that

25  we would survive out of it.

C. Bahri - Direct

1   Q.  When your feet were tied behind your back and your hands

2   were tied behind your back and they were tied together and

3   your genitals were tied what were you screaming?

4   A.  We were screaming for help.  "Shibin, please help us.

5   Somebody please help us.  We are speaking you the truth.

6   There is no phone connections.  There are no satellite

7   connections in engine room.  There are no e-mail connections

8   in engine room.  Please help us.  Please save me from this

9   position.  I'm telling you the truth.  Please try and believe

10  me."  But nobody came to help us.

11  Q.  I'd like to show you in the monitor to your left side

12  Exhibit 1-1 I which has been admitted in evidence.

13          Is that the type of cable tie that was used to tie

14  your genitals?

15  A.  Yes, it was that type.

16  Q.  What would happen when you would scream?  What would the

17  pirates do with the cable tie?

18  A.  I'm sorry.  Can you repeat, please?

19  Q.  Yes.  When you started screaming what did they do with

20  the cable ties?

21  A.  They pulled on the cable ties.  As long as you start --

22  because it's very painful when you tie your genitals and all

23  with a cable tie like that, and you start pulling it more and

24  more and you start screaming more.  "You scream more?  Okay,

25  do it more."  Then I keep myself quiet so that they can stop

—— C. Bahri - Direct ——

1    doing that.  It was too much.  It was so painful for me in

2    that condition.

3    Q.  Could you hear Sandeep?

4    A.  I could easily hear Sandeep screaming a lot.  He was also

5    with full pains, and I could get out that he is also in that

6    same position what I was in, too.  Because he was also

7    yelling, screaming a lot, "Please save me, please help me,"

8    but no one was coming in front to help us.

9    Q.  When you were crying out for the defendant Shibin did he

10   come?

11   A.  Never, no.

12   Q.  How long were your genitals tied?

13   A.  It was about for 20 to 30 minutes.

14   Q.  Then what happened?

15   A.  Then the pirates -- they came, and they cut the cable tie

16   with a blade sort of thing, and they cut the nylon cable

17   band.

18   Q.  What about your arms and your legs?

19   A.  They didn't even loosen up that.  I was still in that

20   position.

21   Q.  On your stomach?

22   A.  On my tummy.

23   Q.  How long were you on your tummy?

24   A.  It was about for two, three hours, somewhere about three

25   hours, something.

C. Bahri - Direct

1  Q.  After two or three hours of laying there on your tummy

2  with your hands and legs tied, what happened then?

3  A.  Then they came and they opened up nylon band.  They

4  actually cut it with a blade, and they opened the nylon

5  ropes.  And I was still in that position only for a few --

6  like two or three minutes.  They start kicking me with their

7  legs -- "Wake up, stand up, stand up," like that.  I was not

8  able to do that, because there was no blood flow in my hands,

9  there was no blood flow in my legs for so long, and I was not

10  able to even stand up.

11        So I was just there on my knees at that time and

12  asking for them to help me to at least stand up, but nobody

13  helped me.  They again started kicking me from the back,

14  "Stand up fast.  Come in, come in."

15  Q.  Where did they take you?

16  A.  They took me to inside the bridge again, and we were

17  again interrogated by Shibin Ali, who was sitting there on

18  that mattress.

19  Q.  I'm showing you on your monitor 1-1 B, which has been

20  admitted into evidence.  Is that somewhere Shibin Ali was

21  when you were interrogated?

22  A.  Yes.  He was sitting on top of bridge.

23  Q.  Where were you?

24  A.  I was sitting down on the floor.

25  Q.  What did defendant Shibin Ali ask you or say to you?

Heidi L. Jeffreys, Official Court Reporter

C. Bahri - Direct

1    A.  One by one we were interrogated.  Sandeep was

2    interrogated quickly, and I was then interrogated.  He again

3    started saying that, "We know that there are satellite phone

4    connections in the engine room, and you are not telling us.

5    You have to tell us where are they; otherwise, it's all over

6    for you, we will kill you," something like that.

7           He was making it appear that -- he was actually

8    putting his words in my mouth and all the false claims what

9    he was -- he was making us.  I told him that, "We are not

10   having any kind of connections.  You can search."  And he

11   said, "No, I'm having this manual.  I read the manual of the

12   ship.  It is having" -- "that you are having satellite

13   connections."  I told him, "It is not there.  You have to

14   believe me."

15   Q.  Did he try to tell you that Sandeep had said differently?

16   A.  Yes.  He -- he interrogated him separately.

17   Q.  But did he try to tell you that Sandeep had said

18   something different?

19   A.  No, he didn't try to, but he said, "I am fully aware that

20   there are satellite connections in the engine room, and you

21   have to accept that there are connections in engine room."

22   Q.  Did you ever break your agreement with Sandeep?

23   A.  Never.  Because the truth is we were not having any kind

24   of satellite phone connections.  We never made any kind of

25   phone calls or e-mails to anywhere from anywhere on the ship.

C. Bahri - Direct

1  Q.  Was anybody else asking you questions, or was it just

2  defendant Shibin Ali?

3  A.  Only Shibin Ali.

4  Q.  Okay.  Were there other pirates?  Was he whispering in

5  their ears, or was it just him asking you questions?

6  A.  Yeah, other pirates were standing near to him, and they

7  were having a chit-chat in Somali, but the majority of the

8  things, a lot of the like interrogations were totally between

9  me and Shibin.

10  Q.  How long did this interrogation go on?

11  A.  For about 10 to 15 minutes.

12  Q.  Then what happened?

13  A.  Then they told us, "You can go down to your cabin."  And

14  I was not able to even work.  My left hand -- I was unable to

15  work with my left hand for about a month's time.  Call it a

16  half paralytic kind of thing.  I was working with the

17  other -- my left hand was like that (indicating).  And even I

18  have the marks on my body as of now where I have been tied up

19  and all.  And after that we came back down to our rooms, our

20  cabins, on the C Deck.

21  Q.  Is there a time in September where the defendant lost his

22  position or was demoted from his position as negotiator?

23         THE COURT:  Are we starting an entirely new line?

24         MR. CASEY:  I'm moving on, Your Honor.

25         THE COURT:  Well, I think this may be a good time to

1    take a break for lunch.  You'll come back at five minutes

2    after 1:00.  We'll take an hour and five minutes for lunch.

3            Everyone please rise while the jury retires.

4            (The jury withdrew from the courtroom.)

5            THE COURT:  We'll take a recess for an hour and five

6    minutes.

7            (A luncheon recess was taken.)

8            THE COURT:  You may be seated.

9            Mr. Broccoletti, I understand you have a little

10   problem.

11           MR. BROCCOLETTI:  Yes, sir, Your Honor.  We expect

12   to be retained in a matter that's pending before the court

13   set for a detention hearing tomorrow afternoon at 4:00.  The

14   government expects that hearing to last anywhere from an hour

15   and a half to two hours.  So, with the Court's permission, we

16   can start earlier or just recess at 4:00.

17           THE COURT:  We'll start at 9:00, if that doesn't

18   bother anybody.  If the jury agrees, we'll start at 9:00 and

19   quit at 4:00.

20           I want to move this along.  I want to end it, you

21   know.  I know you're -- but we'll stop at 4:00, under any

22   circumstances, tomorrow.

23           MR. BROCCOLETTI:  Yes, sir.  Thank you very much,

24   Your Honor.

25           THE COURT:  All right.  Everyone please rise.

—————— C. Bahri - Direct ——————

1          Bring in the jury.

2          (The jury entered the courtroom.)

3          THE COURT:  You may be seated.

4          Let the record reflect the entire jury has returned.

5          Ladies and gentlemen, tomorrow, because of some

6     other cases that are coming up, we will have to stop at 4:00

7     tomorrow afternoon, and I wonder if the jury would be

8     amenable to coming in at 9:00 instead of 9:30.

9          Does anybody have any problem with that?

10          We'll come in at 9:00.  We'll start promptly at 9:00

11     tomorrow morning instead of 9:30, and we'll stop promptly at

12     4:00, I can assure you.

13          All right.  Let's move along.

14          MR. CASEY:  Yes, Your Honor.  The government recalls

15     Mr. Bahri.

16          THE COURT:  Mr. Bahri, you're reminded you're still

17     under the duty to tell the truth, the whole truth and nothing

18     but the truth.  You may be seated.

19     BY MR. CASEY:

20     Q.  Mr. Bahri, sometime in September of 2010 do you recall

21     meeting or seeing a pirate named Looyan come aboard the

22     Marida Marguerite?

23     A.  (The witness nodded his head.)

24     Q.  I ask you to answer out loud, sir.

25     A.  Yes.  A pirate negotiator named Looyan, he came on vessel

C. Bahri - Direct

1  in the month of September to carry on negotiations.  The

2  pirates were then told they didn't believe Shibin to be

3  getting a good amount of money from the company, so they

4  appointed Looyan as a negotiator for the Somali pirates, and

5  he was then getting all the negotiations with the ship

6  between the Somalis and the company.

7  Q.  Do you recall seeing him before or after you were

8  tortured on September 9th?

9  A.  No, it was after that.

10  Q.  What happened to the defendant, defendant Shibin, after

11  Looyan came aboard?

12  A.  After Looyan came on board Shibin was on board only, but

13  he was not a negotiator now.  He was getting out all the

14  watches like the pirates used to have on board.  Like he used

15  to always roam around with a gun on the vessel, and he used

16  to guard the vessel.  And he used to carry out other jobs

17  which the other pirates used to have.

18  Q.  What type of gun did you see the defendant with?

19  A.  It was AK-47.

20  Q.  And how many times did you see the defendant carrying an

21  AK-47?

22  A.  Always.  Anytime we saw him during that period he was

23  having some guns with him.

24  Q.  This was after the torture?

25  A.  After the torture when Looyan came on board.

C. Bahri - Direct

1   Q.  At some point did the defendant resume his position as

2   negotiator?

3   A.  Yes, after that he resumed his position by -- actually,

4   we didn't know actually what happened between -- exactly what

5   happened and all, because the others were not able to carry

6   out his duties.  At first the pirates' demands and all -- he

7   was not able to extract that amount of money from the

8   company, so the pirates appointed him --

9   Q.  Who is "him"?

10  A.  Appointed Shibin Ali as again the negotiator of the

11  Marida Marguerite.

12  Q.  Do you recall when Shibin returned as negotiator?

13  A.  Yes, he returned as negotiator on behalf of Somalis.

14  Q.  Was that for a final time within December of 2010?

15  A.  In December, December until January 8, when the money was

16  dropped.

17  Q.  So who finished the negotiations on behalf of the

18  pirates?

19  A.  Shibin Ali.

20  Q.  In late December, after the ransom had been agreed to,

21  did you see how the money was delivered?

22  A.  Yes.  First of all, the money was to be delivered in the

23  morning.  We were made to stand on the deck of the vessel,

24  and the aircraft came.  They took our pictures.  And then

25  when they were assured that all the people on board, the crew

---
C. Bahri - Direct
---

1  on board, are alive so then the first packet of that money

2  was dropped in the sea.  The pirates, they were having their

3  own skiffs.  They were on their skiffs in the sea.  They went

4  there.  They took the packets of the white material -- it was

5  made up of white material and all, and it was a parachute --

6  with a parachute it landed on the sea.  They took that

7  container on the skiffs, they brought that on the vessel, and

8  then they opened it up and distributed the contents.

9  Q.  Where were you when Shibin made his final speech to the

10  crew?

11  A.  I was in the engine room at that time.  I was working on

12  the machineries, because we need to -- we had to do a lot of

13  work on the machineries because the main engine specifically

14  was out of oil for eight months.  Like eight months it was

15  standing, and we are having lots of problems with the

16  machinery.  We started working on the machinery because we

17  needed our ship to go to sea with full power.  Because for

18  that we have to do some maintenance work on the machinery, on

19  the main engine.  As it was, the company dropped some

20  important, very crucial spares for the engine, and we were to

21  fit it back in the auxiliary engine, and thereby, because the

22  auxiliary engines were also out of order, we were made to

23  run -- actually, during the hijack situation we were made to

24  run the engine on the sludge.

25          Sludge is actually the waste oil and water which we

Heidi L. Jeffreys, Official Court Reporter

```
 1   normally do not use on board.  It's kind of like water
 2   without the waste when you use it.  After purification,
 3   whatever is left is sludge.  When we used it in our engines
 4   it becomes like the engines went completely out of order.  It
 5   was fully choked.  The nozzles were fully choked.  The
 6   turbochargers were out of order.  We had all the machineries
 7   very big problems.  And even during that time when we are
 8   having all this trouble we explained Shibin that, "This is
 9   the problem we are having with the oil; we are not allowed to
10   use sludge oil."  But he said, "You have to use it."  And
11   then when I was having my problems with my hand, even -- my
12   hand was out of order for about a month's time after my
13   torture.  I was only working with one hand.  My back was full
14   of pain.  I could not even look back because it tired me
15   because I was having such problem in my back.  And I asked
16   him one day, "You are having trouble.  You are having three
17   auxiliary engines on board.  One by one they all went out of
18   order, and it was only the last engine was running."  I asked
19   him that, "I need an extra hand to work on the machinery."
20   Because I was there with my motorman, who also was beaten up
21   very badly on September 8th night, September 9th morning.  So
22   we requested him to send a person from -- one of the crew
23   from the bridge to assist us to carry out the maintenance
24   job, but he never listened to us.  He said, "You have to do
25   it on your own."  And so, thereby, it was a big trouble for
```

C. Bahri - Direct

1    us to work on the machinery.  Now, how can we work with only

2    one hand, open up the full generator?  It's a big machinery,

3    and it cannot be worked with one hand.  You need both your

4    hands to work, but we did it on our own.  With one hand we

5    tried to do it.

6            And, then again, there was so much pressure from the

7    pirates.  Every now and then they used to come down to engine

8    room -- "Where are you?  Why are you not in control room?"

9    And if you have to go down to engine room to work pirates

10   will come with us.  We will not even be allowed to maintain

11   the machineries.

12   Q.  Mr. Bahri, when the company dropped the money for the

13   ransom did they also drop tools?

14   A.  Yes.

15   Q.  And what did you do with those tools?

16   A.  Yes.  It was spares.

17   Q.  Spare parts?

18   A.  Spare parts for our auxiliary engines.  We put it back

19   into the machinery, and we were able to run the machinery

20   then.

21   Q.  Okay.  And why was it important to be able to sail out on

22   your own power?

23   A.  See, I'm an engineer.  I would like to work on my

24   machinery.  This is my mother.  My job is my mother, and I

25   have the capability.  I know that I have the capability to

C. Bahri - Cross

1   work for this thing, and I don't like that we are not -- if
2   we are released we are again stranded up there.  Some other
3   pirate group will come, and again they can hijack us or
4   something.  That's why we need to work on the machinery as
5   fast as possible to make it run properly, and that's why we
6   need the spare parts to put it on the engines.  We worked on
7   the main engines.  We made everything ready for us to depart
8   for the second port.
9   Q.  Was it a sense of pride for you as an engineer to be able
10  to leave on your own power?
11  A.  It was my pride and honor that I could have worked and
12  take my ship on to a safer port after that.
13  Q.  When Shibin left -- did you see defendant Shibin just
14  before he left?
15  A.  Yes.
16  Q.  Was he carrying anything with him?
17  A.  Yes.  He was carrying a bag, a black bag of something
18  with him, and even he was carrying a laptop from one of the
19  crew.
20  Q.  Okay.  Could you see what was in the bag?
21  A.  No, I don't know what was in the bag.
22  Q.  All right.
23          MR. CASEY:  Your Honor, I would pass the witness.
24                      CROSS-EXAMINATION
25  BY MR. BROCCOLETTI:

————— C. Bahri - Cross —————

1   Q.   Sir, with respect to the month of September and the times

2   that you were tortured, you told us about September the 9th.

3   You were also tortured during the period of September

4   the 24th through September the 31st.  Isn't that true?

5   A.   Yes.

6   Q.   Specifically, on the 23rd and the 27th of September?

7   A.   Yes, it could have been something on that.  I don't

8   remember exact dates.

9   Q.   And you have told us that Looyan came on to be the

10  negotiator in September.

11  A.   Somewhere end of it.

12  Q.   So Looyan was present as the negotiator during the times

13  that you were tortured during those last weeks of September.

14  Isn't that true?

15  A.   I don't remember that time when he was there.

16  Q.   Do you remember if he was there when you were --

17  A.   No, he was not on board that time, because --

18  Q.   Was he the negotiator during that time?

19  A.   I don't recall.  I don't recall.

20  Q.   Do you recall if he was the negotiator on September the

21  9th, when the first incident happened to you?

22  A.   No, he was not the negotiator at that time.  It was not

23  him.

24  Q.   The person who ordered the torture was Budiga?

25  A.   For September 9th?

—— C. Bahri - Cross ——

1  Q.   Yes.

2  A.   He ordered the torture, but with the help -- Shibin was

3  also involved in it.  We asked Shibin so many times, "Please

4  help us."  If you were asking something in between he would

5  have listened to us at least what we are going to say, then

6  there would have been no tortures, and for that I had to have

7  ten months of treatment at home after I came back home.

8  Q.   The question was, was Budiga the one that ordered the

9  torture?

10 A.   I cannot say that Budiga ordered the tortures.  Who

11 ordered the tortures we don't know, but I was being tortured

12 by all of them.

13 Q.   You had spoken -- do you recall when the ship had moved

14 from Garaad to Hobyo?

15 A.   Uh-huh.

16 Q.   Isn't that true?

17 A.   Uh-huh.

18 Q.   And that movement was in August?

19 A.   I think, yes, in August.

20 Q.   And it was during that movement that the defendant was

21 kicked out of his cabin and was put on the bridge, correct?

22 A.   Yes, he was put on the bridge.

23 Q.   And he was monitored while he was on the bridge.  Isn't

24 that true?

25 A.   Yes, he was monitored by the pirates.

--------- C. Bahri - Cross ---------

1    Q.  And that was because the company had suspected -- or the
2    pirates had suspected him of doing something with the
3    company, true?
4    A.   I cannot say that, because he was also involved in
5    whatever conversations we had with the pirates.  Because we
6    cannot understand Somali as a language, but he always used to
7    come up in the conversations.  So I don't know who actually
8    was involved with that there.
9    Q.  And once the defendant was taken out of his cabin and
10   monitored on the bridge did another translator occur -- take
11   place?
12   A.   No, he not know much of English, so he could not
13   understand much of English.  So he was the main person who
14   could understand and dictate conversation that was happening
15   because he was the middleman -- Shibin Ali.  So for that
16   reason he was one of the pirates.  He knew a little bit of
17   English but not much.  So this guy used to always come for
18   the better part of negotiations.
19   Q.  During the time that the ship was being transported to
20   Hobyo was there a man named Osman on board?
21   A.   Pardon?
22   Q.  Osman?
23   A.   Oosman, I think.
24   Q.  Oosman.  I'm sorry.  My fault.
25        And did Oosman translate during that time you were

```
 1  moving the ship to Hobyo?

 2  A.   No.  We were made to know by him Shibin Ali.

 3  Q.   Even though he was being monitored on the bridge and kept

 4  in that position.

 5  A.   We were told by him that the ship is going now to -- we

 6  have to take the ship from Garaad to Hobyo, and then

 7  thereafter he was kept on bridge.  But he was there on

 8  bridge, and the captain and chief engineer were also on

 9  bridge.

10          MR. BROCCOLETTI:  Okay.  Thank you.

11          MR. CASEY:  I have no further questions, Your Honor.

12          THE COURT:  You are instructed not to discuss your

13  testimony with anyone until this matter is complete, at which

14  time you're free to discuss it with anyone you like.

15          Do you want to release this gentleman?

16          MR. CASEY:  Yes, sir.

17          THE COURT:  Do you want to release him,

18  Mr. Broccoletti?

19          MR. BROCCOLETTI:  Yes, Your Honor.

20          THE COURT:  All right.  You may be released.

21

22                  *****     *****     *****

23

24

25
```

```
 1                    CERTIFICATION

 2

 3       I certify that the foregoing is a correct transcript

 4  of an excerpt from the record of proceedings in the

 5  above-entitled matter.

 6

 7

 8

 9                        s/s

10                 Heidi L. Jeffreys

11

12                 July 23, 2012

13                      Date

14

15

16

17

18

19

20

21

22

23

24

25
```

Heidi L. Jeffreys, Official Court Reporter