```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - - -
     UNITED STATES OF AMERICA,        )
 5                                     )
             Plaintiff,                )
 6                                     )      CRIMINAL CASE NO.
     v.                                )           2:11cr33
 7                                     )
     MOHAMMAD SAAILI SHIBIN,           )
 8   a/k/a "Khalif Ahmed Shibin,"      )
     a/k/a "Mohammad Ali,"             )
 9   a/k/a "Ali Jama,"                 )
                                       )
10           Defendant.                )
     - - - - - - - - - - - - - - - - - -
11

12

13                 TRANSCRIPT OF PROCEEDINGS
                   (Testimony of Stefan Nitsche)

14                    Norfolk, Virginia
                       April 20, 2012
15

16

     BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17             United States District Judge, and a jury

18

19   APPEARANCES:

20             UNITED STATES ATTORNEY'S OFFICE
               By:  Joseph E. DePadilla, Esquire
21                  Benjamin L. Hatch, Esquire
                    Brian J. Samuels, Esquire
22                  Paul Casey, Esquire
                    Assistant United States Attorneys
23                  Counsel for the United States

24             ZOBY & BROCCOLETTI, P.C.
               By:  James O. Broccoletti, Esquire
25                  Counsel for the Defendant
```

1                          I N D E X

2

3   ON BEHALF OF THE GOVERNMENT:      Direct   Cross   Red.   Rec.

4   S. Nitsche                           3      18     --     --

5

6

7                        E X H I B I T S

8   No.                                                    Page

9    (None)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          *****      *****      *****

2

3          MR. CASEY:  Your Honor, the government would call

4    Stefan Nitsche to the stand.

5          STEFAN NITSCHE, called as a witness, having been

6    first duly sworn, testified as follows:

7                         DIRECT EXAMINATION

8    BY MR. CASEY:

9    Q.  Sir, could you please state your name for the record.

10   A.  My name is Stefan Nitsche.

11   Q.  And where are you from?

12   A.  I'm from Germany.

13   Q.  What do you do for a profession?

14   A.  I'm working as a crew personnel manager for a company

15   that recruits crews for ship owners.

16   Q.  How long have you been in the crew management business?

17   A.  Since around 1999 until today.

18   Q.  What is your educational background?

19   A.  I'm a certified shipping merchant.  That's the education

20   we have in Germany for people working in shipping.

21   Q.  What is the name of the company that you work for now?

22   A.  The name of the company is Model Navigation Netherlands.

23   Q.  Where is that located?

24   A.  In Rotterdam, the Netherlands.

25   Q.  And what is your specific position?

S. Nitsche - Direct

1    A.  My position is crew personnel manager.  I'm responsible

2    for the crew management for around 100 merchant vessels.

3    Q.  When you say "crew management" could you give us some

4    examples of the types of duties you have?

5    A.  Yeah.  I basically oversee the crew management, which

6    means ship owners have outsourced the complete process of

7    recruiting, employing, payrolling, insurance to a provider

8    like us.

9    Q.  Did you work for a different company in 2010?

10   A.  Yes.  In 2010 I worked for HTC, which did the crewing for

11   the Marida Marguerite.

12   Q.  And what was your position back in 2010?

13   A.  I was an owner's representative for that time.

14   Q.  What does that mean?

15   A.  That meant that I was initially hired to move to India

16   and set up a new company or recruitment company in India for

17   the company, and I was basically representing the owners of

18   this company in India.

19   Q.  So it would be to recruit qualified people for crew duty?

20   A.  Yes, absolutely.  Yes, crew members for sea-going ships.

21   Q.  After the Marida Marguerite was hijacked in May of 2010

22   how did your duties change?

23   A.  When I started the vessel was just hijacked and I was

24   supposed to go to India.  And when this hijack took place I

25   was then appointed as liaison to the families, assist and

S. Nitsche - Direct

1   support the families in India.

2   Q.  And what would be your responsibilities as a liaison to

3   the families?

4   A.  I would be in the main office in India speaking daily to

5   the families, keep them up to date, explain to them the

6   ongoings of this case, what we're doing as a company, try to

7   see if we as the company can give them any support, money

8   support, any other support we could render that was for the

9   families in India as well as for the families in Bengladesh.

10  Q.  How often did you speak with them?

11  A.  On a daily basis.  There were visits in the office of

12  families on a daily basis.  We had regular meetings where a

13  lot of representatives from the company attended these

14  meetings, but I was there every day and spoke to family

15  members every day.

16  Q.  Did there come a time when your job changed?

17  A.  Yes.  In the beginning of August the negotiator who was

18  negotiating the case initially was leaving the company, and I

19  was appointed or -- yeah, appointed as his reliever and was

20  asked to come back to Germany to take over as a negotiator.

21  Q.  Now, in your responsibilities as liaison to the families

22  from May 8 to August, when you took over as negotiator had

23  you been kept up to speed and kept up to date on the -- what

24  was happening with the Marida Marguerite?

25  A.  Yes, absolutely.  I was in daily contact as well with our

S. Nitsche - Direct

1   head office, and they were keeping me up to date about where

2   we are, how it looks like and what was going to happen, and I

3   kept them up to date about what is happening with the

4   families.

5   Q.  Once you found out that you would be taking over as the

6   company's negotiator what did you do to familiarize yourself

7   with the negotiations?

8   A.  First of all, I read all the transcripts, I listened to

9   the phone calls that had been done so far, read all the

10  available communication on that case, and was briefed by --

11  extensively briefed by the experts that were advising in this

12  case.

13  Q.  Did you overlap with the first negotiator, Rajesh Chava,

14  for a period of time?

15  A.  Yes, we overlapped quite some time.  I'd estimate

16  something like around for two weeks.  And as well at a later

17  stage he was always available and passed by the office quite

18  some time, so he was available 24/7 in case we needed him to

19  answer further questions or to give his ideas.

20  Q.  Who was advising you during your time as the company's

21  negotiator?

22  A.  There was a specialist company appointed by the insurers

23  who were advising us who sent out advisors to the company,

24  sitting next to us and advising us on the case.

25  Q.  How often did you consult with these folks?

S. Nitsche - Direct

1   A.   On a daily basis.  The advisor was located in the hotel

2   next to our office and was in our office every day between

3   ten to fifteen hours, depending on what was going on that

4   day, and after that always was within ten minutes walking

5   distance around the office so in case anything changes we

6   could further discuss and take further steps.

7   Q.   Let's talk about your negotiation strategy.

8          How did the company's negotiation strategy change in

9   August, when you took over as the negotiator?

10  A.   When I came we decided that we will take a harder way of

11  negotiating, a tougher way.  So I acted basically as a tough

12  negotiator.

13  Q.   Were you assuming a role?

14  A.   Yeah, I was assuming a role, basically.  I was assuming

15  the role as being the tough -- the tough Mike.

16  Q.   And when you say "tough Mike," is Mike a name that you

17  assumed in the negotiations?

18  A.   Yes.  During the negotiations I chose a different name,

19  which was Mike, which is more international and the same in

20  all languages, and which is basically a role I played during

21  the coming months or during the months to come at that point

22  in time, you know, the role as a tough negotiator who doesn't

23  accept plays by the pirates.

24  Q.   Why was the strategy changed?  Why did you change

25  strategy to take a tougher stance?

S. Nitsche - Direct

1    A.   Because we wanted to get the crew out as quick as

2    possible, and we figured that we would only achieve that when

3    we negotiate to the point that we can get them out.

4    Q.   Who were the pirate negotiators that you dealt with?

5    A.   The negotiators from the pirates were Ali Jama, the one,

6    and the second one was a guy called Leon.

7    Q.   Leon?

8    A.   Leon, yes.

9    Q.   Did you ever meet Ali Jama or Leon in person?

10   A.   No.

11   Q.   You spoke with them over the telephone?

12   A.   I spoke with both of them over the telephone during the

13   negotiations, yes.

14   Q.   Now, in developing the strategy did you and the advisors

15   anticipate what types of tactics the pirates might use to

16   pressure you?

17   A.   Yes.  The advisors were quite curious in that, and we

18   were briefed that we will face a lot of different threats

19   like hostage killings, like people on board got sick and need

20   medical assistance immediately, selling the vessel or the

21   cargo or whatever to a terrorist organization, all kinds of

22   different threats.

23   Q.   And what was your response supposed to be when you heard

24   these kinds of threats?

25   A.   When -- my response needed to be still tough, because we

S. Nitsche - Direct

1   could not show to the pirates that any of these threats would

2   have an impact on us, because this might lead them to

3   actually do what they were threatening if they see that this

4   really has a result.

5   Q.  Did you also expect from a strategy perspective that the

6   pirate negotiators might try to befriend you or ingratiate

7   themselves with you?

8   A.  Yes, this is usually as well happening; that the

9   negotiators from their side try to present themselves as

10  working for government organizations only helping the crew

11  and that they're trying to make friends with the negotiator

12  on the other side and describe themselves as being almost a

13  hostage as well.

14  Q.  Did you expect the negotiators to have the final say on

15  the ransom amounts?

16  A.  No.  I didn't expect them to have the final say, no.

17  Q.  Who did you expect the pirate negotiators would say

18  regarding having authority on the final -- on the ransom

19  amount from their end?

20  A.  Sorry, I didn't --

21  Q.  Yeah, let me rephrase that.

22       Who did you anticipate that the pirate negotiator

23  would identify as having a final say in relation to the

24  ransom amounts?

25  A.  Well, according to our knowledge, there are certain

S. Nitsche - Direct

1    finance guys behind their -- behind the scenes who are

2    actually making the decision on the final amounts.

3    Q.  Okay.  Now, when did you take over?

4    A.  The negotiation I took over in the beginning of August --

5    or middle of August.

6    Q.  And who had the ultimate authority to increase the

7    company's offer to meet the pirates' demand?

8    A.  The ultimate authority was the management.

9    Q.  Of the company?

10   A.  The management of the company, yes.

11   Q.  And how were the increases from the company's side -- how

12   were the increases in the ransom determined?

13   A.  There was an underlying strategy developed at the

14   beginning of the case which will lead to a certain amount

15   that could be made available to pay, and the strategy was

16   reviewed after each and every phone call, each and every

17   offer, and adjusted when necessary in case we wouldn't come

18   anywhere.

19   Q.  Who was the first pirate negotiator that you regularly

20   talked to on the telephone?

21   A.  That was Ali Jama.

22   Q.  How often would you try to speak to him?

23   A.  We usually agreed on -- we tried to agree on times where

24   we would speak the next times again, so a regular basis,

25   which wasn't always kept from the pirates' side.  Then we

S. Nitsche - Direct

1    would wait and call from our side to try to get ahold of the

2    negotiator.

3    Q.  What do you mean there wasn't -- the time was not always

4    kept by the pirate negotiator?

5    A.  That means he would agree on the next phone call in two

6    days at 2:00 local time Somalia, and you were waiting 2:00,

7    3:00, 4:00 and nothing is happening.  You try to call

8    yourself, and nobody is picking up.  And you're calling next

9    day and next day until you reach somebody or until the

10   pirates decide to call you again.

11   Q.  Can you estimate for the jury how many times you would

12   call the pirate negotiator and not get an answer, not have

13   the phone picked up?

14   A.  In total, for sure, more than 50 times where we just

15   dialed and nobody was picking up, at least.

16   Q.  Now, how did you treat Ali Jama when you first talked to

17   him?

18   A.  Well, I treated him according to the role I was going to

19   take, with a tough approach, telling him that we want to get

20   the vessel released and that we have to hurry up and come to

21   an amount that is achievable.

22   Q.  Were you rude with Ali Jama over the telephone?

23   A.  Yeah.  Rude might describe it, yes.  I wasn't

24   particularly nice, no.

25   Q.  Was this a different approach than the first negotiator,

———— S. Nitsche - Direct ————

1    Mr. Rajesh Chava, had taken?

2    A.   Yes, Mr. Rajesh Chava took a more friendly approach

3    during the first weeks indeed, yes.

4    Q.   And what was one of the first tactics that Ali Jama and

5    the pirates tried to use in response to pressure you?

6    A.   One of the first tactics was that we were informed that

7    the captain was killed and that the vessel was now without a

8    captain and -- yeah.

9    Q.   Do you recall when this was, approximately?

10   A.   That was in the end of August.

11   Q.   How did you react to that?

12   A.   Personally, of course, I was shocked, but I couldn't show

13   that on the phone, so what I did is I just pretended it

14   doesn't make a difference.  I didn't react to it, basically,

15   in the phone call.  I just went over to the next topic,

16   pretending that -- pretending, first of all, it doesn't

17   matter and hoping that it's not true.

18   Q.   And did you later find out about the captain?

19   A.   Yes, in one of the later calls we found out that it was

20   indeed one of the known pirate tactics and that the captain

21   was unharmed.

22   Q.   The captain was alive?

23   A.   Was alive, yes.

24   Q.   Now, did the pirates change negotiators during the time

25   that you were the company's negotiator?

————— S. Nitsche - Direct —————

1   A.   Yes, they changed a couple of times.

2   Q.   How long did you deal with Ali Jama before the first

3   change?

4   A.   For about a month.

5   Q.   So --

6   A.   So middle of August to middle of September.

7   Q.   Okay.  And tell us what happened in the middle of

8   September.  Who took over for the pirates as the pirate

9   negotiator?

10  A.   In the middle of September I received a phone call from

11  Ali Jama, who informed me that a new negotiator was appointed

12  with the name of Leon, and he would take over the negotiation

13  from that date.

14  Q.   What happened after that?

15  A.   After that we were negotiating for about a month with

16  Leon.

17  Q.   And after about -- so that takes you from the middle of

18  September to approximately when?

19  A.   The middle of October.

20  Q.   And what happened in the middle of October?

21  A.   In the middle of October Ali Jama took over the

22  negotiations again.

23  Q.   And how long was Ali Jama the pirate negotiator during

24  this time period?

25  A.   The second time it was only about ten days, in the

1    beginning of November.

2    Q.  So that would take you from the middle of October to the

3    beginning of November?

4    A.  Yes.

5    Q.  What happened at that point?

6    A.  At that point they switched again and Leon came back into

7    the picture.

8    Q.  Okay.  How long did Leon last as negotiator this time?

9    A.  This time he lasted until around the beginning of

10   December, 7th or 8th of December.

11   Q.  How did this flip-flopping of pirate negotiators affect

12   the negotiations?

13   A.  It was for us quite tough, because we needed to ensure

14   that we knew at all times who has the negotiation rights for

15   the pirates.  We needed to negotiate with the right party and

16   drop at the end of the time the money to the right party in

17   order to get the crew released.  It took always a lot of time

18   and efforts to really determine who was in charge, so it

19   actually delayed our negotiations.

20   Q.  What types of things would you do to confirm that

21   somebody -- either Leon or Ali Jama -- had the authority to

22   negotiate for the pirates?

23   A.  We would seek confirmation from the crew on board when we

24   had them on the phone, and one of the key things is that the

25   satellite phone -- whoever was in possession or in control of

S. Nitsche - Direct

1   the satellite phone, we were assuming that this person would

2   have the negotiation rights for the pirates.

3   Q.   And the satellite phone is the phone that was on the

4   Marida Marguerite?

5   A.   Yes, the satellite phone is the phone that is on the

6   bridge on the Marida Marguerite.

7   Q.   I'd like to direct your attention to approximately

8   December 8 of 2010.  Was this about the time that Ali Jama

9   resumed control as the pirate negotiator?

10  A.   Yes, around 8th of December Ali Jama appeared again and

11  took over the negotiations from Leon.

12  Q.   Where were the negotiations at at this point in terms of

13  numbers?

14  A.   We were with Leon at a point of roughly 5.5 million

15  demand, and when he appeared in the picture again he wasn't

16  aware of where the actual amount was and demanded another

17  6 million again.  So it was, of course, delaying as well and

18  confusing the negotiation.

19  Q.   Ultimately, who finished the negotiation on behalf of the

20  pirates?

21  A.   Ali Jama did.

22  Q.   And what was the final amount that was agreed to?

23  A.   5 million USD.

24  Q.   Do you recall approximately when this amount was agreed

25  to?

Heidi L. Jeffreys, Official Court Reporter

—————— S. Nitsche - Direct ——————

1    A.   It was in the -- in the middle of -- middle of December,

2    around the 22nd or something.

3    Q.   Once the amount was agreed to and the preparations began

4    to finalize, did Ali Jama make any personal requests

5    regarding money?

6    A.   Yes, he asked for a present of -- to himself as -- as a

7    payment for the services he rendered towards the crew during

8    the last months.

9    Q.   How many times did he ask for a separate payment for

10   himself?

11   A.   Oh, he asked a couple of times for it.

12   Q.   Did you expect to get such a request from the pirate

13   negotiator?

14   A.   Yes.  It wasn't happening for the first time.  It

15   happened in other cases we knew of as well that crew --

16   sorry -- that the negotiator would ask for something extra

17   for himself.

18   Q.   And what was the reason Ali Jama gave as to why he

19   deserved a separate payment?

20   A.   Well, what he said was he was very good to the crew, he

21   protected the crew, he helped the crew, he supported them

22   during the difficult times, and that's why he deserves extra

23   payment.

24   Q.   Did you also receive phone calls from any crew members

25   advocating that Ali Jama should receive this separate

S. Nitsche - Direct

1    payment?

2    A.   Yes.   One time I remember the captain was put on the

3    phone, and he was asking as well for an extra payment for --

4    the captain -- because of Ali Jama's services that he gave to

5    the crew.

6    Q.   And after that phone call a day later or so did you

7    receive another call from the captain?

8    A.   Yes, I had a chance to speak to the captain where he was

9    able to speak freely.  I asked him could he speak freely, and

10   he could, and he said that what he was saying a day earlier

11   about the present is not true and we shouldn't pay a

12   single -- or anything to Ali Jama because he didn't do

13   anything for the crew.

14   Q.   Did he explain his circumstances?  Did the captain

15   explain his circumstances, whether he was supervised or

16   unsupervised by --

17   A.   Yeah, he was saying that he was told to -- or forced to

18   ask for something for Ali Jama during the last call -- during

19   the call before.

20   Q.   Ultimately, did the company agree to give Ali Jama any

21   more money?

22   A.   No.

23   Q.   And, so, the final amount was how much?

24   A.   The final amount we paid was 5 million USD.

25            MR. CASEY:  Your Honor, if I could have just one

—————————————————— S. Nitsche - Cross ——————————————————

1  minute.

2          (There was a pause in the proceedings.)

3          MR. CASEY:  Your Honor, pass the witness.

4                    CROSS-EXAMINATION

5  BY MR. BROCCOLETTI:

6  Q.  Sir, can you approximate for us the number of calls that

7  you had with Ali Jama?

8  A.  Approximately?  It would be just a guess.  No.

9  Q.  Can you approximate the number of calls you had with

10 Leon?

11 A.  No, I couldn't.

12 Q.  Would you agree there was a distinct difference, however,

13 in the content of the phone calls between Ali Jama and Leon?

14 A.  A difference in content?

15 Q.  Let me give you an example.

16          During the conversations you had with Ali Jama he

17 would talk about the crew, their safety, their well-being,

18 his situation, his plight.  Do you recall those things?

19 A.  He was telling this as well, yes.

20 Q.  Right, I understand.  You never had such conversations

21 with Leon.  He did not discuss those issues with you, did he?

22 A.  He discussed well-being as well, but -- yeah, no -- yeah.

23 Q.  Would you characterize -- would you say that Leon's

24 conversations with you were much more businesslike, matter of

25 fact and to the point?

───── S. Nitsche - Cross ─────

1   A.   Leon appeared to have quite some experience in

2   negotiating vessels' cases, and he was negotiating a case

3   earlier as well.

4   Q.   I'm sorry?

5   A.   He earlier negotiated other cases as well as far as we

6   knew.

7   Q.   Was his negotiations with you more efficient?

8   A.   Was it more efficient?  At the end of the day we got the

9   vessel out with Ali Jama, so -- efficient?  I can't tell you

10   that.

11   Q.   All right.  Were his conversations with you shorter?

12   A.   Yeah.  They were shorter, yes.

13   Q.   All right.  Thank you very much.

14         THE COURT:  Any other questions?

15         MR. CASEY:  No, thank you, Your Honor.

16         THE COURT:  You're instructed, sir, not to discuss

17   your testimony with anyone until this matter is complete, at

18   which time you're free to discuss it with anyone you like.

19         May he be excused?

20         MR. CASEY:  Yes, Your Honor, we'd ask that he be

21   excused.

22         THE COURT:  Do you need him any further,

23   Mr. Broccoletti?

24         MR. BROCCOLETTI:  No, Your Honor.

25         THE COURT:  You may be excused.

```
 1                          CERTIFICATION

 2

 3          I certify that the foregoing is a correct transcript

 4     of an excerpt from the record of proceedings in the

 5     above-entitled matter.

 6

 7

 8

 9                              s/s

10                      Heidi L. Jeffreys

11

12                      July 26, 2012

13                          Date

14

15

16

17

18

19

20

21

22

23

24

25
```

Heidi L. Jeffreys, Official Court Reporter