```
 1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
 2                             Norfolk Division

 3

 4  - - - - - - - - - - - - - - - - -
    UNITED STATES OF AMERICA,        )
 5                                   )
            Plaintiff,               )
 6                                   )        CRIMINAL CASE NO.
    v.                               )            2:11cr33
 7                                   )
    MOHAMMAD SAAILI SHIBIN,          )
 8  a/k/a "Khalif Ahmed Shibin,"     )
    a/k/a "Mohammad Ali,"            )
 9  a/k/a "Ali Jama,"                )
                                     )
10          Defendant.               )
    - - - - - - - - - - - - - - - - -
11

12
                        TRANSCRIPT OF PROCEEDINGS
13                    (Testimony of Kevin Coughlin)

14                          Norfolk, Virginia
                             April 25, 2012
15

16
    BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17            United States District Judge, and a jury

18

19  APPEARANCES:

20            UNITED STATES ATTORNEY'S OFFICE
              By:  Joseph E. DePadilla, Esquire
21                 Benjamin L. Hatch, Esquire
                   Brian J. Samuels, Esquire
22                 Paul Casey, Esquire
                   Assistant United States Attorneys
23                 Counsel for the United States

24            ZOBY & BROCCOLETTI, P.C.
              By:  James O. Broccoletti, Esquire
25                 Counsel for the Defendant
```

```
1                         I N D E X

2

3   ON BEHALF OF THE GOVERNMENT:      Direct   Cross   Red.    Rec.

4   K. Coughlin                          3       32     --      --

5

6                       E X H I B I T S

7   No.                                                        Page

8   Government's Exhibit No. 2-16 A                             12

9   Government's Exhibit No. 2-16 C                             25

10  Government's Exhibit No. 2-16 D                             25

11  Government's Exhibit No. 2-16 E                             25

12  Government's Exhibit No. 2-16 F                             25

13  Government's Exhibit No. 2-16 G                             25

14  Government's Exhibit No. 2-16 H                             25

15  Government's Exhibit No. 2-16 I                             25

16  Government's Exhibit No. 2-16 J                             25

17  Government's Exhibit No. 2-16 K                             25

18  Government's Exhibit No. 2-16 L                             25

19  Government's Exhibit No. 2-16 M                             25

20  Government's Exhibit No. 2-16 N                             25

21  Government's Exhibit No. 2-16 O                             25

22  Government's Exhibit No. 2-16 P                             25

23  Government's Exhibit No. 2-16 B                             28

24

25
```

K. Coughlin - Direct

1              *****     *****     *****

2

3          THE COURT:  Who is your next witness?

4          MR. SAMUELS:  Your Honor, the United States calls

5    Special Agent Kevin Coughlin.

6              (The witness was sworn by the clerk.)

7          KEVIN COUGHLIN, called as a witness, having been

8    first duly sworn, testified as follows:

9                         DIRECT EXAMINATION

10   BY MR. SAMUELS:

11   Q.  Good afternoon, sir.

12   A.  Good afternoon.

13   Q.  Would you tell us your name, please?

14   A.  My name is Kevin Coughlin.

15   Q.  And where do you work, Mr. Coughlin?

16   A.  I'm a special agent with the FBI.

17   Q.  How long have you been a special agent with the FBI?

18   A.  Approximately four years.

19   Q.  Where are you assigned, sir?

20   A.  Assigned to the FBI field office in New York City.

21   Q.  And are you assigned to a particular squad or unit in New

22   York?

23   A.  I am.  My squad is Squad C 19.  It's part of the Violent

24   Crime Major Offenders Branch of the FBI.

25   Q.  Were you assigned to the same squad in February through

1   April of 2011?

2   A.  I was.

3   Q.  What is your legal experience that you had prior to

4   becoming an FBI agent?

5   A.  I was in the Marine Corps for a long period of time.

6   While I was in the Marine Corps I had gone to law school.  I

7   did a number of things in the Marine Corps, but one of them

8   was I was a judge advocate, and so I was a prosecutor for a

9   certain amount of time, and I was a defense attorney for a

10  certain amount of time in the Marine Corps.

11          After getting out of the Marine Corps I was hired to

12  work for Congress.  I was an attorney for the House Armed

13  Services Committee, where I also served as a professional

14  staff member for approximately three years before going into

15  the FBI.

16  Q.  And are you one of the case agents on the matters pending

17  here today, sir?

18  A.  Yes, I am.

19  Q.  Agent Coughlin, were you involved in the transfer of

20  custody of Mohammad Saaili Shibin to the United States from

21  Africa in April of 2011?

22  A.  Yes, I was.

23  Q.  And were you taking custody of Mr. Shibin pursuant to an

24  arrest warrant that was issued in the Eastern District of

25  Virginia?

K. Coughlin - Direct

1   A.   Yes, I was.

2   Q.   Do you see Mr. Shibin in the courtroom today, sir?

3   A.   I do.  He's sitting at the defense table next to

4   Mr. Broccoletti, with the gray shirt on.

5             MR. SAMUELS:  Indicating the defendant, Your Honor?

6             THE COURT:  Let the record so reflect that he's

7   identified the defendant.

8             MR. SAMUELS:  Thank you, sir.

9   BY MR. SAMUELS:

10  Q.   Agent Coughlin, what method of transportation was used to

11  bring the defendant to the United States?

12  A.   We flew him back on a G5 airplane.  Essentially, it's

13  like a private jet that fits, you know, ten to twelve people

14  on it.

15  Q.   And had you traveled over to Africa in that G5 to bring

16  the defendant back to the United States?

17  A.   Yes, I did.

18  Q.   And did you travel over there with some members of your

19  investigative team?

20  A.   Yes, I did.

21  Q.   Did you bring along a Somali-speaking translator as well?

22  A.   Yes, I did.  It was a -- he worked for the FBI, but he

23  was a Somali linguist, yes.

24  Q.   Did you bring along an agent that could attend to any

25  medical needs of the defendant, if necessary?

K. Coughlin - Direct

1   A.  I did.  In addition to the investigative team that came

2   with me, we brought Special Agent Alan Sosebee, who had

3   medical training so that he could provide medical assistance

4   to Mr. Shibin during the flight back.  We had been informed

5   that he had -- was a diabetic, and we wanted to make sure

6   that we could continue to check his vitals to make sure that

7   he was in good health.

8   Q.  When and where did you first encounter the defendant?

9   A.  It was when we landed in Africa.  It was at a runway.  We

10  had landed the plane and essentially deboarded the plane but

11  was in the vicinity of where the plane was, and at that point

12  he was -- the defendant, Mr. Shibin, was transported to me by

13  Supervisory Special Agent D'Amico and Special Agent Brian

14  Maliszewski.

15  Q.  And were you briefed by Special Agents D'Amico and

16  Maliszewski as to what statements, if any, the defendant had

17  provided so far to these agents?

18  A.  Just in some general terms.  While we were transferring

19  him over to get aboard the ship -- the plane, rather --

20  essentially I was asking -- you know, they were filling me in

21  on some of the things that had occurred during the prior

22  interviews.  And really it was just some of the high points.

23         As case agent, there was some things that I wanted

24  to make sure that we had touched upon already.  And some of

25  those were specifically like the screen shots from the

K. Coughlin - Direct

1   phones, because I wanted to make sure that he had identified

2   the screen shots as being from his phone, and they had

3   confirmed that he had identified that.

4          And I think the other thing we talked about was,

5   essentially, the picture of him aboard the German ship, the

6   Marida Marguerite, that we had obtained and I had forwarded

7   to Agents D'Amico and Maliszewski.

8   Q.  So did you have an understanding that Mr. Shibin had made

9   some statements regarding his involvement in the Marida

10  Marguerite at the time you took custody of him?

11  A.  Yes.

12  Q.  All right.  Were you, at the time that you took custody

13  of the defendant, advised as to whether he wanted to speak

14  further with agents at that time?

15  A.  I was.  I was told, I believe it was by Special Agent

16  Maliszewski, that that morning when they went to talk to him

17  again that he had asked for an attorney.

18         At that point I knew that I wouldn't be talking to

19  him any longer because of that, and, so, there wasn't a whole

20  lot of reason to go into a whole lot more detail with D'Amico

21  and Maliszewski at the time, because if I was going to be

22  continuing to talk to him I would have gotten -- wanted to

23  know more about specifics so I knew exactly what they

24  covered.  But at the time it wasn't pressing, because at the

25  time we weren't foreseeing speaking to him again.

K. Coughlin - Direct

1          So I just confirmed with them the high points that I

2    wanted to make sure we had, but after that, as far as I was

3    concerned, we were just flying him back and transporting him

4    back to here in Norfolk.

5    Q.   What date did you take custody of the defendant?

6    A.   It was on April 7th, 2011.

7    Q.   And how were you introduced to him?  Were you introduced

8    as an FBI agent?

9    A.   I believe I was.  I believe I introduced myself as an FBI

10   agent to Mr. Shibin aboard the plane.

11   Q.   And when you took custody of Mr. Shibin was he -- did he

12   appear to be in good health to you and alert?

13   A.   Yes, he was.

14   Q.   Did he appear to understand you and to take direction as

15   you were bringing him on the plane?

16   A.   Yes, he was.  And we also had our FBI Somali linguist

17   with us, you know, and so we had offered to speak with him

18   through the linguist, but he had said he was fine with

19   speaking English.

20          And one of the first things we did was we provided

21   him some food; you know, chicken wings, rice, beans, stuff

22   like that.  And then Alan Sosebee did, essentially, a medical

23   check of him right when we got on the plane.

24   Q.   Going back to this Somali linguist, were the services of

25   this linguist required at all during the trip back to the

K. Coughlin - Direct

1  United States?

2  A.  No, they were not.  He was right in the vicinity of our

3  area the entire flight because, obviously, it's a small

4  plane, but they were never needed during the flight.

5  Q.  All right.  Let's talk about the plane.  What is the

6  interior of a G5 like?  Can you describe that to the jury, as

7  well as where the defendant was placed on that plane?

8  A.  Sure.  It was -- essentially, if you think of the plane

9  as a fuselage then there would be like one seat on one side

10  of the plane and one seat on the other side, there's like a

11  little, small kitchen and bathroom in the back of the plane.

12  I was sitting in the rear right side of the plane, so if you

13  use my seat here in the witness stand as a reference the

14  plane is ahead of me -- the front of the plane is ahead of

15  me.  To my left would be the aisle of the plane.  To my -- on

16  the other side of the aisle there's another seat also facing

17  forward, the front part of the plane.  Right in front of me

18  is another seat that is facing towards me, and that's the one

19  that Mr. Shibin was placed in.  So, essentially, if you can

20  imagine two seats facing each other, we would be facing each

21  other during the whole ride.

22          And across from Mr. Shibin is the same setup;

23  another seat that's facing the seat that is to my left.  And

24  then ahead of that is kind of the same setup; another like

25  four chairs that are roughly set up in the same way.  So,

K. Coughlin - Direct

 1   essentially, there's a row of eight chairs there, and then

 2   further up towards the front of the plane I think there's

 3   some additional seating.

 4   Q.  Agent Coughlin, were there other members of the

 5   investigative team that traveled back to you -- or traveled

 6   back with you to the United States from Africa?

 7   A.  Yes, there was.  There was Supervisory Special Agent

 8   Eddie Deck -- or Edward Deck.  There was Detective Fred

 9   Galloway from the NYPD.  Detective Galloway works with the

10   FBI on our Joint Terrorism Task Force out of New York.  And

11   Supervisory Special Agent Rob D'Amico also traveled back with

12   us aboard that flight.

13   Q.  And did the trip take a number of hours?

14   A.  It did.

15   Q.  And after you got underway were refreshment and food

16   provided to the defendant?

17   A.  Yes, they were.

18   Q.  All right.  As you got underway did the defendant

19   initiate conversation with you?

20   A.  Yes, he did.

21   Q.  And was he asking questions of you, or was he making

22   statements; do you recall?

23   A.  He started asking questions to us, questions that would

24   have required us to start talking about the case.  They

25   weren't just questions like, you know, "How is the weather,"

K. Coughlin - Direct

1   or something like that.

2          So at that point I had told him that, "Look, you had

3   asked to speak to an attorney so I'm not allowed to engage in

4   this type of conversation with you."

5   Q.  All right.  And was there a pattern of this

6   back-and-forth a number of times where he initiated

7   conversation and you refrained from speaking with him?

8   A.  Yes.  This happened a few times, and then essentially at

9   one point I just explained to him that, "Look, you had asked

10  to speak to an attorney.  If you are telling me you want to

11  have a conversation and you no longer want an attorney

12  present, I'm happy to speak to you."

13         And at that point he said he wanted to speak, and I

14  confirmed with him that he was fine now talking to us without

15  an attorney.  And he said, "Yes," and so, essentially, we

16  reengaged him with an interview at that time.

17  Q.  And, obviously, you're confirming with him.  You're

18  talking to him in English?

19  A.  Yes.

20  Q.  Did he have any trouble -- or appear to have any trouble

21  understanding you when you told him that he would have to be

22  the one that would initiate conversations with you?

23  A.  No, he seemed to understand it, especially since the

24  first few times when I explained it he stopped talking or

25  stopped asking, but then a certain amount of time would go by

K. Coughlin - Direct

1   and then he would reengage, and, you know, finally it was

2   just clear that he wanted to talk.

3   Q.   Before beginning to talk with Mr. Shibin did you advise

4   him of his Miranda rights?

5   A.   I did.  I re-read him -- I read him the -- we call them

6   in the FBI a Standard Form 395 form, but essentially it's a

7   standard advice of rights form that we use in the FBI.

8   Q.   If I could, with the assistance of Mr. Pierce, I'd like

9   to hand you Government's Exhibit 2-16 A and ask if you

10  recognize that, Agent Coughlin?

11  A.   Yes, I do.  This is a -- this is the advice of rights

12  form that I went over with Mr. Shibin.

13  Q.   And is it signed by you and by Mr. Shibin?

14  A.   Yes, it is, as well as myself and Edward Deck, who is one

15  of the other FBI agents that was with me on the investigative

16  team.

17          MR. SAMUELS:  Your Honor, I would offer Government's

18  Exhibit 2-16 A into evidence.

19          THE COURT:  2-16 A is received in evidence, the

20  Miranda warning rights.

21          (The exhibit was admitted into evidence.)

22          MR. SAMUELS:  Madam Clerk, is the monitor on?

23          THE CLERK:  Yes, sir, it is.

24          MR. SAMUELS:  Oh, I see.  Okay.  Thank you.

25          May I publish, Judge?  Your Honor, may I publish

——————————————— K. Coughlin - Direct ———————————————

1  this exhibit?

2         THE COURT:  Yes.

3         MR. SAMUELS:  Thank you, sir.

4  BY MR. SAMUELS:

5  Q.  Agent Coughlin, how did you go over Mr. Shibin's -- how

6  did you go over this form with Mr. Shibin?

7  A.  Well, as you can see, this is in English.  We had a copy

8  of the advice of rights form in Somali, but, as I said

9  before, he was happy to go over it in English.

10         I read it aloud to him.  Initially, he confirmed

11  with me that this was the same form that he had earlier gone

12  over with Agents D'Amico and Maliszewski, and he said, "Yes."

13  And I said, "It's standard practice for us to do this every

14  time we initiate a new interview."  So he said, "Okay."

15  He -- you know, he looked at it and then signed it.

16  Q.  And is that Mr. Shibin's signature on the bottom right

17  there, sir?

18  A.  Yes, it is.

19  Q.  And it's signed by yourself.  Is it signed by another

20  agent as well?

21  A.  Yes, it is.

22  Q.  Who else signed it?

23  A.  Edward Deck.

24  Q.  Did Mr. Shibin have any questions about this form?

25  A.  He did not.

1          MR. SAMUELS:  We can take that down, Mr. DePadilla.

2    BY MR. SAMUELS:

3    Q.  How long did your -- this first interview with the

4    defendant last, Agent Coughlin?

5    A.  It was approximately one hour.

6    Q.  And on the trip back to the United States did you

7    ultimately conduct two separate interviews with the

8    defendant?

9    A.  Yes, I did.

10   Q.  All right.  Let's discuss what you talked about in the

11   course of the first interview.

12   A.  Okay.

13   Q.  Did you discuss with Mr. Shibin whether or not he knew an

14   individual named Juguuf?

15   A.  I did.

16   Q.  And what did he tell you about someone named Juguuf?

17   A.  He said he had known Juguuf for a couple of years.  He

18   said they knew each other from Bossaso.  He said they used to

19   work together at a mineral company called the African Oil

20   Company or the AOC.

21   Q.  What did he tell you initially about any knowledge he had

22   about Juguuf's involvement in piracy?

23   A.  He had said that he had never dealt with Juguuf in piracy

24   before.  He had said that he did not know Juguuf was involved

25   in piracy and did not know that Juguuf had gone to sea to

K. Coughlin - Direct

1   pirate a vessel.

2   Q.  Did you talk to an individual by the name of Sarindaaq?

3   A.  I did.

4   Q.  What did he say about Sarindaaq?

5   A.  He had said that he had heard of Sarindaaq but that he

6   did not know who he was.

7   Q.  Did you discuss the piracy of the sailing vessel Quest

8   with the defendant?

9   A.  Yes, I did.

10  Q.  And what did he tell you that he had learned about the

11  hijacking of the Quest, Agent Coughlin?

12  A.  He had said that the first time he had learned about it

13  he had received a telephone call from Mohamud Haji Khyr and

14  that Mohamud Haji Khyr had called him up on the phone and

15  told him that Juguuf and his friends had hijacked a vessel

16  and that -- and I'll quote this -- he said Haji Khyr asked

17  him to "make the negotiation and be the translator for the

18  Quest hijacking."

19  Q.  Did he say who had Haji Khyr was?

20  A.  He said Haji Khyr was a mediator -- is the word he

21  described, but essentially it was describing it as if he was

22  like a go-between -- I mean, a financier for the pirates;

23  somebody to kind of like organize things.

24          He said that he had known Haji Khyr -- later on --

25  actually, it might have been in the second interview, but he

K. Coughlin - Direct

1   said he had known Haji Khyr from the Marida Marguerite

2   hijacking, because Haji Khyr was also involved in the Marida

3   Marguerite hijacking.

4   Q.  And did Mr. Shibin say when he had gotten this telephone

5   call from Mohamud Haji Khyr in relation to the hijacking of

6   the Quest?

7   A.  Specifically, he didn't say the day.  He said that the

8   day that he got the phone call from Haji Khyr was the same

9   day that he did the Google searches on his phone.

10  Q.  All right.

11  A.  And then we started talking about that.

12  Q.  Well, what did Haji Khyr tell him first about who was

13  responsible for hijacking the Quest?

14  A.  Well, he said Juguuf and his friends had hijacked the

15  Quest -- well, at the time, actually, they didn't know that

16  the name of the ship was the Quest, and Mr. Shibin said that

17  through his Google searches is how he actually found out the

18  name of the ship was the Quest.

19  Q.  What did the defendant say his initial response was to

20  Haji Khyr when he was asked to make the negotiation for the

21  Quest?

22  A.  He said that he told Haji Khyr that he would think about

23  it.

24  Q.  What did the defendant say he did as a result of the call

25  from Mohamud Haji Khyr asking him to be the negotiator?

K. Coughlin - Direct

1   A.  He said that's when he started doing the Google searches

2   and he said he started looking up the value of the Quest, who

3   the owners of the Quest were, how to contact the owners of

4   the Quest.  And, essentially, after that we asked him why he

5   was doing that as well.

6   Q.  And did he say how he did these Google searches; whether

7   he used a computer, whether he used a phone?

8   A.  I don't recall if he said specifically.  I knew he had

9   used the phone, and I knew previously that D'Amico and

10  Maliszewski had already confirmed the screen shots, and so I

11  wasn't trying to go over things that I knew were already

12  covered in previous interviews because I was just trying to

13  cover new things that I felt hadn't been covered yet.

14  Q.  When did he say he did these Google searches in relation

15  to that first call from Haji Khyr asking him to be involved?

16  A.  He said he did those Google searches the same day.

17  Q.  All right.  And what did he say about why he did the

18  searches?

19  A.  He said that he did the Google searches in case he

20  decided that he wanted to get involved as the negotiator for

21  the Quest.

22  Q.  What did he say his final response was to Haji Khyr as to

23  the question about whether he would be involved as a

24  negotiator for the Quest?

25  A.  He said two days later after Haji Khyr initially asked

K. Coughlin - Direct

```
 1    him to be the translator -- he said two days later he told
 2    Haji Khyr that he was not interested in being the negotiator.
 3    Q.  Did he say anything about why he waited two days?
 4    A.  He did not.
 5    Q.  What did the defendant say about when he had learned the
 6    Americans had been killed on the Quest?
 7    A.  He said that he did not remember when he learned that the
 8    Americans had been killed on the Quest.  He definitely knew
 9    they had been, but he just didn't remember when he found that
10    out.
11    Q.  Okay.  So in relation to when he told Haji Khyr that he
12    would not be the negotiator he didn't tell you when he had
13    learned the Americans were killed in relation to that?
14    A.  No, he did not.
15    Q.  When you were discussing the Quest hijacking what did he
16    say -- what did the defendant say about his awareness of
17    Juguuf and others going to sea?
18    A.  He had said that he did not know that Juguuf had gone to
19    sea -- Juguuf or others had gone to sea to pirate a vessel or
20    that Juguuf was even involved in piracy.
21    Q.  And what did he say about any prior dealings that he had
22    had with Juguuf regarding piracy?
23    A.  He had said he had never had any dealings with Juguuf and
24    piracy before.
25    Q.  What did the defendant say as to about why his name would
```

K. Coughlin - Direct

1    be given by Juguuf as the contact to negotiate the ransom for
2    the Quest?
3    A.  He said he had no idea why they would have provided his
4    name.  He said perhaps that was their intent to use him as a
5    negotiator, but it didn't mean that that was his intent to be
6    the negotiator.
7    Q.  And did you talk to Shibin about how his number or why
8    his number had been given to the United States Navy?
9    A.  He said he had no idea.  He said the only thing he could
10   think of was perhaps that Juguuf gave the Navy, the U.S.
11   Navy, his phone number.  He said that Juguuf would have had
12   his phone number.
13   Q.  Did the defendant talk at all about what he had told
14   people about hijacking Americans?
15   A.  He said that he had told people that they should not
16   hijack American vessels.  He had mentioned that three other
17   people had approached him to be the negotiator on other
18   ships, hijackings, and he had said "No" to them.
19   Q.  Did he say why he was approached?
20   A.  He did not, not that I recall.
21   Q.  Agent Coughlin, did you discuss some other individuals
22   that your investigation revealed had been involved in piracy
23   with the defendant?
24   A.  I did.
25   Q.  And did you discuss somebody named Abdullahi Yare?

Heidi L. Jeffreys, Official Court Reporter

K. Coughlin - Direct

1   A.   I did.

2   Q.   And did the defendant recognize that name?

3   A.   He did.

4   Q.   And what did he say about Abdullahi Yare?

5   A.   He said Abdullahi Yare is, essentially, a godfather of

6   piracy in a town called Garat.  Garat is also spelled Garaad,

7   but it's essentially the same town.  He said that, you know,

8   Yare is the king of pirates in Garat; that he's never

9   actually seen Abdullahi Yare before but that he -- that Yare

10  lives in Garat and that Leon is his man.

11  Q.   Okay.  When you say "Leon," who was -- was there another

12  name that you're referring to there or that he was referring

13  to?

14  A.   Yes.  We continued to talk about Leon with Mr. Shibin,

15  and he said that Leon also goes by the name Looyan, and he

16  said, essentially, Abdullahi Yare is the financier that has

17  people go out and hijack boats, and then Looyan or Leon is

18  the person that would be the translator for those hijackings.

19  He also mentioned that Leon is not just a negotiator and

20  translator, but he also gets involved as a financier as well

21  and that he's been involved in piracy since the beginning of

22  piracy.

23  Q.   Did he talk about Leon or Looyan in connection with Yare?

24  A.   He did.  He said that, essentially, Leon -- or Looyan --

25  is Yare's negotiator, said that Yare usually uses Leon -- or

K. Coughlin - Direct

1    Looyan -- as his negotiator.

2    Q.  In this first interview did you ask him about an

3    individual named Mersalle or Balixule?

4    A.  Yes, I did.  They're actually the same person.  You know,

5    through our investigation we knew Balixule or Mersalle as the

6    same person, just two different names.  We specifically asked

7    him if he knew Mersalle, and then we asked him if he knew

8    Balixule.  We didn't say that they were the same person, but

9    just to see if he recognized either of the names, and he said

10   that he did not.

11   Q.  And this was in the first interview?

12   A.  Yes.

13   Q.  And what about an individual named Jama Abdikadir?  Did

14   you ask him about that individual?

15   A.  Yes, I did, and he said he did not know Jama Abdikadir.

16   Q.  Agent Coughlin, in addition to the Quest and the other

17   pirates, did you also discuss the Marida Marguerite

18   hijacking?

19   A.  I did.

20   Q.  And what did the defendant say about his involvement in

21   this hijacking?

22   A.  Mr. Shibin had said that he was contacted in May of 2010

23   to be the negotiator for the Marida Marguerite hijacking.

24   Q.  And what did he say he was contacted to do in that

25   hijacking?

K. Coughlin - Direct

1   A.  He mentioned that the pirates that had taken the ship

2   were having a hard time communicating with the owners of the

3   company so he had been brought in to do the negotiations,

4   essentially, so that they could communicate between the

5   pirates on the ship and the people that ---the company,

6   essentially.

7   Q.  What did he say about any assistance that he had provided

8   to the hostages on the Marida Marguerite?

9   A.  He mentioned in an earlier interview that he had allowed

10  them to use his cell phone during the period of captivity.

11  Q.  Did he indicate whether or not a ransom was paid by the

12  Germans for the release of the Marida Marguerite?

13  A.  He did.  He said there was a ransom that was paid.

14  Q.  And did he indicate he received any money as a result of

15  his participation in that?

16  A.  Yes, he did.  He had said that he received $30,000 from

17  that ransom.  He went in further detail to say that he had

18  gotten $25,000 from the pirates themselves, and then he said

19  that somebody else gave him an additional $5,000, which is --

20  got him to the total of $30,000.

21  Q.  Did you ask him what he had done with that money?

22  A.  I did.

23  Q.  And what did he say?

24  A.  He said that he had already spent the money; that he had

25  either given it to -- given it away to friends and family

Heidi L. Jeffreys, Official Court Reporter

——————————— K. Coughlin - Direct ———————————

1    members.

2    Q.  What did he say about his response or his reaction after

3    participating in the Marida Marguerite act of piracy?

4    A.  After, essentially, he was done he just said that he was

5    done with it.

6    Q.  Okay.  Did he talk about other individuals who were

7    involved in the hijacking of the Marida Marguerite?

8    A.  He did.

9    Q.  And did he discuss Mohamud Haji Khyr, any involvement he

10   might have had?

11   A.  He said Mohamud Haji Khyr was also involved in the Marida

12   Marguerite hijacking.

13   Q.  What about Abdullahi Yare?

14   A.  He said that Yare was not involved in the Marida

15   Marguerite hijacking.

16   Q.  Did you ask him about somebody named Faraad or Manne?

17   A.  Yes.

18   Q.  What did he say?

19   A.  He had said those were two of the financiers for the

20   Marida Marguerite hijacking.

21   Q.  And what about someone named Bashi?

22   A.  Excuse me?

23   Q.  Bashi.

24   A.  Yes.  He also said that he was one of the financiers of

25   the Marida Marguerite.

K. Coughlin - Direct

1   Q.  And at the end of your first interview -- and how long

2   was this, again, Agent Coughlin?

3   A.  The first interview lasted one hour, approximately.

4   Q.  And why did it end, sir?

5   A.  We decided to take a break at that point.

6   Q.  At the end of this first interview did you show the

7   defendant some photos of the individuals who had been

8   arrested in connection with the hijacking of the Quest?

9   A.  Yes, I did.

10  Q.  I'd like to show you Government's Exhibits 2-16 C through

11  2-16 P and ask you if you recognize these, with the

12  assistance of Mr. Pierce.

13  A.  Yes, these are the 14 photos that I showed to Mr. Shibin

14  when we were at the end of that interview.

15  Q.  Okay.  And when you showed them to him did you just show

16  him the photo, or did you tell him anything with respect to

17  the photo?

18  A.  I did not.  I just showed him -- essentially had him

19  go -- went through each photo with him to see if he

20  recognized any of the individuals in the photos.

21  Q.  And, Agent Coughlin, if you could just flip through and

22  make sure that you have 2-16 C -- and does it end with 2-16

23  P, sir?  Is that the last one you have?

24  A.  Yes.

25  Q.  All right.

————————————————————— K. Coughlin - Direct —————————————————————

1        MR. SAMUELS:  Your Honor, at this time I would offer

2   Government's Exhibits 2-16 C all the way through 2-16 P, the

3   photos that Agent Coughlin showed the defendant.

4        THE COURT:  The photos 2-16 C through 2-16 P are

5   admitted in evidence, the photos that were shown to the

6   defendant.

7        (The exhibits were admitted into evidence.)

8   BY MR. SAMUELS:

9   Q.  Agent Coughlin, let me ask you about a couple of these

10  specifically.

11       Did you show the defendant 2-16 D here, sir?

12  A.  Yes, I did.

13  Q.  And was he able to identify who that was?

14  A.  Yes, he was.

15  Q.  And who did he say that was, sir?

16  A.  He said that was Juguuf.  We know his real name to be

17  Mohamud Salad Ali.

18  Q.  Did the defendant know his real name, or did he know him

19  as Juguuf?

20  A.  He knew him as Juguuf.

21  Q.  All right.  Let me show you 2-16 E.

22       Who is that, Agent Coughlin?

23  A.  That is Mohamud Hirs Issa Ali, whose nickname is

24  Sarindaaq.

25  Q.  Did you show this photo to the defendant?

K. Coughlin - Direct

1    A.  Yes, I did.

2    Q.  And did he indicate whether or not he recognized or knew

3    this individual?

4    A.  He said he did not know that individual.

5    Q.  I'm showing you 2-16 H.  Who is 2-16 H, Agent Coughlin?

6    A.  That is Jilani Abdiali, who is nickname is Ilkasse.

7    Q.  And did you show this to the defendant?

8    A.  Yes, I did.

9    Q.  And did he indicate whether or not he knew or recognized

10   Jilani?

11   A.  He said he did not know him.

12   Q.  And finally I'll show you 2-16 M.  Who is 2-16 M, Agent

13   Coughlin?

14   A.  It is Ahmed Salah Ali Barawe, whose nickname is Hindi.

15   Q.  Did you show this photo to the defendant?

16   A.  Yes, I did.

17   Q.  Did he indicate whether or not he recognized or knew

18   Hindi?

19   A.  He said he did not.

20   Q.  Other than Juguuf, that first photo that I showed you,

21   did he recognize or know any of the other individuals in the

22   photos that you showed him, the individuals involved in the

23   Quest hijacking?

24   A.  No, he did not.

25   Q.  Agent Coughlin, you indicated that this interview ended

K. Coughlin - Direct

1    in --

2         MR. SAMUELS:  You can take that down, Mr. DePadilla.

3    BY MR. SAMUELS:

4    Q.  -- because you-all decided to take a break.  Is that

5    right, sir?

6    A.  Yes.

7    Q.  And after this interview was Mr. Shibin provided with

8    food, an opportunity to use the restroom?

9    A.  Yes, he was -- you know, we gave him -- he had requested

10   some coffee.  We gave him some coffee, and I believe he used

11   the restroom.

12   Q.  And later in the day did you talk with him again aboard

13   the G5?

14   A.  I did.  It was over four hours after that that we decided

15   to do a second interview.

16   Q.  And before you did a second interview did you again

17   administer Miranda warnings?

18   A.  Yes, I did.

19   Q.  Let me show you what's been marked as 2-16 B, with the

20   assistance of Mr. Pierce.

21        Do you recognize that, Agent Coughlin?

22   A.  Yes, I do.

23   Q.  And what is it, sir?

24   A.  This is the advice of rights form that we used during

25   that second interview.

K. Coughlin - Direct

1  Q.  Is it the same advice of rights form as 2-16 A, the first

2  one we looked at?

3  A.  Yes, it was.

4  Q.  And was this administered and read by the defendant?

5  A.  Yes, it was.

6  Q.  And was it signed by the defendant?

7  A.  Yes, it was.

8  Q.  Did you sign as well, sir?

9  A.  I did, as well as Detective Fred Galloway.

10        MR. SAMUELS:  Your Honor, I offer Government's

11 Exhibit 2-16 B into evidence.

12        THE COURT:  It is received evidence, 2-16 B.  It is

13 received in evidence.

14        (The exhibit was admitted into evidence.)

15 BY MR. SAMUELS:

16 Q.  What is the time indicated on that, Agent Coughlin?

17 A.  10:33 p.m.

18 Q.  And is that some hours after you first interviewed the

19 defendant?

20 A.  Yes.  The first interview went from, essentially,

21 5:12 p.m. to, I think, like 6:12 p.m., so this would have

22 been, you know, over four hours later.

23 Q.  And how long did this interview last?

24 A.  Approximately, 30 minutes; probably a little less than

25 that.

K. Coughlin - Direct

1    Q.   Generally, what was done in the course of this session

2    with the defendant?

3    A.   We started out -- we had a photo book of pictures of

4    al-Shabaab members.  Al-Shabaab is a terrorist organization

5    that operates in that area, and we were trying to see if he

6    recognized any of the individuals who we'd identified as

7    being members of al-Shabaab, which he did not.

8    Q.   Agent Coughlin, in the second interview did you come back

9    to the subject of Mersalle or Balixule?

10   A.   Yes, we did.

11   Q.   And how did you return to that subject, sir?

12   A.   Through the course of my investigation I had strong

13   indications that he did know this individual, so I was

14   surprised by him not identifying him earlier.  So what I

15   decided to do was I wrote the name out on a piece of paper,

16   instead of -- in case there was some way I was mispronouncing

17   the name.  And at that point Mr. Shibin said, oh, that he did

18   know that person, and he said he didn't recognize him earlier

19   because, he said, of the way I was pronouncing the name.

20   Q.   What did the defendant say about Balixule?

21   A.   He said Balixule is a pirate.  He said he knows Balixule.

22   He said he last saw him in Galkayo, Somalia.  He said

23   Balixule operates as a -- not just a financier, but also he

24   believes that Balixule goes out to sea in pirate vessels

25   himself.  He said that he's talked to Balixule many times,

K. Coughlin - Direct

```
 1    and he mentions that -- he mentioned earlier that he had seen
 2    Balixule in Galkayo, and he said that a lot of pirates --
 3    before they go out to sea and try to hijack a vessel they go
 4    to Galkayo essentially to party, essentially, before they go
 5    to sea.
 6    Q.  When he indicated that he had talked to Balixule many
 7    times did he indicate whether or not he had talked to him by
 8    phone?
 9    A.  I'd have to check -- check my notes on that.  I believe
10    so.
11    Q.  Okay.  How did this session end with the defendant?  Was
12    it shorter than the first one?
13    A.  It was.  It -- essentially, Mr. Shibin said that he had a
14    headache and he wanted to stop the interview at that point.
15    And, so, we -- you know, we essentially listened to his
16    wishes, and we stopped the interview at that point.
17    Q.  And did you think there would be other opportunities to
18    possibly talk to the defendant on the remainder of the trip
19    to the United States?
20    A.  Yes, I did.
21    Q.  And were there?
22    A.  There was not.  There was, obviously, a lot more that we
23    would like to have covered with him and other areas we would
24    like to go into, but when we went to reengage him again he
25    said he still wasn't feeling well and wasn't up to speaking
```

K. Coughlin - Direct

1   with us anymore.

2   Q.  Where did you land with the G5 with the defendant, Agent

3   Coughlin?

4   A.  Essentially, we landed in, essentially, the Virginia

5   Beach/Norfolk area, so here in Virginia.

6   Q.  All right.  Agent Coughlin, in the course of your two

7   interviews with the defendant did he ever tell you that he

8   had been with an NGO or nongovernmental organization?

9   A.  No, he did not.

10  Q.  Did he tell you he was with a human rights organization?

11  A.  No, he did not.

12  Q.  Did he ever tell you that he was forced to participate in

13  the hijacking or piracy of the Marida Marguerite?

14  A.  No, he did not.

15  Q.  Did he ever tell you that he was a journalist?

16  A.  No.

17  Q.  Did he ever tell you that he was going on vacation at the

18  time of the Quest hijacking?

19  A.  No.

20       MR. SAMUELS:  Your Honor, if I may have just one

21  moment, please.

22       (There was a pause in the proceedings.)

23       MR. SAMUELS:  Thank you, Your Honor.  I have nothing

24  further for Agent Coughlin.

25       THE COURT:  How long are you going to be,

K. Coughlin - Cross

1   Mr. Broccoletti?

2           MR. BROCCOLETTI:  Ten minutes, at the most.

3           THE COURT:  Oh, okay.  Go ahead.

4                       CROSS-EXAMINATION

5   BY MR. BROCCOLETTI:

6   Q.  Agent, with respect to the first interview that you had

7   with the defendant, he had told you that Mohamud Haji Khyr

8   had called him on the telephone, correct?

9   A.  Yes, that's correct.

10  Q.  And when he called him on the telephone he advised him

11  that Juguuf and his friends had hijacked a boat.

12  A.  Yes.

13  Q.  Have you looked at the telephone records that were seized

14  from the defendant's phone?

15  A.  I have.  I don't recall specifics of it, though.

16  Q.  Do you recall any telephone call from Mohamud Haji Khyr

17  on the 18th of February to the defendant's phone?

18  A.  I'd have to review.  I don't recall specifically, but I

19  never looked for that.

20  Q.  But it's clear during the course of that interview that

21  the defendant had told you that he told Khyr that he would

22  not be the negotiator.

23  A.  Not at that point.  As I mentioned earlier, it was two

24  days later.  During that first phone call he had told Haji

25  Khyr that he would think about it, and then it was two days

```
1    later that he said he talked to Haji Khyr and told him that
2    he was not interested in being the negotiator.
3    Q.  And you had said that when you were discussing the Marida
4    Marguerite with him that he was asked to do the negotiations
5    between the pirates and the company.
6    A.  Yes.
7    Q.  Your notes actually reflect on your -- through the 302s
8    that you provided --
9    A.  Yes.
10   Q.  -- quote, "As a result they asked him to do the dialogue
11   between the pirates and the company."  Do you remember that
12   word?
13   A.  Yes.
14   Q.  And that's the word that he used, the "dialogue,"
15   correct?
16   A.  Yes.
17   Q.  And "negotiations" was your term that you had phrased.
18   A.  That -- yes.
19           MR. BROCCOLETTI:  Thank you, sir.
20           THE COURT:  Is that it?
21           MR. SAMUELS:  Nothing further, Judge.
22           THE COURT:  All right.  This would be a good time to
23   take an afternoon break, then.  We'll take a 15-minute break.
24           Everyone please rise while the jury retires.
25           (The jury withdrew from the courtroom.)
```

1          THE COURT:  Mr. Coughlin, you're instructed not to

2    discuss your testimony with anyone until this matter is

3    complete.

4          THE WITNESS:  Yes, sir.

5          THE COURT:  Do you need this witness any further?

6          MR. SAMUELS:  No, Your Honor.

7          THE COURT:  Do you need the witness any further,

8    Mr. Broccoletti?

9          MR. BROCCOLETTI:  No, Your Honor.

10         THE COURT:  You may be released.  Thank you very

11    much, sir.

12

13                    *****     *****     *****

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          CERTIFICATION

 2

 3          I certify that the foregoing is a correct transcript

 4    of an excerpt from the record of proceedings in the

 5    above-entitled matter.

 6

 7

 8

 9                              s/s

10                        Heidi L. Jeffreys

11

12                        July 31, 2012

13                           Date

14

15

16

17

18

19

20

21

22

23

24

25
```