```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
 2                          Norfolk Division

 3

 4   - - - - - - - - - - - - - - - - -
     UNITED STATES OF AMERICA,        )
 5                                    )
              Plaintiff,              )
 6                                    )      CRIMINAL CASE NO.
     v.                               )          2:11cr33
 7                                    )
     MOHAMMAD SAAILI SHIBIN,          )
 8   a/k/a "Khalif Ahmed Shibin,"     )
     a/k/a "Mohammad Ali,"            )
 9   a/k/a "Ali Jama,"                )
                                      )
10            Defendant.              )
     - - - - - - - - - - - - - - - - -
11

12

13                    TRANSCRIPT OF PROCEEDINGS
                        (Closing Arguments)

14                       Norfolk, Virginia
                        April 26 and 27, 2012
15

16

     BEFORE:   THE HONORABLE ROBERT G. DOUMAR,
17             United States District Judge, and a jury

18

19   APPEARANCES:

20             UNITED STATES ATTORNEY'S OFFICE
               By:  Joseph E. DePadilla, Esquire
21                  Benjamin L. Hatch, Esquire
                    Brian J. Samuels, Esquire
22                  Paul Casey, Esquire
                    Assistant United States Attorneys
23                  Counsel for the United States

24             ZOBY & BROCCOLETTI, P.C.
               By:  James O. Broccoletti, Esquire
25                  Counsel for the Defendant
```

1                    *****       *****       *****

2

3          THE COURT:  Let the record reflect the entire jury

4    has returned.

5              You may be seated.

6              Ladies and gentlemen, we'll now proceed to hearing

7    closing arguments.  The government will -- has the right to

8    take 90 minutes, and the defendant has a right to take

9    90 minutes, but we're going to stop at 5:00 no matter what

10   happens, okay?

11             I'll also tell you we can't keep people overtime.

12   We've got a real problem now because we've got a monetary

13   problem, just like most other people have, so we can't

14   utilize any overtime.  I just thought I'd tell you where we

15   were.

16             All right.  You have 90 minutes, any part of which

17   you want to take.  It's my understanding you want to take an

18   hour now or up to an hour.

19             MR. DEPADILLA:  Yes, sir.  Thank you.

20             May it please the Court, Mr. Broccoletti, ladies and

21   gentlemen of the jury.  Let's review some of the law and the

22   evidence in this case.

23             There is no issue that all of the crimes charged

24   were committed in this case.  There's really no issue about

25   that.  The crew of the Marida Marguerite was hijacked on the

high seas and held hostage from May to December of 2010.  No
issue.  Everybody agrees about that.  The Americans on the
Quest were hijacked on the high seas and held hostage from
February 18 through the 22nd, 2011.  Again, no issue about
that, ladies and gentlemen.

        The attacks were violent.  They involved weapons,
very dangerous weapons; machine guns and rocket launchers.
And these people were taken by force.  There's no issue about
that, ladies and gentlemen.

        Crew members were tortured.  You got to see five of
them from the stand; the captain, the chief, some of the
engineers from down below.  Scott and Jean Adam, Phyllis
Macay and Bob Riggle were killed.  Again, there's no issue
there.  These things happened.

        The defendant is not contesting that any of these
acts occurred, ladies and gentlemen.  What he is contesting
is his responsibility for those acts and the other pirates
that he was working with.  That's the issue in this case, if
there is one.

        So what is piracy?  The definition of piracy
specifically includes the evidence that shows the defendant
did it here.  Piracy means any illegal acts of violence or
detention or any act of depredation committed for private
ends by the crew or passengers of a pirate ship and directed
on the high seas against another ship or persons or property

1   on board such ship.  That's a bunch of guys going out to sea

2   with AK-47s and a rocket launcher looking to take ships for

3   ransom.

4        What's important, ladies and gentlemen, is the

5   second half of that definition:  "...or any act of inciting

6   or intentionally facilitating an act described in (a)."

7   That's the support structure, ladies and gentlemen, the

8   people back on the land that made this pirate organization

9   work.  Because just having six guys in a boat with a bunch of

10  AK-47s, not able to speak English, is not going to get a

11  $5 million ransom.  That's just not going to work.  You have

12  to have those people on the land, too.

13       So what is conspiracy?  It's very simple.  It's an

14  agreement to violate the law.  You have to have two people to

15  do it.  It doesn't have to be in writing.  It doesn't even

16  have to be successful.  Merely associating with criminals is

17  not a conspiracy, but if the defendant agrees to commit a

18  crime he is guilty of the conspiracy, regardless of whether

19  he personally did anything to further the goals of the

20  conspiracy.  Ladies and gentlemen, the evidence in the case

21  showed the defendant did a lot of things to further this

22  conspiracy, and we'll review them down the road.

23       The government must prove beyond a reasonable doubt

24  that the defendant joined the conspiracy.  The government

25  does not have to prove the defendant did anything personally

1    to carry out that conspiracy.  It is sufficient to find the

2    defendant guilty whom agreed to the conspiracy and stood

3    ready to do his part.  The evidence showed whatever the

4    pirate organization needed this man to do he was willing to

5    do it, be that to negotiate ransom, be that to translate

6    between the crew and other pirate guards, or even when he was

7    demoted he stepped up.  He took an AK-47 and he protected the

8    front of the Marida Marguerite.  Any of those jobs makes him

9    a pirate.

10         In the kidnapping conspiracy that charge is the only

11   charge that the government has to prove an overt act.  That's

12   an act that furthers the conspiracy.  Several overt acts are

13   alleged in the charge, and you need only find that one of

14   them was committed to find an overt act to satisfy this

15   element.  One of those overt acts is, in fact, that the Quest

16   got hijacked, which, once again, is not an issue in this

17   case.  The defendant doesn't have to be the one that

18   committed that overt act, anyway.  That can be those six

19   attackers that took the Quest back in February of 2011.

20         Another element of the law is aiding and abetting.

21   There are three elements to that.  The defendant had to know

22   the crime charged was going to be committed or was being

23   committed, knowingly did some act for the purpose of aiding,

24   commanding or encouraging the commission of that crime.  The

25   defendant is guilty of all three of those.  He did plenty of

1    things on the Marida Marguerite and getting the Quest ready

2    for ransom for commanding, encouraging and aiding, and he

3    acted with the intention of causing the crime to be

4    committed.

5          Ladies and gentlemen, the evidence absolutely proves

6    that this defendant's interests were aligned with his pirate

7    organization.  They were aligned with Liban Abdurahman,

8    Balixule, Haji Khyr and Jama Abdikadir.  They all had the

9    same purpose.  It was just to make money off the backs of

10   other people.

11         For aiding and abetting, though, you must be a

12   participant, not a mere spectator, and the evidence proves

13   beyond a reasonable doubt this man did much more than just

14   stand by and watch.  He participated directly in these

15   crimes.

16         A member of a conspiracy is guilty of all the crimes

17   committed by others members of the conspiracy that are in

18   furtherance of that conspiracy.  When you're a member of this

19   group you buy into all their acts.  That's conspirator

20   liability.

21         Three elements:  The crimes charged were committed

22   by a member or members of the conspiracy; the crimes were

23   committed during the conspiracy and in furtherance of those

24   goals or objectives; and at the time the crime was committed

25   the defendant was a member of that conspiracy.  It's just

1    that simple.  Once he decides to throw in his lot with these

2    other pirates in this pirate organization he's responsible

3    for all the acts.  It doesn't matter that he's not the one

4    that pulled the rope and hoisted the captain and the chief up

5    into the air.  It mattered that he was doing the

6    interrogation before that happened.  That makes him

7    responsible for the torture that happens afterwards.  It

8    directly flows.

9         Let's review the evidence.  The defendant confessed

10   to the FBI Agents D'Amico and Coughlin that he willingly

11   became a pirate negotiator.  He even referred to Liban, which

12   is Liban Abdurahman, who was one of the main actors in this

13   pirate organization.  He needed the money because he lost his

14   job with the oil company.  The man was looking for

15   employment.  Pirates are a good place to go in Somalia for

16   that employment.  He admitted this was a picture of him

17   working as a pirate negotiator on the Marida Marguerite.  He

18   secured a $5 million ransom.  His interests are aligned with

19   the overall organization.

20        He interrogated the crew to maintain order.  The

21   organization needed to know how much fuel, how much water,

22   and how many satellite phone connections there were.  That's

23   the only way it could control the boat.  He stole items from

24   the crew.  He took the chief's glasses.  He was wearing his

25   shirts every other day.  And from Chirag Bahri you heard he

1    walked off the ship with a laptop as a parting gift.  That
2    makes him a pirate, too.
3            And he was paid a lot of money, ladies and
4    gentlemen.  In his luggage an opening of an account on
5    January 6.  That's about nine days after the ransom paid out.
6    It shows he deposited 370 one hundred dollar United States
7    bills, for a total of $37,000.
8            The defendant is not contesting that any of these
9    acts occurred.  This evidence alone is enough to convict him
10   of the charges related to the Marida Marguerite.  Those are
11   Counts One through Six of the indictment.  But the evidence
12   also proved the defendant did many things on the Marida
13   Marguerite that made him a key part of the pirate
14   organization.
15           The negotiator is an important employee of this
16   group, as evidenced by the fact of how hard this defendant
17   fought to keep that job; that he facilitated torture to
18   secure the ransom and control the crew; that he received
19   payment, significant related to the other pirate jobs; and
20   that when he got demoted he didn't get kicked out of the
21   pirate organization, he just got a less preferable job within
22   there.
23           Let's go to call 50.  "Yeah, okay, Mike.  Thank you
24   for calling.  I'd like to inform you that I have to hand over
25   my assignment.  Mr. Leon will take over as of today."  That

1    was on September 19th of 2010.  Forced to give up the job.
2    "I have to hand it over."  This isn't someone who wanted to
3    give it up, this is someone who had to.
4            Moving on to call 435:  "I think Leon" -- "I am
5    asking you to take over his place.  Leon is not affiliated
6    with the ship.  I'm speaking with you now."  Asked by Mike:
7    "So you are again the negotiator?"  He says, "Yes."  And then
8    he says, "If Leon tried to call you" -- "if he calls you that
9    must be his personal call."  "His personal call" -- that's on
10   October 21st of 2010.  He's trying to get this job back
11   because this job is important to him; it pays a lot of money.
12           Call 787:  "The reason I'm calling you is to
13   officially tell you that Leon has been stopped from
14   contacting you.  I mean, he's not in charge of the Marida
15   Marguerite negotiations."
16           What does that mean, ladies and gentlemen?  This man
17   was now in charge of the Marida Marguerite negotiations.  And
18   after these days is when the ransom actually paid out.  He
19   finished the job.
20           He then puts on the captain, and the captain says,
21   "Now Ali.  Ali is the negotiator.  He's going to finish."
22   That's on December 8.  The negotiator is important to this
23   organization.  The defendant did everything he could to make
24   sure he was the one that had the job and that Leon was out.
25   In that job he facilitated torture to secure a ransom and

1    control the crew.

2          In call 231:  "Actually, the captain's life was

3    severely threatened by one of the pirates.  He was about to

4    shoot him in the head."  That's on May 17th, 2010.  You hear

5    testimony from Captain Makane, though, that that wasn't even

6    true.  The defendant is just using the threat of torture to

7    move the negotiations.  As the evidence showed, mock

8    executions did not start until the first week of July, 2010.

9    He's just using it as a negotiating tool -- torture.  And the

10   defendant gave his theory on torture in these calls.  "Yes,

11   but they say the problem is as the crew are watching them on

12   live television that whenever they punish the crew the

13   company will, you know" -- "you know, will pay the agents

14   immediately.  I said, 'why are you, you know, punishing these

15   helpless people who come from India?  Nobody is going to see

16   you.  So, you know, to make some deals out of it.'"

17         Ladies and gentlemen, that's not "Don't torture the

18   crew," that's, "Don't torture the crew if the company can't

19   see you and we can make a better deal out of it."  That's

20   what the defendant feels about that.

21         Oleg and Makane were hung the first time for

22   refusing the defendant's order that they give that precious

23   fresh water they are making to keep the crew alive to other

24   pirate ships.  That's why they hung them up.  The other

25   torture was related directly to the ransom, the defendant's

```
 1    interrogation of the crew for fuel oil and satellite phone

 2    connections, so they could keep this situation under control

 3    and get the ransom.

 4           You heard from trainee Robin Varghese.  "I had told

 5    Shibin about the pain in my testicle before.  I screamed to

 6    him to tell the commander that this was my first day back on

 7    the job.  I didn't know how much oil we had.  Shibin did not

 8    translate my answers."

 9           Sandeep Denghwal, Chirag Bahri -- and this was from

10    them:  "They dragged me before Shibin as he sat on this bed.

11    Shibin said, 'Stand properly if you are going to talk to

12    me.'"  Remember, he'd already testified that he had been hung

13    for four hours and they'd put those cable ties on his legs so

14    he couldn't stand properly.  "When he asked why my shirt was

15    wet he laughed at the fact that I said I had peed on myself

16    when I got the cable ties taken off me."  That's someone

17    directly involved in this conspiracy, ladies and gentlemen.

18           Shibin said, "If you do not tell us the truth we

19    will torture you again," or, "We will kill you again."  Not

20    that, "The pirates will do that," but that, "We will do

21    that."  And we'll see other documents that further reflect

22    that.  And he said to Sandeep, "I will show you who I am,

23    that I'm in control, that I'm in control of this process, and

24    you better tell us what we want to know or it's going to get

25    worse."
```

1           You heard from Captain Makane.  You saw the wounds
2    that were left on his arms four months later after these ties
3    were taken off.  "I screamed out to Shibin as they tightened
4    the cable ties, and I lost all feeling in my limbs.  He sat
5    there and said, 'Don't call my name, don't involve me.'"
6    Remember, he constantly said on this wiretap that he was the
7    protector of the crew and he was there to translate for the
8    other pirates.  None of the evidence bears that out.
9           Chief Oleg Dereglazov again had similar wounds on
10   his arms.  "When I was tortured Shibin said, 'Forget my
11   name.'"  Shibin gave a speech when he was leaving and said,
12   "We are not going to stop.  This is a business."  And it is a
13   business, and it's a big business, ladies and gentlemen.
14          Shibin pointed at my crotch and said, "Next we can
15   tie you."  I told him, "You can, but you'll have to kill me
16   first."  What did the evidence show, ladies and gentlemen?
17   They tied Robin, Oleg's trainee, instead.  And you saw the
18   pain from his face when he talked about that.  It was worse
19   for him that it was his employee and not him.
20          The timing of the torture -- it all occurred during
21   the first week of September or the beginning of the second
22   week, a few days before Leon becomes the official negotiator.
23   But right before that the defendant uses one final play.  He
24   says, "The pirates have started something very bad.  They've
25   started torturing the crew.  They're tying plastic cables to

1    their balls."  That's five days after it happened.  He's not

2    reporting it as it's something that the company can do to fix

3    it, he's just using it in one last gasp to move the company

4    to finish the ransom negotiations because he knows he's

5    getting fired.  He's going to get demoted at that point.

6         Look at his relationship with other pirates.  All of

7    the victims said he ate with them, he chewed khat with them,

8    he laughed with them.  Even when the torture was going on.

9    That shows he's part of the group.  There is no issue the

10   defendant allowed crew members to use his cell phone to call

11   home, just as there is no issue that he forced those crew

12   members to tell their families to pressure the company to pay

13   more.

14        Chirag Bahri:  "Shibin came back from being gone for

15   ten days.  He had an Internet article about my parents.  He

16   made me call my mother.  He punched words into my mouth to

17   make my parents pressure the company into paying ransom.

18   That was the last time I ever spoke to my mother."

19        The payment is significant related to other pirate

20   jobs.  Remember how he describes the attack pirates?  He

21   says, "They will take a small skiff, you know, with arms, and

22   go sail deep.  They don't even know the reaction that will be

23   from the ship, if they will get killed, or if they will get

24   fired at or" -- you know, they are so wild that they have the

25   courage to do that.  These are the same men that are taking

1    out these ships with automatic weapons.

2         The defendant admitted he received $30,000 from the

3    FBI for being a pirate negotiator.  Remember, we had

4    Sarin-daaq on the stand, and he heard the defendant say he

5    received $50,000.  And in between that, some nine days later,

6    he deposited 370 hundred-dollar bills.  It would seem like he

7    got somewhere in between $30,000 and $50,000 to do this ship.

8    Where else is he going to get American hundred-dollar bills

9    to put into a new bank?

10        There is no issue that the defendant was paid.  He

11   admitted it to two FBI agents.  They recovered the bank

12   records.  Many pirates were paid from the Marida Marguerite.

13   Remember, we put into evidence that SAMI sheet, but that SAMI

14   sheet cannot possibly be a complete listing of all the

15   pirates.  You'll remember the testimony said about 120

16   pirates were there to get paid.  That list is only about 20

17   pirates, and there's a pretty big name missing of that list

18   besides the defendant -- Liban, the commander, who gets more

19   money.

20        Finally, the defendant never left this pirate

21   organization.  He got demoted, which meant being a guard.

22   And there's no issue at some point that when the other

23   members of his organization got upset with him for not

24   finishing that ransom they detained him.  Where's Ali?  Ali

25   is not connected anymore.  He's imprisoned in his cabin down

below.  That was on August 5th of 2010.  But, remember,
Captain Makane said the defendant told him to say this, so
it's not even clear whether or not he was under detention
then.

          And if you remember, in Exhibit 1-39, which is three
days later, he's back on the job negotiating the ransom.  So
he certainly wasn't out of favor all that long; although, he
did end up sleeping on the deck, instead of sleeping in the
chief officer's cabin now, and didn't get the choice khat
anymore.  That was part of the demotion, too.

          The crew witnesses agree the defendant was demoted
to a pirate guard and he carried an AK-47 now.  The defendant
threatened Sandeep Dengwhal with that AK-47 when Sandeep
would not fix a leak.  The detention and demotion did not
mean the defendant was not a pirate, it just meant he was a
less-important pirate.  He was still part of this
organization.  That's why he fought so hard to get his job
back.  It's better to be the negotiator than to just be a
pirate guard.

          We also had testimony from pirates of the Quest.
The first one was Jilani Abdiali.  He told you Liban, Hilaac,
Haji Khyr and Balixule were investors in the Quest.  "Jama
Abdikadir got us the boat."  He said, "Haji Khyr told me
Shibin was also an investor."  He's moving up the food chain
now.  He got a good payout from the Marida Marguerite.  Let's

try and get more on the next pirate mission.  Jilani freely
admitted, "My only thought when I became a pirate was to get
money."  Ladies and gentlemen, the evidence has proved beyond
all doubt this was all about money, and that's all it was
about.

        Sarin-daaq testified Liban, Hilaac, Haji Khyr and
Balixule were investors in the Quest.  Jama got the boat.  "I
picked up Liban, Hilaac and Shibin when they came off the
German ship to give them an armed escort out of Garaad."  Why
does the defendant need an armed escort out of Garaad unless
he's carrying that $30,000 to $50,000 in that plastic bag
everyone described?  And, remember, he had one of the crew's
laptops as well.  That could get robbed.  That's why he's got
an armed escort.  He's important in this pirate organization.
Sarin-daaq testified the investors pick the negotiator.

        Even Juguuf, who got on there today for the
defense -- and, remember, ladies and gentlemen, the defense
doesn't have to put on any evidence.  They have no burden at
all.  The government always bears the burden beyond a
reasonable doubt, but when they put on a defense it becomes
my job to comment on it.

        You can evaluate Juguuf.  You can tell from his
testimony he's given many statements to the government about
Shibin and other pirates, but one thing he agreed on with all
these other pirates is it was the investors that picked the

1    negotiator.  And when we get to the phone you'll see how
2    important that statement is that came out of the defense
3    witness's mouth.
4          The Navy begins to follow the Quest.  The pirates
5    say, "Call Shibin.  He's our negotiator," and they give the
6    defendant's number, 228675.  Does it make sense with all of
7    the might of the United States Navy coming down on them that
8    they would indicate the wrong guy who was going to help them
9    out, that they wouldn't have this set up ahead of time?  It
10   makes no sense at all.
11         There's no issue the pirates had Shibin's number,
12   even if it was not in the contacts in their phone books, as
13   Mr. Broccoletti brought out.  Because, remember, there's no
14   other way the Navy could get the number except from the
15   pirates at that point.  That's just not an issue.  They gave
16   the number to the Navy.
17         But let's take a look at that phone, because it is
18   an important piece of evidence, the phone behind that number.
19   Who are in the contacts?  Our old friends Jama Abdikadir and
20   Hilaac.  Jama Abdikadir provided the Yemeni boat for the
21   Quest attack, and here is Hilaac sitting on the SAMI list for
22   the Marida Marguerite, both in the defendant's contacts.
23         Who else is in his contacts?  Mohamud Haji Khyr.  He
24   was an investor on the Quest.  All the pirates, including
25   Juguuf, agreed to that.  He's the guy who was bringing on the

1    supplies.  Ladies and gentlemen, these pirate groups are

2    somewhat complex.  Everyone has their job to fulfill to reach

3    that end goal, to get that $5 million payout.  He's the

4    negotiator.  Haji Khyr -- he's the supply guy.  Liban?  The

5    high guy, the brains behind the organization.  And then other

6    people who have shares.

7            What's important is they're all in the defendant's

8    phone book.  Juguuf, one of the leaders from the Quest

9    attack, the guy who testified for the defense, all in this

10   phone.  What else is in the phone?  What else is in the phone

11   are the contacts the pirate organization had with this man

12   while the Quest was going on that showed he was right in the

13   middle of it.  It starts with Liban calling in or texting in,

14   "It's Liban."  This was on the day the Quest was taken.

15   Obviously, the defendant didn't get the message, because it's

16   followed up with, "Uncle" -- wise man -- "this is Liban

17   Abdurahman."  He wants a call back.

18           Of course, we know Liban from the Marida Marguerite.

19   He had some of the highest debts on the ship because he's a

20   commander.  He's probably paying for the khat, for the goats,

21   for everything else.  And that just gets settled up at the

22   end.

23           Hilaac chimes in:  "Call Hilaac at 255506."

24           Then another text comes through from the mystery

25   number:  "Sarin-daaq captured Americans."  And that's

1   important, ladies and gentlemen, the detail of that message,

2   because this is on February 19th, very early in the Quest

3   incident, and there's no possible way that the name

4   Sarin-daaq has gotten out there. That's intrinsic to the

5   pirate organization. That's someone in the pirate

6   organization telling someone else in the pirate organization

7   that Sarin-daaq is taking Americans.

8          What is the defendant doing? He's running searches

9   on Jean and Scott, 12 separate searches over the three days

10  associated with the Quest. He searched information to assess

11  the value of the hostages and who to contact for the ransom.

12  He's doing his job, just like he did his job on the Marida

13  Marguerite.

14         What else was in the phone? The exact same text for

15  other ships just a little bit earlier in the month. If you

16  look at Government's Exhibit 2-12 -- this is on February 11,

17  about a week before the Quest happened -- hijacked an oil

18  tanker, get the phone number, get the area code, find out

19  what the area codes are, get the contact information, and

20  most importantly, get the satellite phone number. We had a

21  lot of testimony from the stand. The satellite phone number

22  is important to one person in the pirate organization, the

23  negotiator, because they need control of that to negotiate

24  with the company. That's the same exact searches on those

25  ships as the Marida Marguerite -- as the Quest.

1           Ladies and gentlemen, one piece of evidence that I

2    would encourage you to look at is Exhibit 2-10 H.  What it is

3    is a chronological chart of the contacts between the pirate

4    commanders and this defendant over the course of the Quest.

5    It starts on February 18th, and it runs right through the end

6    of the Quest on February 22nd.  What does it show?  In the

7    four days the Quest was being hijacked the defendant made one

8    outgoing call and spoke with Balixule.  All of the pirates on

9    the stand agree Balixule is an investor in the Quest.

10          And that same day -- in that same four-day period

11   the defendant made 12 outgoing calls, received two incoming

12   calls and had eight contacts or conversations with the

13   mystery number, the number that said "Sarin-daaq captured

14   Americans."

15          In that same four-day period the defendant made

16   seven outgoing calls, received one incoming call and had two

17   times that he connected in conversations with Mohamud Haji

18   Khyr.  All the pirates agreed Mohamud Haji Khyr is a pirate,

19   and, uniquely, the defendant told the FBI that Mohamud Haji

20   Khyr is a pirate and, in fact, that he had offered him the

21   Quest job.

22          Same four-day period, 19 outgoing calls, received

23   one incoming call and had nine connections or conversations

24   with Liban Abdurahman, the head pirate on the Marida

25   Marguerite.

And in that same four-day period the defendant made
43 outgoing calls, received two incoming calls and had 14
conversations or contacts with Hilaac, the other pirate
commander from the Marida Marguerite.

The defendant made 82 outgoing calls, received 6
incoming calls and had 35 contacts.  And, yes, ladies and
gentlemen, some of those contacts were of a very short
duration, when you look at the chart, but when a criminal
organization is doing its business certainly they're not
going to want to spend a lot of time on the phone.  Sometimes
it's enough to make the call and say, "Yes, I've got the
number."  It takes about five seconds, all with known pirate
investors or commanders.

And remember, ladies and gentlemen, that's just on
this phone.  The defendant can have more than one phone.
Many of the pirates do.  But this is the phone that the host
nation forces found on him and turned over to the FBI.

So once he was arrested FBI Agents D'Amico and
Coughlin asked him about his involvement, and he gave a
different story with each agent.  The important difference
was D'Amico was in Somalia, on the defendant's home turf.
Remember, he testified that he searched him once.  He had no
money.  He never left custody, and all of a sudden he had
sixteen hundred bucks.  It's good to be on your home field,
ladies and gentlemen.

1          Coughlin was different.  He was on a plane back to

2    the United States.  Things were getting a little bit more

3    serious at that point.  He admitted to D'Amico that the phone

4    and searches with the Quest was his.  He stated he lost that

5    phone, conveniently, in Zambia a few weeks before.

6          He admitted that these searches were all his, and he

7    admitted he had an auto alert on his phone for piracy because

8    you had to know the number of people and the value of the

9    boat.  You only need that for one job in the pirate

10   organization.  That would be the negotiator.

11         "He admitted he knew Juguuf as a policeman in

12   Bossasso.  He told me he was going to visit pirates and that

13   Liban, the pirate boss, said Juguuf had joined the crew.  He

14   stated he ran these searches out of personal curiosity."

15   That's what he told the first FBI agent when he was on his

16   home turf.  Personal curiosity did not work, ladies and

17   gentlemen, and the defendant needed a new story.

18         He tells Agent Coughlin he knew Juguuf from an oil

19   company.  He did not know he was a pirate.  So already he's

20   inconsistent.  He did not know why Juguuf would give his name

21   to the Navy as the negotiator.

22         He had heard of Sarin-daaq, but he did not know him.

23   But we saw the text.  Why would the pirate organization be

24   sending him the "Sarin-daaq caught Americans"?  It's because

25   he's not being truthful with Agent Coughlin, either.

1           He received a call -- this is his testimony.  He
2      received a call from Haji Khyr offering him a job.  He did
3      the searches for two days, and then he called back to reject.
4      That's not personal curiosity, ladies and gentlemen.  Now
5      he's getting a little bit closer to the truth that he's
6      working within the organization.

7           How many calls did we hear on the Marida Marguerite
8      where the defendant said he was not a pirate and that he
9      hated them, that they were bone heads, that his life was in
10     danger, that he was a hostage, too?  It took him two days to
11     turn down the job?  Well, maybe the money is worth all that.
12     Or maybe none of those other things ever happened and that he
13     was part of this organization the whole time.

14          He said to Coughlin that he quit after two days
15     doing the searches, but if you look at that chart he's still
16     doing the searches three days later.  He's trying to pin down
17     the telephone codes for the Adams.

18          The pirates told him about Sarin-daaq the day after
19     he took the Quest.  There's no issue, then, that the pirate
20     organization somehow was in contact with the Quest.
21     Otherwise, there's no way they could be transmitting this
22     information to the defendant.  They're out in the middle of
23     the Indian Ocean, but the organization knows to tell the
24     negotiator that Sarin-daaq is the one that took the boat.
25     The evidence has shown this is a very sophisticated group the

1  defendant is working within.

2          And if the defendant's 35 conversations or contacts

3  with pirate leaders during the Quest hijacking have an

4  innocent explanation why does he tell two different stories

5  to two different FBI agents in two different days -- two

6  successive days, actually?  It doesn't make good sense,

7  unless he's hiding something.

8          And take a look at Defense 10.  That was all the

9  phone yield from beginning to end, not just the phone

10  contacts that were directly related to the investigation.  We

11  know the defendant deletes from the phone, right?  Balixule

12  is in there, identified as being the caller, but he's not in

13  the contacts, which means he later had to delete Balixule for

14  some reason in the time between when he made the call and

15  when the phone was taken from him.

16          And where is the phone?  He said he lost it in a

17  cab.  Ladies and gentlemen, if you look at the very first

18  screen shots on the phone he had that phone for four years.

19  But he managed to lose it in the few weeks between the time

20  the host nation forces take it and give it back to him and

21  he's arrested?  It does not matter that there are only two

22  calls to Haji Khyr during the Quest hijacking.  There are

23  many more calls to Liban, Hilaac and the mystery number and

24  Balixule.  This is one big organization working together.

25  And remember from the testimony of the pirates, Haji Khyr is

1    actually lowest on the food chain.  He's the supply guy

2    getting stuff for the boat.  The people making the decisions

3    are much more likely to be the ones the defendant has more

4    conversations with.

5            The defendant could have had another phone.  Many

6    pirates do.  And remember he said that he used that phone to

7    turn down the job after two days of doing those searches.

8    Does anyone make 82 calls to turn down a job?  And remember

9    what the defendant said about the pirates on the Marida

10   Marguerite wire?  That they were so mean that he didn't want

11   to give them any bad news.  Why would you call people you

12   didn't want to give bad news to 82 times to turn down the

13   job?  That doesn't make a lot of sense, either.

14           And now why is he on a third story, ladies and

15   gentlemen?  Remember, the Judge told you from the very

16   beginning openings are not evidence, but they do contain

17   words, and they're important.  The defense contended in the

18   opening that he could not do the job because he was going on

19   vacation.  There's no evidence of that in the record.  The

20   defense told you in the opening that there are two sides to

21   every story.  But with Shibin there are many stories to his

22   side, and that's the problem with his defense.  Journalist,

23   NGO, hostage, curiosity, didn't take the job -- all of these

24   have been thrown out by the defense as a lifeline.

25           The defendant opened on that he was an investigative

1    journalist who just didn't accept the job.  The problem with

2    this story -- or having any evidence of this -- is that he

3    never told the company, crew or FBI he was a journalist.  The

4    first time anyone heard about that was in the opening.

5    There's no evidence of journalism.  If you look at his screen

6    shots for his searches, what journalistic value would any of

7    these searchs have?  They're much more important for

8    ransoming ships.  Why would the value of the vessel be

9    important to anyone but a pirate?  And remember, at least for

10   these searches he admitted they were piracy to Agent

11   Coughlin.  There's just no evidence of any journalism.  The

12   other searches were similar -- or some of the other searches

13   were similar for this Italian ship.  And, once again, what

14   use is a satellite phone number going to be for a journalism

15   story?  It's really important for a pirate negotiator,

16   because it allows you to call the company to demand ransom.

17          There's no issue, ladies and gentlemen about the

18   quality of information the defendant received back.  If you

19   look at his searches, he didn't do the best job of doing

20   them.  He got Jean and Scott's last name wrong from the

21   get-go, and that later came back with more information which

22   led him to Maryland.  They're not from Maryland, they're from

23   California.  But remember who your audience is.  Your

24   audience is your pirate commanders who don't speak English.

25   "Yeah, Boss, doing the searches, getting information.

1    They're Americans.  They're from Maryland."  Don't get caught

2    up in the quality of the information that he was getting

3    back.  What's important is the fact that he's doing these

4    searches in the time frame of when the pirates are holding

5    the Quest and getting "it ready for ransom, when that

6    organization is working.

7           For the journalist he was an NGO hostage.  Call 231:

8    "I work for a local NGO, a human rights NGO in this area.  I

9    volunteered to do this job."  That's the very first call on

10   the wire, ladies and gentlemen, that was played.

11          "I want to continue my work as a human rights

12   advocate.  I have already made proposals to so many NGOs to

13   help reduce the number of piracy in Somalia."  Now he's going

14   from working for an NGO to being a human rights advocate to

15   reduce piracy.  "I'm calling from Marida Marguerite ship.

16   Can I get your name?"  "My name is Ali Jama.  Yes, my name is

17   Ali, Ali Jama.  You can call me Ali anytime."  Why would an

18   NGO give a false name during negotiations?  Remember, the

19   only evidence you have of this man's name is his passport and

20   his banking records, and none of them come back to Ali Jama.

21   His name is Mohammad Shibin.

22          Call 37:  "What kind of NGO is that," the company

23   asked.  "We -- we -- we -- we work for human rights because

24   in Somalia human rights are abused."  He never gives a

25   detailed answer.  If you worked for an NGO certainly you'd

1    know what they did and what the organization was called.  He
2    never tells Agent D'Amico about being in an NGO; he never
3    tells Agent Coughlin about being in an NGO.
4         Call 787:  "The commander is with me now.  I have
5    asked him please" -- "the question, Mike.  He says we are not
6    going below 6 this time, he says."  Remember, ladies and
7    gentlemen, this is when the defendant actually upped the
8    ransom on where Leon was.  Leon was between 5 and 5.6.  Now
9    we're going back up to 6 million.  And Mike says, "That
10   doesn't make any sense."
11        He follows on with, "What is Leon's demand?  Tell me
12   so either we will make it better, if his demand is harsher
13   than ours."  Look at how he's describing himself at this
14   point, when he's upping the ransom:  "Tell me so that we can
15   either..." "So we will make it better," "If it's harsher than
16   ours..."  He's not distancing himself from the pirates
17   anymore because he's close to the end of the negotiations.
18   He's going to get aid.  An NGO would never say "we" and
19   "ours."  It makes no sense.
20        "Well, no, the demand I got from Leon is much
21   lower."  What kind of NGO ups the ransom amount later in the
22   ransom negotiation?  NGOs are supposed to help the situation,
23   not make it take longer.
24        Also in call 231:  "I volunteered to do this job,"
25   he says.  But, as the evidence showed, by the end he just

1    wants to get paid.  He even wants to squeeze the company to

2    pay him more.

3           Call 965:  "Don't you think I deserve some kind" --

4    "some kind of rewarding from the other side?  It's your moral

5    obligation.  You know, it depends on you."

6           And he writes in fax 175:  "As communication

7    facilitator between you and the pirates, please kindly

8    allocate for me some money for the services I have rendered.

9    Best regards, Ali."  That's not a volunteer.  That's not an

10   NGO.  That's a pirate trying to squeeze more money out of a

11   victim.

12          Call 967:  "I am worth giving.  You know, if it's in

13   my name, a gift from the company to the mediator, that will

14   be fine.  Because they're not willing to give me, you know,

15   money."  The pirates were going to give him money.  He got

16   somewhere between $30,000 and $50,000.  He's just hoping to

17   get a little more.

18          The ransom was dropped in hundred-dollar bills.

19   That's 1-1 N.  The company paid out $5 million to this pirate

20   organization because of the hard work of this defendant.  He

21   took that money and he deposited it in a bank, where he

22   opened an account.  What kind of NGO volunteer gets $37,000

23   from the pirates?  Once again, the defense opening was he got

24   that money from tribal elders and it was a mistake.

25   Absolutely no evidence in the record, ladies and gentlemen,

1    of that.

2         "I got paid by the pirates for negotiating the

3    German vessel Marida Marguerite."  That's what he told

4    D'Amico, that's what he told Coughlin when he met with them.

5    He's not a volunteer in an NGO.  And if he was an NGO, why

6    would he refuse to help the Americans on the Quest, right?

7    If you're an NGO you should help everybody, because you're

8    there to help.  But instead he told Agent Coughlin, "Yeah, I

9    looked at it for two days.  No, not going to do it."  That's

10   not an NGO.

11        The defendant also claimed he was a hostage on the

12   water.  "I think they're afraid I may not come back; if I go

13   down I may not come back.  Really it's kind of a confinement

14   for me, too."  But when you look at Government's Exhibit 126,

15   "The owners neglect this.  I will simply go ashore with a

16   clean and clear conscious."  That doesn't sound like a

17   hostage.

18        Call 55:  "You're always on the ship, is it, or" --

19   "Well, sometimes I go out in the daytime and sometimes in the

20   evening, but I come back."  That's not a hostage.  Then, of

21   course, we have him leaving for ten days.  "Dear Rajesh:  I

22   have left the ship this morning.  I don't know if I'm coming

23   back.  Anytime you need my help, just give me a call.

24   Regards, Ali."  Doesn't sound like a hostage.

25        And the German police on the ship found the vacation

1    slip, five days of vacation for Shibin.  Now, remember, in

2    the defense opening this was forced medical leave.  No

3    evidence in the record of that.  And look at the names of the

4    people that went on vacation with Shibin -- or at the same

5    time.

6            Faraad Dheere -- he's on that SAMI list.  He shared

7    in the profits.

8            Bashir Dumad -- I would argue Bashir Dumad -- he was

9    on that list and got money.  And, remember, Jilani told you

10   that Bashir Dumad was there in that hotel with them as they

11   were all chewing khat when Shibin was off the ship.  Kind of

12   makes sense he's going on vacation with them.  And when you

13   look at Government's Exhibit 1-29, that SMS or text message

14   was the same day.  He gets vacation leave, and he goes on

15   vacation that same day, June 30th.

16           They also recovered these pay sheets.  You had to

17   cover your expenses on your boat.  Here we have Liban

18   Abdurahman.  He had $8,100.  And then, of course, we have

19   Shibin, and he has a $200 debt.  Hostages generally don't

20   have to pay debts -- that doesn't make any sense -- with

21   other pirates like Liban Abdurahman.  Do employees have to

22   cover their debts sometimes?  Sure, they do.

23           Call 967:  "I will be the last person who will get

24   out of the ship, because when I get out of the ship I'm going

25   to call you to tell you that all the pirates are out, all the

Heidi L. Jeffreys, Official Court Reporter

1   arms and ammunition, including explosives, are cleared out of
2   the ship.  Then I will be the last man to go and get into a
3   skiff and depart the ship."
4           If you're a hostage and you're going to be the last
5   person off the ship then why not go home with the captain,
6   the chief and the engineers from the Marida Marguerite?  I
7   mean, if he's the last guy off the ship the only people
8   leaving the ship are the pirates, so you would have been
9   hopping on with the other pirates.
10          Now, of course, Chirag Bahri said that he was
11  hopping on that ship with a bag that the captain and the
12  chief said was full of money and had a laptop, but he's not a
13  hostage at that point.  He never was.
14          And look at his final demands, Government's 174:
15  "We hereby agree that we will leave for good the vessel after
16  you pay us $5 million."
17          And from Government's Exhibit 1-1 C, none of the
18  real hostages -- those were the Indian crewmen -- got a
19  single cabin for themself cleaned by the crew of the Marida
20  Marguerite.  Remember, we had testimony from multiple
21  witnesses that said, "If the defendant said, 'Clean my
22  cabin,' it got done by the crew."  That's a member of the
23  pirate organization.
24          This is the same guy who blew through half his
25  pirate money in less than two months -- $18,000.  And,

1    remember, he had told Agent Coughlin that he had lost his

2    job -- and, I think, D'Amico -- that he had lost his job with

3    the oil company 18 months ago.  But look how he's spending,

4    right?  He deposits the pirate money on January 8th of 2011,

5    and in less than two months he's blown half that money.  It's

6    just flying out of his account.  That spending is

7    inconsistent with being a nonprofit person, with being a

8    free-lance journalist person, but it is consistent with a

9    pirate negotiator who knows his next big score is just off

10   the horizon.

11          And he admitted to Agent Coughlin that he'd spent it

12   all; that there was no money left by the time the FBI

13   arrested him.  Remember from the wire the defendant's motto

14   is survival of the fittest.  That's the rule in Somalia.

15   "The commander is right beside me.  He's listening to what

16   I'm saying.  He's worried I may manage some kind of money out

17   of this."  When things are not going his way the defendant

18   puts his interests above everybody else's.  That's survival

19   of the fittest.

20          At the end of the negotiations he says, in 967,

21   "When I go back to my normal life I will be able to send you

22   e-mails and give you episodes of my stay on board.  Plus the

23   leaders -- you can recognize their names and faces."

24   Everything is a bonus, and he says it without condition.

25   He's trying to squeeze more money out of the company because

1    there was a condition.

2         Earlier in call 967 he says, "Please, can you do

3    something with the air drop?  You know, if it's in my name, a

4    gift from the company to the mediator, that will be fine.

5    I'm not a lion, I'm a gazelle.  I'm like the crew, you know."

6    Of course the offer to help the company is tied to a payment.

7    He's just trying to squeeze more money out of them.

8         And it's important in Government's Exhibit 1-48 A,

9    which was the other text message, where he says, "Mike,

10   either pay the pirates or initiate the rescue operation.  I

11   will cooperate without reservation."  The date?

12   September 13th, 2010, what was going on then?  It's one week

13   before he's replaced by Leon.  He can see the handwriting on

14   the wall.  He's going to take his ball and go home because

15   he's not happy he's getting replaced.

16        And he does it again, ladies and gentlemen.

17   Remember Oleg Dereglazov?  "The defendant approached me and

18   offered me $100,000 if I could move the ship and I could turn

19   it into a mother ship."  That was on the first day of

20   testimony, ladies and gentlemen.  This conversation was

21   during the first week of December, when Leon is down between

22   5 million and 5.6 million.  It's just about done.  Remember,

23   Captain Makane testified that he had talked to Leon and Leon

24   said, "We're just about done."

25        The defendant has another plan.  Let's turn it into

1   a mother ship.  That will fix Leon.  We can make more money.

2   "I told him 'You could pay me a million dollars; I still

3   can't move the boat.'  I was not going to turn the Marida

4   Marguerite into a pirate ship."  The chief is just not going

5   to do that.

6           Where does the defendant go next?  "The reason I

7   call you now is to officially tell you that Leon has been

8   stopped from contacting you.  I mean, he's not in charge of

9   the Marida Marguerite negotiations.  Speak to the captain."

10  "The commander has changed Leon with Ali, so Ali will be

11  negotiating with you now."  That's his next move on December

12  8, the end of the first week of December, right?  If he can't

13  turn it into a mother ship, "I'd better be a negotiator so I

14  get paid."

15          In the defense opening he could not negotiate the

16  Quest because he was going on this vacation to Zambia.  As

17  Leon proved, though, you can negotiate using only a phone,

18  right?  He said it was a three-way call he was doing with the

19  captain of the Marida Marguerite.  There was nothing in the

20  record, no evidence the defendant was going on vacation, only

21  that he applied for a visa before the Quest was hijacked.

22  And he did not book the ticket until after the U.S. Navy

23  retook the Quest and the ransom opportunity was lost.  And

24  the defendant could have just canceled his vacation.  Many

25  people do that because they have to work.  That's normal,

1    probably even for pirates.

2            This is the same guy who, not once but twice,

3    removed a more experienced negotiator from the negotiations,

4    and he's saying he's not part of this organization?  The same

5    guy who lost his job with the oil company, the same guy who

6    used his pirate money to get a bank account, the same guy who

7    the Quest pirates say was their negotiator, the same guy

8    whose personal cell phone number was given to the Navy as the

9    negotiator for the Quest by the pirates, the same guy who

10   received a text that Sarin-daaq had taken the Americans, the

11   same guy who did all of those Internet searches that would

12   have allowed him to conduct the ransom of the Quest, the same

13   guy who did all those same searches on other hijacked ships,

14   like the Italian one, the same guy who told the FBI two

15   different stories about why he did those searches.

16           Agent D'Amico was "personal curiosity," Agent

17   Coughlin was, "I was seeing if I wanted a job, and I decided

18   not to take it."  This is the same guy who has put forth

19   ideas that he's an NGO, a hostage, and suggests he's a

20   free-lance journalist who is just trying to help out with the

21   piracy problem.  And he told the FBI that he would not help

22   four American citizens because, as he now suggests, he was

23   going on a vacation?  Those two things just don't make sense.

24           So how does the defendant get the job as the Quest

25   negotiator?  Leon told us.  He said, "Mike, let me tell you

1    about pirates.  They don't care about the company.  The

2    problem is the pirates are going to get what they want from

3    the ship which is under their control.  Otherwise, they don't

4    care about anything they offer unless they get the money."

5            And the defendant confirmed this in call 231.  "Most

6    of the pirates are youngsters.  Their motive is not a

7    political motive, it is not a religious motive, it is just a

8    money motive."  For the defendant it is not about the crew.

9    They are just money.  That's all he sees them as, dollar

10   signs.  That's why he ups the ransom to $6 million at the end

11   of the negotiations, because he is going to force the deal to

12   close and be the one who closes the deal.

13           Who is the commander going to pick at that point?  A

14   strong negotiator, one who is going to get the job done.  No

15   wonder he forced Leon out, because he's a hero to those

16   pirates, by his own definition on the wire.  "If, for

17   example, I were" -- "if I managed to finish the settlement

18   between the owners and the pirates with, for example, more

19   money than the ones that other mediators have managed for the

20   ships they were dealing with then I will be called hero."

21           Of course, Liban Abdirahman and Hilaac are going to

22   use Shibin on the next boat they get, which is the Quest.

23   That was only about seven weeks later.  So just because he

24   has a visa for Zambia and no plane ticket there is no

25   evidence he was not right in the middle of getting ready to

1   negotiate the ransom for the Americans when the Navy retook
2   that ship -- no evidence.
3          The defendant, the evidence has shown, was not
4   truthful with the company, with the crew, or with the agents
5   from the FBI.  None of his stories make any sense in the view
6   of the evidence that you've heard from the stand.
7          Call 92:  "Take care.  I always take care of them.
8   Look, you may not believe me now, but when the ship is free
9   and when they are free, too, they will tell you.  You will
10  know that's what kind of person I am."  The defendant thought
11  he would be long gone when the crew would be able to say what
12  kind of person he was.  You had an opportunity to do that
13  from the stand with five of them.  The evidence showed what
14  he did to that crew.  It shows what kind of person he is.
15         When the defendant started as a pirate he controlled
16  all of the information and kept the company in the dark.
17  That's how these negotiations work.  The company needs to be
18  afraid for the crew.  They need to be pressurized to pay more
19  money if it's going to work.  But once you leave the crew
20  it's a totally different situation.  They're the ones that
21  told you what kind of person he is.  That crew is just money
22  to him.  He does not care what happens to them as long as his
23  organization and he himself get paid.
24         When the defendant was confronted about his role in
25  the Quest he hid behind the phone.  He said it was for

1   personal curiosity, or, if it wasn't for personal curiosity,

2   "Maybe I thought about doing it; maybe I thought about not

3   doing it."  But to the defendant the reason he's doing those

4   searches are Scott, Jean, Bob and Phyllis.  They're no

5   different than those Indian crew members.  They are just

6   money to this defendant, and if that boat he had gotten

7   back it would have been business as usual at that point.  And

8   when he realized he couldn't make any money out of the Quest

9   because the United States Navy took the boat back, he left

10  Somalia.  And when he was caught he had two different stories

11  to try and cover his tracks.  It's just that simple, ladies

12  and gentlemen.

13          Now, Mr. Hatch told you at the beginning of this

14  case that it was going to take you around the world, and it

15  did take you around the world.  Unfortunately, it was a very

16  sad trip.  When you treat people like money, people are going

17  to get hurt.  The defendant said what his definition of

18  courage was; that these are people that go out with guns and

19  rocket launchers and attack ships and take them.  He says on

20  the wire that it 's survival of the fittest.  That is not

21  courage, that is cowardice.  Courage is working together.

22  Courage takes many forms.  It can be as simple as coming to

23  an American court and testifying in another language.  That's

24  very hard to do.  It can be as simple as coming to an

25  American court and telling about your relatives who have

1    passed away.  It can be as difficult as going to Somalia and
2    arresting a pirate.  You heard from Agent D'Amico that it
3    wasn't clear they were going to get him out of this, but he
4    was willing to go and do that because it is just that
5    important.
6           Courage is working together as a crew.  No matter
7    what this defendant threw at the engineers of the Marida
8    Marguerite, they persevered.  They made water to survive.
9    They fixed that boat and got out of there.  That's the
10   difference between pirates and pirate organizations like this
11   man belongs to and the rest of society.  It's going to take
12   one world to get this done; Germans, Ukrainians, Indians,
13   Americans.  And as the evidence has shown beyond a reasonable
14   doubt, this man is guilty of being part of a pirate
15   organization.  Send a message to him that this behavior will
16   not be tolerated, and send a message to the organization that
17   if you work for the pirates you are not beyond the realm of
18   justice.  As Mr. Hatch told you in the opening, it is
19   priceless.
20          Thank you for your time, and please listen to
21   Mr. Broccoletti now.
22          THE COURT:  We'll take a five-minute recess, ladies
23   and gentlemen, and come back to hear Mr. Broccoletti.  We
24   need a break.  I don't want to interrupt his argument.
25          Everyone please rise while the jury retires.

```
 1              (The jury withdrew from the courtroom.)

 2              THE COURT:  We'll take five minutes.

 3              (A recess was taken.)

 4              THE COURT:  Please remain standing.

 5              Bring in the jury, please, Ms. Richardson.

 6              (The jury entered the courtroom.)

 7              THE COURT:  You may be seated.  Let the record

 8    reflect the entire jury has returned.

 9              All right, Mr. Broccoletti.

10              You've used 57 minutes.

11              MR. DEPADILLA:  Thank you, Your Honor.

12              THE COURT:  Okay.

13              MR. BROCCOLETTI:  May it please the Court, counsel.

14              I'd like to thank you for sitting with us for two

15    weeks.  It's been a significant inconvenience to you and to

16    your lives.  I recognize that.  Everyone in the courtroom on

17    both sides of the aisle recognizes that.  It's the greatest

18    service that you can do, as the Court has told you.  It's the

19    greatest service that you can do as a citizen, to sit on a

20    jury in judgment of a fellow human being, whether you be an

21    American or whether you be a Somalian.  And I know that's

22    very difficult for you, and I thank you for taking the time

23    and listening to the hard, difficult evidence.

24              I would hope that nothing I have said during the

25    course of the trial, I would hope that no questions that I
```

```
1   asked during the course of the trial, I would hope that no
2   comments that I made during the course of the trial were
3   offensive to you nor towards the victims of these crimes.
4   Because clearly there are crimes, and clearly there are
5   victims.  There is no question about that.  Mr. DePadilla is
6   absolutely right.
7          And it's very difficult as a lawyer, as I'm sure you
8   can imagine, as it's difficult for a juror, as you, to be
9   able to sort through this and to go through this.  And,
10  ladies and gentlemen, I've been doing this for a long time.
11  This is a tough case.  No if's, and's or but's.  It's a tough
12  case for me; it's a tough case for you.  And it's a tough
13  case for you because you've had to be able to listen to
14  things, and you're going to now be called upon to sort
15  through the evidence.  You're now going to be called upon to
16  sort through the facts and the circumstances as you find them
17  and separate the very deep and troubling emotions and anger
18  that you must have as a result of what happened to both the
19  crew of the Marguerite as well as to the families on the
20  Quest.  And that 's a difficult thing for you to do, but, as
21  Judge Doumar has explained to you at the beginning of this
22  case when he explained to you the history of a jury and the
23  significance and importance of a jury, we are judged as a
24  society by how we judge those who are the lowest, who have
25  the least, who are not from this country.
```

1              Our core values as a country and our core values as
2      a jury are devoted to the rule of law and, as Mr. Hatch said
3      at the beginning of the case, to justice.  Because that's
4      what we're here to see, justice for all concerned in this
5      particular courtroom and in this particular case.  And it
6      would be so simple, as I said to you in the opening, for you
7      to just throw the key out and say, "Why are we even looking
8      at this case, the evidence is so overwhelming?  Why are we
9      even considering all these facts?  Why are we listening to
10     that lawyer who can't operate the computer system?  Why are
11     we doing these things when we know what the facts are?"  But
12     you as a jury are charged with the task of determining what
13     those facts are, putting aside the emotion, putting aside
14     what anger you may feel about what happened to these people,
15     and judging what the facts and the circumstances are in this
16     particular case.
17             And, so, from the beginning I'm telling you this is
18     a tough case.  It's a tough case for you because you have got
19     to rise above that level of emotion, because you have got to
20     rise above that level of saying, "Well, he's just a
21     Somalian."  You have got to rise above that level of saying,
22     "Well, he's just this person from another country that
23     doesn't even speak our language."  We are better than that.
24     You are better than that.  And that's what makes this country
25     so great, and that's what makes you as jurors, each of you --

```
 1   you weren't just picked at random.  We had, what, 80 people
 2   that were here?  There is something about you as an
 3   individual, about your background, about your history or
 4   about your characteristics.  There's something about you as a
 5   person, whether it be your education, whether it be your
 6   employment, whether it be your family, whether it be -- what
 7   you bring to this table is special.  What you bring to this
 8   courtroom is special.  Each of you as an individual is
 9   special, and each of you as an individual must vote on this
10   case.
11        Collectively, the Court will tell you, you as a jury
12   must reach a verdict that is unanimous on each and every
13   count.  However, each of you individually is tasked and is
14   charged with the responsibility of keeping your own moral
15   conscience, keeping your own fiber, keeping your own strength
16   as to what you view the evidence to be.  And, so, each of you
17   individually are judges, as Judge Doumar has told you.
18   Collectively, you as the jury are the judges of the facts,
19   but each of you individually bear that strength, that
20   responsibility and that duty, and I ask you in this
21   particular case to apply that, as difficult and as hard as
22   that may be.
23        I'd also like to take this opportunity to
24   congratulate the government, all these four men sitting here
25   and all the agents that are involved.  They've done a
```

1    magnificent job in assembling all of the wiretaps and the

2    phone records, traveling to Somalia, interviewing the crew,

3    all of those things.  It's a very difficult case for them to

4    put together because it does come from all four corners of

5    the world.  And I would like to think that we are all

6    professionals in this building, so when you see counsel

7    talking amongst each other there's no animosity.  I mean

8    there's no anger between us.  We're professionals, and I

9    would like to think that we act as professionals and have

10   treated each other as professionals.

11          Despite the fact that they have done a magnificent

12   job in assembling the evidence, you have to individually

13   judge what that evidence is and determine whether or not that

14   evidence is sufficient beyond a reasonable doubt to conclude

15   both of these cases.  And Mr. DePadilla during the course of

16   his arguments to you has taken great pains to put these cases

17   together and basically to have the train, have the engine and

18   the caboose.  And these charges and these cases drive each

19   other and are connected to each other, but they're not.

20          As the Court will tell you in the instructions, you

21   are to consider each count in each case separately.  And just

22   because there may be facts and circumstances within one case,

23   that does not taint, spill over and affect your determination

24   on the other cases.  Each one has to be determined

25   individually.  And why do I say that?  Well, because as we

1    saw through his presentation on the computer, so many

2    recitations to Hilaac, to Liban, and if they're in the

3    Marguerite and therefore they're in the Quest, and,

4    therefore, if the defendant was on the Marguerite therefore

5    the defendant is on the Quest.  Well, two plus two doesn't

6    always equal four.  And don't think that because certain

7    circumstances are present in the Marguerite they're similar

8    and of the same nature and character that are in the Quest.

9           And I want to start with you with the Quest.  That's

10   where we finished, and that's what's probably freshest on our

11   minds.  And then from that then we'll turn to the Marguerite.

12   And I promise I will try not to take 57 minutes, because

13   you've heard us for two weeks.

14          The case revolves so much about these phone records

15   and the texts and things of that nature because that's really

16   what the -- those facts and those circumstances are

17   indisputable.  In other words, I can't hold up this phone

18   record and cross-examine it.  It's a document; it exists.

19   These calls were made or these calls weren't made.  It's

20   different from a person, because you can determine the

21   credibility of an individual.  And we're going to get into

22   that in a few minutes.  But when you look at the phone

23   records they're objective.  They're unbiased.  They don't

24   lie.  They've got no dog in the hunt, so to speak.

25          And I urge you -- Government's Exhibit 2-10 H -- to

study this document carefully.  Because while there may have
been a number of different conversations that occurred -- or,
excuse me -- a number of different phone calls that were
made, as I asked the last agent that testified, Mr. Blitzer,
how long were these calls for?  All right.  The first call to
Khyr on the 17th of February -- 77 seconds.  Do you make an
agreement to hijack a boat and then agree to be the ransom
negotiator for that boat in 77 seconds?  I don't care if
you're from New Jersey, New York or Philadelphia.  You can't
talk that quick.  There's just no way to be able to make such
an agreement in that short period of time.  But yet if this
man is the key player, if Khyr is a key and the linchpin
among all of these, where are the other phone calls, okay?
There is one other call to him on the 19th which lasts 80
seconds, which is two days afterwards, which is consistent
with what the defendant's statement was, "I called him two
days later."  But other than that there's really nothing.

          There are texts that come in from Haji Khyr.  And
what are those texts?  "Uncle, call me."  We had a lot of
laughs about "uncle" today, and we'll talk about that in a
few minutes.  But, "Uncle, call me."  Does he call him?  No.
Haji Khyr on the 22nd:  "Uncle, please send me an easy ten
now for the radio that I bought."  On the 23rd:  "Uncle, were
you hurt this morning?"  No responses from the defendant, no
phone calls from the defendant.  Certainly no texts that

1   contain any information about piracy.  None of those words
2   are connected, or codes or anything that involve piracy.
3        Okay.  The phone call says, "Liban."  How many of
4   these were completed?  You have one call on the 20th -- you
5   have two calls on the 20th, one for 26 seconds, one for 23
6   seconds.  Is that voicemail?  Do they even have voicemail in
7   Somalia?  I don't know.  The agent wasn't able to testify to
8   that.  Another call for 38 seconds.  Another call for 35
9   seconds.  92 -- excuse me.  136 seconds.  That's the longest
10  call that's there.
11       What can you talk about in 36 seconds?  What can you
12  talk about that establishes the depth and breadth of this
13  particular conspiracy and these particular acts?  And if
14  these calls are indicative and corroborative and supportive
15  of the fact that these calls occurred, these calls are going
16  to be a lot longer.  They're going to be substantive.
17  There's going to be much more that's discussed within that,
18  much more time spent that's within that.  It's not there.
19       All right.  How about to Hilaac?  Well, we've got a
20  bunch of calls that are tried to be made to Hilaac; 100
21  seconds, 160 seconds -- which is the longest one, according
22  to the agent -- 92 seconds.  Again, these are the records
23  that are unbiased and objective and that don't lie, and do
24  these records, in your mind, after you conclude or consider
25  all of the evidence -- do these records to you demonstrate

1    the existence of a conspiracy that this defendant entered

2    into to be the negotiator on a pirate ship?  I'd suggest to

3    you that they do not.  They're all members of the same clan.

4    They're all members of a subclan.  Apparently, that's all

5    there is to talk about in Somalia, is piracy.  I mean, nobody

6    else seems to be talking about anything that's over there.

7    None of the news reports seem to be about anything but

8    piracy.  So what else are they going to talk about, their

9    family?  We don't know.  It's pure speculation to think that

10   you know and that the government knows what's in those phone

11   calls -- pure speculation.  It's not like on the Marguerite,

12   where you actually have the phone calls that you've listened

13   to.  Pure speculation.

14          With respect to the text messages, you have those

15   here.  "Uncle, call me."  This is Liban.  Nothing about

16   piracy discussed in any of the texts, things that you can see

17   and read and that are objective and that are unbiased.

18          Then you look at Defendant's Exhibit 10, which are

19   all the other phone calls that are made during the course of

20   this time.  And on the 17 th and on the 18th, on the 19th

21   he's calling a lot of people, people that have nothing to do

22   with this case, people whose names have not been introduced

23   at all in any way, shape or form in anything.  So the

24   defendant is using his phone to make many, many, many, many,

25   many phone calls, and you'll see them in Defendant's Exhibit

```
 1   10.
 2          Likewise, in Defendant's Exhibit 9 you'll see the
 3   searchs that he made, the searches that he made about the
 4   different news articles and ships and things of that nature
 5   that go back weeks before the Quest was taken.  And
 6   Mr. DePadilla says, "Well, look how significant it is that
 7   he's looking for the satellite phone for the Italian ship,
 8   because the satellite phone is the way that you contact the
 9   ship."  All right.  Where's the contact?  Did he ever call
10   the ship?  You heard from several of the people that the way
11   that the pirates operate in terms of the negotiator is that
12   the negotiator is chosen after the ship is seized because
13   then the negotiator talks to the ship, tells the ship captain
14   where to go, and starts to determine what the value is.  Do
15   you see any phone calls from the Catalina -- the Italian ship
16   to the defendant's phone?  You see none.  You see nothing.
17   You see no connection whatsoever.  You see a random search.
18   You see it -- whether it be curious, whether it's a morbid
19   curiosity, whether it's a news report, whatever the
20   circumstances may be, you see these searches for these
21   articles, but you see absolutely no connection and no
22   following up on any of that.  There's nothing that
23   demonstrates to you in this evidence that any of those
24   calls -- or, excuse me -- that any of those searches related
25   to any attempts to contact any of those people or any of
```

1   those ships or anything -- anything.

2          And, so, Defendant's Exhibit 9, which has been shown

3   to you, I would suggest to you is indicative of what the

4   defendant's time spent was, whether it's time spent twiddling

5   his thumbs, whether it's time spent doing 111, whether it's

6   time spent doing Facebook.  Whatever the circumstances are,

7   it's indicative of the time spent, because there's nothing to

8   corroborate, confirm or connect any of those ships to any

9   particular activity.

10          But we've got Sarin-daaq, and we've got Jilani, and

11  the only evidence that connects this defendant, direct

12  evidence that's been introduced into this record with

13  anything to do with the Quest is Jilani -- the only evidence.

14  Jilani, who how many times said, "God bless their souls"?

15  Jilani, who was the religious man and the psychic, who

16  boarded the boat to pray for everybody that was on the boat.

17  Jilani, who was the pirate without a gun.  Ever heard of such

18  a thing; a pirate without a gun?  Jilani, who took the stand

19  and testified that one day on the beach in Garaad, when they

20  were in the Yemeni Dhow, he had a conversation with

21  Balixule -- who obviously is not here and obviously has not

22  testified -- that Balixule told him that the defendant was an

23  investor.  That's it.  That's the only direct link that you

24  have between this defendant and the Quest in any way, shape,

25  or form.

```
 1              It's up to you to determine the credibility of
 2     Jilani.  It's up to you to determine the believability of
 3     Jilani.  And "credibility" is just a lawyer's word, and the
 4     Court will instruct you at a later point about how you do
 5     that, but there's no rocket science with that.  There's no
 6     magic to that.  You do that every day in your lives.  You do
 7     that when you talk to your sons and your daughters.  You do
 8     that when you talk to your significant others.  You do that
 9     when you're at the job and you're talking to people.  They
10     may tell you something, but do you believe it?  Do you
11     believe it?  And that's what we do as people.  And what you
12     do as jurors is no different than that.  Do you believe that
13     guy?  Do you have the trust, the faith, the confidence in
14     that man, Mr. Jilani, and what he said, to be able to find
15     that this defendant, beyond a reasonable doubt, was an
16     investor on that ship?  Because that's the only evidence that
17     links him to the Quest, Jilani's statement that he was an
18     investor.  You don't have Balixule; you don't have anything
19     else.
20              Yet you have today Juguuf.  And Juguuf told you who
21     these investors were, and Juguuf told you about the meetings
22     with the investors, and Juguuf told you that the defendant
23     was not present at any of those meetings.  But I'm sure the
24     government will stand up here and say, "Well, Juguuf is not
25     believable."  Why?  Because he's not a government witness?
```

1   Just because you've suddenly become a government witness do

2   you become believable?  Do you become cloaked with some type

3   of recognition of trustworthiness?  Do you wear a badge that

4   says, "I'm honest and I'm a government witness?"  I don't

5   think so.

6           And think about that.  You have Jilani, you have

7   Sarin-daaq, that have testified for the government with a

8   plea agreement, you have Juguuf, who has testified for the

9   defense with a plea agreement.  I can't do anything for

10  Juguuf.  I can't file a motion.  I can't cause the Court to

11  consider a reduction in his sentence.  He's got absolutely

12  nothing to gain by testifying for the defendant -- absolutely

13  nothing to gain.  I can't do anything to help him.

14          Jilani and Sarin-daaq are different, though.  You've

15  seen the plea agreements, you'll be able to read the plea

16  agreements, and you've heard them testify.  In order for the

17  Court to even consider a reduction of sentence -- and it's

18  always up to the Judge.  Let's get this straight.  It's

19  always up to the Judge as to what happens in a case, but even

20  before the Court even considers it they have to satisfy the

21  government to file that motion to reduce their sentence.

22          So do you believe them, and do you forget about

23  everything that they've done in their lives?  And do you

24  forget about what they brought onto that boat?  And do you

25  forget about the harm that they caused to the people on that

1    boat?  And do you forget about the violence and the

2    activities that they engaged in?  Do you forget about all

3    those things when you consider them as witnesses?  Do you

4    forget about all those things when you consider them in terms

5    of their trustworthiness?  Do you forget all those things

6    when you consider their believability.  No, you don't do

7    that, because that's what you bring to the table as a person,

8    that's what you bring to the table as a witness, and it's no

9    different from what you're doing today as a juror as you sit

10   and make that determination.

11        And, so, really stripped down to its bare essence,

12   stripped down to the ultimate common denominator, the only

13   fact that's before you that allegedly connects this defendant

14   to the Quest is Jilani.  Sarin-daaq offered you nothing.

15   Sarin-daaq offered you absolutely nothing.  He, being the

16   commander of the boat, wouldn't he be in a position to know

17   the best of everything?  Wouldn't he be in a position to know

18   the best of who was what and who did what and what role

19   people played?  Did Sarin-daaq say that he was an investor?

20   No.  Did Sarin-daaq say that he was behind the scenes pulling

21   the strings?  No.  Did Sarin-daaq say that he had an

22   agreement with him before he left the shore that he was going

23   to be the negotiator?  No.

24        Sarin-daaq added nothing to any of those equations.

25   Sarin-daaq added nothing to the ultimate decision about what

1    links this defendant to that.  And, so, what you have to

2    understand and consider, as I'm sure that you will do as you

3    parse through the evidence in the case, is what corroborates,

4    what supports Jilani.

5            Well, the government is going to stand up here in a

6    few minutes -- or maybe tomorrow morning -- and say, "Well,

7    look, of course, it's corroborated.  Here's Hilaac; he's in

8    his phone book.  Here's Mohamud Haji Khyr; he's in his phone

9    book, he makes phone calls.  Here's Liban; he's making phone

10   calls."  Does that corroborate it?  Or do you even know what

11   those phone calls are?  Or do you even know what those

12   circumstances are?  There's no supporting corroboration to

13   allow you to have the trust, the faith, the confidence into

14   what Mr. Jilani said when he testified.

15           And if there was never a better evidence of what a

16   jury instruction on credibility is, he's the poster child for

17   that instruction.  And why do I say that?  Because the Court

18   is going to tell you at the conclusion -- when we finish with

19   this that you judge the demeanor and character of a witness,

20   their interest in the outcome and bias in the case, how they

21   look on the witness stand, how they appear to you, what they

22   say and how they say it.  It's not just the message, it's the

23   messenger as well.  And did you notice when he testified on

24   direct he was calm, he was stretched out, he was relaxed, he

25   was comfortable?  He was looking good up there, wasn't he?

1    As soon as I asked him the first question, what happened to

2    his body language?  And we talked last week, I think it was,

3    about Indian and Somali body language.  We laughed about it a

4    little bit.  Maybe the Judge was right.  Did you see his body

5    language?  Did you see the way he changed?  His arms

6    clenched, his hands clenched, and he was a completely

7    different person.  Why?  Was I offensive or rude to him?  Did

8    I say something that was wrong?  Or did I ask him difficult

9    questions that exposed him for who he was?

10           What is probably the most common and significant

11   human -- what motivates us most?  What motivates us most as

12   human beings?  Our freedom.  You can always work, you can

13   always find a job to make money -- maybe not in this economy

14   as much, but you would hope so.  But you can always get out

15   there every day and do something different and find work or

16   make money or meet friends, but you can never replace that

17   day of your life, that day of your life that is gone, that

18   day of your life that can never be captured again.  And every

19   day Mr. Jilani sits in that jail a day of his life is gone.

20   And what motivates human beings the most?  What motives

21   Jilani the most?  Freedom.  And how does he achieve that

22   freedom?  By dropping a dime on Shibin.  Easiest and simplest

23   way.

24           And, by the way, he wouldn't ever talk to his other

25   inmates about this case, would he?  He would never, ever

1    discuss this case and Mr. Shibin with the other Somali
2    pirates that he's locked up with, would he?  If you believe
3    that, then I've got a nice piece of oceanfront property on
4    the Indian Ocean on the East Coast of Somalia to sell to you.
5    You know better than that.  We all know better than that.
6    What else are those guys talking about?  They're talking
7    about this case.  They're talking about Shibin.  They're
8    talking about the lawyers.  They're talking about the judges.
9    They're talking about everybody.  And the beauty of it is
10   nobody can understand it.  They can be back there talking
11   about everything, and when people are back there speaking
12   English the marshals can hear them, but when they're talking
13   Somali nobody can have a clue as to what they're saying.
14   They have free rein back there.  So, please, I ask you to
15   carefully consider Jilani and what he said and the method and
16   manner in which he said it.
17          Juguuf.  All right.  Juguuf testified today.  And
18   here's where you have to consider the big picture.  In
19   Juguuf's testimony today he said, unequivocally, "I was not
20   going to choose the negotiator.  I had no say over that.  I
21   wasn't even the commander of the ship."  So the government
22   read -- or the government introduced evidence through Agent
23   Coughlin that he had made statements in the past that were
24   somewhat different.  Well, first of all, those statements are
25   in Somalian.  Do we have the Somalian interpreter here to

1    tell us what actually was said?  We also know there's

2    variances in language, and words have different types of

3    meanings.  We also know that Agent Coughlin subscribes

4    different meanings and his own interpretations to those

5    words.  He's not lying.  I'm not suggesting that.  The guy

6    has done a tremendous job and has worked countless hours -- I

7    can't even imagine what this case is.  But he's an agent, so

8    he has a perception and an idea about what this case.  He has

9    a perception and an idea about what the facts and the

10   circumstances are.  And, so, when you have words that are

11   susceptible to many different interpretations you, through

12   your own mind, in your own lens, in your own vision subscribe

13   to that particular idea.

14           But what did, really, Juguuf say?  Juguuf told five,

15   six different stories about whether or not the defendant was

16   a negotiator, was not a negotiator, was going to be a

17   negotiator, had agreed to be a negotiator.  And when was he

18   saying those things?  Juguuf was saying those things while he

19   was cooperating with the government.  And what do those

20   statements demonstrate to you?  Those statements demonstrate

21   to you an attempt by Juguuf to curry favor.  They demonstrate

22   to you an attempt by Juguuf to come up with some evidence

23   that was incriminating, some evidence that was representative

24   of the defendant's guilt.

25           And Juguuf was trying to mold and to shape those

1   statements that he gave during the time that he was

2   cooperating to come up with that, but he couldn't.  He

3   couldn't come up with those.  He couldn't come up with a

4   consistent story.  And why couldn't he come up with a

5   consistent story?  Because it wasn't the truth.  Because we

6   know that the truth doesn't change.  We know that the truth

7   is consistent from story to story; that each time you tell it

8   you're going to tell it the same way.  And he told five, six,

9   seven different stories.  Why?  Because he wasn't telling the

10  truth.  He wasn't under oath.  Today he was under oath, and

11  today he told you a consistent story.  You judge his

12  credibility.  You judge his demeanor.  You judge the way that

13  he got off that stand and said, "Judge, tell me, when can I

14  talk to somebody?  How do I know when the case is over?"

15  Little things like that, what people say and what people do,

16  cause you to believe or disbelieve them.  That's your

17  decision as a jury.

18          But I have to point out you have to not just take

19  what was said, but you have to understand the context and the

20  realm and the big picture about how it was said, and not why

21  he said those things at that particular point but why he says

22  these things today.

23          Mr. DePadilla says, "Well, there's no evidence the

24  defendant was going on vacation."  I disagree.  When you look

25  at the defendant's visa, which is Government's -- I'm sorry,

1  I forgot the -- 2-8 E.

2      2-8 E.  I ask you to really pay attention to that.

3  When you look at that particular visa application and records

4  from the airplane you'll see that the defendant made

5  application for the visa on the 18th of February, the same

6  day the Quest was seized.  You have a business; you take your

7  money and you put your money into that business.  Are you

8  going to sit there and watch and oversee and monitor that

9  business, or are you going to fly several hundred miles away,

10  not pay attention, not keep track?  After all, you have to

11  recognize Jilani said by this point the defendant already is

12  an investor.  By this point the defendant has already put his

13  money into the boat.  By this point we already know that the

14  boat has gone out.

15      Is it logical to assume that the defendant would,

16  therefore, apply for a visa to go away while he's got a stake

17  in this venture that's out to sea?  That's not logical at

18  all.  Those two are completely inconsistent.  If he's got a

19  stake in what's going on at sea, he's going to stay close to

20  the shore or Galkayo and he's going to monitor the situation.

21  But, no, he doesn't do that.  He applies for the visa on the

22  18th.

23      And I disagree with my friend, Mr. DePadilla.  On

24  the bottom of that visa application you'll see it says, "Why

25  are you going," or, "Why are you applying for this?"  And it

1    says, "Visiting family in Lusaka."  He's going to visit his

2    family.  It takes time for the visa to be approved.  The

3    defendant waits for that visa to be approved, and then he

4    buys the airplane ticket.  You're not going to buy the

5    airplane ticket before you get the visa.  Who knows if you're

6    going to get a visa or not.  The fact that you may have

7    family doesn't necessarily guarantee it.  Once the visa

8    itself is approved, then he buys the ticket, and then he

9    goes.

10          If he is involved in this, if he's part of this, he

11   knows that four Americans have just been killed.  He knows

12   that his friends on that Quest have just been captured.  He

13   knows that they're now in United States custody.  Wouldn't

14   you stay in Zambia?  Wouldn't you stay with your family in

15   Zambia, where really nobody knows where you are?  But the

16   fact that he returns to Bossasso immediately tells you that

17   what was going on at that point in his mind was, I didn't do

18   anything.  And there's evidence of his innocence; the fact

19   that he returns back home to go back to life.  And then, when

20   you look at it even more, well, yes, he gave this statement

21   to the FBI, yes, he said all these things to the agents, and

22   so on and so forth.  Isn't his cooperation evidence of his

23   innocence?  Isn't the fact that he told them about his

24   luggage and consented to a search of the luggage innocence?

25   He has all these bank records with him.  He has all these

1    documents that are contained in his luggage with him.  Here

2    is a man who is advised of his Miranda rights not in one

3    language but two, not one time but six times -- I don't know

4    how many.  He's advised all the time of that, and he

5    continues to talk to them.  He even stops talking to them at

6    one point.  The agents say, "We can't talk to you anymore,"

7    and he goes back and he talks to them some more.  You need to

8    consider that in the context of the statements that he made,

9    and you need to consider that in the context of whether or

10   not it demonstrates that he's guilty of these offenses

11   regarding the Quest.

12        He told the agents that Khyr called him and two days

13   later he called Khyr and said, "No."  And that's reflected in

14   2-10 H.

15        On the 17th Khyr calls him -- I don't know how he

16   could have called him before the Quest was taken, and I don't

17   know how he could have told him that the Quest was taken or

18   anything was taken because it hadn't been taken then, but on

19   the 17th Khyr calls him, and on the 19th there's another

20   phone call.  So to the extent that the defendant's statement

21   was that two days later he called, it's corroborated with

22   respect to the particular phone message.

23        How the pirates ever knew that Sarin-daaq captured

24   Americans so that the defendant received that text no one

25   knows.  No one can possibly know that.  The Quest's

1    communications were gone.  Cell phones weren't available.  No

2    one could say that.  And to say that this defendant was so

3    well connected he had gotten that doesn't make sense when you

4    consider the evidence that's involved in the case, when you

5    consider the fact that there is absolutely no communication

6    that's coming from the Quest with respect to this particular

7    defendant.

8         Counsel said, "Well, he's erasing contacts."  Well,

9    as Judge Doumar asked earlier, you make a phone call, it

10   creates the phone call, but that doesn't necessarily mean

11   that you have to have a contact listed with that particular

12   phone call.  We all know that from what our own phone records

13   are.

14        The Quest is a terrible case because four people

15   were killed.  No question about it.  It's a terrible,

16   terrible, terrible circumstance.  But the evidence that links

17   this defendant to being involved -- as I told you at the

18   beginning of the case, in order for him to be guilty of that

19   he has to have entered into the conspiracy before the boat

20   left.  The conspiracy is the agreement, and the conspiracy

21   makes them then responsible for what occurs on the boat.  And

22   the evidence of the conspiracy comes from one man and one man

23   only and one statement that he was told by someone else that

24   this defendant was an investor.  Ladies and gentlemen, that

25   is insufficient to any stretch of the imagination to conclude

1    that that is guilt beyond a reasonable doubt on that

2    particular case.  The defendant was never on the boat, never

3    went to sea.  It's insufficient, so I ask you to find him not

4    guilty with respect to that.

5              Let's turn to the Marguerite.  Again, a very tough

6    and a very difficult circumstance.  The Court is going to

7    instruct you about what the evidence -- excuse me, about what

8    the law is with respect to that piracy, and the Court is

9    going to define piracy to you.  And one of the terms that the

10   Court is going to define to you of piracy is that the vessel

11   is taken on the high seas.  No question about it, this vessel

12   was taken on the high seas.  It was stipulated to.  This

13   defendant, however, was never on that vessel at any time,

14   shape or form while that vessel was ever on the high seas,

15   ever.  This defendant came onto the vessel seven days, ten

16   days after the fact -- after the fact -- while the vessel was

17   in the territorial waters of Somalia.  That's up to you to

18   make that determination about whether that is sufficient

19   under the instructions that the Court is going to give to you

20   to establish that the defendant can be guilty of the piracy

21   of that boat.

22             And we're going to break down these charges one by

23   one, if you will.  Let me, first and foremost, focus your

24   attention on that.  And this case is a little bit different

25   than the Quest, because in the Quest you had Jilani say that

1    the defendant was an investor.  So I've argued that that
2    evidence isn't sufficient, but there is some evidence that he
3    was involved before the boat went out.
4            In this particular case there's no evidence that he
5    was involved with the boat before the boat went out.  You
6    have no evidence which links this defendant to any of those
7    people before the time that the ship was taken.  The only
8    evidence that you have in the case is that the ship came to
9    shore, the defendant made a phone call, shows up on the boat
10   seven days later, ten days later, something of that nature.
11   So there's no evidence that suggests to you that the
12   defendant can be involved in the conspiracy to hijack the
13   Marguerite.  Therefore, there's no evidence to show that he
14   was ever on the high seas, and so it's your determination to
15   judge those facts and apply them to the law that the Court
16   will give you about whether or not he can be guilty of
17   piracy -- piracy -- and the specific definitions that Judge
18   Doumar will give to you.
19           We talked for a few minutes before about human
20   motivations.  I'd suggest to you that another very strong
21   motivator in our life is anger, anger and revenge, human
22   emotions which were very natural in many, many circumstances.
23   And I would suggest to you that the crew that testified was
24   angry.  And they had every right to be angry.  I suggest to
25   you that the crew that testified wanted revenge.  They have

1   every right to want revenge for what happened to them.  I

2   also suggest to you that those motives operate as a prism, as

3   a color on a lens from which they view the evidence today.

4           In other words, what they're looking at today and

5   the way they view the evidence today is colored through what

6   happened to them and their desires and their motives.  And

7   they're angry at this man for being on that boat.  They have

8   lumped him together with all one hundred pirates that are

9   present.  He is responsible, from what it sounds like the

10  evidence is, for every bad act that occurred on that boat.

11  And I understand their being angry, and I'm not faulting them

12  for being angry, but let me just give you a couple of

13  examples as to what I'm talking about and how things have

14  changed.

15          He was a guard, and he carried an AK-47.  The

16  captain said that, the chief said that, maybe somebody else

17  said that, but yet when they spoke to the German authorities

18  within days -- five days, I think the evidence was -- of the

19  time that they were released the question was asked to them,

20  "Were any of the negotiators armed?"  And the answer was,

21  "No."  No.  Did they say at that point, "Well, he changed.

22  He was a chameleon, and he changed from a negotiator to a

23  guard, and he didn't have the gun when he was a negotiator,

24  but he did have the gun when he was a guard"?  Did they say

25  that?  No.  They said, "No negotiators were armed."  That's

1    then.  But today things have changed, and they've changed
2    because, one, it's a year and a half later, and, two, because
3    they're looking at this man angry and upset.
4           Black September.  The defendant was present.  The
5    defendant was there.  The defendant was translating for
6    things, but we know that Leon became the negotiator in
7    September.  We know that Leon came onto the boat in
8    September.  We know that Leon became the negotiator at that
9    point.  But yet the defendant is the one that's responsible
10   for all the translations.  The defendant is the one that's
11   responsible for communicating with everyone.
12          The captain:  "I was tortured on July the 7th.  I
13   was tortured on July the 7th, and the defendant was present,
14   and he was translating the torture demands.  He was right
15   there.  He didn't help me.  He didn't stop me."  Well, I
16   would suggest to you that that's directly in conflict with
17   the slip that was shown to you earlier by Mr. DePadilla which
18   shows that the defendant left on the 30th of June, and the
19   evidence was he was gone for eight days.  The evidence was,
20   from the German authorities and from the phone records that
21   were presented to you, that the defendant did not come back
22   on the boat until after the captain had been tortured in that
23   way.  So he's wrong.  The captain is just wrong.  Logical but
24   wrong.
25          And let me just go back to Jilani a second on the

1    Quest.  I apologize.  I just want to demonstrate to you why
2    you know that this man a not telling the truth.  Because
3    Jilani told you on January the 15th the defendant came off
4    the German boat, and when he came off the German boat he had
5    lots of money and he flashed it around, and he flashed it
6    around, he partied, chewed khat, had a great time, and then
7    the defendant went back on the German boat again.  That's not
8    true.  We know that's not true.  We know, number one, the
9    German boat was released in December.  We know, number two,
10   the defendant never left the German boat but for that one
11   period in June.  So when you think about Jilani and you think
12   about the facts and circumstances that he's asking you to
13   rely upon, think about just how wrong he is about those
14   facts.  I apologize for going back to that.
15          But with respect back again to the captain, he's
16   just wrong about those dates of the torture.  Likewise, when
17   they told you about Hobyo and the boat was being transferred
18   to Hobyo so that it could be turned over to al-Shabaab and
19   the defendant was present and the defendant was involved and
20   the defendant was giving directions and the defendant was
21   giving orders, well, look at the phone calls.  Look at phone
22   call 253.  And Mr. DePadilla referred to this earlier, and
23   when he referred to it he talked about how the defendant was
24   ordering him.
25          Well, this is a phone call between Rajesh, the

```
 1   commander of the ship, and Captain Makane.  The defendant is
 2   not even there.  He can't have ordered him to do anything.
 3   Captain Makane:  "The pirates have taken drastic action.
 4   They've removed Ali from the negotiations.  He is isolated."
 5   Later:  "Ali is not connected anymore.  Ali is isolated on
 6   board.  They have even threatened him, and they have beaten
 7   him, and I don't know what they are doing.  Ali is in prison
 8   in his cabin down below."  The new pirate commander Osman:
 9   "Ali is not working.  We have taken his cell phone.  He was
10   arrested."
11           He's not even there when the captain tells you
12   during the course of his testimony that the defendant was
13   involved in directing it to Hobyo.  Again, he's angry.
14   That's understandable.  He's upset.  That's understandable.
15   But that doesn't mean that what he's recalling today is
16   accurate, because the facts that have been given to you, the
17   facts that are objective, the facts that are unbiased, the
18   phone calls, the texts, don't lie.
19           Well, the defendant said, "we" -- Mr. DePadilla also
20   talked a lot about that today.  The defendant talked about
21   "we," and that "we" were in the context of things.  Look at
22   Defendant's Exhibit Number 11.  And this is the fax that was
23   sent out on the 20th of December.  "To Mr. Mike:  Here's the
24   commander's reply to your last fax.  We will not allow the
25   crew to make phone calls.  We will not be able to verify they
```

1    are calling.  You kept us guessing.  We are spending money."

2         This is what we've been talking about.  I mean, this

3    fax demonstrates to you that the defendant is translating the

4    instructions that the commander is giving to him.  Simple and

5    straightforward and foremost, why doesn't Leon ever have a

6    fax?  The defendant continually asked for a fax is why,

7    because he needs to be able to translate those faxes from the

8    English to the Somalian to show to the commander.  Does Leon

9    ever need a fax?  He doesn't care about any faxes.  He

10   doesn't need them whatsoever.  And who is more responsible --

11   or, excuse me -- who is more respected is a better word -- by

12   the pirates?  You heard the Indian crew talk about Looyan;

13   how Looyan was much more experienced than Shibin, how Looyan

14   was listened to, how Budea, who was one of the commanders of

15   the ship -- he wouldn't listen to Shibin.  He wouldn't

16   respect Shibin, but he respected and he listened to Looyan.

17   Those are all facts and circumstances that you have to

18   consider when you consider what the defendant's role was.

19         Tough case.  Tough case for me; tough case for you.

20   He's on the boat.  It's him.  He's making these phone calls.

21   He takes the money.  He puts it in the bag.  No question.

22   I'm not trying to blow smoke about those things.  He did

23   that.  That actually absolutely happened.  The question that

24   you have to determine is you have to separate those facts and

25   circumstances from what the law is that the Court is going to

1    give to you.

2         In other words, the fact that he's on the boat --

3    does that mean that he's involved with hostage-taking?  He's

4    on the boat.  Does that mean he's responsible for kidnapping?

5    He's on the boat.  Does that make him responsible for the

6    piracy after the boat has already been taken?  These are the

7    tough legal questions that you're going to have to apply your

8    common sense and your intelligence to when you go back into

9    the jury room.  Because that's what the law is, and that's

10   what the law requires you to do.  It's so simple in this

11   case.  It would be so simple for you to walk back there, get

12   the verdict form signed and walk out and say, "I've been here

13   for two weeks; this case is overwhelming."  But I know you're

14   not going to do that.  I know you're not going to do that

15   because I know you're committed.  You took an oath.  You took

16   an oath to yourselves; you took an oath to the Court.  More

17   importantly, you took an oath to all of us in the courtroom,

18   all of us in the community, and that oath was to do your duty

19   and to apply the laws to the facts as you found them.

20   Despite the fact that this man is Somalian, despite the fact

21   that he comes from halfway across the world, despite the fact

22   he was on that boat when these hostage were tortured, you

23   have still taken an oath to apply the law to the facts as

24   best as you can under those circumstances.  And I know that's

25   a hard thing to do, but think and listen.

1              Just because he's on the boat doesn't mean that he's

2      guilty of being a hostage-taker.  Just because he's on the

3      boat doesn't mean he's guilty of being a kidnapper.  He has

4      to do things, as the law is going to be given to you by Judge

5      Doumar, that allows you to jump -- not to jump but to reach

6      that particular conclusion, and I suggest to you the fact

7      that he's merely on the boat is insufficient to be able to do

8      that.

9              If you look at some of the instructions that the

10     Court is going to be able to give to you, the Court has

11     talked about credibility of witnesses, inconsistent

12     statements, and one of the ones that I want to talk to you

13     just briefly about -- and I promise you I'm almost done.

14     We'll get you out of here by 5:00, I promise -- is

15     credibility of witnesses and testimony of an accomplice.  An

16     accomplice is Jilani.  An accomplice is Sarin-daaq.  An

17     accomplice is even Juguuf.  "The testimony of an alleged

18     accomplice must be examined and weighed by the jury with

19     greater care than the testimony of a witness who did not

20     participate in the crime.  That's just common sense.  I mean,

21     that just tells you that's just common sense.  These people

22     have committed horrible crimes.  These people are pirates.

23     And, so, you have to be able to consider their testimony with

24     greater care than you would with, obviously, some of the

25     civilian witnesses that have testified.

1          The Court has talked to you about conspiracy in this

2    particular instruction called "Mental Status;" that, "In

3    order to show that the defendant became a member of the

4    conspiracy the government has to prove beyond a reasonable

5    doubt that the defendant knew the objects of the conspiracy,

6    that he joined the conspiracy intending to help or further

7    the objectives, and that he or one of the other conspirators

8    shared a unity of purpose."  But, most importantly, Judge

9    Doumar is going to tell you, "Merely associating with others

10   and discussing common goals" -- chewing khat, drinking,

11   having dinner -- "mere similarity of conduct between or among

12   persons" -- they're Somalians, they're on the boat -- "merely

13   being present at the place where a crime takes place or is

14   discussed" -- you can't jump off this boat and swim to shore,

15   you can't take a skiff and steal it and go to shore -- "or

16   even knowing about criminal conduct" -- he sees the torture,

17   he hears the torture -- "does not in and of itself make

18   someone a member of the conspiracy."  And Judge Doumar will

19   tell you that better than I could possibly tell you that.

20         And then, lastly, the Court is going to instruct you

21   on reasonable doubt, the burden of proof, and presumption of

22   innocence.  These terms are terms that have been with us

23   since the Republic was founded.  These are terms that are

24   used in books.  These are terms that are used in movies.

25   These are terms that are on TV.  You can probably go home

1    tonight and watch a TV show and they'll talk about these.

2    And these TV shows do us all a disjustice, a disservice, and

3    they do us a disservice because they don't understand, as

4    Judge Doumar told you at the beginning of this case, the

5    history and the meaning and the importance and the dignity

6    and the sanctity of these words.

7         But you, as the jury, are charged with the task of

8    taking these words, meaningful, significant words, and

9    applying them to what this case is all about.  I wish I could

10   tell you we were watching a movie, and I wish I could tell

11   you that we could turn the clock back, hit the restart button

12   and these four people would be alive.  I wish I could tell

13   you that we could take this movie, go back, or a book and

14   start at the beginning, and that these members of the crew

15   would not have been tortured.  I wish I could tell you that,

16   but I can't.  Because this isn't a movie, and it's not a

17   book.  It happened to these people, and it's a tragedy that

18   it happened to them.  But, despite that, the government still

19   bears the burden of proving beyond a reasonable doubt that

20   these facts occurred and this defendant was a member of these

21   conspiracy.  And the Court will tell you that you have to

22   determine that the government has proven each and every

23   element, which means you need to read these instructions when

24   they're given to you and see what each element of the crime

25   is, and you have to be able to determine that the government

1    has proven beyond a reasonable doubt that this defendant

2    committed those crimes.  And the Court is going to tell you

3    that if you view the evidence permitting two conclusions, one

4    of guilt, one of innocence, it's your duty, it is your

5    obligation, it is your oath that you have taken, despite how

6    distasteful you may think it is, despite how distasteful you

7    may think the community thinks it is -- that's not your

8    concern.  Your concern is to follow the law, apply the

9    instructions, and find justice.  And if you have two

10   conclusions in this particular case of guilt or innocence and

11   both are reasonable conclusions to you, you have to adopt the

12   conclusion of innocence.

13          I'm not going to stand here and tell you that this

14   isn't suspicious.  The Court will tell you suspicions are not

15   enough.  I'm not going to stand here and tell you that this

16   may not be probable.  The Court will tell you probabilities

17   are not enough.  Reasonable doubt is the highest burden known

18   to the law.  We're not talking about money, we're not talking

19   about who had the red light, we're not talking about whether

20   your car got fixed or your roof is fixed, we're talking about

21   a man's liberty.  He may not be a citizen, but he's entitled

22   to the due process of law.  And that is what makes America

23   great, and that is what makes you as a jury great.

24          I thank you for your time.

25          THE COURT:  Ladies and gentlemen, we're going to

1    continue with the arguments tomorrow morning.  We'll start at

2    9:30.  The government has a right to reply because it has the

3    burden of proof.  Accordingly, we'll come back at 9:30

4    tomorrow morning and hear the government's finish of the

5    closing arguments, and after that we'll have the instructions

6    of the court.

7            Do not begin to make any deliberations until you've

8    heard all of the argument and the instructions of the Court,

9    and please don't discuss the case until after you've heard

10   the instructions of the Court.

11           Everyone please rise while the jury retires.  9:30

12   tomorrow morning.

13           (The jury withdrew from the courtroom.)

14           THE COURT:  9:30 tomorrow morning.  Come back at

15   that time and we'll reconvene.

16           (The hearing adjourned at 5:01 p.m., to be

17   reconvened at 9:30 a.m. on April 27, 2012.)

18

19                  *****      *****      *****

20

21

22

23

24

25

```
1                    *****      *****      *****

2

3              (Following adjournment on April 26, 2012, the

4      proceedings reconvened at 9:30 a.m. on April 27, 2012, and

5      closing arguments resumed as follows:)

6              THE COURT:  Good morning, ladies and gentlemen.

7      We'll now hear the government's rebuttal.

8              You may proceed, Mr. DePadilla.

9              MR. DEPADILLA:  Thank you, Your Honor.  May it

10     please the Court, Mr. Broccoletti, ladies and gentlemen of

11     the jury, this is my opportunity to rebut some of the points

12     Mr. Broccoletti made.

13             Now, when he spoke to you he told you that this was

14     a difficult or a tough case, and in some respects it was a

15     difficult and tough case, but it was for the defense that it

16     was difficult.  The defendant was on the Marida Marguerite

17     for seven months committing hostage-taking every single day.

18     You heard from five eyewitnesses who were able to observe him

19     over a period of months as he committed the crime.  That's

20     difficult for the defense.  It is a tough case to listen to.

21     You heard a lot about the bad things that the defendant did.

22     That's tough, too.  But it's not a tough case to decide.  The

23     evidence is overwhelming.  A confession -- two confessions,

24     actually, on the Marida Marguerite side, witnesses, bank

25     records, phone records, pictures, it all adds up to a lot of
```

1    evidence.

2           Now let's look at some of the comments

3    Mr. Broccoletti made about the law.  Piracy -- the defendant

4    is guilty of piracy even though he didn't go on the high

5    seas.  He doesn't have to go on the high seas under the law,

6    ladies and gentlemen, and, in fact, the high seas were

7    stipulated to between the parties, so it's not even an issue

8    in this case.  The piracy definition includes intentionally

9    facilitating the actions of the pirates who actually go on

10   the high seas.  And if you think about that, that makes a lot

11   of sense.  It's an intentional facilitation offense that's

12   not restricted to the high seas because the people who are

13   facilitating the guys who go to sea are on the land.  The

14   crime has to start on the land.  You can intentionally

15   facilitate it any time during the process.  It is designed to

16   hold all the members of the organization responsible,

17   including the land-based men.  That's what it's specifically

18   designed for, ladies and gentlemen, so the people who hide on

19   land and make those other guys go out to sea are also held

20   responsible.  And, just like I said, the defense stipulated

21   the hijackings occurred on the high seas, so it's not really

22   an issue.

23          Similarly, jurisdiction is not an issue, ladies and

24   gentlemen.  The parties stipulated the defendant was found

25   first in the United States.  That's the only jurisdictional

1    prong the United States needs to prove.  And, again, it was

2    agreed to by the parties, so it's really not at issue at all.

3    Let's look at the other offenses really quick under the law,

4    though.

5            None of the other offenses, hostage-taking,

6    kidnapping, violence against maritime navigation, firearms

7    offenses require that the defendant went to the high seas.

8    The high seas has nothing at all to do with any of those

9    offenses on the Marida Marguerite.

10           And Judge Doumar will tell you anyone who conspires

11   or aids and abets others in a crime is guilty of everything

12   they do, including the crimes of carrying firearms, for

13   example.  Once the defendant starts working with this

14   organization he's in for a penny, he's in for a pound.  He

15   knows that those attackers are going to go out with guns.  He

16   knows that from the Marida Marguerite.  He was around those

17   people for seven months.

18           So when you look at the weapons charges for the

19   Quest of course he's responsible for that.  Juguuf and the

20   gang is not going to go out without being armed to the teeth

21   so they can take the ship.  Under the law he bears

22   responsibility for all of those crimes.

23           The defendant is responsible for the ongoing

24   offenses if he joined them at any point.  He doesn't have to

25   join at a specific point.  He's guilty if he joined before

1    the pirates went out to sea, but, similarly, ladies and

2    gentlemen, he's guilty if he joined later, as long as the

3    offense is still going on.

4             And let's think about piracy for a minute.  Piracy

5    doesn't end when you take the ship.  You haven't gotten any

6    money out of it.  It would be like robbing a bank and then

7    sitting in the bank.  You didn't get the money out of it.

8    Piracy finishes when you get the ransom.  That's the whole

9    idea behind piracy, not just to take the ship.  In fact, when

10   you have the ship the evidence showed it's costing money.

11   Every day you've got to buy khat for the guards, and you've

12   got to bring in food, and you've got to bring in water,

13   unless you have the chief to make it for you.

14            Crime ends when you get the money.  He helped them

15   get the money.  He didn't need to speak to the pirates on the

16   Quest when they were out there because he was doing his work

17   for the conspiracy back in Somalia.  It doesn't matter what

18   part of the conspiracy he's in.  Under the law he's

19   responsible for all of it as long as he's an active member

20   within it.  So when he's running those searches he doesn't

21   need to talk to Juguuf and the gang; he needs to be talking

22   with Liban Abdirahman, Haji Khyr, Balixule and Hilaac.  And

23   if you look at the government's summary chart, 2-10 H, you'll

24   see he made 82 calls over a four-day period and had 35

25   conversations.  It appears he was doing his job there.

 1          And the defendant is responsible for the offenses

 2     even if -- if he does anything to help them accomplish the

 3     goals of the crime.  Don't narrow him to just one job in this

 4     conspiracy.  That means if he negotiates he's a pirate.  If

 5     he works as a pirate guard he's a pirate.  If he researches

 6     the value of the boat he's a pirate.  If he finds the means

 7     of contact information to start extorting the victims he's a

 8     pirate.  It doesn't matter which role he fills under the law.

 9          Now I'm going to go through a couple of points

10     Mr. Broccoletti made.  The defense says you can't agree to be

11     the negotiator in 77 seconds.  Well, first, he didn't have to

12     accept the negotiator job over the phone.  Remember, Shibin

13     was already in this organization from his time on the Marida

14     Marguerite, right?  He worked directly with Liban and Hilaac

15     before any of the calls for the Quest occurred.  Remember,

16     from the stand Sarin-daaq said that Liban, Hilaac and Shibin

17     got an armed escort out of Garaad.  They're already in this

18     as thick as thieves before any of those calls.

19          But let's test the 77-second principle from

20     Mr. Broccoletti.  Liban: "Uncle, we have a ship.  Run the

21     numbers."  Shibin: "Okay."  That was less than 77 seconds.

22     That gets the job done.

23          You know what also gets the job done a lot faster

24     than 77 seconds?  Text messaging.  That's where it's at in

25     today's world, right, ladies and gentlemen?  "Sarin-daaq

1   captured Americans."  That's a lot less than 77 seconds, and

2   look at the information that it transmits.  You're starting

3   to run the numbers on Americans.  As the defendant told you,

4   the Germans are worth more than the Turks.  The Americans are

5   worth more than the Germans.  It's just a matter of how

6   wealthy your country is.

7          Another defense:  Hostages were upset and confused.

8   But that still leaves the defendant on the boat for seven

9   months.  He admitted to negotiating the ransom, and he

10  admitted to getting $30,000.  Of course, Sarin-daaq said he

11  got $50,000.  He didn't even need the victims off the boat

12  and he's still guilty of the offense.

13         And let's talk about those hostages for a second.

14  Sure, some of them could have gotten some of the dates wrong.

15  It was over a seven-month period, and it's possible the

16  pirates don't let you write down the actual day you're being

17  tortured.  You're there to evaluate what they said from the

18  stand.  This isn't a crime that happened in 30 seconds, it

19  happened over seven months.  So if they're off on the dates

20  of the torture by a day or two it just doesn't matter.

21         And why would the crew take revenge on someone who

22  was actually helping them?  That's what the defendant said in

23  the wiretap calls; that he was there to be their protector.

24  That doesn't make any sense at all.  But what they described

25  was he wasn't helping them at all.  In fact, he was

1    facilitating their torture to help the pirate organization

2    get what they needed to get this $5 million.

3            Another thing the defense tossed out:  Don't convict

4    him because he's Somalian.  I absolutely agree.  Don't

5    convict him because he's Somalian, evaluate the evidence and

6    convict him because he committed all these crimes.  Our

7    system doesn't care where you're from or who you are.  It's

8    supposed to be fair to everyone.  Evaluate the evidence,

9    apply the law as the Judge gives it to you.  And it's proved

10   beyond a reasonable doubt.  It's all about being reasonable,

11   ladies and gentlemen.

12           Another defense:  The captain and the chief never

13   told the German police that Shibin had a gun.  Well, let's

14   think about those interviews for a second.  Remember, they

15   took place in Oman.  They were right after these men were

16   freed after seven months in an intense situation where they

17   were tortured.  The question was, "Was the negotiator armed?"

18   But remember who was asking it.  Neither party had English as

19   a first language.  You have a German detective asking an

20   Indian national a question.  If you look at that question on

21   its face, "Was the negotiator armed," no, the negotiators

22   weren't armed.  The question wasn't, "Was Shibin armed at any

23   time?"  Then the answer would have been, "Well, sure.  He was

24   armed when he was a pirate guard."

25           But let's just put these people to the side for a

second.   Remember Mr. Broccoletti, when he was making that

point, never brought up Sandeep Denghwal.   Sandeep Denghwal

said he remembers Shibin being armed with a gun very clearly,

because when he refused to fix the leak the defendant pulled

out the AK-47, pointed it at him and said, "Fix the leak."

The defendant had a gun on the ship when he was a guard, and

he didn't have a gun on the ship when he was a negotiator.

It still makes him guilty of the weapons offenses.

He's an immigrant.   He's not from the United States.

That seemed to be another defense theme.   But look at how the

defendant treated people from foreign countries; the Indians,

the Ukrainian.   He tortured them.   And then compare that to

how he was treated; given his Miranda rights, which is

proper, given a physical, treated with respect.   Again, it

doesn't matter that he's an immigrant, not from the United

States.

The defense:   The phone records support Shibin's

statement to Coughlin.   Remember, if it's going to support

Shibin's statement to Coughlin we need two calls, right?   And

Mr. Broccoletti brought up first the first call is on

February 17th.   One problem with that; he'd have to be able

to see the future, because they haven't taken the Quest yet.

So, obviously, that can't be the call the defendant says

exists.   So that means the first possible call is on the

19th, ladies and gentlemen.   But, remember, to support his

1    defense you need two calls, and Mr. Broccoletti showed quite

2    clearly there's not a third call.  It doesn't support his

3    defense.

4            Another defense:  Shibin cooperated with law

5    enforcement.  Well, let's see what he did.  He confessed to

6    negotiating a German ship to American agents.  How does that

7    help the American agents?  It's a German problem.  At least

8    that's what he's thinking.  He doesn't realize the Germans

9    and Americans will work together.  But what did he say to the

10   Americans about the American case at that time?  He gave two

11   totally different stories.  And you can't reconcile them,

12   ladies and gentlemen, right?  Personal curiosity is not the

13   same as, "Hey, I looked at it, and I didn't take the job."

14   He didn't help law enforcement.

15           And let's talk about Jilani a little, because

16   Mr. Broccoletti talked about him a lot.  Mr. Broccoletti said

17   Jilani said that Shibin said that he came off the ship with a

18   stack of money and then he went back on the ship.  I beg to

19   disagree, ladies and gentlemen.  And it's your memory that

20   controls.

21           What Jilani said was, "Shibin came off the German

22   ship on the khat boat.  I asked him what he would do if he

23   got the ransom money."  And then, of course, he goes back on

24   the German ship because he doesn't have the money yet.

25   Shibin said he would invest the money back into the sea.

1    That's what I believe the testimony is, but, again, it's your
2    memory that controls that.
3           The defense said that Jilani said, "Balixule told me
4    Shibin was an investor in the Quest."  The problem was -- and
5    I'm sure it wasn't intentional -- Mr. Broccoletti got the
6    name wrong.  And, I mean, it can happen.  They are tough
7    names, and there's a lot of pirate commanders here.  What
8    Jilani said was, "Haji Khyr told me Shibin was an investor in
9    the Quest."  You might ask, "Well, why is that important
10   which pirate commander told him Shibin wasn't invested in the
11   Quest?"  It's important because, remember, Shibin himself
12   told Agent Coughlin that Haji Khyr was the one who offered
13   the job, right?  That's the defendant corroborating Jilani
14   that he is being truthful here.
15          The defense made a point.  All the pirates are
16   talking together in the jail.  They're getting their stories
17   straight.  Well, let's look at what they testified about.
18   The one time that Jilani and Sarin-daaq's testimony
19   overlapped where they were talking about the same thing was
20   about the investors.  Both said -- Jilani and Sarin-daaq said
21   Balixule, Haji Khyr, Liban and Hilaac were investors.  Who
22   else said that?  It was the defense pirate, the pirate they
23   put on the stand.  He said Balixule, Haji Khyr, Liban and
24   Hilaac were investors.  So how is everyone getting their
25   stories together?  They called that witness, ladies and

1    gentlemen, we did not.

2           And, remember, we don't get to pick the witnesses.

3    Shibin gets to pick the witnesses, because these are the

4    people he works with.  Sure, pirates are horrible people.  We

5    all agree to that.  But if we're going to get to these people

6    on the land we're going to have to talk to some pirates.

7    And, remember, both sides called pirates in this trial.  It's

8    just part of how the system works.  None of us like pirates,

9    and you have to evaluate their testimony.  But, remember, the

10   pirates the government called, for the most part, were saying

11   the same things as the pirates the defense called.

12          What else did the defense pirates say?  "Investors

13   pick the negotiator."  Our side totally agrees with that.

14   Shibin called the investors 82 times over the course of the

15   Quest hijacking.  That seems to corroborate that the defense

16   pirate is telling the truth.  But what did Sarin-daaq say,

17   the pirate the government called?  "The investors pick the

18   negotiator," the exact same thing that the defense pirate

19   said.

20          Mr. Broccoletti says the entire Quest case depends

21   upon Jilani, and that would be absolutely true if you were to

22   ignore the bridge-to-bridge translation where the pirates

23   give out Mr. Shibin's name as the person who is going to be

24   their negotiator.  You'd have to throw out that entire phone

25   with the 82 calls to the investors over the four-day period.

1    You'd have to throw out the searches, those pirate-specific
2    searchs, that are really only good for negotiating a ransom.
3    And not just for the Quest but for that Italian ship as well.
4    And, finally, you'd have to throw out the defendant's two
5    statements to two different investigators.  And not over a
6    long period of time; on two successive days.  At that point,
7    he's right, the Quest case would depend on Jilani.  The Quest
8    case is built upon a lot of evidence, ladies and gentlemen.
9          So what really happens is they're following -- the
10   Navy follows the Quest, and the pirates say, "Call Shibin;
11   he's our negotiator."  They give his number.  That's the same
12   number off the Marida Marguerite.  It's all coming together.
13   Does it make sense with the Navy on top of them they're going
14   to implicate the wrong guy?  That doesn't seem reasonable at
15   all.  Shibin is a good negotiator.  He had just gotten
16   $5 million out of the Germans.  And of course he would have
17   negotiated with the Navy to get the ship to Somalia.  They
18   really weren't terrorists.  As the defense pirate said, "This
19   is all about money."  We all agree to that; it's all about
20   money with Shibin.
21         What else did the defense pirate do?  He said, "We
22   didn't use our real names when we told the Navy to make that
23   call."  Well, think about that for a second.  So when the
24   Navy called Shibin how was he going to know what the call was
25   about?  That starts to sew some problems with the defense

1    pirate here, the one they called.

2            And then the defense got up here and told you, "You

3    can't believe the pirate."  They called him, we didn't call

4    him to the stand.  We agree, you can't believe him on

5    everything, right?  Look at what he's told the government

6    before.  His first statement on the Enterprise was, "I called

7    Shibin, told him we would call him if we got prey."  What is

8    important about that is the timing, because then Shibin is

9    just another guy in Somalia.  He's not giving up his friend.

10   He doesn't believe the United States has the ability to go

11   into Somalia and get Shibin at that point.  It just hasn't

12   happened yet.  His first and second debriefs:  Shibin agreed

13   to be the negotiator.  Where did his statement change?  At

14   trial, when he had to sit there and face his friend.

15   Because, remember, it came out in evidence he's close to the

16   defendant.  He's in the same family.  That's why he's not

17   telling the truth now.

18           Another defense:  You can call him a negotiator, you

19   can call him a translator, you can call him an interpreter.

20   What's important, ladies and gentlemen, is the pirate

21   organization is not going to pay him unless they're making

22   money for the pirates, right?  Nobody just gives $30,000 to

23   somebody if they're not helping the organization.

24           Another defense:  Visas on the 18th so he would

25   never leave his business interests.  But, remember, we've had

 1    testimony from the stand not all the pirate skiffs catch
 2    ships.  In fact, some of them go out and come back.  Some of
 3    them go out and don't come back at all.  So he would have to
 4    be there all the time.  But the flight records show he can
 5    fly back and forth quickly to Zambia.  So if they caught a
 6    ship and he was already in Zambia he could start with a
 7    three-way call, get on a plane and go back to work.  These
 8    are not hard concepts.  It's not a defense.
 9         Defense:  Shibin came back to Somalia right away, so
10    he must be innocent.  Let's think about that for a second.
11    He spent a month lying low in Zambia after these defense
12    forces took his phone and gave it back to him.  That's not a
13    short time.  He came back to Bossasso, not Galkayo, where the
14    defense forces took his phone.  Mr. Broccoletti brought out
15    how far apart those two are.  He made sure he relocated.
16    Even more importantly, he came back without the phone.  That
17    was the smartest thing he did.  He told the agents that he
18    lost it in a cab, but if you look at some of those screen
19    shots he had held onto that phone for four years.  The screen
20    shots from 2008 -- he just happens to lose it when he comes
21    back?
22         At the rate he was spending the Marguerite money, it
23    would be time to get back to work.  When he went to Bossasso,
24    if you look at the chart that's in evidence, you will see
25    he's blowing about $10,000 a month or something like that,

1    five to ten thousand.  That's why he came back; he had to get

2    back to work.

3            To believe the defense, ladies and gentlemen,

4    everyone else would have to be wrong; the crew, the pirates,

5    the agents.  The NGO/hostage/investigative journalist, who

6    was just curious and didn't accept the job, would have to be

7    right then.  Ask yourself is that reasonable at all.  Because

8    Mr. Broccoletti spent some time talking about reasonable

9    doubt.  The Judge will charge you that reasonable doubt isn't

10   beyond all doubt, it's just what is reasonable.  And ask

11   yourselves is it reasonable that this organization that is

12   all about money is just going to hand this man $30,000 for

13   not doing anything?  That's not reasonable at all, ladies and

14   gentlemen.

15           In the defense opening Mr. Broccoletti said it was a

16   big mistake that he took the money.  Is that reasonable; that

17   somebody is going to make a big mistake?  The defendant

18   confessed that he got somewhere between $30,000 to $50,000.

19   He says $30,000; Sarin-daaq said $50,000.  Remember, the bank

20   account has 370 one-hundred-dollar bills, the same type of

21   bills that came off the Marida Marguerite.  So the truth is

22   probably somewhere in between.  It's not reasonable that he

23   isn't part of this organization.

24           Now, remember, ladies and gentlemen, one of the last

25   things that he told Chief Oleg Dereglazov.  He said that,

```
 1    "This is a business, and it's not going to stop."  As long as
 2    there is no enforcement or consequences for these acts it's
 3    not going to stop.  The money is just too good.  And that
 4    statement on its face is so arrogant:  "This is all business,
 5    it's not going to stop.  We don't care about you."  Prove him
 6    wrong.  Make him stop.
 7          Thank you for your time.
 8
 9                   *****     *****     *****
10
11
12
13                       CERTIFICATION
14
15        I certify that the foregoing is a correct transcript
16    of an excerpt from the record of proceedings in the
17    above-entitled matter.
18
19
20
21                        s/s
22                 Heidi L. Jeffreys
23
24                 August 6, 2012
25                     Date
```

Heidi L. Jeffreys, Official Court Reporter