IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                              CRIMINAL NO.: 2:11cr33

MOHAMMAD SAAILI SHIBIN,

      Defendant.

## DEFENDANT'S STIPULATION WITH RESPECT TO SENTENCING FACTORS

COMES NOW the defendant, Mohammad Saaili Shibin, by counsel, and respectfully stipulates that the Sentencing Factors and Guideline calculations as proposed in the Presentence Report are accurate, and the defendant therefore offers no objections to those proposed factors or calculations.

                                MOHAMMAD SAAILI SHIBIN
                                By Counsel

                                _____/s/_____
                                James O. Broccoletti, Esquire
                                VSB# 17869
                                Counsel for Mohammad Saaili Shibin
                                ZOBY & BROCCOLETTI, P.C.
                                6663 Stoney Point South
                                Norfolk, VA 23502
                                (757) 466-0750
                                (757) 466-5026
                                james@zobybroccoletti.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joseph E. DePadilla, Esquire
    Assistant U.S. Attorney

*Office of the United States Attorney*
101 W. Main Street
Suite 8000
Norfolk, VA 23510

                                         /s/
                         James O. Broccoletti, Esquire
                         VSB# 17869
                         Counsel for Mohammad Saaili Shibin
                         ZOBY & BROCCOLETTI, P.C.
                         6663 Stoney Point South
                         Norfolk, VA 23502
                         (757) 466-0750
                         (757) 466-5026
                         james@zobybroccoletti.com

                       By:_____
                               Of Counsel

     I hereby certify that on the 6th day of August, 2012, I caused a true and correct copy of the foregoing to be mailed to the following non-filing user:

Darryl A. Upshur,
U. S. Probation Officer
600 Granby Street
Suite 200
Norfolk, VA 23510

                                         /s/
                         James O. Broccoletti, Esquire
                         VSB# 17869
                         Counsel for Mohammad Saaili Shibin
                         ZOBY & BROCCOLETTI, P.C.
                         6663 Stoney Point South
                         Norfolk, VA 23502
                         (757) 466-0750
                         (757) 466-5026
                         james@zobybroccoletti.com