MOHAMMAD SAAILI SHIBIN
# 78207-083
Federal Medical Center - Unit 4 C

P.O. Box 1600

Butner, NC 27509

Clerk of Court

United States District Court

Eastern District of Virginia

Norfolk Division

600 Granby Street

Norfolk, VA 23510

Case No. 2:11-cr-00033-RGD-DEM

Dear Clerk:

Enclosed you will find my Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) Compassionate Release.

Please file and bring it to the attention of the Court and return a duplicate first page, file date stamped in the self-addressed, postage prepaid envelope.

Thanking you in advance.

Respectfully submitted,

_Msh_                                    6-24-21
Mohammad Saaili Shibin                    Date
Reg.# 78207-083

RECEIVED

2021 JUL -6 A 11:51

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

## REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI.  MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_____6-24-21_____
Date

_____/s/_____
Signature

MOHAMMAD SAAILI SHIBIN
Name

78207-083
Bureau of Prisons Register #

FEDERAL MEDICAL CENTER (FMC), BUTNER
Bureau of Prisons Facility

PO BOX 1600, UNIT 4C, BUTNER, NC 27509
Institution's Address